# EXHIBIT 2

```
UNCLASSIFIED//
ROUTINE
R 302126Z AUG 21 MID200001087789U
FM SECNAV WASHINGTON DC
TO ALNAV
INFO SECNAV WASHINGTON DC
CNO WASHINGTON DC
CMC WASHINGTON DC
BT
UNCLAS

ALNAV 062/21

MSGID/GENADMIN/SECNAV WASHINGTON DC/-/AUG//

SUBJ/2021-2022 DEPARTMENT OF NAVY MANDATORY COVID-19 VACCINATION POLICY//

REF/A/DOC/SECDEF/24AUG21//

AMPN/REF A IS THE OFFICE OF THE SECRETARY OF DEFENSE MEMO MANDATING
CORONAVIRUS DISEASE 2019 VACCINATION FOR DEPARTMENT OF DEFENSE SERVICE
MEMBERS//
```

RMKS/1.  Protecting the health of the force and warfighting readiness is of paramount importance.  I thank and applaud all of you who have become fully vaccinated.  Your action helps to ensure the health and safety of you, your family, your shipmates, and your mission.

2.  Coronavirus disease 2019 (COVID-19) adversely impacts Department of the Navy (DON) force readiness and mission execution.  Disease models indicate that Severe Acute Respiratory Syndrome Coronavirus 2 (SARS-CoV-2), the virus that causes COVID-19, will continue to spread throughout 2021.

3.  Vaccination is the most effective tool we have to prevent widespread manifestation of COVID-19 in our force.  Within the last year, millions of Americans have received approved COVID-19 vaccines in response to this emergency.  One of the approved vaccines has received full licensure from the Food and Drug Administration (FDA).  This licensure approval provides additional confidence and comfort in the safety of the most effective tool we have in our arsenal against this threat.  Considering this threat to the health and readiness of Service Members, vaccination against COVID-19 using a vaccine that has received full licensure from the FDA is now a mandatory requirement in accordance with reference (a).  Additional implementation guidance will be issued via Navy and Marine Corps administrative message.

4.  As the faithful maritime protectors of our country in peacetime and war, each of us must take ownership of our readiness to preserve and protect the force, and ensure the success of our mission.  Effective immediately, all DON active duty Service Members, who are not already vaccinated or exempted, are required to be fully vaccinated within 90 days and all Reserve Component Service Members are required to be fully vaccinated within 120 days of this issuance with an FDA approved vaccination against COVID-19.  Service Members voluntarily immunized with a COVID-19 vaccine under FDA Emergency Use Authorization or World Health Organization Emergency Use Listing in accordance with applicable dose requirements prior to, or after, the establishment of this policy are considered fully vaccinated.  Service Members who are actively participating in COVID-19 clinical trials are

exempted from mandatory vaccination against COVID-19 until the trial is complete in order to avoid invalidating such clinical trial results.

5.  The order to obtain full vaccination is a lawful order, and failure to comply is punishable as a violation of a lawful order under Article 92, Uniform Code of Military Justice, and may result in punitive or adverse administrative action or both.  The Chief of Naval Operations and Commandant of the Marine Corps have authority to exercise the full range of administrative and disciplinary actions to hold non-exempt Service Members appropriately accountable.  This may include, but is not limited to, removal of qualification for advancement, promotions, reenlistment, or continuation, consistent with existing regulations, or otherwise considering vaccination status in personnel actions as appropriate.

6.  Additional guidance will be provided with regard to reporting requirements of vaccination numbers on a weekly basis to Assistant Secretary of the Navy (Manpower & Reserve Affairs).

7.  Released by the Honorable Carlos Del Toro Secretary of the Navy.//

BT
#0001
NNNN
UNCLASSIFIED//