EXHIBIT 3

**ADMINISTRATIVE REMARKS**
**NAVPERS 1070/613 (REV. 08-2012)** PREVIOUS EDITIONS ARE OBSOLETE          SUPPORTING DIRECTIVE MILPERSMAN 1070-320

SHIP OR STATION:

| SUBJECT: | ☐ PERMANENT | ☒ TEMPORARY |
|---|---|---|
| COVID-19 Vaccination Administrative Counseling/Warning | AUTHORITY (IF PERMANENT): | |

1. The U.S. Food and Drug Administration (FDA) approved the first COVID-19 vaccine, Pfizer-BioNTech, for the prevention of COVID-19 in individuals 16 years of age and older, and announced that the vaccine will be marketed as Comirnaty. Accordingly, the Secretary of Defense (SECDEF) has directed full vaccination of all service members in the Armed Forces on active duty or in the Ready Reserve who are not fully vaccinated against COVID-19. Mandatory vaccination can only use COVID-19 vaccines that receive full licensure from the FDA, in accordance with FDA-approved labeling and guidance. Per the FDA's guidance, the Pfizer-BioNTech and Comirnaty vaccines have the same formulation and are interchangeable; Navy medical providers are authorized to use Pfizer-BioNTech doses distributed under the Emergency Use Authorization to administer mandatory vaccinations.

2. ALNAV 062/21 and NAVADMIN 190/21 implemented the SECDEF's mandate for the Department of the Navy (DON) and the Navy, respectively.

3. The following information is provided for your consideration:
   a. Your health and safety are the Navy's number one concern.
   b. The threat from COVID-19 is deadly and real.
   c. Vaccination has proven to be the most effective defense against serious illness caused by COVID-19.
   d. Administering the COVID-19 vaccine is in the interest of national security and protection of the force. Receiving the vaccine helps protect your family, fellow Sailors and Marines, and associated DON civilians.
   e. Per FDA guidance, the Pfizer-BioNTech and Comirnaty vaccines are the same, and can be used interchangeably without any safety or effectiveness concerns.
   f. DoD will administer COVID-19 vaccinations consistent with FDA approved dosing schedules and current standards of medical practice. Pfizer-BioNTech and Comirnaty are two-dose vaccines; full vaccination is achieved two weeks after completing the second dose.
   g. Additionally, per MANMED 15-105, special operations (SO) duty personnel (SEAL and SWCC) who refuse to receive the COVID-19 vaccine based solely on personal or religious beliefs will be disqualified from SO duty (unless the disqualification is separately waived by BUMED). This will affect deployment and special pays. This provision does not pertain to medical contraindications or allergies to vaccine administration.

4. Your Navy medical record indicates you are not fully vaccinated against COVID-19. Unless you have an approved medical or administrative exemption, or a pending exemption request, or you elect the option in paragraph 7 to request an exemption within 10 calendar days of signing this Page 13, you are hereby ordered to become fully vaccinated for COVID-19 no later than (circle applicable deadline):
   28 November 2021 for the Active Component          28 December 2021 for the Ready Reserve
Proof of vaccination must be provided to your command no later than the next duty day following vaccination for Active Component or 7 days for Ready Reserve.

5. This a lawful order. Refusal to be fully vaccinated against COVID-19, absent an approved administrative or medical exemption, will constitute a failure to obey a lawful order and is punishable under the Uniform Code of Military Justice and/or may result in administrative action.

6. If you have concerns about the COVID-19 vaccine or have questions about an administrative or medical exemption, you may contact the following:
   a. Medical. Healthcare professionals at any local DoD Military Treatment Facility (MTF) are available to answer questions regarding the risks of COVID-19 and the benefits of COVID-19 vaccinations, or any other medical questions you have related to the vaccine.
   b. Legal. You may seek the advice of a Navy judge advocate at your nearest Defense Service Office (DSO). A DSO locator search tool is available online at:
      https://www.jag.navy.mil/legal_services/legal_services_locator_dso.htm.
   c. Chaplain. You may seek religious counsel from a Navy chaplain at any base chapel.

7. You must initial the following, as applicable:
   ▮ I acknowledge the above counseling/warning and understand its contents
   I acknowledge that I may submit a statement in response to this counseling/warning (initial one below)
      ▮ I intend to submit a statement within 10 calendar days of the date of my signature below.
      I do not intend to submit a statement.
   ▮ I intend to request an administrative or medical exemption, as indicated in paragraph 5 above, within 10 calendar days of the date of my signature below.

Member's Si          Date/Signed                                    Witness Signature Date/Signed

ENTERED AND VERIFIED IN ELECTRONIC SERVICE RECORD:

| VERIFYING OFFICIAL RANK OR GRADE/TITLE: | DATE: | SIGNATURE OF VERIFYING OFFICIAL: |
|---|---|---|
| NAME (LAST, FIRST, MIDDLE): | | SOCIAL SECURITY NUMBER: | BRANCH AND CLASS: USN |