**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
501 W. 10TH STREET
FORT WORTH, TX 76102-3673

**MARK T. PITTMAN**                                                                                          817.850.6656 Chambers

U.S. District Judge                                                                                                817.850.6707 Facsimile

November 9, 2021

Karen Mitchell
Clerk of Court
United States District Court
Northern District of Texas
501 W. 10TH Street
Fort Worth, TX 76102-3673

Re:     4:21-CV-01236-P (19); U.S. Navy SEALs 1-26 et al.

Dear Ms. Mitchell:

    I hereby recuse myself from the above styled and numbered case.  Please see that it is assigned to another judge per the usual procedure.

Sincerely,

*[signature: Mark T. Pittman]*

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE