UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| U.S. NAVY SEALs 1-26; | ) | |
| | ) | |
| U.S. NAVY SPECIAL WARFARE COMBATANT CRAFT CREWMAN 1-5; | ) ) | |
| | ) | |
| U.S. NAVY EXPLOSIVE ORDNANCE DISPOSAL TECHNICIAN 1; and | ) ) | Civil Action No. 4:21-cv-01236-O |
| | ) | |
| U.S. NAVY DIVERS 1-3, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America; LLOYD J. AUSTIN, III, individually and in his official capacity as United States Secretary of Defense; UNITED STATES DEPARTMENT OF DEFENSE; CARLOS DEL TORO, individually and in his official capacity as United States Secretary of the Navy, | ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING MOTION OF THE AMERICA FIRST POLICY INSTITUTE FOR LEAVE TO FILE BRIEF *AMICUS CURIAE***

The America First Policy Institute, having duly moved for leave to appear as *amicus curiae* for the purpose of filing a brief supporting Plaintiffs in this action pursuant to Local Rule 7.2(b), and having reviewed and considered the Motion of the America First Policy Institute for Leave to File Brief *Amicus Curiae*, it is hereby

**ORDERED** that the Motion of the America First Policy Institute for Leave to File Brief *Amicus Curiae* is **GRANTED**.

1

**SO ORDERED**, on this _____ day of _____, 2021.

_____
The Honorable Reed O'Connor
United States District Judge