UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **U.S. NAVY SEALs 1-26;**<br><br>**U.S. NAVY SPECIAL WARFARE COMBATANT CRAFT CREWMEN 1-5;**<br><br>**U.S. NAVY EXPLOSIVE ORDNANCE DISPOSAL TECHNICIAN 1; and**<br><br>**U.S. NAVY DIVERS 1-3**,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>**JOSEPH R. BIDEN, JR.**, in his official capacity as President of the United States of America; **LLOYD J. AUSTIN, III**, individually and in his official capacity as United States Secretary of Defense; **UNITED STATES DEPARTMENT OF DEFENSE**; **CARLOS DEL TORO**, individually and in his official capacity as United States Secretary of the Navy,<br><br>　　　　　　Defendants. | Case No. 4:21-cv-01236-O |

## MOTION FOR LEAVE TO EXCEED PAGE LIMITATION

Plaintiffs U.S. Navy SEALs 1-26, U.S. Navy Special Warfare Combatant Craft Crewmen 1-5, U.S. Navy Explosive Ordnance Disposal Technician 1, and U.S. Navy Divers 1-3 ("the SEALs"), by and through counsel, respectfully move this Court to allows the SEALs to file a Brief in Support of Motion for Preliminary Injunction exceeding the page limitation set by Local Rule 7.2(c). In support of this Motion, the SEALs respectfully state:

　　1.　　Pursuant to Local Rule 7.2(c), "a brief must not exceed 25 pages (excluding the table of contents and table of authorities) . . . . Permission to file a brief in excess of these page

limitations will be granted by the presiding judge only for extraordinary and compelling reasons." The SEALs believe that compelling reasons exist to grant leave to file a Brief in Support of Motion for Preliminary Injunction of 31 pages.

2.   This case presents several compelling matters of public importance because it involves application of the Free Exercise Clause of the United States Constitution, U.S. Const. amend. I, the Religious Freedom Restoration Act, 42 U.S.C. § 2000bb *et seq.,* the Administrative Procedure Act, 5 U.S.C. §§ 701-06, Department of Defense regulations, and Department of the Navy regulations. *See* Compl. at ¶ 2.

3.   Specifically, the SEALs seek to enjoin the President of the United States, the United States Secretary of Defense, the United States Department of Defense, and the United States Secretary of the Navy from enforcing a COVID-19 vaccination mandate against the SEALs without considering or granting religious accommodations. *Id.* at ¶¶ 22-25. The SEALs sincerely held religious beliefs forbid each of them from receiving the COVID-19 vaccine for a variety of reasons based upon their Christian faith as revealed through the Holy Bible and prayerful discernment. *Id.* at ¶ 57.

4.   The Brief in Support of Motion for Preliminary Injunction includes a statement of facts that presents the Defendants' numerous vaccination policies and other discriminatory actions, in addition to the sincerely held-religious beliefs of and irreparable injury faced by thirty-five members of Naval Special Warfare Command units. Further, it provides a thorough analysis of a multi-element legal standard for a preliminary injunction.

5.   While the Plaintiffs have made a good faith effort to comply with the page limitation, this has proven to be an extraordinary task given the numerosity of plaintiffs and the complexity of the issues presented in this case. The SEALs respectfully submit that 31 pages is

necessary to provide this Court with a proper Brief in Support of Motion for Preliminary Injunction.

WHEREFORE, the SEALs respectfully request that the Court grant this Motion for Leave to Exceed Page Limitation and allow them to file a motion for preliminary injunction brief of 31 pages.

Respectfully submitted this 24th day of November, 2021.

KELLY J. SHACKELFORD
  Texas Bar No. 18070950
JEFFREY C. MATEER
  Texas Bar No. 13185320
HIRAM S. SASSER, III
  Texas Bar No. 24039157
DAVID J. HACKER
  Texas Bar No. 24103323
MICHAEL D. BERRY
  Texas Bar No. 24085835
JUSTIN BUTTERFIELD
  Texas Bar No. 24062642
ROGER BYRON
  Texas Bar No. 24062643
FIRST LIBERTY INSTITUTE
2001 W. Plano Pkwy., Ste. 1600
Plano, Texas 75075
Tel: (972) 941-4444
jmateer@firstliberty.org
hsasser@firstliberty.org
dhacker@firstliberty.org
mberry@firstliberty.org
jbutterfield@firstliberty.org
rbyron@firstliberty.org

JORDAN E. PRATT
  Florida Bar No. 100958\*  \*\*
FIRST LIBERTY INSTITUTE
227 Pennsylvania Ave., SE
Washington, DC 20003
Tel: (972) 941-4444
jpratt@firstliberty.org

/s/ Heather Gebelin Hacker
HEATHER GEBELIN HACKER
  Texas Bar No. 24103325
ANDREW B. STEPHENS
  Texas Bar No. 24079396
HACKER STEPHENS LLP
108 Wild Basin Road South, Suite 250
Austin, Texas 78746
Tel.: (512) 399-3022
heather@hackerstephens.com
andrew@hackerstephens.com

*Attorneys for Plaintiffs*

*Application for admission pro hac vice pending
** Not yet admitted to the D.C. Bar, but admitted to practice law in Florida. Practicing law in D.C. pursuant to D.C. Court of Appeals Rule 49(c)(8) under the supervision of an attorney admitted to the D.C. Bar.

Case 4:21-cv-01236-O   Document 14   Filed 11/24/21   Page 4 of 6   PageID 165

## CERTIFICATE OF CONFERENCE

Plaintiffs' counsel were unable to conference this Motion with Defendants' counsel because no counsel has appeared for Defendants. However, once counsel for Defendants file appearances, Plaintiffs' counsel will confer with them.

/s/Heather Gebelin Hacker
HEATHER GEBELIN HACKER

## CERTIFICATE OF SERVICE

  I hereby certify that on November 24, 2021, I electronically filed the foregoing document through the Court's ECF system and will serve a copy on each of the Defendants according to the Federal Rules of Civil Procedure.

               <u>/s/Heather Gebelin Hacker</u>
               HEATHER GEBELIN HACKER