UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **U.S. NAVY SEALs 1-26;**<br><br>**U.S. NAVY SPECIAL WARFARE COMBATANT CRAFT CREWMEN 1-5;**<br><br>**U.S. NAVY EXPLOSIVE ORDNANCE DISPOSAL TECHNICIAN 1; and**<br><br>**U.S. NAVY DIVERS 1-3**,<br><br>       Plaintiffs,<br><br>   v.<br><br>**JOSEPH R. BIDEN, JR.**, in his official capacity as President of the United States of America; **LLOYD J. AUSTIN, III**, individually and in his official capacity as United States Secretary of Defense; **UNITED STATES DEPARTMENT OF DEFENSE**; **CARLOS DEL TORO**, individually and in his official capacity as United States Secretary of the Navy,<br><br>       Defendants. | Case No. 4:21-cv-01236-O |

**[PROPOSED] ORDER GRANTING PLAINTIFFS MOTION FOR LEAVE TO EXCEED PAGE LIMITATION**

Pending before the Court is Plaintiffs U.S. Navy SEALs 1-26, U.S. Navy Special Warfare Combatant Craft Crewmen 1-5, U.S. Navy Explosive Ordnance Disposal Technician 1, and U.S. Navy Divers 1-3 ("the SEALs") Motion for Leave to Exceed Page Limitation for the Brief in Support of Motion for Preliminary Injunction. Having considered the Motion, the Court is of the opinion that extraordinary and compelling reasons exist to justify granting permission to file a brief in excess of twenty-five pages.

IT IS HEREBY ORDERED that the SEALs Motion for Leave to Exceed Page Limitation for Brief in Support of Motion for Preliminary Injunction is GRANTED. The SEALs may exceed the page limitation of Local Rule 7.2(c) by filing a brief of 31 pages. Accordingly, the SEALs Brief in Support of Motion for Preliminary Injunction is accepted as filed.

**So ORDERED and SIGNED this __ day of November, 2021**


_____

Hon. Reed O'Connor
United States District Judge