UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **U.S. NAVY SEALs 1-26;**<br><br>**U.S. NAVY SPECIAL WARFARE COMBATANT CRAFT CREWMEN 1-5;**<br><br>**U.S. NAVY EXPLOSIVE ORDNANCE DISPOSAL TECHNICIAN 1; and**<br><br>**U.S. NAVY DIVERS 1-3**,<br><br>                    Plaintiffs,<br><br>       v.<br><br>**JOSEPH R. BIDEN, JR.**, in his official capacity as President of the United States of America; **LLOYD J. AUSTIN, III**, individually and in his official capacity as United States Secretary of Defense; **UNITED STATES DEPARTMENT OF DEFENSE**; **CARLOS DEL TORO**, individually and in his official capacity as United States Secretary of the Navy,<br><br>                    Defendants. | Case No. 4:21-cv-01236-O |

## MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs U.S. Navy SEALs 1-26, U.S. Navy Special Warfare Combatant Craft Crewmen 1-5, U.S. Navy Explosive Ordnance Disposal Technician 1, and U.S. Navy Divers 1-3 ("the SEALs"), by and through counsel, and pursuant to Federal Rule of Civil Procedure 65, respectfully move this Court for a preliminary injunction against Defendants' vaccine mandate.

In support of this Motion, the SEALs rely on the following:

1. The Brief in support of this Motion, filed contemporaneously herewith;

2. The Appendix in support of this Motion, filed contemporaneously herewith;

1

3. The Complaint, ECF No. 1; and

4. All further evidence necessary to support this Motion, filed hereafter or presented at any hearing on this Motion.

The SEALs respectfully request the following relief:

1. A preliminary injunction against Defendants and their agents, servants, employees, attorneys, and all persons and entities directly or indirectly in active concert or participation with them that prohibits them from applying their facially discriminatory policies:

   a. Manual of the Medical Department of the U.S. Navy (MANMED), Article 15-105(n)(9);

   b. NAVADMIN 225/21, "COVID-19 Consolidated Disposition Authority" (Oct. 13, 2021);

   c. Trident Order #12, "Mandatory Vaccination for COVID-19" (Sept. 24, 2021); and

   d. NAVADMIN 256/21, "CCDA Guidance to Commanders" (Nov. 15, 2021).

2. A preliminary injunction against Defendants and their agents, servants, employees, attorneys, and all persons and entities directly or indirectly in active concert or participation with them that prohibits them from applying their practice of:

   a. across-the-board denial of religious accommodation requests for COVID-19 vaccination;

   b. differential treatment of accommodation requests for the COVID-19 vaccination for secular reasons and accommodation requests for religious reasons; and

   c. retributive or negative action against servicemembers who make or have made religious accommodation requests; and

3. A preliminary injunction against Defendants and their agents, servants, employees, attorneys, and all persons and entities directly or indirectly in active concert or participation with them that prohibits them from making Plaintiffs' non-receipt of COVID-19 vaccination or Plaintiffs' submission of a request for a religious accommodation from COVID-19 vaccination a basis for any adverse action against Plaintiffs, including, but not limited to: separation from service; loss of special warfare device; change in job title or duties; recoupment of education or training expenses; determination of medical disqualification or non-deployability; loss or delay of promotion, training opportunities, or retirement; and loss of bonuses, pay, or benefits.

The SEALs request a waiver of any bond required by Federal Rule of Civil Procedure 65(c) as these issues involve the free exercise of religion, there is no money at stake in issuance of the injunction, and no financial impact on the Defendants. *See Kaepa, Inc. v. Achilles Corp.*, 76 F.3d 624, 628 (5th Cir. 1996) (recognizing district courts have discretion to waive the bond requirement of Rule 65(c)); *see also Gordon v. City of Hous.*, 79 F. Supp. 3d 676, 695 (S.D. Tex. 2015) (waiving Rule 65 bond in First Amendment lawsuit).

WHEREFORE, the SEALs respectfully request that the Court grant this Motion for Preliminary Injunction against the Defendants.

Respectfully submitted this 24th day of November, 2021.

KELLY J. SHACKELFORD
   Texas Bar No. 18070950
JEFFREY C. MATEER
   Texas Bar No. 13185320
HIRAM S. SASSER, III
   Texas Bar No. 24039157
DAVID J. HACKER
   Texas Bar No. 24103323
MICHAEL D. BERRY
   Texas Bar No. 24085835
JUSTIN BUTTERFIELD
   Texas Bar No. 24062642
ROGER BYRON
   Texas Bar No. 24062643
FIRST LIBERTY INSTITUTE
2001 W. Plano Pkwy., Ste. 1600
Plano, Texas 75075
Tel: (972) 941-4444
jmateer@firstliberty.org
hsasser@firstliberty.org
dhacker@firstliberty.org
mberry@firstliberty.org
jbutterfield@firstliberty.org
rbyron@firstliberty.org

JORDAN E. PRATT
   Florida Bar No. 100958*  **
FIRST LIBERTY INSTITUTE
227 Pennsylvania Ave., SE
Washington, DC 20003
Tel: (972) 941-4444
jpratt@firstliberty.org

*Application for admission pro hac vice pending
** Not yet admitted to the D.C. Bar, but admitted to practice law in Florida. Practicing law in D.C. pursuant to D.C. Court of Appeals Rule 49(c)(8) under the supervision of an attorney admitted to the D.C. Bar.

/s/ Heather Gebelin Hacker
HEATHER GEBELIN HACKER
   Texas Bar No. 24103325
ANDREW B. STEPHENS
   Texas Bar No. 24079396
HACKER STEPHENS LLP
108 Wild Basin Road South, Suite 250
Austin, Texas 78746
Tel.: (512) 399-3022
heather@hackerstephens.com
andrew@hackerstephens.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF CONFERENCE

Plaintiffs' counsel were unable to conference this Motion with Defendants' counsel because no counsel has appeared for Defendants. However, once counsel for Defendants file appearances, Plaintiffs' counsel will confer with them.

/s/Heather Gebelin Hacker
HEATHER GEBELIN HACKER

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2021, I electronically filed the foregoing document through the Court's ECF system and will serve a copy on each of the Defendants according to the Federal Rules of Civil Procedure.

/s/Heather Gebelin Hacker
HEATHER GEBELIN HACKER
