IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| U.S. NAVY SEALs 1-26, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:21-cv-01236-O |
| § | |
| JOSEPH R. BIDEN, JR., et al., § | |
| § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is Plaintiffs' Motion for Injunction (ECF No. 16), filed November 23, 2021.

Rule 65 of the Federal Rules of Civil Procedure governs injunctions and restraining orders. A court may issue an injunction only on notice to the adverse party. Fed. R. Civ. P. 65(a)(1). Compliance with this rule is mandatory. *Parker v. Ryan*, 960 F.2d 543, 544 (5th Cir. 1992); *see also ADT, LLC v. Capital Connect, Inc.*, 145 F.Supp.3d 671, 683 (N.D. Tex. 2015) ("First, the Fifth Circuit has disapproved of ruling on a preliminary injunction where the parties were not given a 'fair opportunity' or did not receive sufficient notice before the court rendered its decision.").

Accordingly, it is hereby **ORDERED** that Plaintiffs shall notify Defendants of its request for injunctive relief. It is further **ORDERED** that Plaintiffs shall file a pleading on the docket describing compliance with this provision. Finally, it is **ORDERED** that Plaintiffs and Defendants should then file a status report setting out proposed deadlines for any response and reply briefs.

**SO ORDERED** this **24th day** of **November, 2021**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE