IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| U.S. NAVY SEALs 1-26, et al., | § | |
|---|---|---|
| Plaintiffs, | § | |
| v. | § | Civil Action No. 4:21-cv-01236-O |
| JOSEPH R. BIDEN, JR., et al., | § | |
| Defendants. | § | |

## ORDER

Before the Court is the Status Report on Plaintiffs' Request for Injunctive Relief (ECF No. 20), filed November 30, 2021. The Court adopts Plaintiffs' proposed briefing schedule and sets the matter for hearing as follows:

| | |
|---|---|
| Government's Response | December 10, 2021 |
| Plaintiffs' Reply | December 17, 2021 |
| Hearing | December 20, 2021 at 9:30 a.m. |

The hearing shall be held in the Second Floor Courtroom of the Eldon B. Mahon Federal Courthouse, 501 West 10th Street, Fort Worth, Texas.

Moreover, the Clerk of Court is **DIRECTED** to add Acting U.S. Attorney Chad Meacham to the docket as attorney for Defendants and provide him notice of any filings made in this case.

**SO ORDERED** on this **30th day** of **November, 2021.**

_Reed O'Connor_
UNITED STATES DISTRICT JUDGE