AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

US Navy SEALs 1-26, et al
*Plaintiff*
v.
Joseph R. Biden, Jr., et al
*Defendant*

Civil Action No. 4:21-cv-01236-O

## Summons in a Civil Action

**TO:** United States Department of Defense

(These copies of the summons and complaint are to be sent by registered or certified mail to the Attorney General of the United States at 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael Berry
2001 W Plano Pkwy
Suite 1600
Plano , TX 75075

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

DATE: 11/10/2021

UNITED STATES DISTRICT COURT ★ NORTHERN DISTRICT OF TEXAS ★

Civil Action No. 4:21-cv-01236-O

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (*name of individual and title, if any*) ______________________ was received by me on (*date*) ______________.

☐ I personally served the summons on the individual at (*place*) ______________________ on (*date*) ______________; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) ______________________, a person of suitable age and discretion who resides there, on (*date*) ______________, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) ______________________, who is designated by law to accept service of process on behalf of (*name of organization*) ______________________ on (*date*) ______________; or

☐ I returned the summons unexecuted because ______________________; or

☒ other (*specify*) I served the Department of Defense via certified mail pursuant to FRCP 4(i).

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________

I declare under penalty of perjury that this information is true.

Date: December 1, 2021

Carol Carrillo

Server's signature

Carol Carrillo, Paralegal

Printed name and title

2001 West Plano Parkway, Suite 1600
Plano, Texas 75075

Server's address

Additional information regarding attempted service, etc:

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General of the United States
950 Pennsylvania Avenue NW
Washington, DC 20530-00001

9590 9402 5172 9122 9272 01

2. Article Number *(Transfer from service label)*

7018 0680 0001 8544 2839

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

[signature]

NOV 17 2021

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

9590 9402 5172 9122 9272 01

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

First Liberty Institute
2001 West Plano Parkway
Suite 1600
Plano, TX 75075

Atty. Gen. of U.S. - SEALS
JF

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

| | |
|---|---|
| US Navy SEALs 1-26, et al<br>*Plaintiff*<br>v.<br><br>Joseph R. Biden, Jr., et al<br>*Defendant* | Civil Action No. 4:21-cv-01236-O |

## Summons in a Civil Action

**TO:** United States Department of Defense

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Michael Berry
2001 W Plano Pkwy
Suite 1600
Plano , TX 75075

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*




*Signature of Clerk or Deputy Clerk*

DATE: 11/10/2021

Civil Action No. 4:21-cv-01236-O

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (*name of individual and title, if any*) ______________________
was received by me on (*date*) ______________ .

☐ I personally served the summons on the individual at (*place*) ______________________
______________________ on (*date*) ______________ ; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) ______________
______________________ , a person of suitable age and discretion who resides there,
on (*date*) ______________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) ______________________ , who is designated
by law to accept service of process on behalf of (*name of organization*) ______________________
______________________ on (*date*) ______________ ; or

☐ I returned the summons unexecuted because ______________________ ; or

☒ other (*specify*) I served the Department of Defense via certified mail pursuant to FRCP 4(i).

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________

I declare under penalty of perjury that this information is true.

Date: December 1, 2021

Carol Carrillo
Server's signature

Carol Carrillo, Paralegal
Printed name and title

2001 West Plano Parkway, Suite 1600
Plano, Texas 75075
Server's address

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Lloyd J. Austin, III
United States Secretary of Defense
United States Department of Defense
1000 Defense Pentagon
Washington, DC 20301-1000

9590 9402 5172 9122 9271 95

2. Article Number *(Transfer from service label)*
7018 0680 0001 8544 2822

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X CMD
☒ Agent
☐ Addressee

B. Received by *(Printed Name)* CMD

C. Date of Delivery 11/17/21

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

USPS TRACKING #

9590 9402 5172 9122 9271 95

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

First Liberty Institute
2001 West Plano Parkway
Suite 1600
Plano, TX 75075

Lloyd J. Austin III SECDEF
JF

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

US Navy SEALs 1-26, et al
*Plaintiff*
v.
Joseph R. Biden, Jr., et al
*Defendant*

Civil Action No. 4:21-cv-01236-O

## Summons in a Civil Action

**TO:** United States Department of Defense

These copies of the summons and complaint are to be either:
(1) delivered to the United States Attorney for the Northern District of Texas or to an assistant United States attorney or clerical employee whom the United States Attorney has designated in writing filed with the Clerk of the United States District Court for the Northern District of Texas;
or
(2) send by registered or certified mail to the civil-process clerk at the Office of the United States Attorney for the Northern District of Texas ( 801 Cherry Street, Suite 1700,Fort Worth, TX 76102-6897)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael Berry
2001 W Plano Pkwy
Suite 1600
Plano , TX 75075

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

DATE: 11/10/2021

Civil Action No. 4:21-cv-01236-O

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (*name of individual and title, if any*) ______________________________
was received by me on (*date*) ____________________.

☐ I personally served the summons on the individual at (*place*) ______________________________
______________________________ on (*date*) ____________________; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) ____________________
______________________________, a person of suitable age and discretion who resides there,
on (*date*) ______________________________, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) ______________________________, who is designated
by law to accept service of process on behalf of (*name of organization*) ______________________________
______________________________ on (*date*) ____________________; or

☐ I returned the summons unexecuted because ______________________________; or

☒ other (*specify*) I served the Department of Defense via certified mail pursuant to FRCP 4(i).

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ ____________

I declare under penalty of perjury that this information is true.

Date: December 1, 2021

Carol Carrillo
Server's signature

Carol Carrillo, Paralegal
Printed name and title

2001 West Plano Parkway, Suite 1600
Plano, Texas 75075
Server's address

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney for the
Northern District of Texas
Attn: Civil Process Clerk
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102-6897

9590 9402 5172 9122 9272 32

2. Article Number *(Transfer from service label)*

7018 0680 0001 8544 2860

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Kim Bassh[illegible] ☒ Agent ☐ Addressee

B. Received by *(Printed Name)* Kim Bassham

C. Date of Delivery 11/15/21

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

NORTH TEXAS TX 750
15 NOV 2021 PM 9 L

9590 9402 5172 9122 9272 32

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

First Liberty Institute
2001 West Plano Parkway
Suite 1600
Plano, TX 75075

U.S. Atty for N. Dist. of TX-SEALS
JF