**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| NAVY SEALS 1-26, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Civil Action No. 4:21-cv-01236-O |

**NOTICE OF APPEARANCE**

Courtney D. Enlow, Trial Attorney at the U.S. Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance as counsel of record for the Defendants in their official capacities[1] in the above-captioned matter.

DATED: December 1, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

*/s/ Courtney D. Enlow*
COURTNEY D. ENLOW (NC Bar No. 46578)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Room 12102

[1] Plaintiffs brought suit against Secretary of Defense Lloyd J. Austin, III, and Secretary of the Navy Carlos Del Toro in both their official and individual capacities. Undersigned counsel does not represent Secretary Austin or Secretary Del Toro in their individual capacities.

Washington, D.C. 20005
Tel: (202) 616-8467
Fax: (202) 616-8470
Email: courtney.d.enlow@usdoj.gov

*Counsel for Defendants (official capacity only)*

**CERTIFICATE OF SERVICE**

On December 1, 2021, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Courtney D. Enlow*
COURTNEY D. ENLOW
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Room 12102
Washington, D.C. 20005
Tel: (202) 616-8467
Email: courtney.d.enlow@usdoj.gov