**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

**NAVY SEALs 1-26,** et al.,

Plaintiffs,

v.

**JOSEPH R. BIDEN, JR.**, in his official capacity as President of the United States, et al.,

Defendants.

Case No. 4:21-cv-01236-O

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE AN OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION OF FORTY PAGES**

Pursuant to Local Rule 7.2(c), Defendants respectfully move for a 15-page expansion of the page limit for their opposition to Plaintiffs' motion for a preliminary injunction. In support of this motion, Defendants represent the following:

1. On November 24, 2021, Plaintiffs filed a 30-page motion for a preliminary injunction. *See* ECF Nos. 15–17-8. Plaintiffs seek to enjoin: (1) Defendants' purported "across-the-board denial of religious accommodation requests for COVID-19 vaccination," "differential treatment of accommodation requests for the COVID-19 vaccination for secular reasons and accommodation requests for religious reasons," and "retributive or negative action against servicemembers who make or have made religious accommodation requests"; (2) the application of four U.S. Navy policies or guidance documents concerning COVID-19 vaccine requirements to Plaintiffs; and (3) Defendants from taking any discipline or adverse employment action against Plaintiffs. *See* Pls.' Mot. 2–3, ECF No. 15.

2. The lawsuit includes 35 anonymous Plaintiffs, and Plaintiffs' 1,022-page appendix filed in support of their motion contains declarations from all 35 Plaintiffs.

3. Plaintiffs contend that they are likely to succeed on the merits on their claims that the U.S. Navy's religious accommodation process and the provision of medical exemptions violates the First Amendment and the Religious Freedom Restoration Act, 42 U.S.C. § 2000bb-1. *See* Pls.' Mem. 15–27, ECF No. 16.

4. In addition to addressing these claims, Defendants' memorandum will also address numerous threshold constitutional questions of jurisdiction under Article III, which were not addressed by Plaintiffs.

5. Given the importance of the policies Plaintiffs seek to enjoin, the myriad jurisdictional issues, the number of Plaintiffs, and the multiple claims raised, the additional pages requested are necessary for Defendants to provide the statutory and historic background and analysis to adequately address the issues raised by Plaintiffs' motion and complaint. Defendants will endeavor to be brief, and respectfully submit this Court would benefit from a fuller analysis of the issues presented here. The interests of justice will therefore be served by the requested extension.

6. Four other courts have permitted the Government to file at least a 40-page brief in opposition to the plaintiffs' motions for a preliminary injunction concerning vaccination directives issued by the Department of Defense and Military Services. *See* Order, *Robert v. Austin*, No. 21-cv-02228-RM-STV (D. Colo. Nov. 17, 2021), ECF No. 33 (granting Defendants' motion to file a 40-page opposition brief); Endorsed Order, *Navy Seal 1 v. Biden*, No. 21-cv-2429-SDM-TGW (M.D. Fla. Oct. 29, 2021), ECF No. 17 (same); Defs.' Opp'n to Pls.' Mots. for a Temporary Restraining Order and Prelim. Inj., *Doe v. Austin*, No. 21-cv-1211-AW-HTC (N.D. Fla. Oct. 21, 2021), ECF No. 31 (after obtaining leave from the court during a status hearing, filing a 67-page opposition brief to two

motions for a preliminary injunction); Defs.' Opp'n to Emergency Application for Temporary Restraining Order and Prelim. Inj., *Church v. Biden*, No. 21-cv-2815-CKK (D.D.C. Nov. 2, 2021), ECF No. 13 (filing a 40-page opposition brief in compliance with Local Civil Rule 7(e), which permits opposition briefs of up to 45 pages).

Defendants, therefore, respectfully ask this Court to enter an order granting them permission to file an opposition to Plaintiffs' motion for a preliminary injunction of no more than 40 pages.

**Local Rule 7.1(a) Certification**

Defense counsel conferred with Plaintiffs' counsel by email on November 30, 2021. Plaintiffs' counsel consents to the relief requested in this motion.

Dated: December 1, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

*/s/Courtney D. Enlow*
ANDREW E. CARMICHAEL
AMY E. POWELL
Senior Trial Counsel
STUART J. ROBINSON
Senior Counsel
ZACHARY A. AVALLONE
COURTNEY D. ENLOW (NC Bar No. 46578)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 616-8467

Fax: (202) 616-8470
Email: courtney.d.enlow@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2021, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

*/s/Courtney D. Enlow*
COURTNEY D. ENLOW (NC Bar No. 46578)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 616-8467
Fax: (202) 616-8470
Email: courtney.d.enlow@usdoj.gov