**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

**NAVY SEALs 1-26,** et al.**,**

Plaintiffs,

v.

**JOSEPH R. BIDEN, JR.**, in his official capacity as President of the United States, et al.,

Defendants.

Case No. 4:21-cv-01236-O

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE AN OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION OF FORTY PAGES**

Upon consideration of Defendants' Motion for Leave to File an Opposition to Plaintiffs' Motion for a Preliminary Injunction of Forty Pages, and because good cause has been shown, it is, therefore, ORDERED that:

- Defendants' Motion is GRANTED;
- Defendants' brief shall not exceed forty (40) pages.

IT IS SO ORDERED.

Dated: ________________________

________________________________

Hon. Reed O'Connor
UNITED STATES DISTRICT JUDGE