**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **U.S. NAVY SEALs 1-26, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:21-cv-01236-O** |
| | § | |
| **JOSEPH R. BIDEN, JR., et al.,** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

**ORDER**

Before the Court is Plaintiffs' Motion for Leave to Exceed Page Limitation (ECF No. 14), filed November 24, 2021, and Defendants' Unopposed Motion for Leave to File an Opposition to Plaintiffs' Motion for Preliminary Injunction of Forty Pages (ECF No. 24), filed December 1, 2021. Plaintiffs filed a thirty-page motion for preliminary injunction, exceeding the page limit by five. *See* ECF Nos. 14–15. Defendants have likewise asked to exceed the page limit. ECF No. 24. Defendants anticipate they will file an opposition of no more than forty pages. *Id.* Having reviewed both motions and found compelling justification, the Court finds that both should be and are hereby **GRANTED**.

**SO ORDERED** on this **1st day** of **December, 2021**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE