**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| **U.S. NAVY SEALs 1-26,** et al.,<br><br>Plaintiffs,<br>v.<br><br>**JOSEPH R. BIDEN, JR.**, et al.,<br><br>Defendants. | Case No. 4:21-cv-01236-O |

# [PROPOSED] PROTECTIVE ORDER

Before the Court is Plaintiffs' Motion for a Protective Order filed December 1, 2021. Plaintiffs request that the Court enter a protective order permitting Plaintiffs to proceed in this litigation using pseudonyms and placing Plaintiffs' identities under seal. Having considered the Motion, the Court finds that it should be and is hereby GRANTED.

Accordingly, it is ORDERED that:

1. Plaintiffs shall be permitted to proceed in this litigation using a pseudonym and shall be referred to by pseudonym in all pleadings, depositions, and other documents related to this litigation and in all proceedings held before this Court.

2. Plaintiffs' identities shall be filed with the Court under seal. A copy of that filing shall be served on Defendants' counsel in a manner other than through the Court's electronic filing system.

3. Defendants' counsel shall not, without leave of Court, in any way reveal, disclose, or otherwise make known, in whole or in part, the identities of Plaintiffs to any person except: (a) counsel of record for Defendants in this action and their paralegals and other professional personnel (including support staff) who are employed by the same law firm and directly assisting

such counsel in the prosecution or defense of this litigation, are under the supervision or control of such counsel, and who have been advised by such counsel of their obligations hereunder; and (b) Defendants' personnel—whether employed permanently, temporarily, or by contract—who are actually engaged in the preparation of this litigation for trial or other proceedings herein and who have been advised of their obligations hereunder.

4. If disclosed to any permitted persons pursuant to Paragraph 3, Plaintiffs' identities shall not be used for any purpose except for the prosecution or defense of this litigation.

**SO ORDERED** this _____ day of December, 2021**.**

___________________________________
HON. REED O'CONNOR
UNITED STATES DISTRICT JUDGE