IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| U.S. NAVY SEALs 1-26, et al., | § |
| Plaintiffs, | § |
| v. | § Civil Action No. 4:21-cv-01236-O |
| JOSEPH R. BIDEN, JR., et al., | § |
| Defendants. | § |

## ORDER

Before the Court is Plaintiffs' Motion for Protective Order (ECF No. 26), filed December 1, 2021. Plaintiffs argue that disclosing the identities of the individual SEALs and Special Warfare personnel would jeopardize their missions and personal security. *See* Mot. 3, ECF No. 26. Plaintiffs' Certificate of Conference indicated that Defendants are opposed to this motion. *Id.* at 7.

The Court finds that expedited briefing is necessary to resolve the issue of whether a protective order is required. Accordingly, it is **ORDERED** that Defendants' response is due on or before **December 6, 2021.** Plaintiffs may then reply on or before **December 8, 2021**.

SO ORDERED on this **2nd day** of **December, 2021.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE