IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

**NAVY SEALS 1-26**, et al.,

                    Plaintiffs,

v.

**JOSEPH R. BIDEN, JR.**, in his official capacity as
President of the United States, et al.,

                    Defendants.

Case No. 4:21-cv-01236-O

## PROTECTIVE ORDER

Upon the request of Defendants in the above-captioned matter, and pursuant to Federal

Rule of Civil Procedure 26(c), the Court hereby enters the following protective order, the

following terms having been agreed to by the parties to provide a mechanism for those plaintiffs

who are currently proceeding in this action through pseudonyms (collectively "the Pseudonym

Plaintiffs") to provide their identities to Defendants.[1]

1.      Provision of the Pseudonym Plaintiffs' Identities and Under Seal Filings to

Defendants.  Upon entry of this protective order, plaintiffs, through their counsel, will provide

the identities and addresses of the Pseudonym Plaintiffs along with any documents that have

been filed under seal in this matter to undersigned defense counsel of record.

2.      Limited Dissemination of the Pseudonym Plaintiffs' Identities.  The following

persons may receive notice of the Pseudonym Plaintiffs' identities: (a) counsel for defendants,

including supervisory officials at the Department of Justice and agency counsel for defendants;

(b) persons regularly in the employ of counsel for defendants directly assisting such counsel in the

prosecution or defense of this litigation and who have been advised by such counsel of their

---

[1] Entry of this protective order does not deprive Defendants of the opportunity to file an opposition to Plaintiffs'
motion to proceed under pseudonyms.

obligations hereunder; and (c) persons regularly in the employ of defendants who are actually

engaged in the preparation of this litigation for trial or other proceedings herein, provided that

such persons agree to and sign the attached undertaking (Appendix A).  Counsel for defendants

shall maintain copies of all signed undertakings.

       3.       <u>Permissible Uses of the Pseudonym Plaintiffs' Identities.</u>  Any person learning the

Pseudonym Plaintiffs' identities pursuant to this Protective Order ("Recipient") shall use that

information only for purposes of this litigation and shall not disclose the Pseudonym Plaintiffs'

identities to anyone except persons identified in Paragraph 2, absent court order.

       4.       <u>Retaliation Prohibited</u>. Defendants and any others receiving this information

pursuant to Paragraph 2, are hereby prohibited from taking any adverse or retaliatory action

against Plaintiffs as a result of being identified through the provision of information under

Paragraph 1 as participating in this litigation.

       5.       <u>Scope of the Protective Order.</u>  This protective order does not alter the

requirements of Northern District of Texas Local Rule 79.3.  If any party wishes to use any

document containing the Pseudonym Plaintiffs' identities, or other personally identifying

information that would lead to the discovery of the Pseudonym Plaintiffs' identities, in a court

filing or proceeding in this action, they shall either (i) redact the Pseudonym Plaintiffs' names

and other personally identifying information and utilize the Plaintiffs' assigned pseudonym, or

(ii) shall file a motion to seal pursuant to Northern District of Texas Local Rule 79.3.

       6.       <u>Modifications.</u>  Each party reserves the right to seek to modify the terms of this

protective order and Plaintiffs' pseudonym status at any time.  If a party seeks to modify the

protective order, the counsel for the party seeking to modify this protective order shall confer

with counsel for all other parties to this action.

IT SO ORDERED, this **6th day** of **December, 2021**.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

APPENDIX A
ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND

I, _____ [print or type full name], declare under penalty of

perjury that I have read in its entirety and understand the Protective Order that was issued by the

United States District Court for the Northern District of Texas on December 3, 2021 in *U.S. Navy*

*SEALs 1-26, et al. v. Biden, et al*., No. 4:21-cv-01236-O. I agree to comply with and to be bound

by all the terms of this Protective Order and I understand and acknowledge that failure to so comply

could expose me to sanctions and punishment in the nature of contempt. I solemnly promise that I

will not disclose in any manner any information or item that is subject to this Stipulated Protective

Order to any person or entity except in strict compliance with the provisions of this Order.

I further agree to submit to the jurisdiction of the United States District Court for the

Northern District of Texas for the purpose of enforcing the terms of this Protective Order, even if

such enforcement proceedings occur after termination of this action.

Date: _____

City and State where sworn and signed: _____

Printed name: _____

[printed name]

Signature: _____

[signature]

4