IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **NAVY SEALs 1-26, et al.,**<br><br>      **Plaintiffs,**<br><br> v.<br><br>**JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, et al.,**<br><br>      **Defendants.** | Case No. 4:21-cv-01236-O |

## ORDER

  Before the Court is Defendants' Unopposed Motion for Reconsideration (ECF No. 38), filed December 6, 2021. Now that Plaintiffs have provided the names of the servicemembers, Defendants allege they need additional time to evaluate the Plaintiffs' security concerns. Mot. 2–3, ECF No. 38. Having considered the Motion, the Court finds that it should be and is **GRANTED.** Defendants' opposition to Plaintiffs' motion to proceed anonymously is due December 22, 2021. Plaintiffs are permitted to proceed by pseudonym at the December 20, 2021 preliminary injunction hearing.

  **SO ORDERED** on this **6th day** of **December, 2021.**

                _____
                Reed O'Connor
              UNITED STATES DISTRICT JUDGE