IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| U.S. NAVY SEALs 1-26, et al., | § |
| Plaintiffs, | § |
| v. | § Civil Action No. 4:21-cv-01236-O |
| JOSEPH R. BIDEN, JR., et al., | § |
| Defendants. | § |

## ORDER

Before the Court is the Foundation for Moral Law's Unopposed Motion for Leave to File an *Amicus Curiae* Brief (ECF No. 47), filed December 15, 2021. The Foundation requests leave to file an *amicus curiae* brief, asserting its interest in "a strict interpretation of the United States Constitution . . . [and] the defense of religious liberty," particularly for members of the armed forces. Mot. 2, ECF No. 47. Having considered the unopposed motion, the Court finds that the motion should be and is hereby **GRANTED**. Accordingly, the Clerk is **DIRECTED** to file the Foundation for Moral Law's *Amicus Curiae* Brief, attached to the motion at ECF No. 47, as a separate docket entry as of the date of the motion.

**SO ORDERED** on this **15th day** of **December, 2021**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE