IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| NAVY SEALS 1-26, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 4:21-cv-01236-O |
| JOSEPH R. BIDEN, JR, in his official capacity as President of the United States, et al., | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

Andrew E. Carmichael, Senior Trial Counsel at the U.S. Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as additional counsel of record for the Defendants in their official capacities[1] in the above-captioned matter.

DATED: December 17, 2021        Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

*/s/ Andrew E. Carmichael*
ANDREW E. CARMICHAEL (VA Bar 76578)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005

---

[1] Plaintiffs brought suit against Secretary of Defense Lloyd J. Austin, III, and Secretary of the Navy Carlos Del Toro in both their official and individual capacities. Undersigned counsel does not represent Secretary Austin or Secretary Del Toro in their individual capacities.

Phone: 202-514-3346
Email: andrew.e.carmichael@usdoj.gov
Fax: (202) 616-8470

*Counsel for Defendants (official capacity only)*

2