UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **U.S. NAVY SEALs 1-26**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **JOSEPH R. BIDEN, JR.**, et al., <br><br> Defendants. | Case No. 4:21-cv-01236-O |

### UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATION

Plaintiffs U.S. Navy SEALs 1-26, U.S. Navy Special Warfare Combatant Craft Crewmen 1-5, U.S. Navy Explosive Ordnance Disposal Technician 1, and U.S. Navy Divers 1-3 ("the SEALs"), by and through counsel, respectfully move this Court to allows them to file a reply brief in support of their motion for preliminary injunction exceeding the page limitation set by Local Rule 7.2(c). In support of this Motion, the SEALs respectfully state:

1.  Pursuant to Local Rule 7.2(c): "A reply brief must not exceed 10 pages. . . . Permission to file a brief in excess of these page limitations will be granted by the presiding judge only for extraordinary and compelling reasons." The SEALs believe that compelling reasons exist to grant them leave to file a reply brief in support of their motion for preliminary injunction of 16 pages.

2.  This case presents several compelling matters of public importance because it involves application of the Free Exercise Clause of the United States, U.S. Const. amend. I, the Religious Freedom Restoration Act, 42 U.S.C. § 2000bb *et seq.*, the Administrative Procedure Act, 5 U.S.C. §§ 701-06, Department of Defense regulations, and Department of the Navy regulations. *See* Compl. at ¶ 2.

3. Specifically, the SEALs seek a preliminary injunction protecting their religious liberty against the government's policies and actions related to the military COVID-19 vaccination mandate. *Id.* at ¶¶ 22-25. The SEALs sincerely held religious beliefs forbid each of them from receiving the COVID-19 vaccine for a variety of reasons based upon their Christian faith as revealed through the Holy Bible and prayerful discernment. Mot. Prelim. Inj. App. 870-1022, ECF No. 17.

4. The Court previously granted the SEALs a six-page extension for their brief in support of the motion for preliminary injunction. ECF No. 25. The Court also granted the Defendants a 15-page extension for their opposition brief to the motion for preliminary injunction. *Id.*

5. The SEALs' reply brief addresses not only the merits of their preliminary injunction request, but also the several jurisdictional arguments raised by Defendants, as well as rebuttal evidence from the 35 plaintiffs.

6. The SEALs have made a good faith effort to comply with the page limitation, but the complexity of the issues and the argument of the Defendants requires additional pages so that the Court has a complete factual and legal analysis. Thus, the SEALs respectfully submit that 16 number of pages is necessary to provide this Court with a proper reply brief.

7. Defendants do not oppose a reply brief of 16 pages.

WHEREFORE, the SEALs respectfully request that the Court grant this Unopposed Motion for Leave to Exceed Page Limitations and allow them to file a reply brief of 16 pages.

Respectfully submitted this 17th day of December, 2021.

<div style="display: flex;">

Kelly J. Shackelford  
   Texas Bar No. 18070950  
Jeffrey C. Mateer  
   Texas Bar No. 13185320  
Hiram S. Sasser, III  
   Texas Bar No. 24039157  
David J. Hacker  
   Texas Bar No. 24103323  
Michael D. Berry  
   Texas Bar No. 24085835  
Justin Butterfield  
   Texas Bar No. 24062642  
Roger Byron  
   Texas Bar No. 24062643  
First Liberty Institute  
2001 W. Plano Pkwy., Ste. 1600  
Plano, Texas 75075  
Tel: (972) 941-4444  
jmateer@firstliberty.org  
hsasser@firstliberty.org  
dhacker@firstliberty.org  
mberry@firstliberty.org  
jbutterfield@firstliberty.org  
rbyron@firstliberty.org  

Jordan E. Pratt  
   Florida Bar No. 100958*  **  
First Liberty Institute  
227 Pennsylvania Ave., SE  
Washington, DC 20003  
Tel: (972) 941-4444  
jpratt@firstliberty.org  

</div>

/s/ Heather Gebelin Hacker  
Heather Gebelin Hacker  
   Texas Bar No. 24103325  
Andrew B. Stephens  
   Texas Bar No. 24079396  
Hacker Stephens LLP  
108 Wild Basin Road South, Suite 250  
Austin, Texas 78746  
Tel.: (512) 399-3022  
heather@hackerstephens.com  
andrew@hackerstephens.com  

*Attorneys for Plaintiffs*

*Application for admission pro hac vice pending  
** Not yet admitted to the D.C. Bar, but admitted to practice law in Florida. Practicing law in D.C. pursuant to D.C. Court of Appeals Rule 49(c)(8) under the supervision of an attorney admitted to the D.C. Bar.

3

## CERTIFICATE OF CONFERENCE

On December 17, 2021, I emailed Defendants' counsel for their position on this motion. Defendants' counsel stated that they do not oppose Plaintiffs' request for six extra pages for the reply brief.

<div style="text-align:right">

/s/Heather Gebelin Hacker
HEATHER GEBELIN HACKER

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2021, I electronically filed the foregoing document through the Court's ECF system, which automatically notifies counsel of record for each party.

<div style="text-align:right">

/s/Heather Gebelin Hacker
HEATHER GEBELIN HACKER

</div>