IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| U.S. NAVY SEALs 1-26, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:21-cv-01236-O |
| § | |
| JOSEPH R. BIDEN, JR., et al., § | |
| § | |
| § | |
| Defendants. § | |

# ORDER

Before the Court is the Unopposed Motion for Leave to File *Amicus Curiae* Brief of Nine U.S. Senators and Thirty-Eight U.S. Representatives in Support of Plaintiffs (ECF No. 56), filed December 17, 2021. These Senators and Representatives request leave to file an *amicus curiae* brief, asserting their interest in the laws enacted by Congress, including the Religious Freedom Restoration Act. Mot. 2–3, ECF No. 56. The proposed amici also express their interest in strong enforcement of the First Amendment and a robust national defense. *Id.* Having considered the unopposed motion, the Court finds that the motion should be and is hereby **GRANTED**. Accordingly, the Clerk is **DIRECTED** to file the proposed *Amicus Curiae* Brief, attached to the motion at ECF No. 56, as a separate docket entry as of the date of the motion.

**SO ORDERED** on this **17th day** of **December, 2021**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE