IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| U.S. NAVY SEALs 1-26, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LLOYD J. AUSTIN, III, individually and in his official capacity as United States Secretary of Defense, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 4:21-cv-01236-O |

**NOTICE OF APPEARANCE**

Reginald M. Skinner, Senior Trial Attorney at the United States Department of Justice, Civil Division, Torts Branch, Constitutional Torts Staff, hereby enters his appearance as counsel of record for Defendants Lloyd J. Austin, III and Carlos Del Toro in their individual capacities in the above-captioned matter.

Dated: January 13, 2022

Respectfully submitted,

C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch

MARY HAMPTON MASON
Senior Trial Counsel, Torts Branch

DANIEL C. LUECKE
Trial Attorney

*/s/ Reginald M. Skinner*
REGINALD M. SKINNER
Senior Trial Attorney
Virginia State Bar No. 48785
United States Department of Justice
Civil Division, Torts Branch
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 616-3111
Fax: (202) 616-4314
E-mail: reginald.m.skinner@usdoj.gov

*Attorneys for Secretary of Defense Lloyd J. Austin, III and Secretary of the Navy Carlos Del Toro*

**CERTIFICATE OF SERVICE**

On January 13, 2022, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Reginald M. Skinner*
REGINALD M. SKINNER
Senior Trial Attorney
Virginia State Bar No. 48785
United States Department of Justice
Civil Division, Torts Branch
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 616-3111
Fax: (202) 616-4314
E-mail: reginald.m.skinner@usdoj.gov