IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| U.S. NAVY SEALs 1-26, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:21-cv-01236-O |
| § | |
| JOSEPH R. BIDEN, JR., et al., § | |
| § | |
| § | |
| Defendants. § | |

# ORDER

Before the Court is Defendants' Unopposed Motion to File Excess Pages (ECF No. 69), filed January 14, 2022. The Court finds that good cause exists for granting the motion. It is, accordingly, **ORDERED** that Defendants are permitted to file a 30-page brief in support of their forthcoming motion to dismiss Plaintiffs' complaint.

**SO ORDERED** on this **14th day** of **January, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE