**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **U.S. NAVY SEALs 1-26, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:21-cv-01236-O** |
| | § | |
| **JOSEPH R. BIDEN, JR., et al.,** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Before the Court is Defendants' Motion for Consolidated Response Deadline (ECF No. 70), filed January 14, 2022. Defendants ask the Court to set a deadline of February 1, 2022 for filing a consolidated response to Plaintiffs' complaint. Plaintiffs oppose this request. The Court **ORDERS** Plaintiffs to respond to this motion **no later than Monday, January 17, 2022**.

**SO ORDERED** on this **14th day** of **January, 2022**.

_Reed O'Connor_
**UNITED STATES DISTRICT JUDGE**