IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **NAVY SEALS 1-26,** *et al.*,<br><br>      Plaintiffs,<br><br>  v.<br><br>**LLOYD AUSTIN, III**, in his individual capacity and in his official capacity as Secretary of Defense, *et al.*,<br><br>      Defendants. | Case No. 4:21-cv-01236-O |

## OFFICIAL CAPACITY DEFENDANTS' MOTION TO DISMISS

Pursuant to Rules 12(b)(1) and 12(b)(3) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1406(a), Defendants move to dismiss this action for lack of subject matter jurisdiction and improper venue or, in the alternative, to transfer it to the District of Columbia, Eastern District of Virginia, or the Southern District of California pursuant to 28 U.S.C. § 1406(a). In support of this motion, the Court is respectfully referred to Defendants' accompanying brief and appendix.

Dated: January 14, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

*/s/Courtney D. Enlow*
ANDREW E. CARMICHAEL
AMY E. POWELL
Senior Trial Counsel
STUART J. ROBINSON
Senior Counsel
ZACHARY A. AVALLONE
COURTNEY D. ENLOW (NC Bar No. 46578)

1

LIAM C. HOLLAND
CASSANDRA SNYDER
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 616-8467
Fax: (202) 616-8470
Email: courtney.d.enlow@usdoj.gov

*Counsel for Official Capacity Defendants*

## CERTIFICATE OF SERVICE

  I hereby certify that on January 14, 2022, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

                <u>/s/Courtney D. Enlow</u>
                COURTNEY D. ENLOW
                Trial Attorney
                United States Department of Justice
                Civil Division, Federal Programs Branch
                1100 L Street, N.W.
                Washington, DC 20005
                Tel: (202) 616-8467
                Fax: (202) 616-8470
                Email: courtney.d.enlow@usdoj.gov