IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| U.S. NAVY SEALs 1-26, et al., | § | |
| | § | |
|   Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-01236-O |
| | § | |
| JOSEPH R. BIDEN, JR., et al., | § | |
| | § | |
| | § | |
|   Defendants. | § | |

# ORDER

Before the Court is Defendants' Motion for Consolidated Response Deadline (ECF No. 70), filed January 14, 2022, and Plaintiffs' Opposition (ECF No. 76), filed January 17, 2022. Defendants ask the Court to set a deadline of February 1, 2022 for filing a consolidated response to Plaintiffs' complaint. Plaintiffs oppose this request.

Having considered the briefing, the Court **GRANTS** the Motion and **ORDERS** Defendants to file their consolidated response **no later than February 1, 2022**.

**SO ORDERED** on this **17th day** of **January, 2022**.

_Reed O'Connor_
Reed O'Connor
UNITED STATES DISTRICT JUDGE