**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| **U.S. NAVY SEALs 1-3;** on behalf of themselves and all others similarly situated; **U.S. NAVY EXPLOSIVE ORDNANCE DISPOSAL TECHNICIAN 1**, on behalf of himself and all others similarly situated; U.S. **NAVY SEALS 4-26**; **U.S. NAVY SPECIAL WARFARE COMBATANT CRAFT CREWMEN 1-5**; and **U.S. NAVY DIVERS 1-3**, <br><br> Plaintiffs, <br><br> v. <br><br> **LLOYD J. AUSTIN, III**, in his official capacity as United States Secretary of Defense; **UNITED STATES DEPARTMENT OF DEFENSE**; **CARLOS DEL TORO**, in his official capacity as United States Secretary of the Navy, <br><br> Defendants. | Case No. 4:21-cv-01236-O |

**PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE HELD IN CONTEMPT**

On January 3, 2022, this Court issued a clear and unambiguous Order enjoining Defendants from applying four of Defendants' policies and enjoining Defendants from taking any adverse action against Plaintiffs on the basis of Plaintiffs' requests for religious accommodation. Dkt. 66. Defendants are disregarding and willfully violating that Order by continuing to apply the same policies and continuing to impose the same injuries on Plaintiffs that initially warranted injunctive relief, effectively granting themselves the stay of the injunction they are asking the Court for.[1]

---

[1] *See* Dkt. 85; *see also* forthcoming Opposition to Defendants' Motion to Stay Injunction Pending Appeal.

1

Plaintiffs therefore respectfully request that the Court set a hearing on this matter and order the Defendants to show cause as to why they should not be held in contempt on the following grounds:

- Failure to comply with the Court's preliminary injunction enjoining Defendants from applying NAVADMIN 225/21, NAVADMIN 256/21, MANMED § 15-105(4)(n)(9),[2] and Trident Order #12 to Plaintiffs;

- Failure to comply with the Court's preliminary injunction enjoining Defendants from "taking any adverse action against Plaintiffs on the basis of Plaintiffs' requests for religious accommodation."

This motion is made and based on these grounds, the pleadings, papers, records, and files in this action, court minutes, and evidence and testimony to be presented at the hearing of this motion. Plaintiffs respectfully request that the Court enter an order directing Defendants to show cause as to why they should not be held in contempt for failing to comply with the Court's January 3, 2022, Order, as described above.

---

[2] Plaintiffs' complaint and motion for preliminary injunction, as well as the preliminary-injunction order, referred to MANMED § 15-105(3)(n)(9), but that is a scrivener's error. The correct citation is MANMED § 15-105(4)(n)(9).

Respectfully submitted this 31st day of January, 2022.

Kelly J. Shackelford
  Texas Bar No. 18070950
Jeffrey C. Mateer
  Texas Bar No. 13185320
Hiram S. Sasser, III
  Texas Bar No. 24039157
David J. Hacker
  Texas Bar No. 24103323
Michael D. Berry
  Texas Bar No. 24085835
Justin Butterfield
  Texas Bar No. 24062642
Danielle A. Runyan *
  New Jersey Bar No. 027232004
Holly M. Randall *
  Oklahoma Bar No. 34763
FIRST LIBERTY INSTITUTE
2001 W. Plano Pkwy., Ste. 1600
Plano, Texas 75075
Tel: (972) 941-4444
jmateer@firstliberty.org
hsasser@firstliberty.org
dhacker@firstliberty.org
mberry@firstliberty.org
jbutterfield@firstliberty.org
drunyan@firstliberty.org
hrandall@firstliberty.org


Jordan E. Pratt
  Florida Bar No. 100958* **
FIRST LIBERTY INSTITUTE
227 Pennsylvania Ave., SE
Washington, DC 20003
Tel: (972) 941-4444
jpratt@firstliberty.org


*  Admitted pro hac vice
** Not yet admitted to the D.C. Bar, but admitted to practice law in Florida. Practicing law in D.C. pursuant to D.C. Court of Appeals Rule 49(c)(8) under the supervision of an attorney admitted to the D.C. Bar.

/s/ Heather Gebelin Hacker
Heather Gebelin Hacker
  Texas Bar No. 24103325
Andrew B. Stephens
  Texas Bar No. 24079396
HACKER STEPHENS LLP
108 Wild Basin Road South, Suite 250
Austin, Texas 78746
Tel.: (512) 399-3022
heather@hackerstephens.com
andrew@hackerstephens.com

Attorneys for Plaintiffs

## CERTIFICATE OF CONFERENCE

Before filing this motion, on January 31, 2021, I conferred by email with Defendants' counsel "to determine whether the motion is opposed." L.R. 7(a). Defendants' counsel said that he could not state whether Defendants are opposed to this motion until he is made aware of what the allegations are and has investigated them.

Defendants' counsel later stated that he wanted Plaintiffs to include the following as Defendants' position on this motion for order to show cause:

> Defendants' counsel asked Plaintiffs' counsel to explain how Defendants are allegedly violating the Court's Preliminary Injunction. Plaintiffs' counsel declined to provide any information regarding their allegations. Defendants' counsel explained that the factual allegations are needed before the Navy can look into the issue, and with the facts, the parties could attempt to resolve or at least narrow any issues without litigation. Plaintiffs' counsel still declined to provide any information regarding their allegations. Since Plaintiffs have not provided any details regarding the basis of their motion, Defendants cannot provide a position.

Defendants are already on notice of most of these issues, as they were discussed in the preliminary-injunction briefing, the preliminary-injunction order, and Defendants' motion to stay the injunction pending appeal. Plaintiffs also fear continued retaliation without intervention from the Court, and because this motion is related to Plaintiffs' opposition to Defendants' motion to stay (which is due today), Plaintiffs decline to delay filing the instant motion pending investigation by Defendants, especially when it is obvious that Defendants oppose the motion. *See* L.R. 7(a).

/s/Heather Gebelin Hacker
HEATHER GEBELIN HACKER

4

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2021, I electronically filed the foregoing document through the Court's ECF system, which automatically notifies counsel of record for each party.

/s/Heather Gebelin Hacker
HEATHER GEBELIN HACKER