IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **NAVY SEALS 1-26,** *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**LLOYD AUSTIN, III**, in his official capacity as Secretary of Defense, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 4:21-cv-01236-O |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

Pursuant to Rules 12(b)(1) and 12(b)(3) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1406(a), Defendants move to dismiss this action for lack of subject matter jurisdiction and improper venue or, in the alternative, to transfer it to the District of Columbia, Eastern District of Virginia, or the Southern District of California pursuant to 28 U.S.C. § 1406(a). In support of this motion, the Court is respectfully referred to Defendants' accompanying brief and appendix.

Dated: February 7, 2022　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　BRIAN M. BOYNTON
　　　　　　　　　　　　　　　　　　Acting Assistant Attorney General

　　　　　　　　　　　　　　　　　　ALEXANDER K. HAAS
　　　　　　　　　　　　　　　　　　Director, Federal Programs Branch

　　　　　　　　　　　　　　　　　　ANTHONY J. COPPOLINO
　　　　　　　　　　　　　　　　　　Deputy Director

　　　　　　　　　　　　　　　　　　*/s/Courtney D. Enlow*
　　　　　　　　　　　　　　　　　　ANDREW E. CARMICHAEL
　　　　　　　　　　　　　　　　　　AMY E. POWELL
　　　　　　　　　　　　　　　　　　Senior Trial Counsel
　　　　　　　　　　　　　　　　　　STUART J. ROBINSON
　　　　　　　　　　　　　　　　　　Senior Counsel
　　　　　　　　　　　　　　　　　　ZACHARY A. AVALLONE
　　　　　　　　　　　　　　　　　　COURTNEY D. ENLOW (NC Bar No. 46578)

1

LIAM C. HOLLAND
CASSANDRA SNYDER
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 616-8467
Fax: (202) 616-8470
Email: courtney.d.enlow@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 7, 2022, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

                                                    */s/Courtney D. Enlow*
                                                    COURTNEY D. ENLOW
                                                    Trial Attorney
                                                    United States Department of Justice
                                                    Civil Division, Federal Programs Branch
                                                    1100 L Street, N.W.
                                                    Washington, DC 20005
                                                    Tel: (202) 616-8467
                                                    Fax: (202) 616-8470
                                                    Email: courtney.d.enlow@usdoj.gov