IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| U.S. NAVY SEALs 1-26, et al., | § |
| | § |
|   Plaintiffs, | § |
| | § |
| v. | §   Civil Action No. 4:21-cv-01236-O |
| | § |
| JOSEPH R. BIDEN, JR., et al., | § |
| | § |
|   Defendants. | § |

## ORDER

Before the Court is Plaintiffs' Motion for Classwide Preliminary Injunction (ECF No. 104), filed February 7, 2022. Plaintiffs allege that the class and subclasses face irreparable harm due to violations of their religious liberty rights. ECF No. 105. Accordingly, Defendants are to respond to this request no later than February 23, 2022, and Plaintiffs are to reply no later than February 28, 2022.

**SO ORDERED** on this **7th day** of **February, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE