IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| U.S. NAVY SEALs 1-26, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:21-cv-01236-O |
| § | |
| JOSEPH R. BIDEN, JR., et al., § | |
| § | |
| Defendants. § | |

# ORDER

Before the Court is Plaintiffs' Motion for Extension of Time to File Reply (ECF No. 113), filed February 9, 2022. Plaintiffs explain that they need additional time to gather evidence to refute the contentions made in the Defendants' brief and declarations. ECF No. 113. In the Certificate of Conference, the Defendants note that they do not consent to Plaintiffs' proposed date of February 14, but would consent to a deadline of noon on February 11. *Id.*

Having considered the Motion and proposed deadlines, the Court **GRANTS in part** Plaintiffs' request. Plaintiffs must file their reply in support of their Motion for Order to Show Cause no later than Monday, February 14 at 8:00 a.m. After reviewing the briefing, the Court will determine whether the requested hearing is necessary. *See* ECF No. 112.

**SO ORDERED** on this **10th day** of **February, 2022**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE