UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **U.S. NAVY SEALs 1-3;** on behalf of themselves and all others similarly situated; **U.S. NAVY EXPLOSIVE ORDNANCE DISPOSAL TECHNICIAN 1**, on behalf of himself and all others similarly situated; U.S. **NAVY SEALS 4-26**; **U.S. NAVY SPECIAL WARFARE COMBATANT CRAFT CREWMEN 1-5**; and **U.S. NAVY DIVERS 1-3**,<br><br>       Plaintiffs,<br><br>    v.<br><br>**LLOYD J. AUSTIN, III**, in his official capacity as United States Secretary of Defense; **UNITED STATES DEPARTMENT OF DEFENSE**; **CARLOS DEL TORO**, in his official capacity as United States Secretary of the Navy,<br><br>       Defendants. | Case No. 4:21-cv-01236-O |

## ORDER

Before the Court is Plaintiffs' Motion Requesting Redaction of the December 20, 2021 Hearing Transcript (ECF No. 122), filed February 16, 2022.

Having considered the Motion and noting that it is unopposed, the Court finds that it should be and is hereby **GRANTED**.

The Clerk **SHALL** replace the name on page 20, line 8 of the December 20, 2021 hearing transcript, and replace it with the pseudonym "Navy SEAL 3."

**SO ORDERED** on this **17th day** of **February, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1