RECEIVED
By Tamara Ellis at 5:31 pm, Feb 18, 2022

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 18, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 22-10077   U.S. Navy SEALs 1-26 v. Biden
                 USDC No. 4:21-CV-1236-O

The court has considered the motion of U.S. Navy SEALs 1-26, U.S. Navy Divers 1-3, U.S. Navy Special Warfare Combatant Craft Crewmen 1-5, U.S. Navy Explosive Ordnance Disposal Technician 1 to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for U.S. Navy SEALs 1-26, U.S. Navy Divers 1-3, U.S. Navy Special Warfare Combatant Craft Crewmen 1-5, U.S. Navy Explosive Ordnance Disposal Technician 1 may obtain all ex parte documents *filed on behalf of* U.S. Navy SEALs 1-26, U.S. Navy Divers 1-3, U.S. Navy Special Warfare Combatant Craft Crewmen 1-5, U.S. Navy Explosive Ordnance Disposal Technician 1, and all other non ex parte documents in the record. The non-public and/or sealed materials from the record are for your review ONLY. The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.

                                          Sincerely,

                                          LYLE W. CAYCE, Clerk

                                          By: _____
                                          Melissa B. Courseault, Deputy Clerk
                                          504-310-7701

Mr. Michael Berry
Mr. Justin E. Butterfield
Ms. Sarah Wendy Carroll
Ms. Marleigh D. Dover
Mr. David J. Hacker
Ms. Heather Gebelin Hacker
Mr. Jeffrey Carl Mateer
Ms. Karen S. Mitchell
Mr. Jordan E Pratt
Ms. Holly Mischelle Randall
Mr. Casen Ross
Mr. Hiram Stanley Sasser III
Mr. Charles Wylie Scarborough
Mr. Kelly J. Shackelford

Mr. Andrew Bowman Stephens
Mr. Lowell V. Sturgill Jr.