UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **U.S. NAVY SEALs 1-3;** on behalf of themselves and all others similarly situated; **U.S. NAVY EXPLOSIVE ORDNANCE DISPOSAL TECHNICIAN 1**, on behalf of himself and all others similarly situated; U.S. **NAVY SEALS 4-26**; **U.S. NAVY SPECIAL WARFARE COMBATANT CRAFT CREWMEN 1-5**; and **U.S. NAVY DIVERS 1-3**, <br><br>           Plaintiffs, <br><br>      v. <br><br> **LLOYD J. AUSTIN, III**, in his official capacity as United States Secretary of Defense; **UNITED STATES DEPARTMENT OF DEFENSE**; **CARLOS DEL TORO**, in his official capacity as United States Secretary of the Navy, <br><br>           Defendants. | Case No. 4:21-cv-01236-O |

### APPENDIX IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

| Ex. | Description | Bates Number(s) |
|---|---|---|
| 1 | Declaration of U.S. Navy SEAL 1 | 001-003 |
| 2 | Declaration of U.S. Navy SEAL 2 | 004-006 |
| 3 | Declaration of U.S. Navy SEAL 3 | 007-009 |
| 4 | Declaration of U.S. Navy Explosive Ordnance Disposal Technician 1 | 010-012 |

Respectfully submitted this 1st day of March, 2022.

| | |
|---|---|
| KELLY J. SHACKELFORD<br>  Texas Bar No. 18070950<br>JEFFREY C. MATEER<br>  Texas Bar No. 13185320<br>HIRAM S. SASSER, III<br>  Texas Bar No. 24039157<br>DAVID J. HACKER<br>  Texas Bar No. 24103323<br>MICHAEL D. BERRY<br>  Texas Bar No. 24085835<br>JUSTIN BUTTERFIELD<br>  Texas Bar No. 24062642<br>Danielle A. Runyan *<br>  New Jersey Bar No. 027232004<br>Holly M. Randall *<br>  Oklahoma Bar No. 34763<br>FIRST LIBERTY INSTITUTE<br>2001 W. Plano Pkwy., Ste. 1600<br>Plano, Texas 75075<br>Tel: (972) 941-4444<br>jmateer@firstliberty.org<br>hsasser@firstliberty.org<br>dhacker@firstliberty.org<br>mberry@firstliberty.org<br>jbutterfield@firstliberty.org<br>drunyan@firstliberty.org<br>hrandall@firstliberty.org<br><br>JORDAN E. PRATT<br>  Florida Bar No. 100958* **<br>FIRST LIBERTY INSTITUTE<br>227 Pennsylvania Ave., SE<br>Washington, DC 20003<br>Tel: (972) 941-4444<br>jpratt@firstliberty.org | /s/ Heather Gebelin Hacker<br>HEATHER GEBELIN HACKER<br>  Texas Bar No. 24103325<br>ANDREW B. STEPHENS<br>  Texas Bar No. 24079396<br>HACKER STEPHENS LLP<br>108 Wild Basin Road South, Suite 250<br>Austin, Texas 78746<br>Tel.: (512) 399-3022<br>heather@hackerstephens.com<br>andrew@hackerstephens.com<br><br>*Attorneys for Plaintiffs* |

*Admitted pro hac vice.
** Not yet admitted to the D.C. Bar, but admitted to practice law in Florida. Practicing law in D.C. pursuant to D.C. Court of Appeals Rule 49(c)(8) under the supervision of an attorney admitted to the D.C. Bar.

# Exhibit 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **U.S. NAVY SEALs 1-3;** on behalf of themselves and all others similarly situated; **U.S. NAVY EXPLOSIVE ORDNANCE DISPOSAL TECHNICIAN 1**, on behalf of himself and all others similarly situated; U.S. **NAVY SEALS 4-26**; **U.S. NAVY SPECIAL WARFARE COMBATANT CRAFT CREWMEN 1-5**; and **U.S. NAVY DIVERS 1-3**, <br><br>   Plaintiffs, <br>   v. <br><br>**LLOYD J. AUSTIN, III**, in his official capacity as United States Secretary of Defense; **UNITED STATES DEPARTMENT OF DEFENSE**; **CARLOS DEL TORO**, in his official capacity as United States Secretary of the Navy, <br><br>   Defendants. | Case No. 4:21-cv-01236-O |

## DECLARATION OF U.S. NAVY SEAL 1

Pursuant to 28 U.S.C. § 1746, I, U.S. Navy SEAL 1, under penalty of perjury declare as follows:

1. I am over the age of eighteen and am competent to make this declaration.

2. I currently serve as a U.S. Navy SEAL.

3. I am currently a Plaintiff in the above-captioned lawsuit.

4. I am able and willing to serve as the class representative for a class of all members of the United States Navy who are subject to the Navy's COVID-19 Vaccine Mandate and who have

submitted a Religious Accommodation request concerning the Navy's COVID-19 Vaccine Mandate ("Navy Class").

5.  I am able and willing to serve as the class representative for a subclass of all members of the Navy Class who are now or will be assigned to Naval Special Warfare or Naval Special Operations, who are subject to the Navy's COVID-19 Vaccine Mandate, and who have submitted a Religious Accommodation request concerning the Navy's COVID-19 Vaccine Mandate ("Naval Special War/Operations Subclass").

6.  I am able and willing to serve as the class representative for a subclass of all members of the Navy Class who are now or will be United States Navy SEALs, who are subject to the Navy's COVID-19 Vaccine Mandate, and who have submitted a Religious Accommodation request concerning the Navy's COVID-19 Vaccine Mandate ("Navy SEALs Subclass").

7.  I will vigorously prosecute the case on behalf of the class. I am willing and able to take an active role in and control the litigation and protect the interests of the absentee class members. I will remain informed about the litigation and am willing and able to participate in it as necessary in order to ensure the absentee class members' interests are protected.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on March 1, 2022.

/s/ U.S. Navy SEAL 1
U.S. Navy SEAL 1

# Exhibit 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **U.S. NAVY SEALs 1-3;** on behalf of themselves and all others similarly situated; **U.S. NAVY EXPLOSIVE ORDNANCE DISPOSAL TECHNICIAN 1**, on behalf of himself and all others similarly situated; U.S. **NAVY SEALS 4-26**; **U.S. NAVY SPECIAL WARFARE COMBATANT CRAFT CREWMEN 1-5**; and **U.S. NAVY DIVERS 1-3**,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>**LLOYD J. AUSTIN, III**, in his official capacity as United States Secretary of Defense; **UNITED STATES DEPARTMENT OF DEFENSE**; **CARLOS DEL TORO**, in his official capacity as United States Secretary of the Navy,<br><br>　　　　　Defendants. | Case No. 4:21-cv-01236-O |

## DECLARATION OF U.S. NAVY SEAL 2

Pursuant to 28 U.S.C. § 1746, I, U.S. Navy SEAL 2, under penalty of perjury declare as follows:

1. I am over the age of eighteen and am competent to make this declaration.

2. I currently serve as a U.S. Navy SEAL.

3. I am currently a Plaintiff in the above-captioned lawsuit.

4. I am able and willing to serve as the class representative for a class of all members of the United States Navy who are subject to the Navy's COVID-19 Vaccine Mandate and who have

submitted a Religious Accommodation request concerning the Navy's COVID-19 Vaccine Mandate ("Navy Class").

5. I am able and willing to serve as the class representative for a subclass of all members of the Navy Class who are now or will be assigned to Naval Special Warfare or Naval Special Operations, who are subject to the Navy's COVID-19 Vaccine Mandate, and who have submitted a Religious Accommodation request concerning the Navy's COVID-19 Vaccine Mandate ("Naval Special War/Operations Subclass").

6. I am able and willing to serve as the class representative for a subclass of all members of the Navy Class who are now or will be United States Navy SEALs, who are subject to the Navy's COVID-19 Vaccine Mandate, and who have submitted a Religious Accommodation request concerning the Navy's COVID-19 Vaccine Mandate ("Navy SEALs Subclass").

7. I will vigorously prosecute the case on behalf of the class. I am willing and able to take an active role in and control the litigation and protect the interests of the absentee class members. I will remain informed about the litigation and am willing and able to participate in it as necessary in order to ensure the absentee class members' interests are protected.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on March 1, 2022.

<i>/s/ U.S. Navy SEAL 2</i><br>
U.S. Navy SEAL 2

# Exhibit 3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **U.S. NAVY SEALs 1-3;** on behalf of themselves and all others similarly situated; **U.S. NAVY EXPLOSIVE ORDNANCE DISPOSAL TECHNICIAN 1**, on behalf of himself and all others similarly situated; U.S. **NAVY SEALS 4-26**; **U.S. NAVY SPECIAL WARFARE COMBATANT CRAFT CREWMEN 1-5**; and **U.S. NAVY DIVERS 1-3**,<br><br>    Plaintiffs,<br> v.<br><br>**LLOYD J. AUSTIN, III**, in his official capacity as United States Secretary of Defense; **UNITED STATES DEPARTMENT OF DEFENSE**; **CARLOS DEL TORO**, in his official capacity as United States Secretary of the Navy,<br><br>    Defendants. | Case No. 4:21-cv-01236-O |

## DECLARATION OF U.S. NAVY SEAL 3

 Pursuant to 28 U.S.C. § 1746, I, U.S. Navy SEAL 3, under penalty of perjury declare as follows:

1. I am over the age of eighteen and am competent to make this declaration.

2. I currently serve as a U.S. Navy SEAL.

3. I am currently a Plaintiff in the above-captioned lawsuit.

4. I am able and willing to serve as the class representative for a class of all members of the United States Navy who are subject to the Navy's COVID-19 Vaccine Mandate and who have

submitted a Religious Accommodation request concerning the Navy's COVID-19 Vaccine Mandate ("Navy Class").

5. I am able and willing to serve as the class representative for a subclass of all members of the Navy Class who are now or will be assigned to Naval Special Warfare or Naval Special Operations, who are subject to the Navy's COVID-19 Vaccine Mandate, and who have submitted a Religious Accommodation request concerning the Navy's COVID-19 Vaccine Mandate ("Naval Special War/Operations Subclass").

6. I am able and willing to serve as the class representative for a subclass of all members of the Navy Class who are now or will be United States Navy SEALs, who are subject to the Navy's COVID-19 Vaccine Mandate, and who have submitted a Religious Accommodation request concerning the Navy's COVID-19 Vaccine Mandate ("Navy SEALs Subclass").

7. I will vigorously prosecute the case on behalf of the class. I am willing and able to take an active role in and control the litigation and protect the interests of the absentee class members. I will remain informed about the litigation and am willing and able to participate in it as necessary in order to ensure the absentee class members' interests are protected.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on March 1, 2022.

/s/ U.S. Navy SEAL 3
U.S. Navy SEAL 3

# Exhibit 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **U.S. NAVY SEALs 1-3;** on behalf of themselves and all others similarly situated; **U.S. NAVY EXPLOSIVE ORDNANCE DISPOSAL TECHNICIAN 1**, on behalf of himself and all others similarly situated; U.S. **NAVY SEALS 4-26**; **U.S. NAVY SPECIAL WARFARE COMBATANT CRAFT CREWMEN 1-5**; and **U.S. NAVY DIVERS 1-3**,<br><br>     Plaintiffs,<br> v.<br><br>**LLOYD J. AUSTIN, III**, in his official capacity as United States Secretary of Defense; **UNITED STATES DEPARTMENT OF DEFENSE**; **CARLOS DEL TORO**, in his official capacity as United States Secretary of the Navy,<br><br>     Defendants. | Case No. 4:21-cv-01236-O |

### DECLARATION OF U.S. NAVY EXPLOSIVE ORDNANCE DISPOSAL TECHNICIAN 1

Pursuant to 28 U.S.C. § 1746, I, U.S. Navy Explosive Ordnance Technician ("EOD") 1, under penalty of perjury declare as follows:

1. I am over the age of eighteen and am competent to make this declaration.

2. I currently serve as a U.S. Navy Explosive Ordnance Disposal Technician.

3. I am currently a Plaintiff in the above-captioned lawsuit.

4. I am able and willing to serve as the class representative for a class of all members of the United States Navy who are subject to the Navy's COVID-19 Vaccine Mandate and who have

submitted a Religious Accommodation request concerning the Navy's COVID-19 Vaccine Mandate ("Navy Class").

5. I am able and willing to serve as the class representative for a subclass of all members of the Navy Class who are now or will be assigned to Naval Special Warfare or Naval Special Operations, who are subject to the Navy's COVID-19 Vaccine Mandate, and who have submitted a Religious Accommodation request concerning the Navy's COVID-19 Vaccine Mandate ("Naval Special War/Operations Subclass").

6. I will vigorously prosecute the case on behalf of the class. I am willing and able to take an active role in and control the litigation and protect the interests of the absentee class members. I will remain informed about the litigation and am willing and able to participate in it as necessary in order to ensure the absentee class members' interests are protected.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on March 1, 2022.

*/s/ U.S. Navy EOD 1*
U.S. Navy EOD 1