FILED
May 2, 2022
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| U.S. NAVY SEALS 1-26, U.S. NAVY SPECIAL WARFARE COMBATANT CRAFT CREWMEN 1-5, U.S. NAVY EXPLOSIVE ORDNANCE DISPOSAL DISPOSAL TECHNICIAN, U.S. NAVY DIVERS 1-3,<br><br>Plaintiffs,<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States of America, LLOYD AUSTIN, SECRETARY, U.S. DEPARTMENT OF DEFENSE, individually and in his official capacity as United States Secretary of Defense, UNITED STATES DEPARTMENT OF DEFENSE, CARLOS DEL TORO, individually and in his official capacity as UNITED STATES SECRETARY OF THE NAVY<br>Defendants | Civil Action No. . 4:21-cv-01236-O |

## LOCAL RULE 83.1(M) CERTIFICATION FOR PETITION FOR LEAVE TO INTERVENE

I, the Petitioner, Major Mike Webb, the *pro se* litigant in the matters *Webb v. Fauci*, Civil Action No. 3:2021-cv-00432 (E.D.Va. 2021), *on appeal* Record No. 21-2394 (4th Cir. 2021) and *Webb v. Fauci*, Record No. 21-6868 (U.S. 2022), on petition now before this Court for leave to intervene in the above captioned matter, a related matter by defendants, as well as subject matter, under the authority of Fed.R.Civ.Pro. 24, hereby declare under penalty of perjury that:

    No attorney has prepared, or assisted in the preparation of this Petition for Leave to Intervene.

Name of Party (Printer-Type): Major Mike Webb, 955 S. Columbus Street, Unit # 426, Arlington, Virginia 22204, GiveFaithATry@gmail.com, 856-220-1354.

_____                   Executed on: 4-28-2 (Date)
Signature of Party

Subscribed, acknowledged and sworn to before me, the undersigned Notary Public, in the County of __Arlington__, in the Commonwealth of Virginia, this __28__ day of __April__, 20__22__.

_____
NOTARY PUBLIC

My commission expires: __06/30/2025__   Registration Number: __7960925__