IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **NAVY SEALs 1-3,** et al.**,**<br><br>       Plaintiffs,<br><br>   v.<br><br>**LLOYD J. AUSTIN, III** in his official capacity as United States Secretary of Defense, et al.,<br><br>       Defendants. | Case No. 4:21-cv-01236-O |

## DEFENDANTS' EMERGENCY MOTION TO SCHEDULE DEPOSITION FOR JUNE 24, 2022 OR OTHER DATES THEREAFTER

Defendants respectfully request that this Court enter a protective order cancelling the noticed deposition of the Vice Chief of Naval Operations, Admiral William Lescher, and scheduling it to take place on June 24, 2022, or a mutually agreeable date thereafter, for the reasons stated in the accompanying memorandum and appendix.

Dated: May 3, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

*/s/ Amy E. Powell*
ANDREW E. CARMICHAEL (VA Bar. No. 76578)
AMY E. POWELL
Senior Trial Counsel
STUART J. ROBINSON
Senior Counsel
ZACHARY A. AVALLONE
LIAM C. HOLLAND
Trial Attorney

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 514-3346
Fax: (202) 616-8470
Email: Andrew.e.carmichael@usdoj.gov

*Counsel for Defendants*

CERTIFICATE OF CONFERENCE

Counsel for Defendants conferred with Plaintiffs' counsel regarding this motion through email on May 2, 2022, which followed additional conferrals about the deposition in question by email and phone. Plaintiffs' counsel indicated that they oppose the relief requested in Defendants' motion.


*/s/ Amy E. Powell*
Amy Elizabeth Powell
Counsel for Defendants