IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| U.S. NAVY SEALs 1-26, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-01236-O |
| | § | |
| JOSEPH R. BIDEN, JR., et al., | § | |
| | § | |
| | § | |
| Defendants. | § | |

# ORDER

Before the Court are Defendants' Emergency Motion for Protective Order Regarding the Lescher Deposition (ECF No. 146); Brief in Support (ECF No. 147); and Appendix (ECF No. 148), all filed May 3, 2022. The Court issued an Order expediting briefing. ECF No. 149. In the meantime, Lescher was not required to attend deposition. *Id.* Plaintiffs responded on May 9 (ECF No. 152), and Defendants replied on May 11 (ECF No. 153).

In an attempt to accommodate the demands on the VCNO's schedule, as well as Plaintiffs' counsel's vacation dates, the Court **ORDERS** that the deposition take place on a mutually convenient date between June 30, 2022 and July 8, 2022, in or near Washington, D.C. While scheduling conflicts are difficult for all, the Court **ORDERS** counsel and the deponent make themselves available within this window.

As required by the Court's Order on the Motion to Dismiss (ECF No. 150), the parties shall file an updated Joint Report with proposed discovery deadlines now that the Court has resolved the Emergency Motion. *See* Joint Report, ECF No. 142.

**SO ORDERED** on this **11th day** of **May, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1