IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| U.S. NAVY SEALs 1-26, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:21-cv-01236-O |
| § | |
| JOSEPH R. BIDEN, JR., et al., § | |
| § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court are the Motion for Leave to Intervene (ECF No. 143) and Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 145), each filed by pro se litigant Mike Webb on May 2, 2022. Both Plaintiffs and Defendants oppose intervention. *See* ECF Nos. 151, 156.

Webb, a litigation hobbyist, fails to explain why he seeks to intervene in this case. He cannot show he "has a claim or defense that shares with the main action a common question of law or fact." Fed. R. Civ. P. 24(b)(1). At most, Webb expresses an interest in FOIA and the nation's COVID response. Mot. 1–2, ECF No. 143. Unlike Plaintiffs in this case, Webb does not seek a religious exemption from the Navy's vaccine mandate—indeed, he is not a member of the Navy at all.

Accordingly, the Court **DENIES** Webb's intervention and IFP.

**SO ORDERED** on this **23rd day** of **May, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1