IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **NAVY SEALs 1-26,** et al.**,**<br><br>                        Plaintiffs,<br><br>    v.<br><br>**LLOYD J. AUSTIN, III** in his individual and official capacity as United States Secretary of Defense, et al.,<br><br>                        Defendants. | Case No. 4:21-cv-01236-O |

## NOTICE OF APPEAL

Defendants hereby appeal to the United States Court of Appeals for the Fifth Circuit from this Court's March 28, 2022 Order on Motions for Class Certification and Class-wide Preliminary Injunction (ECF No. 140).

Dated: May 27, 2022                    Respectfully submitted,

                                       BRIAN M. BOYNTON
                                       Principal Deputy Assistant Attorney General

                                       ALEXANDER K. HAAS
                                       Director, Federal Programs Branch

                                       ANTHONY J. COPPOLINO
                                       Deputy Director

                                       */s/ Amy E. Powell*
                                       ANDREW E. CARMICHAEL
                                       AMY E. POWELL
                                       Senior Trial Counsel
                                       STUART J. ROBINSON
                                       Senior Counsel
                                       ZACHARY A. AVALLONE
                                       CATHERINE YANG
                                       Trial Attorney
                                       United States Department of Justice
                                       Civil Division, Federal Programs Branch

1100 L Street, N.W.  
Washington, DC 20005  
Tel: (919) 856-4013  
Fax: (202) 616-8470  
Email: Amy.Powell@usdoj.gov  

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2022, I electronically filed the foregoing document through the Court's ECF system, which automatically notifies counsel of record for each party.

*/s/ Amy E. Powell*
AMY POWELL

2