# CASE NUMBER: 4:21-cv-1236

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY 2 7 2022

CLERK, U.S. DISTRICT COURT

By_____
            Deputy

Your Honor O'Connor,

My name is Kevin Byrne. I am an active-duty Navy SEAL. I am seeking release from the military vaccine mandate class action injunction so I can be separated from the Navy. The Navy has told me the only way for my separation to proceed is to be released by name from the class action injunction

I originally was told I would be separated in January. My wife (who is pregnant with our second child and due in August) and I had to prepare for the worst, so we sold our home and she and our son moved in with her parents in Pennsylvania. I was supposed to join them shortly, but the Navy has over and over again delayed my separation and kept me in the dark.

- I requested my religious accommodation be removed from processing. I saw how they were being handled and did not want to drag it out and put my family through this process any longer. The navy denied it anyway. I did not appeal the decision so my separation could proceed
- I signed multiple forms stating I wished to be separated, and that I accept my separation under the process for someone without a religious accommodation
- When guidance came out on the class action injunction, I signed statements that I do not wish to be part of the class action injunction and want my separation to proceed
- I have been given an ever-extending timeline that has taken away time from my family as well as opportunities for employment because I can not give a realistic start date

The amount of stress and anxiety this has caused my family is immeasurable. My wife has such bad anxiety from what the Navy is putting us through that she constantly worries that it will have an adverse effect on her pregnancy. My family is living in Pennsylvania, my wife three months from giving birth, and the Navy will not release my separation paperwork.

All I ask is for in writing, releasing me by name from the class action lawsuit so I can show the Navy and finally have my separation released. Please help my family move on and get this inconsiderate and careless process over with.

Let me know if there is anything you need from me for this to be possible. Thank you in advance for your help

Very Respectfully,

Kevin M. Byrne

(609) 477-9358

Kevin.byrne@socom.mil

Kevinbyrne427@yahoo.com

Kevin M. Byrne

729 Westbourne road

West Chester, PA 19382



RT **398**   1 10:30   D 0975 05:27
FZ **B32**

ORIGIN ID:BIGA      (609) 477-9358
KEVIN BYRNE

729 WESTBOURNE ROAD

WEST CHESTER, PA 19382
UNITED STATES US

SHIP DATE: 26MAY22
ACTWGT: 1.00 LB
CAD: 5551005/INET4490

BILL SENDER

TO  **U.S. DISTRICT CLERK'S OFFICE**

**501 W 10TH ST**
**STE 310**
**FORT WORTH TX 76102**
(817) 850-6600          REF: 659070
INV:
PO:                              DEPT:



FedEx.
Express

E

**FRI - 27 MAY 10:30A**
**PRIORITY OVERNIGHT**

TRK# **7769 6981 0975**
0201

**XA GLEA**          TX-US   **761**
                            **DF**

**RECEIVED**

'2 7 2022

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

FedEx Ship Manager - Print Your Label(s)

5/26/22, 1:46 PM

◄ Insert shipping