Dear Judge O'Connor,

RECEIVED
MAY 31 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

I am active duty Navy and submitted a Religious Accommodation request for the COVID-19 vaccine back in September 2021. My initial request was denied in November at which point I submitted an appeal to the denial. I still have not received a response to my appeal. On 18 April 2022 I requested to rescind my Religious Accommodation and the appeal to the denial of the initial Religious Accommodation request due to personal reasons. I signed separation paperwork on 26 April 2022 and was told that I would most likely be separated by June. The following day I was told everything was being put on hold due to a court ruling in Texas.

It has been a rough past eight months for my family and I that finally was about to come to an end before I was notified of this court ruling. I am the only one being forced to mask at work even though the mask mandates have been lifted. I am also the only one being forced to take weekly Covid tests every single Monday morning before reporting to work. I have been told for eight months straight now that I would be separated for refusing the vaccine. I have three young children that do not deserve the instability and stress that has been placed upon our family throughout all of this. Since being told I would be separated, I have been making the appropriate preparations. I began job and house hunting and making arrangements to prepare us for a future out of the military. I now have a job that I have accepted and am in the process of purchasing a house. There are 2 children that my wife and I are trying to foster where we are moving to that we have preemptively started the process on with the understanding that I would be discharged soon. They are in a bad situation and need us there. All of this coupled with the stress of not knowing when/if I will be separated led to my decision to withdraw my Religious Accommodation and appeal to the denial of it in order to continue with the administrative separation process.

Referencing NAVADMIN 102/22 and the court ruling by the District Court for the Northern District of Texas I understand I am covered under the "Navy Class" since I submitted a Religious Accommodation request. Since the "Navy Class" definition states it covers "all Navy Service Members subject to the vaccine mandate who have submitted religious accommodation requests", the Navy has interpreted the injunction as saying there is no way to exit the class even if I wish to do so.

I reached out to First Liberty Counsel about this issue and they told me that this was not the case and that if I wished to exit the class by rescinding my Religious Accommodation, I was free to do so. They also told me they were working with the courts to issue clarification on the matter.

I am personally reaching out to make sure the court is aware of this matter and to ask them to issue clarification on the injunction allowing those who wish to exit the class to do so.

I want to rescind my initial request and the appeal of its denial to exit the class and be separated, yet I cannot because of the Navy's interpretation of the injunction. I have been preparing for months to be separated and have made the necessary arrangements to do so. I would like to be separated as quickly as possible in order to move on to the next stage of my family's lives. I implore you to please reconsider the wording of the "Navy Class" or to at least issue clarification on its definition to allow those of us who wish to be involuntarily separated to move forward with that process and exit the class. Time is of the essence in my particular

situation as I am sure it also is for many others in this situation. Modifying this injunction to allow separation could and would benefit many of us who are currently stuck in this circumstance.

Thank you very much for your time. I know there are a lot of cases on your plate and your consideration means a great deal to me. If there is anything you need from me, please do not hesitate to contact me.

Very Respectfully,

17 MAY 2022

Caleb Alan Johnson
U.S. Navy
Petty Officer First Class
Cryptologic Technician Networks (CTN1)
Phone: (812) 525-9343
Alt Phone: (812) 569-5376
Work: (808) 653-1497
Email: cjohnson2992@gmail.com

Caleb A. Johnson
4054 Sibuyen Ln
Wahiawa, HI 96786

HONOLULU HI 957
24 MAY 2022 PM 2 L

The Honorable Reed O'Connor
U.S. District Court for the Northern District of Texas
501 West 10th Street, Room 201
Fortworth, TX 76102-3673

RECEIVED
MAY 31 2022
CLERK U.S. DISTRICT COURT