IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| U.S. NAVY SEALs 1-26, et al., | § | |
| Plaintiffs, | § § § | |
| v. | § § | Civil Action No. 4:21-cv-01236-O |
| LLOYD J. AUSTIN, III, et al., | § § § § | |
| Defendants. | § | |

# ORDER

Before the Court are two Motions for Release from Class Action (ECF Nos. 162, 163), filed May 27 and May 31, 2022. The two movants, purported Navy Class members, seek to voluntarily separate from the Navy for personal reasons. But they claim they have been prevented from doing so due to the Navy's interpretation of this Court's order certifying the class and granting class-wide injunctive relief. *See* ECF No. 140. That order contains the following language:

> Defendant[s] claim that some potential class members may prefer to litigate independently or avoid legal action altogether, "preferring to comply with a lawful order after their administrative claim is decided and maintain their military service without litigation, or . . . choose to leave the service or retire." Defs.' Class Cert. Resp. 22, ECF No. 120. If—and indeed, *if*—such servicemembers exist, they may choose to get vaccinated, withdraw their religious accommodation requests, voluntarily separate, or proceed with retirement plans. The potential class members, then, are those who seek to remain in the Navy and refuse to compromise their religious beliefs (i.e., continue to forgo the vaccine).

*Id.* at 15. In light of this class definition, the Court **ORDERS** both Plaintiffs and Defendants to respond to the movants' claims **no later than June 8, 2022.**

**SO ORDERED** on this **31st day** of **May, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE