IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| U.S. NAVY SEALs 1-26, et al., | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 4:21-cv-01236-O |
| LLOYD J. AUSTIN, III, et al., | § | |
| Defendants. | § | |

# ORDER

Before the Court is the Motion for Reconsideration and Reply to Defendant's Opposition to Request for Leave to Intervene (ECF No. 166), filed by pro se litigant Mike Webb on June 2, 2022.

Webb has once again failed to meet the criteria for intervention. He has presented no "claim or defense that shares with the main action a common question of law or fact." Fed. R. Civ. P. 24(b)(1). He admits that unlike Plaintiffs in this action, he does not seek a religious exemption to the Navy's COVID vaccine policy. Mot. 3, ECF No. 166. As noted previously, he is not a member of the Navy. Nothing in the Motion for Reconsideration overcomes the deficiencies of Webb's first attempt at intervention.

Accordingly, the Court **DENIES** the Motion for Reconsideration.

**SO ORDERED** on this **2nd day** of **June, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1