IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| U.S. NAVY SEALs 1–26, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-01236-O |
| | § | |
| LLOYD J. AUSTIN, III, et al., | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendants' First Motion to Compel (ECF No. 191), filed August 18, 2022. Having reviewed the arguments raised in the Memorandum in Support of Defendants' Motion to Compel (ECF No. 192), filed August 18, 2022, the Court **ORDERS** Plaintiffs to file a response to Defendants' motion no later than **September 2, 2022**. Defendant's reply must be submitted to the Court no later than **September 9, 2022**.

**SO ORDERED** this **19th day** of **August, 2022**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**