RECEIVED
By Tamara Ellis at 1:12 pm, Aug 22, 2022

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

August 18, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-10077   U.S. Navy SEALs 1-26 v. Biden.  
                  USDC No. 4:21-CV-1236-O  
                  USDC No. 4:21-CV-1236

Enclosed is an order entered in this case.

The court has granted the motion to supplement or correct the record in this case. The originating court is requested to add the attached motion and documents to their court's docket and to provide us with a supplemental electronic record. Counsel is reminded that any citations to these documents must cite to the supplemental electronic record.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____  
                              Melissa B. Courseault, Deputy Clerk  
                              504-310-7701

Mr. Michael Berry  
Mr. Justin E. Butterfield  
Ms. Sarah Wendy Carroll  
Ms. Sarah Jane Clark  
Mr. David J. Hacker  
Ms. Heather Gebelin Hacker  
Mr. Jeffrey Carl Mateer  
Ms. Karen S. Mitchell  
Mr. Jordan E Pratt  
Ms. Holly Mischelle Randall  
Mr. Franklin D. Rosenblatt  
Mr. Casen Ross  
Mr. Hiram Stanley Sasser III  
Mr. Charles Wylie Scarborough  
Mr. Kelly J. Shackelford  
Mr. Andrew Bowman Stephens  
Mr. Lowell V. Sturgill Jr.