**FILED**

**August 22, 2022**

KAREN MITCHELL
CLERK, U.S. DISTRICT
COURT

# United States Court of Appeals
# for the Fifth Circuit

―――――――

No. 22-10077

CONSOLIDATED WITH

No. 22-10534

―――――――

U.S. NAVY SEALs 1-26; U.S. NAVY SPECIAL WARFARE
COMBATANT CRAFT CREWMEN 1-5; U.S. NAVY EXPLOSIVE
ORDNANCE DISPOSAL TECHNICIAN 1; U.S. NAVY DIVERS 1-3,

*Plaintiffs—Appellees*,

*versus*

JOSEPH R. BIDEN, JR., *in his official capacity as President of the United States of America*; LLOYD AUSTIN, *Secretary, U.S. Department of Defense, individually and in his official capacity as United States Secretary of Defense*; UNITED STATES DEPARTMENT OF DEFENSE; CARLOS DEL TORO, *individually and in his official capacity as United States Secretary of the Navy*,

*Defendants—Appellants*.

―――――――――――――――――――――

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:21-CV-1236 -O
USDC No. 4:21-CV-1236

―――――――――――――――――――――

No. 22-10077
c/w No. 22-10534

ORDER:

IT IS ORDERED that Appellee's opposed motion to supplement the record with the deposition transcript of Admiral William K. Lescher is GRANTED.

*Edith H. Jones*

EDITH H. JONES
*United States Circuit Judge*