# Exhibit C: Errata Sheet

Case: 22-10077   Document: 00516433886   Page: 318   Date Filed: 08/16/2022

```
                                                    Page 221

 1    Andrew E. Carmichael, Esquire
 2    andrew.e.carmichael@usdoj.gov
 3
 4    RE: U.S. Navy Seals 1-3 Et Al v. Austin, Lloyd J. III Et Al
 5        6/30/2022, William K. Lescher (#5289637)
 6        The above-referenced transcript is available for
 7    review.
 8        Within the applicable timeframe, the witness should
 9    read the testimony to verify its accuracy. If there are
10    any changes, the witness should note those with the
11    reason, on the attached Errata Sheet.
12        The witness should sign the Acknowledgment of
13    Deponent and Errata and return to the deposing attorney.
14    Copies should be sent to all counsel, and to Veritext at
15    cs-midatlantic@veritext.com
16
17     Return completed errata within 30 days from
18    receipt of testimony.
19     If the witness fails to do so within the time
20    allotted, the transcript may be used as if signed.
21
22                Yours,
23                Veritext Legal Solutions
24
25
```

Page 222

1  U.S. Navy Seals 1-3 Et Al v. Austin, Lloyd J. III Et Al
2  William K. Lescher (#5289637)
3               E R R A T A   S H E E T
4  PAGE_____ LINE_____ CHANGE_____
5  _____SEE ATTACHED_____
6  REASON_____
7  PAGE_____ LINE_____ CHANGE_____
8  _____
9  REASON_____
10 PAGE_____ LINE_____ CHANGE_____
11 _____
12 REASON_____
13 PAGE_____ LINE_____ CHANGE_____
14 _____
15 REASON_____
16 PAGE_____ LINE_____ CHANGE_____
17 _____
18 REASON_____
19 PAGE_____ LINE_____ CHANGE_____
20 _____
21 REASON_____
22
23 _____   8/15/22_____
24 William K. Lescher                      Date
25

Page 223

1  U.S. Navy Seals 1-3 Et Al v. Austin, Lloyd J. III Et Al
2  William K. Lescher (#5289637)
3              ACKNOWLEDGEMENT OF DEPONENT
4     I, William K. Lescher, do hereby declare that I
5  have read the foregoing transcript, I have made any
6  corrections, additions, or changes I deemed necessary as
7  noted above to be appended hereto, and that the same is
8  a true, correct and complete transcript of the testimony
9  given by me.
10
11  _____        8/15/22
12  William K. Lescher                    Date
13  *If notary is required
14                      SUBSCRIBED AND SWORN TO BEFORE ME THIS
15                      15   DAY OF   AUGUST        , 20 22
16
17
18                      _____
19                      NOTARY PUBLIC
20                         LCDR WILL BURROUGHS, JAGC, USN
21
22
23
24
25

PAGE: NA LINE: NA CHANGE "vice chief" to "Vice Chief" (throughout)

REASON Proper title/noun

PAGE: NA LINE: NA CHANGE "joint staff surgeon" to "Joint Staff Surgeon" (throughout)

REASON Proper title/noun

PAGE: NA LINE: NA CHANGE "striker" to "Strike Group" (throughout)

REASON Proper title/noun correct term

PAGE: NA LINE: NA CHANGE "examplar" to "example" (throughout)

REASON spelling

PAGE__18__ LINE__15___ CHANGE "of the O6 level" to "at the O6 level"

REASON Correct preposition

PAGE__22__ LINE__19_ CHANGE "force of employment" to "force employment"

REASON Mistranscription

PAGE__33__ LINE__8-11___ CHANGE after "I personally do not" add period. Start new sentence with "I have

REASON Mistranscription

PAGE__37__ LINE__13_ CHANGE "unware" to "unaware

REASON Incorrect phrase

PAGE__39__ LINE 14-15_CHANGE "excellent intel" to "exfil capability"

REASON Mistranscription

PAGE__44_ LINE _15_ CHANGE Insert comma (,) between "been" and "because

REASON Punctuation

PAGE__44__LINE__16__CHANGE period (.) to comma (,) and make the "I" "It's" lower case to create one sentence

REASON Punctuation

PAGE__45__LINE__4__CHANGE Add "the" after "So"

REASON Punctuation

PAGE__45__LINE__21__CHANGE Remove "that"

REASON Mistranscription

PAGE__54__LINE__9__CHANGE "the shore" to "ashore"

*William K. Lescher*  August 15, 2022

Case: 22-10077   Document: 00516433880   Page: 322   Date Filed: 08/18/2022

REASON Incorrect Term

PAGE__55__LINE__1 CHANGE "on" to "in"

REASON Incorrect Term

PAGE__55__LINE__2 CHANGE "in" to "and"

REASON Incorrect Term

PAGE__58__LINE__2 CHANGE add commas (,) on either side of the term "the commander"

REASON Punctuation

PAGE__59__LINE__2 CHANGE "the" to "their"

REASON Incorrect Term

PAGE__66__LINE__6 CHANGE Comma (,) after accommodation

REASON   Punctuation

PAGE__71__LINE__6 and 18 CHANGE "depo" to depot"

REASON   Incorrect Term

PAGE__78__LINE__8___CHANGE add comma (,) after adversary

REASON   Punctuation

PAGE__82__LINE__14___CHANGE add I before "iterated"

REASON   Mistranscription

PAGE__83__LINE__3___CHANGE remove "it"

REASON   Mistranscription

PAGE__92__LINE__2___CHANGE "of NAV" to "OPNAV"

REASON   Incorrect Term

PAGE__93__LINE__1 CHANGE "shop" to "shot"

REASON   Incorrect Term

PAGE__93__LINE__12 CHANGE "residence" to "resident"

REASON   Incorrect Term

PAGE__95__LINE__12 CHANGE Comma (,) after "rep"

REASON   Punctuation

PAGE__95__LINE__15 CHANGE Add "it' before appears

*[signature: William K. Lescher]*                August 15, 2022

REASON   Mistranscription

PAGE__97__LINE_2-3_CHANGE replace "entered" with "nature of"

REASON   Mistranscription

PAGE__116__LINE_21_CHANGE "some" to "same"

REASON   Mistranscription

PAGE__122__LINE_2_CHANGE Remove "it led

REASON   Mistranscription

PAGE__130__LINE_8_CHANGE_"at the RDC" to "FFRDC"

REASON   Mistranscription

PAGE__130__LINE_12_CHANGE remove "the"

REASON   Mistranscription

PAGE__131__LINE_11_CHANGE add "an" before "incremental"

REASON   Missing term

PAGE__132__LINE_4__CHANGE_"Although" to "All of"

REASON   Incorrect term

PAGE__146__LINE_13_CHANGE   "expeditiously" to "expeditionary"

REASON   Mistranscription

PAGE__155__LINE_12_CHANGE   "shop" to "shot"

REASON   Incorrect Term

PAGE__157__LINE_12_CHANGE replace "inconsistent" with "consistent"

REASON   Mistranscription

PAGE__158__LINE_16_CHANGE   "it" to "it's"

REASON   Incorrect Term

PAGE__168__LINE_18_CHANGE delete "It's central, yeah" with "conceptually"

REASON   Mistranscription

PAGE__174__LINE_14_CHANGE replace "trans medical readiness" with "transmissibility [sic]" (sounds likes "transmittinglyness")

REASON   Mistranscription

PAGE__180__LINE_16_CHANGE   "bases" to "basis"

William K. Lescher                    August 15, 2022

Case: 22-10077   Document: 00516435886   Page: 323   Date Filed: 08/16/2022

REASON   Mistranscription

PAGE__184__LINE_7_CHANGE  add "that" before "these"

REASON   Missing Term

PAGE__184__LINE_16_CHANGE  add "of" before "specific conditions"

REASON   Missing Term

PAGE__185_ LINE  16  CHANGE  "so" to "is"

REASON   Missing Term

PAGE__187_ LINE  5 CHANGE   "higher tenure" to "high year tenure"

REASON   Mistranscription

PAGE__187__LINE_7_CHANGE   "opening to aperture" to "opening the aperture"

REASON   Incorrect Term

PAGE__187__LINE 9_CHANGE   "are" to "or"

REASON   Incorrect Term

PAGE__188__LINE_13_CHANGE   add comma (,) after "sustaining"

REASON   Punctuation

PAGE__194__LINE_20_CHANGE   "based" to "base"

REASON   Incorrect Term

PAGE____198__LINE_9_CHANGE  "Yard" to "Air"

REASON   Incorrect Term

PAGE__198__LINE_13__CHANGE  add "was" after "and"

REASON   Missing Term

PAGE__198_LINE_18__CHANGE "squad" to "squadron"

REASON   Incorrect Term

PAGE__199_LINE_1__CHANGE  remove "a" before command

REASON   Incorrect Term

PAGE__200_ LINE 2-3_CHANGE remove "4" replace with "forward" and remove "-" between "5-1" and "5-9" to read "51" and "59"

REASON   Mistranscription

PAGE__200__LINE 6-7__CHANGE  replace "with – employes" with "which employs"

*[signature]*
William R. Lescher                     August 15, 2022

REASON   Incorrect phrase

PAGE__202_LINE 9-10   CHANGE  change "within side" to "with inside"

REASON   Mistranscription

PAGE__205_ LINE 1-2   CHANGE "Navy component commanders and the combatant commanders" to "Navy Component Commanders and the Combatant Commanders"

REASON   Proper noun/mistranscription

PAGE__209_ LINE 9 CHANGE Add "the" before "measures"

REASON   Missing Term

PAGE__209_ LINE 14 CHANGE "so to" to "then to"

REASON   Incorrect Term

PAGE__215_ LINE 2  CHANGE "talking" to "talked"

REASON   Mistranscription

PAGE__215__LINE 8  CHANGE  add "the" after "standard"

REASON   Missing Term

PAGE__216_ LINE 7  CHANGE  add "the" after "meet"

REASON   Missing Term

PAGE__218_ LINE 4  CHANGE  add "about the" after "today"

REASON   Missing Term

PAGE__218_ LINE 4  CHANGE  "are" to "is"

REASON   Incorrect Term

PAGE__218_ LINE 12-14  CHANGE  add "this" after doing

REASON   Mistranscription

_William K. Lescher_ (signature)     August 15, 2022

Case: 22-10077   Document: 00516435886   Page: 325   Date Filed: 08/16/2022