**FILED**
**September 1, 2022**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals for the Fifth Circuit

_____

No. 22-10597
_____

U.S. Navy SEALs 1-26; U.S. Navy Special Warfare Combatant Craft Crewmen 1-5; U.S. Navy Explosive Ordnance Disposal Technician 1; U.S. Navy Divers 1-3,

*Plaintiffs—Appellees*,

*versus*

Joseph R. Biden, Jr., *in his official capacity as President of the United States of America*; Lloyd Austin, *Secretary, U.S. Department of Defense, In his official capacity as United States Secretary of Defense*; United States Department of Defense; Carlos Del Toro, *In his official capacity as United States Secretary of the Navy*,

*Defendants—Appellees*,

*versus*

Major Michael Webb,

*Movant—Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:21-CV-1236-O

_____

No. 22-10597

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of September 1, 2022, for want of prosecution. The appellant failed to timely pay the filing fee.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Melissa B. Courseault, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT



**A True Copy**
**Certified order issued Sep 01, 2022**

**Clerk, U.S. Court of Appeals, Fifth Circuit**