IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

NAVY SEALs 1-3, et al.,

        Plaintiffs,

v.

LLOYD J. AUSTIN, III in his official capacity as United States Secretary of Defense, et al.,

        Defendants.

Case No. 4:21-cv-01236-O

## DEFENDANTS' MOTION TO COMPEL PLAINTIFFS TO ANSWER DEFENDANTS' REQUESTS FOR ADMISSIONS

Pursuant to Federal Rule of Civil Procedure 36(a)(6), Defendants respectfully request that this Court order Plaintiffs to answer Defendants' First Set of Requests for Admissions fully and completely, in accordance with the proposed order and for the reasons set forth in the accompanying memorandum and supporting materials.

Dated: October 14, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

*/s/ Jody D. Lowenstein*
ANDREW E. CARMICHAEL
AMY E. POWELL
Senior Trial Counsel
STUART J. ROBINSON
Senior Counsel
CODY T. KNAPP (NY #5715438)
JODY D. LOWENSTEIN (MT #55816869)
ZACHARY A. AVALLONE
LIAM C. HOLLAND

1

Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 598-9280
Email: jody.d.lowenstein@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF CONFERENCE

Defendants' counsel conferred with Plaintiffs' counsel regarding this motion by email and telephone on multiple occasions between September 8 and October 3, 2022. Plaintiffs indicated that they oppose the relief requested in Defendants' motion.

/s/ Jody D. Lowenstein
JODY D. LOWENSTEIN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch