IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| U.S. NAVY SEALs 1–26, et al., | § | |
| | § | |
|    Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-01236-O |
| | § | |
| LLOYD J. AUSTIN, III, et al., | § | |
| | § | |
| | § | |
|    Defendants. | § | |

# ORDER

Before the Court is Michael Webb's Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 201), filed September 12, 2022. Mr. Webb has been attempting to intervene in this case for months. Indeed, when denying Mr. Webb's first motions to intervene and proceed in forma pauperis, the Court noted that Mr. Webb is a "litigation hobbyist." *See* May 23, 2022 Order, ECF No. 157. Since then, Mr. Webb filed a Motion for Reconsideration (ECF No. 166), an interlocutory appeal (ECF No. 183), and a Motion for Leave to Proceed In Forma Pauperis on Appeal (ECF No. 188). Both this Court, and the Fifth Circuit Court of Appeals, have denied or dismissed Mr. Webb's requested relief each time. Of particular note, the Court certified that Mr. Webb's attempted—and since dismissed—appeal was "not taken in good faith" pursuant to 28 U.S.C. § 1915(a)(3). *See* Order Regarding Motion to Proceed In Forma Pauperis On Appeal, ECF No 190.

Despite all of this, Mr. Webb has now filed this new motion to proceed in forma pauperis (ECF No. 201) that is identical to his first motion to proceed in forma pauperis (ECF No. 145). Mr. Webb did not even bother to change the date of the signature line. The only difference between the two motions is that Mr. Webb's latest motion includes, as an attachment, part of a non-precedential court order that appears to have provisionally granted him leave to proceed in forma pauperis in an

unrelated case. This other court's order is not binding on this Court, nor does it carry any persuasive weight, seeing as how that other court's conclusory reasoning amounts to less than three lines of text. *See* Application to Proceed in District Court Without Prepaying Fees or Costs at 6, ECF No. 201. Therefore, because Mr. Webb has once again failed to carry his burden, his Application to Proceed in District Court Without Prepaying Fees or Costs is **DENIED**.

While this is not the first time that the Court has entertained Mr. Webb's querulous behavior, it will be the last. The Court will no longer tolerate Mr. Webb's vexatious conduct. Any further abuse of judicial resources will result in an order to show cause why Mr. Webb should not be sanctioned.

**SO ORDERED** this **17th day** of **November, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE