RECEIVED
By Tamara Ellis at 3:48 pm, Jan 04, 2023

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 04, 2023

No. 22-10077    U.S. Navy SEALs 1-26 v. Biden
                USDC No. 4:21-CV-1236
                USDC No. 4:21-CV-1236

Dear Counsel:

The parties are directed to submit supplemental letter briefs by January 13, 2023 addressing the issue of mootness.

Please use the event code "appellant's/appellee's supplemental brief filed" when electronically filing your letter brief.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shirley M. Engelhardt, Deputy Clerk
504-310-7631

cc:
     Mr. Michael Berry
     Mr. Thomas S. Brandon Jr.
     Mr. Justin E. Butterfield
     Mr. Talmadge Butts
     Ms. Sarah Wendy Carroll
     Mr. Matthew James Clark
     Ms. Sarah Jane Clark
     Ms. Deborah Jane Dewart
     Mr. John Allen Eidsmoe
     Mr. David J. Hacker
     Ms. Heather Gebelin Hacker
     Mr. Thomas Franklin Harkins Jr.
     Mr. Jeffrey Carl Mateer
     Mr. Justin Lee Matheny
     Ms. Karen S. Mitchell
     Mr. Daniel Nolan Nightingale
     Mr. Jordan E Pratt
     Ms. Holly Mischelle Randall
     Mr. Franklin D. Rosenblatt
     Mr. Casen Ross

Mr. Hiram Stanley Sasser III
Mr. Charles Wylie Scarborough
Mr. Kelly J. Shackelford
Mr. Ilya Shapiro
Mr. Andrew Bowman Stephens
Mr. Lowell V. Sturgill Jr.
Ms. Zoie Williams
Mr. Jeffrey Scott Wittenbrink
Mr. Frederick R. Yarger