IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| U.S. NAVY SEALs 1–26, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:21-cv-01236-O |
| LLOYD J. AUSTIN, III, et al., | § § § | |
| Defendants. | § | |

### ORDER

The Fifth Circuit has ordered the parties to provide supplemental briefing on the issue of mootness. *See* ECF No. 212. Taking note of the same developments, this Court directs the parties to file those briefs in this case on the same timeline as set by the Circuit.

**SO ORDERED** on this **4th day** of **January, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE