# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **NAVY SEALs 1-26,** et al.**,**<br><br>    Plaintiffs,<br><br>  v.<br><br>**JOSEPH R. BIDEN, JR.**, in his official capacity as President of the United States, et al.,<br><br>    Defendants. | Case No. 4:21-cv-01236-O |

## DEFENDANTS' NOTICE OF FILING IN COURT OF APPEALS

As the Court is aware, the "Fifth Circuit has ordered the parties to provide supplemental briefing on the issue of mootness." Jan. 4, 2023 Order, ECF No. 213. Given those developments, this Court "direct[ed] the parties to file those briefs in this case on the same timeline set by the Circuit." *Id.* Pursuant to that Order, Defendants respectfully submit a copy of the brief that was submitted today in the United States Court of Appeals for the Fifth Circuit on the issue of mootness.

Dated: January 27, 2023                    Respectfully submitted,

                            BRIAN M. BOYNTON
                            Principle Deputy Assistant Attorney General

                            ALEXANDER K. HAAS
                            Director, Federal Programs Branch

                            ANTHONY J. COPPOLINO
                            Deputy Director

                            */s/ Zachary A. Avallone*
                            ANDREW E. CARMICHAEL
                            AMY E. POWELL
                            Senior Trial Counsel
                            STUART J. ROBINSON
                            Senior Counsel

1

ZACHARY A. AVALLONE (DC Bar 1023361)
COURTNEY D. ENLOW
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 514-2705
Fax: (202) 616-8470
Email: zachary.a.avallone@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2023, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

/s/ Zachary A. Avallone
ZACHARY A. AVALLONE (DC Bar 1023361)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 514-2705
Fax: (202) 616-8470
Email: zachary.a.avallone@usdoj.gov