IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **NAVY SEALs 1-3,** *et al.***,**<br><br>                     Plaintiffs,<br><br>     v.<br><br>**LLOYD J. AUSTIN, III** in his official capacity as United States Secretary of Defense, *et al.*,<br><br>                     Defendants. | Case No. 4:21-cv-01236-O |

## MEMORANDUM IN SUPPORT OF DEFENDANTS' ASSERTION OF MOOTNESS

Pursuant to Rule 12(h)(3) of the Federal Rules of Civil Procedure, Defendants move to dismiss this action for lack of subject matter jurisdiction because this litigation is now moot. In support of this motion, the Court is respectfully referred to Defendants' accompanying brief and appendix.

Dated: February 6, 2023         Respectfully submitted,

                                BRIAN M. BOYNTON
                                Principal Deputy Assistant Attorney General
                                Civil Division

                                ALEXANDER K. HAAS
                                Director, Federal Programs Branch

                                ANTHONY J. COPPOLINO
                                Deputy Branch Director
                                Federal Programs Branch

                                */s/ Andrew E. Carmichael*
                                ANDREW E. CARMICHAEL (VA Bar. No. 76578)
                                AMY E. POWELL
                                Senior Trial Counsel
                                STUART J. ROBINSON
                                Senior Counsel
                                ZACHARY A. AVALLONE
                                COURTNEY D. ENLOW
                                LIAM C. HOLLAND
                                CASSANDRA M. SNYDER

Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 514-3346
Fax: (202) 616-8470
Email: Andrew.e.carmichael@usdoj.gov

*Counsel for Defendants*