# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

**U.S. NAVY SEALs 1-3;** on behalf of themselves and all others similarly situated; **U.S. NAVY EXPLOSIVE ORDNANCE DISPOSAL TECHNICIAN 1**, on behalf of himself and all others similarly situated; **U.S. NAVY SEALS 4-26; U.S. NAVY SPECIAL WARFARE COMBATANT CRAFT CREWMEN 1-5**; and **U.S. NAVY DIVERS 1-3**,

　　　　　　　　Plaintiffs,

　　v.

**LLOYD J. AUSTIN, III**, in his official capacity as United States Secretary of Defense; **UNITED STATES DEPARTMENT OF DEFENSE**; **CARLOS DEL TORO**, in his official capacity as United States Secretary of the Navy,

　　　　　　　　Defendants.

Case No. 4:21-cv-01236-O

## APPENDIX IN OPPOSITION TO DEFENDANTS' ASSERTION OF MOOTNESS

| Tab | Description | Bates Number(s) |
|-----|-------------|-----------------|
| 1 | Secretary of Defense, Memorandum, "Rescission of August 24, 2021 and November 30, 2021 Coronavirus Disease 2019 Vaccination Requirements for Members of the Armed Forces" (Jan. 10, 2023). | 0001-0003 |
| 2 | Heather Mongilio, *Pentagon Unclear How Military Would Manage End of Mandatory COVID-19 Vaccines*, USNI NEWS (Dec. 7, 2022). | 0004-0011 |
| 3 | Meghann Myers, *Four weeks later, military still waiting on post-vaccine guidance*, MILITARY TIMES (Feb. 9, 2023). | 0011-0017 |
| 4 | Paul D. Shinkman, *Pentagon: No Back Pay to Troops* | 0018-0025 |

| | | |
|---|---|---|
| | *Discharged for Refusing COVID-19 Vaccine*, US NEWS (Jan. 17, 2023). | |
| 5 | U.S. Navy COVID-19 Updates (Nov. 30, 2022) | 0026-0044 |
| 6 | Heather Mongilio, *Navy Nearing 1/500 COVID-19 Separations*, USNI News (Jul. 27, 2022). | 0045-0050 |
| 7 | U.S. Navy COVID-19 Updates (May 25, 2022). | 0051-0069 |
| 8 | NAVADMIN 093/22, U.S NAVY COVID-19 STANDARDIZED OPERATIONAL GUIDANCE 6.0 (Apr. 11, 2022). | 0070-0077 |
| 9 | Declaration of U.S. Navy SEAL 3 | 0078-0081 |
| 10 | Declaration of U.S. Navy SEAL 7 | 0082-0085 |
| 11 | Declaration of U.S. Navy SEAL 9 | 0086-0089 |
| 12 | Declaration of U.S. Navy SEAL 13 | 0090-0093 |
| 13 | Declaration of U.S. Navy SEAL 15 | 0094-0097 |
| 14 | Declaration of U.S. Navy SEAL 19 | 0098-0101 |
| 15 | Declaration of U.S. Navy SEAL 22 | 0102-0117 |
| 16 | Declaration of U.S. Navy SEAL 26 | 0118-012 |
| 17 | Declaration of U.S. Navy SWCC 1 | 0124-0130 |
| 18 | Declaration of U.S. Navy SWCC 5 | 0131-0134 |

| 19 | Declaration of U.S. Navy EOD 1 | 0135-0138 |
| 20 | Declaration of U.S. Navy SEAL 5 | 0139-0142 |
| 21 | Declaration of Levi Beaird, Lieutenant Commander (SEL), USN | 0143-0158 |

Respectfully submitted this 13 day of February 2023.

KELLY J. SHACKELFORD
  Texas Bar No. 18070950
JEFFREY C. MATEER
  Texas Bar No. 13185320
HIRAM S. SASSER, III
  Texas Bar No. 24039157
DAVID J. HACKER
  Texas Bar No. 24103323
MICHAEL D. BERRY
  Texas Bar No. 24085835
DANIELLE A. RUNYAN*
  New Jersey Bar No. 027232004
JUSTIN BUTTERFIELD
  Texas Bar No. 24062642
Holly M. Randall
  Texas Bar No. 24128002
FIRST LIBERTY INSTITUTE
2001 W. Plano Pkwy., Ste. 1600
Plano, Texas 75075
Tel: (972) 941-4444
jmateer@firstliberty.org
hsasser@firstliberty.org
dhacker@firstliberty.org
mberry@firstliberty.org
rgardner@firstliberty.org
drunyan@firstliberty.org
hrandall@firstliberty.org

JORDAN E. PRATT
  Florida Bar No. 100958*  **
FIRST LIBERTY INSTITUTE
227 Pennsylvania Ave., SE
Washington, DC 20003
Tel: (972) 941-4444
jpratt@firstliberty.org

*Admitted pro hac vice.
** Not yet admitted to the D.C. Bar, but
admitted to practice law in Florida. Practicing
law in D.C. pursuant to D.C. Court of
Appeals Rule 49(c)(8) under the supervision
of an attorney admitted to the D.C. Bar.

/s/ Heather Gebelin Hacker
HEATHER GEBELIN HACKER
  Texas Bar No. 24103325
ANDREW B. STEPHENS
  Texas Bar No. 24079396
HACKER STEPHENS LLP
108 Wild Basin Road South, Suite 250
Austin, Texas 78746
Tel.: (512) 399-3022
heather@hackerstephens.com
andrew@hackerstephens.com

*Attorneys for Plaintiffs*

# Tab 1



SECRETARY OF DEFENSE
1000 DEFENSE PENTAGON
WASHINGTON, DC 20301-1000

**JAN 1 0 2023**

MEMORANDUM FOR SENIOR PENTAGON LEADERSHIP
                     COMMANDERS OF THE COMBATANT COMMANDS
                     DEFENSE AGENCY AND DOD FIELD ACTIVITY DIRECTORS

SUBJECT:  Rescission of August 24, 2021 and November 30, 2021 Coronavirus Disease 2019
               Vaccination Requirements for Members of the Armed Forces

I am deeply proud of the Department's work to combat the coronavirus disease 2019
(COVID-19). Through your leadership, we have improved the health of our Service members
and the readiness of the Force, and we have provided life-saving assistance to the American
people and surged support to local health care systems and agencies at all levels of government.
The Department has helped ensure the vaccination of many Americans, while simultaneously
providing critical and timely acquisition support for life-saving therapeutics, tests, and treatments
for COVID-19. We have demonstrated the ability to support and defend the Nation under the
most trying of circumstances.

The Department will continue to promote and encourage COVID-19 vaccination for all
Service members. The Department has made COVID-19 vaccination as easy and convenient as
possible, resulting in vaccines administered to over two million Service members and 96 percent
of the Force — Active and Reserve — being fully vaccinated. Vaccination enhances operational
readiness and protects the Force. All commanders have the responsibility and authority to
preserve the Department's compelling interests in mission accomplishment. This responsibility
and authority includes the ability to maintain military readiness, unit cohesion, good order and
discipline, and the health and safety of a resilient Joint Force.

On December 23, 2022 the James M. Inhofe National Defense Authorization Act
(NDAA) for Fiscal Year (FY) 2023 was enacted. Section 525 of the NDAA for FY 2023
requires me to rescind the mandate that members of the Armed Forces be vaccinated against
COVID-19, issued in my August 24, 2021 memorandum, "Mandatory Coronavirus Disease 2019
Vaccination of Department of Defense Service Members." I hereby rescind that memorandum.
I also hereby rescind my November 30, 2021 memorandum, "Coronavirus Disease 2019
Vaccination for Members of the National Guard and the Ready Reserve."

No individuals currently serving in the Armed Forces shall be separated solely on the
basis of their refusal to receive the COVID-19 vaccination if they sought an accommodation on
religious, administrative, or medical grounds. The Military Departments will update the records
of such individuals to remove any adverse actions solely associated with denials of such
requests, including letters of reprimand. The Secretaries of the Military Departments will further
cease any ongoing reviews of current Service member religious, administrative, or medical
accommodation requests solely for exemption from the COVID-19 vaccine or appeals of denials
of such requests.

Religious liberty is a foundational principle of enduring importance in America, enshrined in our Constitution and other sources of Federal law. Service members have the right to observe the tenets of their religion or to observe no religion at all, as provided in applicable Federal law and Departmental policy. Components shall continue to apply the uniform standards set forth in DoD Instruction 1300.17, "Religious Liberty in the Military Services."

Other standing Departmental policies, procedures, and processes regarding immunizations remain in effect. These include the ability of commanders to consider, as appropriate, the individual immunization status of personnel in making deployment, assignment, and other operational decisions, including when vaccination is required for travel to, or entry into, a foreign nation.

For Service members administratively discharged on the sole basis that the Service member failed to obey a lawful order to receive a vaccine for COVID-19, the Department is precluded by law from awarding any characterization less than a general (under honorable conditions) discharge. Former Service members may petition their Military Department's Discharge Review Boards and Boards for Correction of Military or Naval Records to individually request a correction to their personnel records, including records regarding the characterization of their discharge.

The Under Secretary of Defense for Personnel and Readiness shall issue additional guidance to ensure uniform implementation of this memorandum, as appropriate.

The Department's COVID-19 vaccination efforts will leave a lasting legacy in the many lives we saved, the world-class Force we have been able to field, and the high level of readiness we have maintained, amidst difficult public health conditions. Our efforts were possible due, first and foremost, to the strength and dedication of our people. I remain profoundly greatful to the men and women of the Department of Defense for their efforts to protect our Force, the Department of Defense community, and to aid the American people.

Pls.' Opp. to Assertion of Mootness App. 0003

# Tab 2

", "sameAs": []}}

 **USNI News** ≡ 🛒 👤

NEWS MENU

SEARCH

Home » Budget Industry » Pentagon Unclear How Military Would Manage End of Mandatory COVID-19 Vaccines

# Pentagon Unclear How Military Would Manage End of Mandatory COVID-19 Vaccines

**By: Heather Mongilio**

December 7, 2022 7:17 PM



*Hospital Corpsman 2nd Class Gregzon Fontanilla, from Guam, prepares a COVID-19 vaccine aboard the America-class amphibious assault ship USS Tripoli (LHA-7) on May 10, 2022. US Navy Photo*

The Pentagon has no ready answers on how the Department of Defense would implement pending legislation that would allow service members to refuse the COVID-19 vaccine without facing separa-

Case 4:21-cv-01236-O   Document 225   Filed 02/13/23   Page 10 of 162   PageID 7511

tion, officials said this week.

Congressional Republicans negotiated with the Democrat-led House and Senate to include language that would rollback the military's COVID-19 mandate as part of the Fiscal Year 2023 National Defense Authorization Act, according to a bill released late Tuesday.

"Does that August 2021 policy still make sense?" House Armed Services Committee chair Rep. Adam Smith, D-Wash., said on Wednesday. "Is it still the right policy? We don't believe that it is and I don't believe that it is"

The new law would nullify the mandate put in place by Secretary of Defense Lloyd Austin in 2021 that required service members to be vaccinated against COVID-19 using either Pfizer or Moderna's mRNA vaccine, or the one-shot Johnson and Johnson or Novavax vaccines.

Section 525 of the NDAA, released Tuesday night, requires the DoD to remove the COVID-19 mandate.

"We believe in the importance of the Secretary following public health guidance in order to protect the health and welfare of servicemembers and their families, to include mandating vaccines based on readiness requirements," according to the bill language.

Also included in the NDAA is language calling for the Department of Defense to consider reinstating service members who were separated due to refusal to get the COVID-19 vaccine. However, the bill does not demand that the service members who were separated be brought back into the service.

Under the mandate, those who did not comply would be separated. As of Nov. 28, the Navy separated 2,064 sailors, both reservists and active-duty, for failure to get vaccinated against COVID-19. As of Dec. 1, the Marine Corps separated 3,717 Marines.

The language in the NDAA leaves it up to the services to determine if they will reinstate anyone separated for refusal to take the vaccine. It is not clear how the Navy or Marine Corps will handle the service members who were separated. The Navy referred questions about reinstating sailors to the Office of the Secretary of Defense.

It is also unclear if sailors and Marines can be deployed. Currently, any sailor or Marine with a pending or confirmed exemption from the vaccine cannot be deployed due to not having the vaccine, even

Pls.' Opp. to Assertion of Mootness App. 0006

Case 4:21-cv-01236-O   Document 225   Filed 02/13/23   Page 11 of 162   PageID 7512

if they are still part of the Navy.

Sabrina Singh, deputy Pentagon press secretary, declined to answer a question about the deployment status of troops if the vaccine mandate falls, saying she could not comment on pending litigation when asked by reporters on Wednesday. The Pentagon's legislative team is working with members of the House and Senate to express the secretary of defense's desire that the vaccine mandate stays.

"We have our legislative team that continues to work with members on the Hill, members of Congress in both chambers," Singh said. "That's part of their role and responsibilities and engaging with members on the Hill to make sure that they know where the Secretary's priorities are. […] I think the Secretary was pretty clear and forceful and his response over the weekend when he said that he supports continuing the vaccine mandate in the NDAA."

Also up in the air is the question of the sailors who filed religious exemption requests for the vaccine. A decision by a federal judge in March put a preliminary injunction in place barring the Navy from separating them. It is not clear how the NDAA will affect the lawsuit, which is expected to be heard in February in the Fifth Circuit Court of Appeals.

Secretary of the Navy Carlos Del Toro spoke against removing the mandate at a Navy League event Tuesday, raising concerns such as what happens to sailors who need to go to countries with strict vaccine requirements.

Congress needs to understand the secondhand consequences of their decisions, the Navy secretary said.

"But unquestionably it'll create almost two classes of citizens in our services," Del Toro said. "Those that can't deploy and those that can deploy. And that creates all sorts of problems."

White House Press Secretary Karine Jean-Pierre called removing the mandate a mistake during a press conference Wednesday. The president will weigh the entirety of the NDAA, once passed, before deciding if he'll sign it. She did not say if he will veto due to the removal of the COVID-19 vaccine mandate.

"What we saw, what we think happened here is Republicans in Congress have decided that they rather fight against the health and well-being of our troops than protecting them, and we believe that it is a mistake," Jean-Pierre said.

Pls.' Opp. to Assertion of Mootness App. 0007

During a Defense Writers' Group breakfast, Wednesday, Marine Corps commandant Gen. David Berger said that the mandate was political, but vaccination is not. There are multiple vaccines service members receive because it's required for military readiness. In general, there are nine vaccines required by the military, while others may be needed depending on the geographic area of service.

"Marines know that when their leadership says you need to do something because that's important to warfighting and your own health, the politics part of it isn't a part of that," Berger said.

One of the reasons Republican leaders had for striking the mandate say requiring the vaccine hurts military recruitment and retention. Singh told reporters that there were a host of other reasons, including competition with big companies and eligibility concerns, that were leading to recruitment issues besides the minimal effect of the mandate.

There are recruiting issues from the vaccine mandate, Berger said during a Reagan National Defense Forum panel Saturday. But that is mostly tied to the misinformation about the vaccine preventing people from getting it, he said.

Mat Staver, a lawyer representing a Navy Surface Warfare Commanding Officer among other service members, over the vaccine mandate said he knows service members who are telling their children not to serve because of the vaccine mandate.

Staver welcomed the language in the NDAA, calling the original vaccine mandate unconstitutional.

"It has caused an incredible abuse of the service members of all branches of the military. It has not been effective," Staver told USNI News. "It has undermined morale, it has been used to punish honorable individuals who are irreplaceable."

Those who were separated due to vaccine refusal should be reinstated, Staver said. He plans to continue with the lawsuits against the military due to the punishment of his clients for not taking the vaccine.

Even if the services do reinstate service members separated over the vaccine, it is unclear what positions they will be able to hold or if they will be deployable.

The bill language also does not address if the military would need to address service members who chose to retire or leave the service instead of getting vaccinated.

Pls.' Opp. to Assertion of Mootness App. 0008

**Related**



**2,100 Sailors in Limbo as Pentagon Grapples With End of COVID-19 Vaccine Mandate**
January 5, 2023
In "Military Personnel"



**Pentagon Rescinds COVID-19 Vaccine Mandate, Questions Remain for Separated Sailors**
January 10, 2023
In "Military Personnel"



**Pentagon COVID-19 Personnel Policy Delays Leave Unanswered Questions**
February 7, 2023
In "Budget Industry"

Article Keywords: Congress, Coronavirus, COVID 19, COVID-19 vaccine, FY 2023 NDAA, NDAA, vaccine, vaccine exemption, vaccine mandate
Categories: Budget Industry, Military Personnel, News & Analysis, U.S. Marine Corps, U.S. Navy

# About Heather Mongilio

**Heather Mongilio is a reporter with USNI News. She has a master's degree in science journalism and has covered local courts, crime, health, military affairs and the Naval Academy.**

    Follow @hmongilio

**View all posts by Heather Mongilio →**

ALSO ON **USNI NEWS**

**Report on U.S.-China Strategic ...**

4 days ago · 12 comments

The following is the Feb. 8 2023, Congressional Research Service report, ...

**USS Carter Hall Heading Back to ...**

3 days ago · 15 comments

The amphibious warship that has served as the nerve center for the recovery of ...

**CBO Report on Super Hornet Availability**

3 days ago · 21 comments

The following is the Feb. 9, 2023, Congressional Budget Office report, Availability ...

**U.S. Des Near the**

9 days ago

USS Nitze on the e Bosphor

Case 4:21-cv-01236-O    Document 225    Filed 02/13/23    Page 14 of 162    PageID 7515

## USNI News Comment Policy

Please be thoughtful and respectful of others. Personal
attacks and abusive language are not tolerated.

Got it

**44 Comments**                                                                          1    Lo

G    Join the discussion…

LOG IN WITH          OR SIGN UP WITH DISQUS    ?

Name

Share                                                                     **Best**    Newest

### Hoex                                                                                    —
🕐 2 months ago

Nice to see some steps are being taken to end this insanity. It's amazing they're STILL fixated o
making sure everyone gets one dose of the shots, but don't care if service members are up-to-d
their boosters. There was never any logic to these mandates. Hope we can finally get a resoluti
this.

7          0    •   Reply   •   Share ›

AJ    **AT2 Jeff** ↱ Hoex                                                                    —
🕐 2 months ago

MENU

Home

Documents

Top Stories

COVID-19

Fleet and Marine Tracker

Advertise

Pls.' Opp. to Assertion of Mootness App. 0010

About



© 2012-2023 U.S. NAVAL INSTITUTE

Powered by Unleashed Technologies

Pls.' Opp. to Assertion of Mootness App. 0011

# Tab 3

Sections   **MilitaryTimes**   News   Pay & Benefits   Flashpoints   Education and Transition   Pentagon & Congress   Off Duty   Veterans

Your Military

# Four weeks later, military still waiting on post-vaccine guidance

By **Meghann Myers**

Thursday, Feb 9





A health worker administers a dose of COVID-19 vaccine. On Friday, Oct. 7, 2022 The Associated Press reported on stories circulating online incorrectly claiming COVID-19 mRNA vaccines alter recipients' DNA by changing its shape to a "triple helix." (Matt Rourke/AP)

A month after the Defense Department canceled the requirement that service members are vaccinated against COVID-19, the Pentagon's personnel and readiness office has yet to complete the requested paperwork to make the change a reality for thousands of unvaccinated troops in limbo.

The long delay has prompted lawmakers to reach out to Defense Secretary Lloyd Austin with their concerns.

Defense Under Secretary Gil Cisneros, DoD's personnel chief, told Military Times on Jan. 11 that his office was looking into specific policies on religious considerations and combatant command regulations with respect to traveling to countries with vaccine mandates.

"There are still things that we need to kind of tie up," he said.

Pentagon personnel chief on vaccine mandate repeal, recruiting and parental leave

Gil Cisneros, Under Secretary of Defense for Personnel and Readiness, discusses some of the top issues facing his office as 2023 gets un…

Pls.' Opp. to Assertion of Mootness App. 0013

Case 4:21-cv-01236-O   Document 225   Filed 02/13/23   Page 18 of 162   PageID 7519

Gil Cisneros, under secretary of defense for personnel and readiness, discusses some of the top issues facing his office in 2023.

But that process is still ongoing, a Pentagon spokeswoman told Military Times Thursday, though lawmakers first asked for an implementation plan on Dec. 23.

"The Department is working to leverage existing policies and procedures, where appropriate, to manage post-repeal issue sets and is examining whether additional guidance is necessary," Cmdr. Nicole Schwegman said.

In a Feb. 8 letter sent to the Pentagon, the chairman of the House Armed Services Committee and the chairman of its subcommittee on military personnel pressed Austin for answers on the new guidance, saying that a Jan. 26 letter from his office on their progress was only four sentences long and "failed to include any implementation plan."

"While we acknowledge and appreciate your rescission memorandum writ large, many questions remain and have gone unanswered regarding the implementation of the rescission," Rep. Mike Rogers, R-Ala., and Rep. Jim Banks, R-Ind., wrote in the letter.

The representatives included a list of 14 questions for DoD, including data on involuntary separations for vaccine refusal, service members required to pay back bonuses and confirmation that any academy graduates denied their commissions for refusing the vaccine were still able to earn their college degrees.

The letter also asks whether DoD intends to offer reinstatement for any troops discharged because of the mandate.

**RELATED**


Troops booted over COVID vaccines would get jobs back under GOP plan
The legislation would also upgrade the discharge status of some individuals.
By **Leo Shane III**

Though Republican lawmakers have pushed for that provision since last summer, it was not part of the 2023 National Defense Authorization Act, the law that compelled Austin to rescind the mandate.

Pls. Opp. to Assertion of Mootness App. 0014

Case 4:21-cv-01236-O   Document 225   Filed 02/13/23   Page 19 of 162   PageID 7520

Since the new Congress came into session, Republican members have reopened that discussion with bills introduced in both the Senate and House of Representatives.

"I'm glad that we were able to remove the COVID-19 vaccine mandate last Congress, but there is more work to do," said Sen. Ted Cruz, R-Texas, in a statement. "[This bill] would correct the wrongs done to unvaccinated service members who were discharged for exercising their conscience."

The bill would allow reinstatement of any separated troops, as well as restore rank and back pay for any troops who faced discipline before their discharges. It would also upgrade any general discharges.

Previously, separated troops' reasons for discharge were noted in their paperwork, allowing them to come back into service if they got vaccinated.

Now, under Austin's rescission memo, they can apply for a records correction with their service's board, and ostensibly re-enlist or re-commission if they choose.

What the Pentagon is not considering, however, is offering restitution for vaccine refusal.

"We are not pursuing, as a matter of policy, backpay for those who refused the vaccine," Air Force Brig. Gen. Pat Ryder, a Pentagon spokesman, told reporters in January. "At the time that those orders were refused, it was a lawful order."

Rogers and Banks requested a response from DoD by Feb. 22.

---

About **Meghann Myers**

Meghann Myers is the Pentagon bureau chief at Military Times. She covers operations, policy, personnel, leadership and other issues affecting service members.

---

Share:      

Tags:   Military Covid-19 Vaccine…      Covid Vaccine Mandate      Vaccine Mandate Repeal

**In Other News** ›

This week in Congress: A full slate of leaders for VA

Defense and veterans hearings on Capitol Hill for the week of Feb. 13.



'Unidentified object' downed over Lake Huron

U.S. officials say an "unidentified object" has been shot down Sunday for the third time in as many days, this time over Lake Huron.



Marines, bonded by kidney donation, now head to Super Bowl



Pls.' Opp. to Assertion of Mootness App. 0015

### Downed objects believed to be balloons, Sen. Schumer says

Senate Majority Leader Chuck Schumer says the U.S. believes the unidentified objects American fighter jets shot down over Canada and Alaska were balloons.



### Former Marine earns one of Princeton's highest honors

Former Marine Shaun Cason is the first decorated military veteran to receive the award.



Load More

**Featured Video**

'Object' shot down U.S. fighter over Alaska

'Object' shot down U.S. fighter over Alaska


House Armed Services Vice Chair: F-35 engine fix imminent


DoD policy official talks Taiwan threat from China


VA takes to the streets to count homeless veterans

**Trending Now**

Former Marine earns one of Princeton's highest honors

Pls.' Opp. to Assertion of Mootness App. 0016

'Unidentified object' downed over Lake Huron

2 West Point football players to face off in the Super Bowl

Downed objects believed to be balloons, Sen. Schumer says

Fighter aircraft shoot down car-sized 'object' flying near Alaska

Military Times © 2023

**Terms of Use**

Privacy Policy

Terms of Service

**Get Us**

Subscribe

Newsletters

RSS Feeds

**Contact Us**

Advertise

General Contacts, Subscription Services

Editorial Staff

**About Us**

About Us

Careers

Jobs for Veterans



# Tab 4

Case 4:21-cv-01236-O    Document 225    Filed 02/13/23    Page 23 of 162    PageID 7524

 **NEWS**

**Home** / **News** / **National News** / Pentagon: No Back Pay for Va...

# Pentagon: No Back Pay to Troops Discharged for Refusing COVID-19 Vaccine

Though the military-wide orders to receive the coronavirus vaccine have been repealed, the Defense Department stands firm on the results of its policy.

By <u>Paul D. Shinkman</u>

Jan. 17, 2023

 Save

   



Pls.' Opp. to Assertion of Mootness App. 0019

Pentagon spokesman Air Force Brig. Gen. Patrick Ryder makes remarks during a briefing at the Pentagon in Washington on Tuesday, Jan. 17, 2023.   📷  (ANDREW HARNIK/AP)

The Pentagon on Tuesday shut down speculation it's considering back pay for service members it discharged for refusing to get a COVID-19 vaccine, distancing itself from an already politically hazardous issue that has become even more prejudicial for the military with Republican control of Congress.

[ **READ:** Pentagon Formally Rescinds COVID-19 Vaccine Mandate for Troops ]

"Right now, we are not pursuing, as a matter of policy, back pay for those who refused the vaccine," Air Force Brig. Gen. Pat Ryder, a spokesman for the Defense Department, told reporters in response to one of several questions about the issue.

"At the time those orders were refused, it was a lawful order," Ryder added.

He spoke a week after the Pentagon formally rescinded the policy that required all troops to receive the shots with very few exemptions, in line with new legislation signed into law on Dec. 23 that forced the change. Politico had reported on Friday, citing an unnamed spokesperson, that the department was considering issuing back pay at that time. Ryder on Tuesday distanced the Pentagon from any such speculation.

Defense Secretary Lloyd Austin in announcing the congressionally mandated repeal was unapologetic for the policy, saying in a memo on Jan. 10 that he is "deeply proud for the Department's work to combat the coronavirus disease," which he said "will leave a lasting legacy in the many lives we saved." He cited the orders from Congress that he change the policy, said no further service members would be discharged for refusing the vaccine and announced that any troops under existing investigation or judicial process would be cleared.

It remains unclear the extent to which the department would allow service members who have been discharged to rejoin. However, Tuesday's statements following Austin's memo align with a general air in the department of disinterest in further accommodating those affected by the policy.

Pls.' Opp. to Assertion of Mootness App. 0020

Roughly 99% of all active-duty troops received the vaccine. More than 8,400 service members were discharged from the military for refusing to take it. All of those kicked out of military service received at least a "general discharge under honorable conditions," with others receiving the higher "honorable discharge." The difference affects medical and other benefits service members receive after leaving the military.

Republicans in Congress raised almost immediate alarm after Austin first announced the policy in August 2021, followed by a series of deadlines that each department determined for itself, beginning with the Air Force and Space Force at the beginning of November that year.

Then-Sen. Jim Inhofe of Oklahoma, the top ranking Republican on the Senate Armed Services Committee at the time, expressed particular concern that November that he did not believe the military had a clear understanding of how the mandate would affect the military at a time several branches, particularly the Army, were already suffering from dramatic recruitment shortfalls.

Those concerns accelerated in the new Congress when the House succeeded in adding the policy overturn in the latest defense budget, which some Democrats eventually

Pls.' Opp. to Assertion of Mootness App. 0021

endorsed to ensure the bill's passage.

[**READ:** New York Eyes Nixed COVID-19 Vaccine Rule for Health Workers]

Republican members centered particularly on an assertion that the vaccine mandate – like other so-called "woke" policies – contributed to massive military recruitment deficits, particularly acute in the Army, which missed its 2022 goals by 25%. The Pentagon says no data exists supporting a link between the two issues.

"Look, I've been vaccinated and I've had COVID. ... I'll recommend from my point of view you get vaccinated," Sen. Lindsey Graham, South Carolina Republican, said at a press conference with other members of his party in December. "We're having a dilemma, and that's finding people to serve in the military. Our recruiting goals are way short. The conflict in the world is getting worse, not better. We need more people in the military, not less."

House Speaker Kevin McCarthy of California, then the top-ranked Republican in the House, tweeted at the time that the military vaccine mandate was "wrong."

"Our heroes have been fired. Our country is less safe. I told the President directly – it's time to end the mandate and rehire our service members," McCarthy said.

**Tags: Pentagon, Coronavirus, vaccines**

U.S.News

**Coronavirus Bulletin**

Stay informed daily on the latest news and advice on COVID-19 from the editors at U.S. News & World Report.

| Email Address | Sign Up |

**Sign in to manage your newsletters »**

Sign up to receive the latest updates from U.S News & World Report and our trusted partners and sponsors. By clicking submit, you are agreeing to our Terms and Conditions & Privacy Policy.

## YOU MAY ALSO LIKE

**The 10 Worst Presidents**

**Cartoons on President Donald Trump**

**Photos: Obama Behind the Scenes**

**Photos: Who Supports Joe Biden?**

**Biden Trip to Mark Ukraine Invasion**

See More »

## RECOMMENDED ARTICLES

BEST COUNTRIES

Pls.' Opp. to Assertion of Mootness App. 0024

BEST STATES

HEALTHIEST COMMUNITIES

NEWS

THE REPORT

PHOTOS

ELECTIONS

EVENTS



About   Editorial Guidelines   Contact   Press   Advertise

Newsletters   Jobs   Site Map   Store

Copyright 2023 © U.S. News & World Report L.P.

Terms & Conditions/Privacy Policy/California Privacy Notice/California Do Not Sell My Personal
Information Request

Pls.' Opp. to Assertion of Mootness App. 0025

# Tab 5

An official website of the United States government    Here's how you know ⌄

Resources ❯

COVID-19 Updates



You are at the official site for Navy information and updates on Coronavirus Disease 19 (COVID-19). Visit frequently to learn about the latest policies, leadership messages, and guidance on how to protect yourself, your family, and your Shipmates.

Department of the Navy Return to the Workplace COVID-19 Guidance and Resources 2020 (updated July 28, 2020) (PDF). Information to assist the military and civilian employees on workforce management, reporting, testing, personnel protection, telework policy, travel and more. Information is subject to change. Consult the following links for updated guidance: ALNAV Library, NAVADMIN Library, and MARADMIN Library.

**NEED TO A REPORT COVID-19 CASE?**

Go to MyNavy Portal at - https://www.mnp.navy.mil/group/navy-covid-19-reporting **(CAC Enabled)**

If you have any questions or experience any difficulties please contact the OPNAV COVID Cell via email OPNAV_COVID_CRISIS_RESPONSE_CELL@us.navy.mil or by phone at (703) 571-2822.

- For Navy-specific questions related to COVID-19 numbers and vaccination data, please email PTGN_CHINFONEWSDESK@NAVY.MIL.

# NAVY COVID-19 UPDATE

### Nov. 30, 2022

- The next report is expected to post Dec. 28, 2022.

- As of Nov. 30, 2022, 2,258 active component and 3,024 Ready Reserve service members remain unvaccinated.

- As a result of the class action certification and corresponding injunction issued by the U.S. District Court for the Northern District of Texas, NAVADMIN 083/22, released March 30, 2022, suspended separation processing and adverse administrative consequences for Navy service members who submitted requests for religious accommodation from the COVID-19 vaccine requirement.

- There have been 2,041 separations for refusing the COVID-19 vaccine. In accordance with NAVADMIN 083/22, Sailors who submitted religious accommodation requests may no longer be separated for vaccine refusal. Vaccine refusers who have not submitted religious accommodation requests remain subject to adverse administrative action, including separation.

  - There have been 1,639 Active Component Sailors and 402 Reserve Component Sailors separated, all with an honorable characterization of





Skip to main content (Press Enter).

- There have been 32 Entry Level Separations (ELS). In accordance with the Naval Military Personnel Manual (MILPERSMAN) 1910-154 and NAVADMIN 225/21, this reflects service members who, since the time of the vaccine mandate, were separated during initial training periods

> Search

vaccinated as defined in NAVADMIN 190/21 prior to returning to service.

- As of Nov. 30, 2022, there are 3,325 active duty and 862 Ready Reserve requests for a religious accommodation from immunization for the COVID-19 vaccine.

- As of Nov. 30, 2022, active duty service members currently have 15 permanent medical exemptions and 153 temporary medical exemptions, and Ready Reserve service members currently have one permanent medical exemption and 42 temporary medical exemptions.

- Starting with the Dec. 10 report, the vaccination and religious accommodation request data is provided by the data collected by the COVID-19 Consolidated Disposition Authority (CCDA), as directed in NAVADMIN 249/21: CCDA Data Reporting Requirements. On Feb. 22, 2022, NAVADMIN 042/22 was released updating these reporting requirements.

- On Dec. 15, 2021, NAVADMIN 283/21 was released outlining execution guidance regarding separation of Navy service members refusing the COVID-19 vaccine.

- On Dec. 22, 2021, NAVADMIN 289/21 was released outlining guidance encouraging COVID-19 vaccine boosters.

|  | Cases | Hospitalized | Recovered | Deaths | Cumulative Total COVID Cases* |
|---|---|---|---|---|---|
| MIL | 134 | 1 | 107,371 | 17 | 107,522 |
| CIV | 499 | 1 | 65,309 | 122 | 65,930 |
| DEP | 13 | 1 | 12,687 | 7 | 12,707 |
| CTR | 84 | 0 | 15,793 | 49 | 15,926 |
| TOTAL | 730 | 3 | 201.160 | 195 | 202,085 |

*Active Cases + Recovered + Deaths = Cumulative Total COVID Cases*

UNVACCINATED

|  | Active Duty | Ready Reserve |
|---|---|---|
| Unvaccinated | 2,258 | 3,024 |
| Religious Accommodation Request | 3,325 | 862 |

APPROVED EXEMPTIONS

|  | Active Duty | Ready Reserve |
|---|---|---|
| Permanent Medical | 15 | 1 |
| Temporary Medical | 153 | 42 |
| Religious Accommodation | 50 | 1 |

- In accordance with Navy mandatory COVID-19 vaccination and reporting policy guidance, the deadline for active-duty Navy service members to be fully vaccinated was Nov. 28, 2021. Ready Reserve Navy service members will be fully vaccinated by Dec. 28, 2021. New accessions will be fully vaccinated as soon as practicable following service entry.

- In order to ensure a fully vaccinated force, U.S. Navy policy is to process for separation all Navy service members who refuse the lawful order to receive the COVID-19 vaccination and do not have an approved exemption. All waiver requests are reviewed on a case-by-case basis and each request will be given full consideration with respect to the facts and circumstances submitted in the request.

- The Navy issued a press release outlining guidance to commands for service members who refuse to comply with the service's order mandating

  

Skip to main content (Press Enter)

- Fully Vaccinated: Per NAVADMIN 190/21, Navy service members are considered fully vaccinated two weeks after completing the second

  - Unvaccinated: Per NAVADMIN 249/21, this includes Navy service members who:
    - refused the vaccine
    - started the vaccination series, but are not complete
    - are pending medical exemption
    - have an approved medical exemption
    - are pending religious accommodation exemption
    - have an approved religious exemption
    - have not had access to the vaccination due to operational schedule and/or remote location
  - Medical: Medical exemptions will be determined by health care providers based on the health of the requestor, and the nature of the immunization under consideration in line with BUMEDINST 6230.15B and MILPERSMAN 1730- 020.
  - Religious Accommodation: A religious accommodation is a category of administrative exemptions that provides an accommodation to a service member for an otherwise applicable military policy, practice, or duty. In accordance with The Religious Freedom Restoration Act, if such a military policy, practice or duty substantially burdens a service member's exercise of religious, accommodation unless:
    - The military policy, practice, or duty is in furtherance of a compelling governmental interest (e.g. mission accomplishment, safety, force health).
    - It is the least restrictive means of furthering that compelling governmental interest.
    - For more information, including frequently asked questions and Navy instructions, visit https://www.mynavyhr.navy.mil/Support- Services/Religious-Accommodations/
- Hyperlinks to currently applicable Navy Administrative Messages:
  - NAVADMIN 234/22: U.S. NAVY COVID-19 STANDARDIZED OPERATIONAL GUIDANCE 7.0 (CORRECTED COPY)
  - NAVADMIN 187/22: UPDATED COVID-19 VACCINATION OPTION - NOVAVAX
  - NAVADMIN 139/22: CCDA GUIDANCE UPDATE
  - NAVADMIN 130/22: COVID-19 DESIGNATION OF MISSION CRITICAL TRAVEL FOR UNVACCINATED INDIVIDUALS AND UPDATED TRAVEL GUIDANCE
  - NAVADMIN 102/22: CCDA ADDITIONAL GUIDANCE REGARDING MEMBERS REQUESTING RELIGIOUS ACCOMMODATION FROM COVID-19 VACCINATION REQUIREMENTS
  - NAVADMIN 083/22: CCDA INTERIM GUIDANCE REGARDING MEMBERS REQUESTING RELIGIOUS ACCOMMODATION FROM COVID-19 VACCINATION REQUIREMENTS
  - NAVADMIN 042/22: UPDATED COVID CONSOLIDATED DISPOSITION AUTHORITY DATA REPORTING REQUIREMENTS AND LESSONS LEARNED
  - NAVADMIN 289/21: GUIDANCE ENCOURAGING COVID-19 VACCINE BOOSTER
  - NAVADMIN 283/21: CCDA EXECUTION GUIDANCE TO COMMANDERS
  - NAVADMIN 256/21: CCDA GUIDANCE TO COMMANDERS
  - NAVADMIN 249/21: CCDA DATA REPORTING REQUIREMENTS
  - NAVADMIN 225/21: COVID-19 CONSOLIDATED DISPOSITION AUTHORITY (CCDA)
  - ALNAV 062/21: 2021-2022 DEPARTMENT OF THE NAVY MANDATORY COVID-19 VACCINATION POLICY
  - NAVADMIN 190/21: 2021-2022 NAVY MANDATORY COVID-19 VACCINATION AND REPORTING POLICY

# Go to the Links below for more information

- Guidance & Infographics
- NAVADMINs
- ALNAVs
- ALNAVRESFOR
- MyNavyHR Videos




- [DoD, Navy Leadership Statements](#)
- TRANSCOM Pol

---

## Guidance & Infographics

- [U.S. Navy Return to the Workplace COVID-19 Guidance and Resources](#) (July 28, 2020)
- [U.S. Navy Response to the COVID-19 Pandemic Infographic](#) (May 19, 2020)
- [Return-to-Work Guidelines Infographic](#) (May 18, 2020)
- [Navy Telework Capabilities Graphic](#) (May 6, 2020)
- [COVID-19 Healthcare Provider Guidance](#) (April 30, 2020)

Back to links

---

## NAVADMINs

- Oct. 19, 2022: [U.S. Navy Covid-19 Standardized Operational Guidance 7.0 (Corrected Copy)](#)
- Aug. 23, 2022: [187/22 Updated COVID-19 Vaccination Option - NOVAVAX](#)
- June 2, 2022: [139/22 CCDA Guidance Update](#)
- June 2, 2022: [130/22 COVID-19 Designation of Mission Critical Travel for Unvaccinated Individuals and Updated Travel Guidance](#)
- Apr. 22, 2022: [102/22 CCDA Additional Interim Guidance Regarding Members Requesting Religious Accommodation from COVID-19 Vaccination Requirements](#)
- Mar. 30, 2022: [083/22 CCDA Interim Guidance Regarding Members Requesting Religious Accommodation from COVID-19 Vaccination Requirements](#)
- Feb. 22, 2022: [042/22 Updated COVID consolidated Disposition Authority Data Reporting Requirements and Lessons Learned](#)
- Jan. 15, 2022: [007/22 U.S. Navy COVID-19 Standardized Operational Guidance 5.0](#)
- Dec. 22, 2021: [289/21 Guidance Encouraging COVID-19 Vaccine Booster](#)
- Dec. 15, 2021: [283/21 CCDA Execution Guidance to Commanders](#)
- Nov. 15, 2021: [256/21 CCDA Guidance to Commanders](#)
- Nov. 1, 2021: [249/21 CCDA Data Reporting Requirements](#)
- Oct. 13, 2021: [225/21 COVID-19 Consolidated Disposition Authority (CCDA)](#)
- Aug. 30, 2021: [190/21 2021-2022 Navy Mandatory COVID-19 Vaccination and Reporting Policy](#)
- Aug. 23, 2021: [180/21 Update 3 to Navy COVID-19 Reporting Requirements](#)
- July 29, 2021: [161/21 Updated Mask Guidance for All DOD Installations and Other Facilities](#)
- July 28, 2021: [159/21 Special Leave Accrual for the Navy](#)
- July 13, 2021: [150/21 Department of Defense COVID-19 Testing Prior to Overseas Travel (Update 2)](#)
- June 16, 2021: [129/21 Physical Readiness Program Update for Calendar Year 2021 (CY2021) Physical Fitness Assessment](#)
- June 15, 2021: [123/21 Procedures for Foreign Visit requests to U.S. Navy Commands During COVD-19 Pandemic](#)
- June 2, 2021: [110/21 U.S. Navy COVID-19 Standing Guidance Update 1](#)
- May 21, 2021: [100/21 Cancellation of Urinalysis Policy Update](#)
- May 21, 2021: [100/21 Cancellation of Urinalysis Policy Update](#)
- May 21, 2021: [99/21 U.S. Navy COVID 19 Standard Guidance](#)





- Apr. 30, 2021: 086/21 Updated Guidance to Commanders on Adjusting Health Protection Conditions and Base Services During COVID-19 Pandemic

COVID-19 Personnel Movement and Travel Restrictions)

- Mar. 10, 2021: 059/21 Use of Masks and other Public Health Measures during COVID-19 pandemic
- Mar. 03, 2021: 052/21 Procedures for Foreign Visit Requests to U.S. Navy Commands during COVID-19 pandemic
- Feb. 16, 2021: 038/21 Process to Request Exception on use of Masks and Other Public Health Measures During COVID-19 Pandemic (Corrected Copy)
- Feb. 16, 2021: 037/21 U.S. Navy COVID-19 Standardized Operational Guidance Version 4.0 (Cancelled May 21, 2021 per NAVADMIN 099/21)
- Jan. 29, 2021: 026/21 Department of Defense COVID-19 Testing Prior to Overseas Travel (Update 1)
- Jan. 7, 2021: 003/21 DEPARTMENT OF DEFENSE COVID-19 TESTING PRIOR TO OVERSEAS TRAVEL
- Dec. 16, 2020: 327/20 SARS-COV-2 VACCINATION AND REPORTING POLICY
- Dec. 15, 2020: 325/20 CNO Message to the Fleet - COVID-19 Vaccine
- November 10, 2020: 302/20 Termination of Global Authorized Departure for Individuals at Higher Risk From COVID-19
- November 4, 2020: 298/20 US NAVY COVID-19 STANDARDIZED OPERATIONAL GUIDANCE VERSION 3.1 (Cancelled Feb. 16, 2021 per NAVADMIN 037/21)
- October 13, 2020: 277/20 UPDATE 2 TO COVID-19 REPORTING REQUIREMENTS
- September 30, 2020: 266/20 US NAVY COVID-19 STANDARDIZED OPERATIONAL GUIDANCE VERSION 3.0 (Cancelled Nov. 4. 2020 per NAVADMIN 298/20)
- August 24, 2020: 236/20 UPDATED PROCEDURES FOR FOREIGN VISIT REQUESTS TO U.S. NAVY COMMANDS DURING COVID-19 PANDEMIC
- August 21, 2020: 235/20 Announcement of Approval of Humanitarian Service Medal (HSM) and Armed Forces Service Medal (AFSM) for Department of Defense Coronavirus (COVID 19) Operations and Activities
- August 14, 2020: 231/20 Flexibility For Fiscal Year 2020 Sexual Assault Prevention Response and Suicide Prevention General Military Training Requirements
- August 10, 2020: 225/20 Third Extension of Global Authorized Departure For Individuals At Higher Risk From COVID-19
- August 4, 2020: 217/20 U.S. Navy COVID-19 Standardized Operational Guidance Version 2.1 (Cancelled Sep. 30, 2020 per NAVADMIN 266/20)
- July 13, 2020: 197/20: Second Extension of Global Authorized Departure for Individuals at Higher Risk from COVID-19
- July 9, 2020: 195/20: Casualty and Mortuary Affairs Processes in Response to COVID-19 Update Two
- July 8, 2020: 194/20: Face Coverings in Uniform
- July 7, 2020: 193/20: Physical Readiness Program Policy Update for Physical Fitness Assessment Cycle Two 2020 Due to COVID19 Mitigation
- July 2, 2020: 189/20: Navy Mitigation Measures In Response to Coronavirus Outbreak Update 6
- June 30, 2020: 185/20: CNO Message to the Fleet on Sustaining Readiness
- June 25, 2020: 178/20: COVID-19 Testing
- June 17, 2020: 173/20: U.S. Navy COVID-19 Standardized Operational Guidance Version 2.0 (Cancelled Aug. 4, 2020 per NAVADMIN 217/20)
- June 12, 2020: 169/20: Permanent Change of Station Post Stop Movement Priority Plan
- June 12, 2020: 168/20: Navy Mitigation measures In Response to Coronavirus Outbreak Update 5 (Cancelled July 2, 2020 per NAVADMIN 189/20)
- June 10, 2020: 164/20 Extension of Termination of Global Authorized Departure for Individuals at Hight Risk from COVID-10
- June 4, 2020: 163/20: Modification-2 to the Notice of Convening FY-21 Active-Duty Officer Continuation Selection Boards and Announcement of Continuation Policy
- May 29, 2020: 160/20: Guidance on Conducting Ceremonies for Retirement or Transfer to the Fleet Reserve Delayed Due to the Coronavirus Pandemic
- May 29, 2020: 159/20: Termination of Departure Authority for Individuals at Higher Risk From COVID-19
- May 26, 2020: 155/20: U.S. Navy COVID-19 Standardized Operational Guidance (Cancelled June 17, 2020 per NAVADMIN 173/20)
- May 20, 2020: 148/20: Updated Policy for the Use of Embedded Computer Capabilities and Peripherals to Support Two-Way





- May 19, 2020: [145/20: Advancement Eligibility Related to Changes to the Navy-Wide Advancement Exam and Physical Fitness Assessment Schedules Due to COVID-19 Mitigation](#)

- May 6, 2020: [CNO Message to the Fleet](#)
- May 4, 2020: [132/20 Manning Initiatives Announced to Mitigate Fleet Gaps](#)
- May 1, 2020: [129/20 Guidance on Evaluation of Deployability, Temporary Limited Duty, and Referral to the Disability Evaluation System (DES) during the Coronavirus (covid-19) Pandemic](#)
- May 1, 2020: [128/20 Naval History and Heritage Ideas and Online Resources to Support Fleet Learning and at Home Education during the Pandemic](#)
- April 30, 2020: [126/20 Protection of Service Members and Families Executing Inbound/Outbound Household Goods Moves During Covid-19 Stop Movement](#)
- April 27, 2020: [121/20: Supplemental Number Two for E4 Though E7 February 2020 (Cycle 106) Selective Reserve and March 2020 (Cycle 247) E4 Through E6 Active-Duty, Full-Time Support and Canvasser Recruiter Navy-Wide Advancement Examinations](#)
- April 21, 2020: [116/20: Navy Mitigation Measures in Response to Coronavirus Outbreak Update 4](#). (*Cancelled June 12, 2020 per NAVADMIN 168/20)*
- April 21, 2020: [115/20:](#) [Update to Navy COVID-19 Reporting Requirements](#)
- April 21, 2020: [114/20:](#) [Policy Guidance Update for Identification Card Services for COVID-19](#)
- April 17, 2020: [113/20](#) – [Restriction of Movement (ROM) Guidance Update](#)
- April 15, 2020: [109/20 –](#) [COVID-19 Update Guidance to Support Fleet Operations](#)
- April 10, 2020: [105/20: Expanded Opportunity For Retention On Active-Duty In A Retired Status For Active-Duty Officers With Pending Statutory Retirements](#)
- April 8, 2020: [104/20: CNO Message to the Fleet](#)
- April 7, 2020: [101/20: Exception to Policy for Small Arms Training and Qualification Criteria and Navy Security Forces Annual Sustainment Training Requirements](#)
- April 7, 2020: [102/20: Casualty and Mortuary Affairs Processes in Response to COVID-19](#)
- April 5, 2020: [100/20: Navy Guidance on the Use of Face Coverings](#)
- April 3, 2020: [99/20: Mobilization Processing of Navy Reserve Personnel in Support of COVID-19 Response Operations](#)
- April 3, 2020: [98/20: Procedures for Navy Entities to Contribute Additively Manufactured Parts or Services in Response to COVID-19](#)
- April 2, 2020: [97/20: Common Access Card Issuance Policy Update for COVID-19](#)
- March 27, 2020: [93/20: Commercial Virtual Remote (CVR) Collaboration Environment](#)
- March 27, 2020: [92/20: Urinalysis Policy Update](#) (Cancelled May 21, 2021 per NAVADMIN 100/21)
- March 26, 2020: [89/20: Voluntary Extensions for Active Component Navy Members with Approved Separation or Retirement Dates](#)
- March 25, 2020: [88/20: Requirements for Authorized and Ordered Departures](#)
- March 23, 2020: [83/20: Restriction of Movement Guidance](#)
- March 23, 2020: [82/20: Navy Transition Assistance Program Policy Update for COVID-19](#)
- March 21, 2020: [80/20: Navy Mitigation Measures in Response to Coronavirus Outbreak: Update 3](#)
- March 19, 2020: [75/20: Maintaining and Protecting the Navy Accessions Supply Chain](#)
- March 19, 2020: [74/20: Mitigation Measures in Response to Coronavirus Outbreak (Update 2)](#)
- March 18, 2020: [73/20: Temporary Relaxation of Hair Grooming Standards in Response to Coronavirus Outbreak](#)
- March 18, 2020: [72/20: Navywide Advancement Examinations](#)
- March 18, 2020: [71/20: Physical Readiness Policy Update](#)
- March 17, 2020: [69/20: Enlisted Advancement Exams Postponed](#)
- March 17, 2020: [68/20: Effective use of Remote Work Options](#)
- March 14, 2020: [65/20: Overseas Travel](#)
- March 12, 2020: [64/20: Navy Mitigation Measures in Response to Coronavirus Outbreak](#)

Back to links





## ALNAVs

- Aug. 30, 2021: [062/21 2021-2022 Department of the Navy Mandatory COVID-19 Vaccination Policy](#)
- Apr. 30, 2021: [032/21 Update to Department of the Navy Health Protection Condition Policies](#)
- June 12, 2020 – [67/20: Cancellation of ALNAV 044/20 and 49/20 Per SECDEF Memo transitions to a conditions based movement order](#)
- May 21, 2020 – [59/20: 101 Days of Summer Safety](#)
- May 4, 2020 – [52/20: Public Service 2020](#)
- April 22, 2020 – [49/20: Modifications to ALNAV 044/20: Reissuance of Department of the Navy Travel Restrictions in Response to Coronavirus Disease 2019](#)
- April 21, 2020 – [44/20: Reissuance of Department of the Navy Travel Retrictions in Response to Coronavirus Disease 2019](#)
- April 3, 2020 – [SECNAV Vector 18: Serving Our Country](#) (also posted on [ALNAV site](#))
- March 31, 2020 – [35/20: Special Duty Medical Examinations Update to Policy in Response to the Coronavirus Disease 2019](#)
- March 23, 2020 – [29/20: State and Local Shelter-in-Place Orders' Impact on Department of the Navy Operations](#)
- March 20, 2020 – [28/20: (SECNAV Vectors Blog: Vector 16: Agility in Time of Crisis](#) (As posted [to ALNAV site](#))
- March 14, 2020 – [26/20: Official and Personal Domestic Travel Force Health Protection Guidance for Department of the Navy (CONUS Travel Guidance)](#)
- March 13, 2020 – [24/20: Acting Secretary of the Navy Thomas B. Modly's Vector 15 message](#) (Re. Force Protection Guidance)
- March 12, 2020 – [25/20: Force Protection Guidance for the Department of the Navy](#)

Back to links

---

## ALNAVRESFOR

- June 15, 2022 – 23: [Additional Guidance Regarding Administration of Unvaccinated Navy Reserve Personnel Including Those Requesting Religious Accommodation From COVID-19 Vaccination Requirements](#)
- Jan. 24, 2022 – 5: [Supplemental Guidance for Administrative Disposition of Selected Reserve Service Members Who Are Not Fully Vaccinated Against COVID-19](#)
- Jan. 7, 2022 – 1: [Guidance for Administrative Disposition of Selected Reserve Service Members Who Are Not Fully Vaccinated Against COVID-19](#)
- Sep. 8, 2021 – 10: [Mandatory Vaccination Coronavirus Disease 2019 for Navy Reserve](#)
- June 22, 2020 – 13: [Reserve Force Conditions-Based Approach to Personnel Movement](#)
- May 21, 2020 – 12: [CNRF-Navy Reserve Force Policy for COVID-19 Update 2](#)
- April 16, 2020 – 11: [CNRF-Navy Reserve Force Policy Update for COVID-19](#)
- April 16, 2020 – 10: [CNRF-Message to the Force from VADM McCollum](#)
- March 20, 2020 – 09: [Navy Reserve Enhanced Telecommuting Procedures](#)
- March 17, 2020 – 08: [Reserve Mitigation Measures in Response to Coronavirus](#)

Back to links

---

  

Skip to main content (Press Enter).

Pls.' Opp. to Assertion of Mootness App. 0033

## MyNavyHR Videos

- Dec. 17, 2021 – News You Can Use: CCDA Execution Guidance Pt. 2
- Dec. 17, 2021 – News You Can Use: CCDA Execution Guidance Pt. 1
- Nov. 22, 2021 – News You Can Use: Temporary BAH Increase
- Nov. 17, 2021 – News You Can Use: CCDA Guidance to Commanders (COVID-19)
- Oct. 15, 2021 – News You Can Use: COVID-19 Vaccine Deadlines
- Sep. 13, 2021 – News You Can Use: Mandatory COVID-19 Vaccine
- Jul. 19, 2021 – News You Can Use: COVID-19 Testing for Traveling Overseas UPDATE
- May 28, 2021 – News You Can Use: COVID-19 Vaccination Information
- Feb. 10, 2021 – News You Can Use: Face Mask Update
- May 29, 2020 – Boards Resume
- May 29, 2020 – Retirements During COVID-19:
- May 29, 2020 – Medical and Dental Elective Procedures
- May 4, 2020 – Retired/Separated Sailors' Return to Active Duty Options
- May 4, 2020 – Personnel Mitigation Measures
- May 4, 2020 – MyNavy Family App Update
- May 4, 2020 – Selective Reenlistment Bonus Update
- April 29, 2020 – Coronavirus (COVID-19) Tutor.com
- April 22, 2020 – Leave Accumulation Update
- April 22, 2020 – Sea Duty Incentive Pay
- April 22, 2020 – Stop Movement
- April 22, 2020 – CAC and USID Cards Update
- April 14, 2020 – Naval Academy Update
- April 14, 2020 – Contacting Navy College Education Counselors
- April 9, 2020 – Reducing Team Stress
- April 9, 2020 – Retire to Retain Policy
- April 8, 2020 – Face Coverings Update
- April 8, 2020 – Basic Allowance for Subsistence
- April 8, 2020 – CAC Offices Update
- March 27, 2020 – Town Hall With Fleet K
- March 23, 2020 – NAVADMIN 80/20
- March 23, 2020 – Transition Assistance Program
- March 23, 2020 – Coronavirus (COVID-19) Japan CDC Warning Level 3 Update
- March 23, 2020 – COVID-19 Identity Management
- March 20, 2020 – Board Suspension
- March 20, 2020 – Relaxed Grooming Standards
- March 19, 2020- Advancement Exams Postponement Clarification
- March 19, 2020 – Restriction of Movement Update
- March 19, 2020 – PFA Suspension Update
- March 18, 2020 – Advancement Exams Postponed
- March 18, 2020 – Details on Upcoming Advancement Exams
- March 18, 2020 – Orders, Coronavirus Warning Signs
- March 17, 2020 – Coronavirus Testing
- March 17, 2020 – Leave and Liberty, Travel Reimbursements
- March 16, 2020 – Freeze on PCS Moves

  

## Navy.mil Releases

- Nov. 15, 2021: [Navy Updates Guidance for COVID-19 Vaccine Refusal](#)
- Oct. 20, 2021: [Navy Identifies Sailor Who Died of COVID-Related Complications](#)
- Oct. 6, 2021: [Navy Identifies NAWDC Sailor Who Died of COVID-Related Complications](#)
- Sept. 20, 2021: [Navy Identifies Sailor Who Died of COVID-Related Complications](#)
- Sept. 20, 2021: [NEPLO Surges Medical Teams Back Into COVID Hotspot](#)
- Sept. 1, 2021: [Navy Supports Mandatory COVID-19 Vaccination for all Active Duty and Reserve Sailors](#)
- Aug. 18, 2021: [Navy Identifies Sailor Who Died of COVID-19 Related Complications](#)
- Aug. 17, 2021: [Navy Identifies Reserve Sailor Who Died of COVID-19 Related Complications](#)
- July 28, 2021: [Navy Identifies Reserve Sailor Who Died of COVID-19 Related Complications](#)
- July 28, 2021: [Navy Identifies Naval Medical Center Camp Lejeune Sailor Who Died of COVID-19 Related Complications](#)
- May 26, 2021: [Navy Administers One Million Vaccines since the Beginning of the COVID-19 Pandemic](#)
- May 26, 2021: [Navy Advancement Results for E-4 through E-6 Delayed Due to COVID-19](#)
- May 24, 2021: [U.S. Navy Issues COVID-19 Standing Guidance](#)
- May 22, 2021: [Navy Resumes Regular Urinalysis Operations](#)
- May 7, 2021: [U.S. Naval Hospital Naples Makes History with Unit Bravo Strike](#)
- May 4, 2021: [Theodore Roosevelt Carrier Strike Group Gets Vaccinated](#)
- May 4, 2021: [Expeditionary Strike Group 7 Sailors Stay COVID-Free While at Sea](#)
- May 3, 2021: [U.S. Navy Issues Updated Guidance to Commanders On Adjusting Health Protection Conditions and Base Services During COVID-19 Pandemic](#)
- Apr. 30, 2021: [Virginia Beach Sailor Dies of COVID-Related Complications](#)
- Apr. 29, 2021: [Iwo Jima ARG and 24th MEU Reach Milestone, 60 days COVID-Free](#)
- Apr. 20, 2021: [From COVID Testing to MHS GENESIS support, Lab Techs Do It All](#)
- Apr. 19, 2021: [COVID-19 Vaccines Distributed Onboard Washington Navy Yard](#)
- Apr. 19, 2021: [COVID-19 Vaccine Appointments Available to All Eligible DOD Beneficiaries](#)
- Apr. 13, 2021: [Candid Comments Shared on Choosing COVID-19 Vaccine](#)
- Apr. 13, 2021: [Public Health Experts handling the Public Health Crisis](#)
- Apr. 12, 2021: [Nimitz Sailors Receive First Dose of Moderna COVID-19 Vaccine](#)
- Mar. 17, 2021: [DOD Health System Archives COVID-19 Vaccination Data](#)
- Mar. 16, 2021: [From Sea to Shining Sea: Combating the Pandemic One Mile at a Time](#)
- Mar. 12, 2021: [U.S. Navy Accelerates Progress in Providing Vaccinations for Sailors](#)
- Mar. 11, 2021: [USS Dwight D. Eisenhower Receives Second COVID-19 Vaccination Shot](#)
- Mar. 11, 2021: [Naval Medical Research Center continues Research in Fight Against COVID-19](#)
- Mar. 10, 2021: [Suicide and COVID-19: How Navy Region Southeast is fighting back](#)
- Mar. 09, 2021: [Nursing the COVID Vaccine Forward](#)
- Mar. 09, 2021: [Porter Receives First Dose of COVID-19 Vaccine](#)
- Mar. 05, 2021: [USS Lake Champlain Sailors Receive COVID-19 Vaccine](#)
- Mar. 01, 2021: [Fleet Readiness Center Southeast supports COVID-19 containment efforts through 3D printing](#)
- Feb. 26, 2021: [U.S. 5th Fleet Responds to COVID-19 Aboard USS San Diego and USS Philippine Sea](#)
- Feb. 24, 2021: [Navy Identifies Assault Craft Unit 4 Sailor Who Died of COVID-Related Complications](#)
- Feb. 15, 2021: [Sailors Embarked on a U.S. Pacific Fleet Ship Test Positive for COVID-19](#)
- Feb. 13, 2021: [Navy Identifies USS Wasp Sailor Who Died of COVID-Related Complications](#)





Skip to main content (Press Enter).

- Feb. 4, 2021: USS Ronald Reagan Begins Second Round of COVID-19 Vaccinations
- Jan. 28, 2021: Navy Shifts 2021 Fitness Cycle to July
- Jan. 28, 2021: Navy Medical Personnel to Join in Texas COVID-19 Response
- Jan. 28, 2021: Initiation Innovation: Navigating Chief Season in the Midst of COVID
- Jan. 26, 2021: Navy, DoD Respond to COVID-19 in Navajo Nation
- Jan. 23, 2021: Fleet Forces Establishes Vaccination Cell to Expedite Delivery to Fleet
- Jan. 22, 2021: NSA Souda Bay Receives COVID Vaccine
- Jan. 22, 2021: Frontline Workers at Naval Station Rota, Spain Begin Receiving COVID-19 Vaccine
- Jan. 13, 2021: USS Ronald Reagan Begins COVID-19 Vaccinations
- Jan. 12, 2021: Navy Expeditionary Combat Command Leadership Receives COVID-19 Vaccine
- Jan. 12, 2021: Navy Exchange Great Lakes Buoys A-School Students Placed on Restriction of Movement After Holiday Break
- Jan. 9, 2021: NAS Sigonella Receives First Shipment of COVID-19 Vaccine
- Jan. 7, 2021: Service Members Transferring Overseas Must Test Negative for COVID-19 Before Flying
- Jan. 6, 2021: CDC Explains Benefits of COVID-19 Vaccine
- Jan. 5, 2021: U.S. 7th Fleet Sailors Receive COVID Vaccine
- Jan. 5, 2021: Additional Naval Military Treatment Facilities Receiving COVID-19 Vaccine
- Jan. 4, 2021: Commander of Military Sealift Command Receives COVID-19 Vaccine
- Dec. 22, 2020: Navy Announces Expanded Operational Stress Control Program: Here Are the Details
- Dec. 21, 2020: Southwest Regional Maintenance Center Hosts Blood Drives Benefitting Service Members
- Dec. 17, 2020: FLU SEASON 2020: Protect Yourself Against Two Viruses
- Dec. 16, 2020: U.S. Navy Issues Vaccine Guidance to Combat COVID-19
- Dec. 15, 2020: NMCSD Receives First Shipment of COVID-19 Vaccines
- Dec. 15, 2020: Naval Medical Forces Atlantic Hospitals to Be Among First to Receive COVID-19 Vaccine
- Dec. 14, 2020: COVID-19 Vaccine Headed to Naval Medical Center San Diego, Naval Hospital Camp Pendleton
- Nov. 12, 2020: Navy Publishes Scientific Paper on USS Theodore Roosevelt COVID-19 Outbreak
- Nov. 12, 2020: Navy/Marine Corps COVID-19 Study Findings Published in New England Journal of Medicine
- Nov. 6, 2020: Navy: ROM is Official Duty Status
- Nov. 4, 2020: U.S. Navy Updates Guidance to Combat COVID-19
- Oct. 28, 2020: Navy Junior ROTC Units Contend With New Normal in New School Year; Naval Science Instructors Meet New Challenges
- Oct. 23, 2020: COVID-19 Special Leave Accrual – What You Need to Know
- Oct. 22, 2020: Navy Researchers Evaluate UV Light Sources to Combat COVID-19
- Oct. 20, 2020: Amid COVID-19, Information Warfare Training Command San Diego Safely Trains USS Carl Vinson's IW Warriors
- Oct. 19, 2020: Naval Chaplaincy School, Center Uses Virtual Training for Mission Success
- Oct. 19, 2020: Office of Naval Reserves Robotics Enters COVID-19 Fight
- Oct 16, 2020: Clothing, Textile Research Facility Pivots 3D Knitting Research to Face Covering Development
- Sept. 30, 2020: U.S. Navy Issues Standardized Operational Guidance 3.0
- Sept. 3, 2020: NAVCENT Medical Personnel Embed with Bahrain Ministry of Health to Manage Pandemic Response
- Sept. 3, 2020: Yokosuka Fleet Logistics Center Supports Incoming Personnel During Pandemic
- Aug. 19, 2020: Naval Safety Training Keeps Momentum with Virtual Learning
- Aug. 12, 2020: Recruit Training Command and Partners Work Together to Transform Drill Halls Into Barracks
- Aug. 10, 2020: USS Germantown's COVID-19 Rapid Response Team: Fighting Pandemic From The Deckplate
- Aug. 4, 2020: Lebanese Armed Forces, U.S. Navy Conduct Resolute Union Virtually Amid COVID-19 Pandemic
- Aug. 4, 2020: Staying the Course during COVID-19: Losing Weight and Feeling Great!
- July 31, 2020: Naval Laboratory Researcher's Invention Allows to Study Nanoparticle Gases
- July 31, 2020: MARMC SST Advances OSD Grasp of COVID Risk
- July 29, 2020: NHC Annapolis' Operational Approach to COVID-19 Prevention puts U.S. Naval Academy on Track for Fall 2020 Semester





Skip to main content (Press Enter).

- July 23, 2020: [Nimitz Receives COVID-19 Convalescent Plasma Administration Certification](#)
- July 22, 2020: [4th Fleet Commander Hosts Maritime Staff Talks with Armada de Chile](#)

- July 22, 2020: [NAVWAR Trident Warrior Team Assesses New Tracking Technology for COVID-19 Mitigation](#)
- July 21, 2020: [Sailors Support COVID Response in Texas](#)
- July 17, 2020: [Change of Command in the Era of a Global Pandemic: Commander, Maritime Prepositioning Ships Squadron Two Changes the Helm](#)
- July 15, 2020: [Adaptability and Resilience: EMF-M's Historic Stateside Deployment Supporting COVID-19](#)
- July 14, 2020: [A SPRINT to Guam: Psychological First Aid in the COVID-19 Pandemic](#)
- July 14, 2020: [Navy Childcare Center Supports Sailors Through COVID-19](#)
- June 25, 2020: [Navy Establishes COVID-19 Surveillance Testing Program](#)
- June 10, 2020: [Navy Mobilizing Reservists Under SurgeMain Program to Support Ship Maintenance](#)
- June 10, 2020: [Addressing Mental Health Key to NDW Fleet and Family Support Center During Pandemic](#)
- June 10, 2020: [USS Kidd Commanding Officer Sends Thank You Letter to San Diego](#)
- June 9, 2020: [Findings From USS Theodore Roosevelt Public Health Investigation Support Force Health Protection](#)
- June 9, 2020: [U.S. Navy Navigates to 'New Normal'](#)
- June 9, 2020: [High School on U.S. Navy Base in Japan Holds Socially Distanced Graduation Ceremony](#)
- June 9, 2020: [Navy Emergency Liaisons Deploy in Record Numbers for Pandemic](#)
- June 8, 2020: [Mission Essential Training Continues During COVID-19 at Great Lakes Schools](#)
- June 5, 2020: [Center for Seabees Learning Sites Adjust Courses in Response to COVID-19](#)
- June 5, 2020: [Safety, Standards Uncompromised as Naval Special Warfare Center Restarts Paused Training Phases](#)
- June 4, 2020: [I am Navy Medicine: Hospital Corpsman 3rd Class Marc Gasbarri](#)
- June 4, 2020: [Navy Pharmacy Adjusts Procedures in Response to COVID-19](#)
- May 29, 2020: [Navy Approves Interim Retirement Ceremony Rules](#)
- May 29, 2020: [Base Port Operations: 'Commitment and Ability to Protect America has Not Changed'](#)
- May 27, 2020: [Mental Health During the Pandemic: Understanding How Your Mind Responds to Disasters](#)
- May 27, 2020: [Navy Issues COVID-19 Standardized Operational Guidance](#)
- May 27, 2020: [Naval District Washington Recovery Working Group Plans for Post COVID-19 'New Normal'](#)
- May 27, 2020: [Virtual Fleet Week NY Concludes; City Thanks Servicemembers for Help in COVID-19 Fight](#)
- May 26, 2020: [Officer Training Command Uses Remote Learning to Train Leaders During Pandemic](#)
- May 22, 2020: [Navy Releases Commander Guidance on Adjusting Health Protection Conditions (HPCON)](#)
- May 21, 2020: [Navy Reserve Extends Drill Postponement until June 30, Provides Additional Guidance for COVID-19](#)
- May 21, 2020: [Former CNO Mullen Talks Leadership, National Security Challenges in a Post-COVID-19 World](#)
- May 21, 2020: [Supply Corps Reservists Apply Data, Logistics Expertise to COVID-19 Pandemic](#)
- May 21, 2020: [USS Theodore Roosevelt Returns to Sea](#)
- May 19, 2020: [Navy Clarifies Advancement Eligibility Due to Coronavirus Postponements](#)
- May 19, 2020: [USS Kidd Conducts Crew Swap, Transitions to Next Phase of COVID-19 Response](#)
- May 19, 2020: [Naval District Washington Personnel Adapt to Teleworking During COVID-19 Pandemic](#)
- May 17, 2020: [NEPLOs Coordinate Cross-Country Move of Navy Medical Personnel in COVID-19 Fight](#)
- May 15, 2020: [USNS Mercy Departs Los Angeles; Military Relief Efforts Continue](#)
- May 14, 2020: [Navy Exchange Service Command Provides Over Half Million Cloth Face Masks](#)
- May 14, 2020: [Senior Enlisted Academy Achieves Mission Success through Virtual Training during COVID-19](#)
- May 14, 2020: [Individual Ready Reserve Sailors Serve at Navy Medical Center Portsmouth](#)
- May 14, 2020: [NAVWAR Launches Data Fusion Tool, Maintains Fleet Readiness in Wake of Worldwide Pandemic](#)
- May 13, 2020: [Blue Angels to Salute Tennessee and Arkansas COVID-19 Responders](#)
- May 13, 2020: [U.S. Navy Ceremonial Guard Marches Forward During COVID-19 Pandemic](#)
- May 13, 2020: [The NEX Has You "Covered"](#)
- May 12, 2020: [Naval War College Faculty Steps Up to Assist U.S. Northern Command Planning Effort During COVID-19](#)
- May 12, 2020: [Crew Endurance Team Emphasizes Role of Sleep in Immunity](#)
- May 12, 2020: [Puget Sound Teams Fast-Track Biocontainment Prototype for Covid-19 Testing](#)





- May 8, 2020: [Fleet Activities Yokosuka Rolls Out Family Partner Program](#)
- May 7, 2020: [National Capital Region Military Treatment Facilities Continue Providing Quality Care During COVID-19 Pandemic](#)
- May 6, 2020: [Blue Angels to Salute Florida COVID-19 Responders](#)
- May 6, 2020: [Navy Exchange Service Command Associates Screened for COVID-19 Symptoms](#)
- May 4, 2020: [Naval Special Warfare Center Resumes Portions of Paused PEAL and SWCC Training](#)
- May 4, 2020: [NAVSUP Leading Way in 100% Safety Checks for HHG Moves](#)
- May 4, 2020: [Manning Initiatives Announced to Mitigate Fleet Gaps](#)
- May 4, 2020: [Blue Angels to Salute Texas, Louisiana COVID-19 Responders](#)
- May 4, 2020: [NMCP Staff Members Build a Ventilator In Wake of COVID-19](#)
- May 4, 2020: [HSC-26 Maintains Mission Readiness during COVID-19 Pandemic](#)
- May 2, 2020: [USS Constitution Hosting Daily Virtual Tours on Facebook Live](#)
- May 2, 2020: [NEX San Diego, Sustainable Support System Supplying Ships and Sailors](#)
- May 1, 2020: [Fleet Activities Yokosuka Call Center Serves Thousands](#)
- April 30, 2020: [NEXConnect Keeps Internet 'Light' On for Navy Community](#)
- April 30, 2020: [Undersea Warfare Center Partners With University of Alaska for COVID-19 Preparation](#)
- April 30, 2020: [Blue Angels, Thunderbirds to Salute Maryland, Washington D.C., Virginia, Georgia COVID-19 Responders](#)
- April 29, 2020: [Human Resources Comprehensive FAQ](#)
- April 29, 2020: [Truman Sailors Join Forces to Protect Against COVID-19](#)
- April 29, 2020: [Online Tutoring Now Available for Military and Civilian Families](#)
- April 29, 2020: [Barracks at Naval Base Guam Ordnance Annex Refurbished for Warfighter Support](#)
- April 29, 2020: [Naval Sea Systems Command Continues Fleet Support Despite COVID-19 Restrictions](#)
- April 29, 2020: [Navy MWR Digital Library Always Open](#)
- April 28, 2020: [Navy Provides Medical Care to Sailors of USS Kidd, Disinfects Ship](#)
- April 28, 2020: [Information Warfare Training Command Virginia Beach Employs Virtual Training to Help Keep Sailors, America Safe](#)
- April 28, 2020: [Sailors on Isolated Facility Use Radio to Keep Shipmates Informed, Connected](#)
- April 27, 2020: [USS Nimitz Departs for Training](#)
- April 27, 2020: [Navy Cancels Active/FTS E4 Exam, Sets Schedule for Finishing Advancement Cycles](#)
- April 27, 2020: [Florida Team Trains Culinary Specialists Virtually During Pandemic](#)
- April 26, 2020: [Thunderbirds, Blue Angels to Salute New York, New Jersey, Pennsylvania COVID-19 Responders](#)
- April 24, 2020: [America Strong: Blue Angels, Thunderbirds to Conduct Multi-City Flyovers](#)
- April 24, 2020: [Undersea Warfare Center Begins Producing Safety Equipment for Naval Hospital](#)
- April 24, 2020: [USS Kidd Evacuates Sailor, Embarks COVID-19 Medical Response Team](#)
- April 24, 2020: [CFAY Delivers Goodie Bags to ROM Sailors](#)
- April 24, 2020: [Naval Supply Systems Command Human Resources Office Perseveres Through Pandemic](#)
- April 23, 2020: [Employees at Fleet Readiness Center Make 1,800 Cloth Masks for Coworkers](#)
- April 23, 2020: [Fleet Readiness Center East Manufacturing Face Shields to Support Local Health Care Workers](#)
- April 22, 2020: [Sea Duty Incentive Pay Expands During Time of COVID-19 Crisis](#)
- April 22, 2020: [NEX Customers Can Support NMCRS During COVID-19 Crisis](#)
- April 22, 2020: [Combating Coronavirus: Navy Provides Protective Gear to First Responders](#)
- April 22, 2020: [Navy Reserve Unit Shows Agility in Crisis With First Virtual Drill](#)
- April 22, 2020: [Navy Civil Servants' Support to COVID-19 Response Earns Meritorious Civilian Service Awards](#)
- April 21, 2020: [Navy Extends Travel and PCS Restrictions, Authorizes Leave Accrual](#)
- April 21, 2020: [Navy Updates ID Card Guidance](#)
- April 20, 2020: [Staff Work to Continue Strong Support for Navy Wounded Warriors' Pay, Benefits Needs](#)
- April 20, 2020: [Military Resale Unites to Support Servicemembers During COVID-19 Pandemic](#)
- April 20, 2020: [Surface Warfare Center Designs Portable Oxygen Manifolds for Camp Pendleton COVID-19 Response](#)
- April 20, 2020: [Overseas Navy Personnel Fight COVID-19 One Stitch at a Time](#)
- April 20, 2020: [USS George Washington Preventive Maintenance Team Makes Masks to Combat COVID-19](#)





- April 17, 2020: Navy Conducting Public Health Outbreak Investigation on USS Theodore Roosevelt
- April 17, 2020: NAVFAC Southwest Battles COVID-19 with $2.6 Million for Disinfection Services
- April 17, 2020: Navy Hospitals Car-Based Triage Assists Emergency Dept in wake of COVID-19
- April 17, 2020: Air Warfare Center Works to Keep Americans Safe In, Out of the Fleet
- April 17, 2020: Reserve Component Command Fort Worth Mobilizes Second Wave of Reservists to Assist in Global COVID-19 Combat Support
- April 17, 2020: Undersea Warfare Center Launches 'Operation Sewcial Distancing' to Craft Face Masks
- April 17, 2020: Don't Let COVID-19 Keep You From the Emergency Department
- April 16, 2020: Navy Identifies USS Theodore Roosevelt Sailor Who Died of COVID-19
- April 16, 2020: Surface Warfare Center Designs Face Shields for Staff at State Prison
- April 16, 2020: Norfolk Team Tackles Unique COVID-19 Contracting Challenges
- April 16, 2020: USS Theodore Roosevelt's Clean Fight
- April 16, 2020: Supervisor of Shipbuilding, Conversion, Repairs Turns to Fusion for Face Masks
- April 15, 2020: Engineering/Expeditionary Warfare Center 3-D Prints Masks to Aid Pandemic Response
- April 15, 2020: NAVFAC Partners with USACE for FEMA "Whole-of-Nation" Effort Combating COVID-19
- April 15, 2020: Navy MWR at Home Helps Sailors, Families 'Stay Active, Stay Informed, Stay Connected'
- April 15, 2020: Navy Reserve App to Deliver Real-Time Access to Business Processes
- April 14, 2020: Fleet and Family Services Still Open for Business Over Phone, Web
- April 14, 2020: Navy Museums Donate PPE to Local Clinics
- April 14, 2020: Chaplains Prove Essential to COVID-19 Response
- April 14, 2020: Navy Exchange Service Command Hosts Virtual "We Stand Together" Concert Series
- April 14, 2020: Humanitarian Response Program Offers Expertise For COVID-19 Response
- April 13, 2020: Emergency Physician of 44 Years Postpones Retirement to Fight COVID-19
- April 13, 2020: Navy Authorizes Retiring Officers to Stay Until December
- April 13, 2020: Leadership Tips in Challenging Times
- April 13, 2020: NEX Creates New Program to Bring the Store to a Sailor's Door
- April 13, 2020: Navy Sailor Assigned to USS Theodore Roosevelt Dies of COVID-Related Complications
- April 10, 2020: Naval Academy Cancels All Public Commissioning Week 2020 Events; USNA and NROTC Ceremonies Go Virtual
- April 10, 2020: 3rd Marine Logistics Group Supports USS Theodore Roosevelt
- April 10, 2020: Commander, Fleet Activities Yokosuka Hosts a "Camp In" to Support Physical Distancing
- April 11, 2020: Chief of Navy Reserve Releases Message to the Force
- April 10, 2020: Naval Academy Cancels All Public Commissioning Week 2020 Events; USNA and NROTC Ceremonies Go Virtual
- April 10, 2020: 3rd Marine Logistics Group Supports USS Theodore Roosevelt
- April 10, 2020: Commander, Fleet Activities Yokosuka Hosts a "Camp In" to Support Physical Distancing
- April 8, 2020: Naval Base San Diego Mission Ready While Fighting COVID-19
- April 8, 2020: Navy Exchange Service Command Issues PPE Guidance for Associates
- April 8, 2020: Meal Allowance Rules Modified for Sailors Restricted to Government Quarters
- April 8, 2020: NCIS: Sailors, Marines, Civilians Beware of Card-Cracking Scams
- April 7, 2020: NAVWAR Enterprise Delivers Innovative Solutions for Increased Readiness in Support of COVID-19 Relief Efforts
- April 7, 2020: Navy Lodge Program Supports Those on Restriction of Movement Status Due to COVID-19
- April 7, 2020: Navy Mandates Face Covering: What You Need to Know
- April 6, 2020: NAVCO Launching SHIP2SHORE Virtual Outreach Program
- April 6, 2020: Navy Exchange Service Command Donates 240 N-95 Masks to Naval Air Station Pensacola Fire Department
- April 6, 2020: Info Warfare Training Detachment Entertains Base-Bound Sailors While Social Distancing
- April 5, 2020: 7th Fleet Commander Arrives in Guam During COVID-19 Recovery
- April 4, 2020: Rapid Mobilization Process Established for Reservists Supporting COVID-19 Response
- April 3, 2020: Navy Deploys Expeditionary Medical Facility Personnel to Support Federal COVID-19 Response
- April 3, 2020: Navy College Program Continues During COVID-19 Pandemic
- April 3, 2020: NAVSUP FLC Norfolk Helps Comfort Get Underway for New York







Skip to main content (Press Enter).

- April 2, 2020: Navy, Marine Corps Partner With Industry, FEMA to 3-D Print Face Shields
- April 2, 2020: Before COVID-19, U.S. Naval War College War Game Examined Epidemic Response
- April 1, 2020: Comfort Treats First Patients in New York
- April 1, 2020: U.S. Navy Support Facility Diego Garcia Ramps Up Social Distancing
- April 1, 2020: Undersea Warfare Center Builds Face Shields for Local Medical Community
- April 1, 2020: DC-Area Fleet/Family Support Center Offers Webinars to Help Navigate COVID-19
- March 31, 2020: 24/7 Chaplain Hotline for Reserve Sailors Starts April 1
- March 30, 2020: Comfort Arrives in New York
- March 29, 2020: Comfort Underway to Support City of New York
- March 27, 2020: Navy Exchange Service Command Closes Tailor/Embroidery, Laundry, Dry Cleaning Shops Due To COVID-19
- March 27, 2020: USNS Mercy Arrives in Los Angeles
- March 27, 2020: Amid COVID-19 Restrictions SkillBridge Internships Continue
- March 27, 2020: St Louis Native Supports Nation's COVID-19 Response Efforts Aboard USNS Mercy
- March 27, 2020: Navy Strengthens Supply Chain During COVID-19 Pandemic
- March 26, 2020: Navy Authorizes Enlistment Extensions, Re-Entry Opportunities
- March 26, 2020: Navy Base in Japan Works to Keep COVID-19 at Bay
- March 25, 2020: U.S. Navy Reports Updated Positive COVID-19 Cases
- March 25, 2020: Navy Consolidates COVID-19 Prevention Policies in NAVADMIN 080/20
- March 25, 2020: Naval Postgraduate School Continues Prep for Spring Classes Online
- March 24, 2020: Navy Reserve Arrives to Support USNS Mercy
- March 24, 2020: Containing COVID-19: Why the Navy Sent Me Home
- March 24, 2020: TAP Available Online for Transitioning Sailors
- March 23, 2020: USNS Mercy Departs San Diego
- March 23, 2020: U.S. Naval War College Turns to Virtual Town Hall, All-Hands Call in Response to COVID-19
- March 22, 2020: Navy Exchange Service Command Closes Barber and Beauty Shops in Response to COVID-19
- March 22, 2020: Navy Preventive Medicine Teams Embark Ships in 7th Fleet
- March 21, 2020: Naval War College Moves Lectures, Seminars Online, Postpones Events to Fight COVID-19
- March 20, 2020: Navy Exchange Suspends All In-Store Vendor and Sales Events
- March 20, 2020: Navy Increasing Health Protection Measures on Installations to Fight COVID-19
- March 20, 2020: Telework Increased for Reserve Sailors; Some Admin Requirements Waived
- March 19, 2020: Recruit, Officer Graduation Ceremonies Canceled Till Further Notice
- March 19, 2020: Navy Postpones Selection Boards
- March 18, 2020: Navy Authorizes COs to Relax Some Grooming Standards if Necessary
- March 18, 2020: NCIS: Beware of Coronavirus-Themed Scams
- March 18, 2020: Chief of Chaplains Provides COVID19 Mitigation Guidance
- March 18, 2020: Navy Cancels Spring 2020 Fitness Cycle, Delays Advancement Exam
- March 18, 2020: Navy School Closed After Third COVID-19 Case
- March 17, 2020: Updated Training Track Guidance Issued
- March 16, 2020: Navy Museums Temporarily Close
- March 15, 2020: COVID-19: Important Information for U.S. Navy Reservists
- March 15, 2020: Navy Sets Coronavirus Transfer and Travel Rules: What You Need to Know (March 15, 2020)

Back to links





- Feb. 4, 2022: Message from CNP: It's Time to Get Your COVID-19 Booster
- Jan. 10, 2022: COVID-19 Testing Conducted on NAS Sigonella
- Dec. 14, 2021: U.S. Navy Surgeon General COVID Booster Update
- Dec. 1, 2021: Message from Fleet Master Chief Koshoffer: CCDA Reminder
- Sep. 30, 2021: Get the Facts, and Get the Vax!
- Aug. 20, 2021: COVID Q and A - With Capt. Dianna Wolfson and Dr. Julia Cheringal
- Jul. 22, 2021: NMCSD Nurse Shares Why She Got The COVID-19 Vaccine
- Jun. 17, 2021: YOU ASKED: What is the Navy's way forward with the COVID-19 vaccine?
- May 28, 2021: We can do this - COVID-19 Vaccines - Active duty Servicemember and Spouse
- May 26, 2021: U.S. Navy Surgeon General COVID update
- Apr. 27, 2021: Surviving COVID-19 #2
- Apr. 14, 2021: Getting Your COVID-19 Vaccine is Quick and Easy (Fleet version)
- Mar. 22, 2021: COVID-19 Then And Now - Immunizations
- Feb. 3, 2021: Reagan Sailors give their reasons for receiving the COVID-19 vaccine
- Jan. 13, 2021: NMCSD COVID-19 Vaccine Video
- Jan. 11, 2021: Coronavirus Vaccines on USS San Antonio
- Dec. 16, 2020: Lieutenant Emily Micciolo talks about receiving COVID-19 vaccine
- Dec. 16, 2020: Captain Shelley Perkins talks about the first round of COVID-19 vaccination at Naval Hospital Camp Pendleton
- Dec. 16, 2020: U.S. Navy Lieutenant Commander Devon Czarzasty talks about the COVID-19 Vaccination
- Dec. 16, 2020: NMCSD's Coronavirus Vaccine MAO
- Dec. 15, 2020: NMCSD COVID-19 Vaccine Interview
- Dec. 15, 2020: NMCSD COVID-19 Vaccine Transfer to NHCP
- Dec. 15, 2020: COVID-19 vaccine arrives at Naval Hospital Camp Pendleton
- Dec. 15, 2020: NMCSD Distributes COVID-19 Vaccine
- Dec. 15, 2020: Naval Medical Center San Diego COVID-19 Vaccine Teleconference
- Dec. 15, 2020: COVID-19 Vaccine Arrives at Naval Hospital Pensacola
- June 3, 2020: Basic Information on COVID19 Contact Tracing Process in the U.S. Navy
- April 25, 2020: America Strong
- April 3, 2020: Secretary Modly appearance on Hugh Hewitt Show to discuss Navy response to COVID-19
- March 24, 2020 (Facebook Live Press Conference): Secretary of the Navy, Chief of Naval Operations, Navy Surgeon General, Master Chief Petty Officer of the Navy
- March 24, 2020: Acting Secretary of the Navy Thomas B. Modly – Message to the Fleet
- March 23, 2020: USNS Mercy (T-AH 19) Deploys in COVID-19 Response Support
- March 23, 2020 (Facebook Video): Press Availability on USNS Mercy Deployment
- March 21, 2020: Chief of Naval Personnel Virtual Town Hall
- March 19, 2020: CNO's Message to the Fleet on Coronavirus
- March 18, 2020: Coronavirus Terms to Know
- March, 14, 2020: Message From Chief of Naval Operations ADM Mike Gilday and Master Chief Petty Officer of the Navy Russell Smith
- March 14, 2020: Stop the Spread of Germs Everyday
- Feb. 26, 2020: Navy Surgeon General's Message

Back to links

  

Skip to main content (Press Enter).

## DoD, Navy Leadership Statements

[DoD Workplaces](#)

- Oct.4, 2021: [Mandatory Coronavirus Disease 2019 Vaccination of DoD Civilian Employees](#)
- Aug. 24, 2021: [Mandatory Coronavirus Disease 2019 Vaccination of Department of Defense Service Members](#)
- Dec. 15, 2020: [CNO Gilday Issues a Message to the Fleet on the COVID Vaccine](#)
- April 14, 2020: [U.S. Naval Forces Europe-Africa and U.S. 6th Fleet Resiliency Letter](#)
- April 11, 2020: [Chief of Navy Reserve Releases Message to the Force](#)
- March 31, 2020: [Vice Chief of Naval Operations Message to Navy Leadership](#)
- March 30, 2020: [COVID-19 Navy Update: CNO and MCPON Message to the Fleet](#)
- March 27, 2020: [Memo from Secretary of Defense to all DoD Personnel](#)
- March 26, 2020: [Chief of Naval Operations Statement on USS Theodore Roosevelt](#)
- March 25, 2020 (DoD Statement): [Overseas Stop Movement Order in Response to COVID-19](#)
- March 18, 2020: [Hospital Ships, Other DOD Assets Prepare for Coronavirus Response](#)
- March 14, 2020: [Statement by the Department of Defense on COVID-19 Response Measures on the Pentagon Reservation](#)
- March 13, 2020: [Department of Defense Statement on Enhanced Protection Measures at Pentagon](#)

Back to links

## TRANSCOM Release

- Jan. 10, 2021: [USTRANSCOM Leaders Receive COVID-19 Vaccine](#)
- Dec. 22, 2020: [Maintaining Warfighting Readiness amidst the COVID-19 Pandemic](#)
- Mar. 17, 2020: [Most Defense Personal Property Pick-ups and Pack-outs Paused; Deliveries Continue](#)

Back to links

## More Resources

- [Navy Remote Work Information & Guidance (CAC Required) Published by the DON Deputy Chief Information Officer for the Navy](#)
- [Military Health System Nurse Advice Line](#)
- [MyNavy Career Center](#)
- [Psychological Health Resource Center](#)
- [Navy Marine Corps Public Health Center](#)
- [Department of Defense Coronavirus Update Site](#)
- [Centers for Disease Control and Prevention COVID-19 Website](#)
- [Military OneSource: Coronavirus Information for Our Military Community](#)
- [Coronavirus Guidance from TRICARE](#)
- [Navy-Marine Corps Relief Society: Coronavirus Response](#) (video)
- [Health Information Privacy (Dept. of Health and Human Services)](#)

      

Skip to main content (Press Enter).

EVEN WHILE SOC











MAINTAINING
*MENTAL A*








Pls.' Opp. to Assertion of Mootness App. 0043

17/18

Select Language



Powered by Google **Translate**

[Google Translation Disclaimer](#)

| | | | |
|---|---|---|---|
| Site Map | No Fear Act Data | Veterans Crisis Line | Plain Writing |
| FOIA | USA.gov | NCIS Tips | Privacy Program |
| Navy.com | Section 508 | Information Quality | DOD Strategic Plans |
| Privacy Policy | SAPR | Open Government | |











**U.S. Navy Office of Information**

Chief of Information
Attn: US Navy
1200 Navy Pentagon
Washington DC 20350-1200

Hosted by Defense Media Activity - WEB.mil



                  

# Tab 6

", "sameAs":[]}

 USNI News

NEWS MENU	SEARCH

Home » Budget Industry » Navy Nearing 1,500 COVID-19 Vaccine Separations

# Navy Nearing 1,500 COVID-19 Vaccine Separations

**By: Heather Mongilio**

**July 27, 2022 6:54 PM** • Updated: July 28, 2022 10:03 AM



Pls.' Opp. to Assertion of Mootness App. 0046

Case 4:21-cv-01236-O   Document 225   Filed 02/13/23   Page 51 of 162   PageID 7552

*Hospital Corpsman 3rd Class Robert Moore, assigned to USS George W. Bush (CVN-77) medical department, administers a COVID-19 vaccine at the McCormick Gym onboard Naval Station Norfolk, April 8, 2021. US Navy Photo*

*This story has been updated with additional information from the Office of the Chief of Naval Personnel.*

The Navy separated 259 sailors for their refusal to get vaccinated against COVID-19 in the last month, according to the Navy's monthly COVID-19 update.

Of the total 1,466 separations, 1,121 are active-duty sailors, while 323 are reservists. Another 22 separations are sailors who were in their first 180 days of service.

The Navy has the second highest number of separations of the Department of Defense military branches. The Marine Corps, which leads the services, has separated more than double the number of service members.

As of the last Marine Corps update, published on June 6, the service had separated 3,069 Marines.

The Army has the third highest, with 1,379 separations, slightly below the Navy, it announced July 22. The Air Force has the fewest separations at 834, according to its July 12 update.

The Navy is not able to separate any sailors who have requested a religious exemption to the COVID-19 vaccine due to a ruling in the Fifth Circuit. The Department of Defense has filed an appeal in the case, according to court records.

The Navy received 3,371 requests for religious waivers from active-duty sailors and 873 from reservists. The service has granted 13 religious accommodations to members of the Individual Ready Reserve on the condition that they get vaccinated if called to active-duty or reserve status.

It also granted 43 religious waivers to sailors who are the process of retiring or leaving the service.

The sea service also granted 19 permanent and 189 temporary medical exemptions to active-duty sailors. It gave three permanent and 65 temporary medical waivers to reservists.

Pls.' Opp. to Assertion of Mootness App. 0047

Since the beginning of the pandemic in early 2020, there have been 102,697 cases of COVID-19 among sailors, according to the Navy statistics, resulting in 17 deaths.

There are 3,147 active-duty and 3,432 reserve sailors who are unvaccinated.

---

**Related**



**Navy Exceeds 1,500 COVID-19 Vaccine Refusal Separations**
August 24, 2022
In "News & Analysis"



**COVID-19 Vaccine Refusal Separations Increase to 884**
May 9, 2022
In "Budget Industry"



**Navy Nearing 1,000 COVID-19 Vaccine Denial Separations**
May 18, 2022
In "Military Personnel"

Article Keywords: Coronavirus, COVID 19, COVID-19 pandemic, COVID-19 vaccine, lawsuit, religious exemption, vaccine, vaccine exemption, vaccine mandate, vaccine refusal
Categories: Budget Industry, Military Personnel, News & Analysis, U.S. Air Force, U.S. Army, U.S. Marine Corps, U.S. Navy

---

# About Heather Mongilio

**Heather Mongilio is a reporter with USNI News. She has a master's degree in science journalism and has covered local courts, crime, health, military affairs and the Naval Academy.**

Follow @hmongilio

**View all posts by Heather Mongilio →**

---

Pls.' Opp. to Assertion of Mootness App. 0048

ALSO ON **USNI NEWS**

| USNI News Fleet and Marine Tracker: Feb. … | French Navy to Set Sail for … | Former Navy Captain Sentenced to … | Ukrai Contin |
|---|---|---|---|
| 6 hours ago · 1 comment | 10 days ago · 8 comments | 10 days ago · 10 comments | 4 days a |
| These are the approximate positions of the U.S. Navy's deployed carrier strike … | French Navy amphibious warship FS Dixmude (L9015) and frigate FS La … | A former U.S. 7th Fleet operations officer was sentenced Thursday to … | The Dni to be a Russo-U |

## USNI News Comment Policy

Please be thoughtful and respectful of others. Personal attacks and abusive language are not tolerated.

Got it

**55 Comments**

1 **Login** ▾

G

Join the discussion…

LOG IN WITH            OR SIGN UP WITH DISQUS ?

Name

Share                                Best   Newest   Oldest

Load more comments

**Subscribe**      **Privacy**      **Do Not Sell My Data**

Pls.' Opp. to Assertion of Mootness App. 0049

MENU

## Home

## Documents

## Top Stories

## COVID-19

## Fleet and Marine Tracker

## Advertise

## About



© 2012-2023 U.S. NAVAL INSTITUTE

Powered by Unleashed Technologies

Pls.' Opp. to Assertion of Mootness App. 0050

# Tab 7

## U.S. Navy COVID-19 Updates



You are at the official site for Navy information and updates on Coronavirus Disease 19 (COVID-19). Visit frequently to learn about the latest policies, leadership messages, and guidance on how to protect yourself, your family, and your Shipmates.

Department of the Navy Return to the Workplace COVID-19 Guidance and Resources 2020 (updated July 28, 2020) (PDF). Information to assist the military and civilian employees on workforce management, reporting, testing, personnel protection, telework policy, travel and more. Information is subject to change. Consult the following links for updated guidance: ALNAV Library, NAVADMIN Library, and MARADMIN Library.

### NEED TO A REPORT COVID-19 CASE?

Go to MyNavy Portal at - https://www.mnp.navy.mil/group/navy-covid-19-reporting (CAC Enabled)

If you have any questions or experience any difficulties please contact the OPNAV COVID Cell via email OPNAV_COVID_CRISIS_RESPONSE_CELL@navy.mil or by phone at (703) 571-2822.

- For Navy-specific questions related to COVID-19 numbers and vaccination data, please email PTGN_CHINFONEWSDESK@NAVY.MIL.

# NAVY COVID-19 UPDATE

### May 25, 2022

- As of May 25, 2022, 3,989 active component and 3,262 Ready Reserve service members remain unvaccinated.
- As a result of the recent class action certification and corresponding injunction issued by the U.S. District Court for the Northern District of Texas, NAVADMIN 083/22, released March 30, 2022, suspends separation processing and adverse administrative consequences for Navy service members who submitted requests for religious accommodation from the COVID-19 vaccine requirement.
- There have been 1,074 separations for refusing the COVID-19 vaccine. In accordance with NAVADMIN 083/22, Sailors who submitted religious accommodation requests may no longer be separated for vaccine refusal. Vaccine refusers who have not submitted religious accommodation requests remain subject to adverse administrative action, including separation.
  - There have been 954 Active Component Sailors and 98 Reserve Component Sailors separated, all with an honorable characterization of service. Guidance for separating Navy service members refusing the vaccine was set by the COVID-19 Consolidated Disposition Authority and is detailed in NAVADMIN 283/21.
  - There have been 22 Entry Level Separations (ELS). In accordance with the Naval Military Personnel Manual (MILPERSMAN) 1910-154 and NAVADMIN 225/21, this reflects service members who, since the time of the vaccine mandate, were separated during initial training periods within their first 180 days of active duty.

Skip to main content (Press Enter).

Pls.' Opp. to Assertion of Mootness App. 0052

- Thirteen religious accommodation requests for members of the Individual Ready Reserve (IRR) have been conditionally approved. A conditional approval means that their individual is categorized to be reinstated while in the IRR but as of the following priority level. See this NAVADMIN 102/22

Search

  

- Prior to the U.S. District Court class-wide injunction addressing all Navy service members who submitted religious accommodation requests, 27 who requested accommodation. 11 more conditional approvals have been completed since then. The terms of NAVADMIN 083/22 and the protections afforded by the injunction will continue to apply to these requesters, notwithstanding the previous adjudication of their religious accommodation request. NAVADMIN 102/22 provides updated guidance to commanding officers for unvaccinated service members who submitted a religious accommodation request.

- As of May 25, 2022, there are 3,422 active duty and 869 Ready Reserve requests for a religious accommodation from immunization for the COVID-19 vaccine.

- As of May 25, 2022, active duty service members currently have 14 permanent medical exemptions and 213 temporary medical exemptions, and Ready Reserve service members currently have one permanent medical exemption and 78 temporary medical exemptions.

- Starting with the Dec. 10 report, the vaccination and religious accommodation request data is provided by the data collected by the COVID-19 Consolidated Disposition Authority (CCDA), as directed in NAVADMIN 249/21: CCDA Data Reporting Requirements. On Feb. 22, 2022, NAVADMIN 042/22 was released updating these reporting requirements.

- On Dec. 15, 2021, NAVADMIN 283/21 was released outlining execution guidance regarding separation of Navy service members refusing the COVID-19 vaccine.

- On Dec. 22, 2021, NAVADMIN 289/21 was released outlining guidance encouraging COVID-19 vaccine boosters.

|  | Cases | Hospitalized | Recovered | Deaths | Cumulative Total COVID Cases* |
|---|---|---|---|---|---|
| MIL | 1,008 | 1 | 93,630 | 17 | 94,655 |
| CIV | 1,668 | 6 | 45,543 | 119 | 47,330 |
| DEP | 118 | 0 | 11,521 | 7 | 11,646 |
| CTR | 245 | 0 | 12,397 | 49 | 12,691 |
| TOTAL | 3,039 | 7 | 163,091 | 192 | 166,322 |

\* Active Cases + Recovered + Deaths = Cumulative Total COVID Cases

UNVACCINATED

|  | Active Duty | Ready Reserve |
|---|---|---|
| Unvaccinated | 3,989 | 3,262 |
| Religious Accommodation Request | 3,422 | 869 |

APPROVED EXEMPTIONS

|  | Active Duty | Ready Reserve |
|---|---|---|
| Permanent Medical | 14 | 1 |
| Temporary Medical | 213 | 78 |
| Religious Accommodation | 27 | 1 |

- In accordance with Navy mandatory COVID-19 vaccination and reporting policy guidance, the deadline for active-duty Navy service members to be fully vaccinated was Nov. 28, 2021. Ready Reserve Navy service members will be fully vaccinated by Dec. 28, 2021. New accessions will be

Skip to main content (Press Enter)

Pls.' Opp. to Assertion of Mootness App. 0053

- In order to ensure a fully vaccinated force, U.S. Navy policy is to process for separation all Navy service members who refuse the lawful order to

- The Navy issued a press release outlining guidance to commands for service members who refuse to comply with the service's order mandating

  

dose of a two- dose COVID-19 vaccine or two weeks after receiving a single dose of a one-dose COVID-19 vaccine. Booster shots are still under evaluation and will be addressed via separate message.

- Unvaccinated: Per NAVADMIN 249/21, this includes Navy service members who:
  - refused the vaccine
  - started the vaccination series, but are not complete
  - are pending medical exemption
  - have an approved medical exemption
  - are pending religious accommodation exemption
  - have an approved religious exemption
  - have not had access to the vaccination due to operational schedule and/or remote location
- Medical: Medical exemptions will be determined by health care providers based on the health of the requestor, and the nature of the immunization under consideration in line with BUMEDINST 6230.15B and MILPERSMAN 1730- 020.
- Religious Accommodation: A religious accommodation is a category of administrative exemptions that provides an accommodation to a service member for an otherwise applicable military policy, practice, or duty. In accordance with The Religious Freedom Restoration Act, if such a military policy, practice or duty substantially burdens a service member's exercise of religious, accommodation unless:

- The military policy, practice, or duty is in furtherance of a compelling governmental interest (e.g. mission accomplishment, safety, force health).
- It is the least restrictive means of furthering that compelling governmental interest.
  - For more information, including frequently asked questions and Navy instructions, visit https://www.mynavyhr.navy.mil/Support-Services/Religious-Accommodations/
- Hyperlinks to Navy Administrative Messages:
  - NAVADMIN 102/22: CCDA ADDITIONAL GUIDANCE REGARDING MEMBERS REQUESTING RELIGIOUS ACCOMMODATION FROM COVID-19 VACCINATION REQUIREMENTS
  - NAVADMIN 083/22: CCDA INTERIM GUIDANCE REGARDING MEMBERS REQUESTING RELIGIOUS ACCOMMODATION FROM COVID-19 VACCINATION REQUIREMENTS
  - NAVADMIN 042/22: UPDATED COVID CONSOLIDATED DISPOSITION AUTHORITY DATA REPORTING REQUIREMENTS AND LESSONS LEARNED
  - NAVADMIN 007/22: U.S. NAVY COVID-19 STANDARDIZED OPERATIONAL GUIDANCE 5.0
  - NAVADMIN 289/21: GUIDANCE ENCOURAGING COVID-19 VACCINE BOOSTER
  - NAVADMIN 283/21: CCDA EXECUTION GUIDANCE TO COMMANDERS
  - NAVADMIN 256/21: CCDA GUIDANCE TO COMMANDERS
  - NAVADMIN 249/21: CCDA DATA REPORTING REQUIREMENTS
  - NAVADMIN 225/21: COVID-19 CONSOLIDATED DISPOSITION AUTHORITY (CCDA)
  - ALNAV 062/21: 2021-2022 DEPARTMENT OF THE NAVY MANDATORY COVID-19 VACCINATION POLICY
  - NAVADMIN 190/21: 2021-2022 NAVY MANDATORY COVID-19 VACCINATION AND REPORTING POLICY

## Go to the Links below for more information

- Operational Guidance
- NAVADMINs
- ALNAVs
- ALNAVRESFOR
- MyNavyHR Videos

Skip to main content (Press Enter).

- ■ Supporting Video
  - ▪ ~~DoD Newsleadership Statement~~
- ~~More Resources~~

   

## Operational Guidance

- ▪ U.S. Navy Updates Guidance to Combat COVID-19 (Nov. 4, 2020)
- ▪ COVID-19 Mitigation Framework Infographic (May 19, 2020)
- ▪ U.S. Navy Response to the COVID-19 Pandemic Infographic (May 19, 2020)
- ▪ Return-to-Work Guidelines Infographic (May 18, 2020)
- ▪ Navy Telework Capabilities Graphic (May 6, 2020)
- ▪ COVID-19 Healthcare Provider Guidance (April 30, 2020)
- ▪ Cyber Awareness – Protect Sailors and Families Online (February 2020)

Back to links

## NAVADMINs

- ▪ Aug. 30, 2021:  190/21 2021-2022 Navy Mandatory COVID-19 Vaccination and Reporting Policy
- ▪ Aug. 23, 2021:  180/21 Update 3 to Navy COVID-19 Reporting Requirements
- ▪ July 29, 2021:  161/21 Updated Mask Guidance for All DOD Installations and Other Facilities
- ▪ July 28, 2021:  159/21 Special Leave Accrual for the Navy
- ▪ July 13, 2021:  150/21 Department of Defense COVID-19 Testing Prior to Overseas Travel (Update 2)
- ▪ June 16, 2021:  129/21 Physical Readiness Program Update for Calendar Year 2021 (CY2021) Physical Fitness Assessment
- ▪ June 15, 2021:  123/21 Procedures for Foreign Visit requests to U.S. Navy Commands During COVD-19 Pandemic
- ▪ June 2, 2021:  110/21 U.S. Navy COVID-19 Standing Guidance Update 1
- ▪ May 21, 2021:  100/21 Cancellation of Urinalysis Policy Update
- ▪ May 21, 2021:  100/21 Cancellation of Urinalysis Policy Update
- ▪ May 21, 2021:  99/21 U.S. Navy COVID 19 Standard Guidance
- ▪ May 14, 2021:  95/21 Interim Update on DOD Mask Guidance
- ▪ May 4, 2021:  88/21 SARS-COV-2 Vaccination and Reporting Policy Update
- ▪ Apr. 30, 2021:  086/21 Updated Guidance to Commanders on Adjusting Health Protection Conditions and Base Services During COVID-19 Pandemic
- ▪ Apr. 05, 2021:  073/21 Navy Mitigation Measures in Response to Coronavirus Outbreak Update 7 (Conditions-Based Approach to COVID-19 Personnel Movement and Travel Restrictions)
- ▪ Mar. 10, 2021:  059/21 Use of Masks and other Public Health Measures during COVID-19 pandemic
- ▪ Mar. 03, 2021:  052/21 Procedures for Foreign Visit Requests to U.S. Navy Commands during COVID-19 pandemic
- ▪ Feb. 16, 2021:  038/21 Process to Request Exception on use of Masks and Other Public Health Measures During COVID-19 Pandemic (Corrected Copy)
- ▪ Feb. 16, 2021:  037/21 U.S. Navy COVID-19 Standardized Operational Guidance Version 4.0 (Cancelled May 21, 2021 per NAVADMIN 099/21)
- ▪ Jan. 29, 2021:  026/21 Department of Defense COVID-19 Testing Prior to Overseas Travel (Update 1)
- ▪ Jan. 7, 2021:  003/21 DEPARTMENT OF DEFENSE COVID-19 TESTING PRIOR TO OVERSEAS TRAVEL

Skip to main content (Press Enter).

Pls.' Opp. to Assertion of Mootness App. 0055

- Dec. 16, 2020: [327/20 SARS-COV-2 VACCINATION AND REPORTING POLICY](#)

- Dec. 15, 2020: 325/20 CNO Message to the Fleet: COVID-19 Vaccine

- November 4, 2020: 298/20 US NAVY COVID-19 STANDARDIZED OPERATIONAL GUIDANCE VERSION 3.1 (Cancelled Feb. 16, 2021 per





per NAVADMIN 298/20)

- August 24, 2020: [236/20 UPDATED PROCEDURES FOR FOREIGN VISIT REQUESTS TO U.S. NAVY COMMANDS DURING COVID-19 PANDEMIC](#)
- August 21, 2020: [235/20 Announcement of Approval of Humanitarian Service Medal (HSM) and Armed Forces Service Medal (AFSM) for Department of Defense Coronavirus (COVID 19) Operations and Activities](#)
- August 14, 2020: [231/20 Flexibility For Fiscal Year 2020 Sexual Assault Prevention Response and Suicide Prevention General Military Training Requirements](#)
- August 10, 2020: [225/20 Third Extension of Global Authorized Departure For Individuals At Higher Risk From COVID-19](#)
- August 4, 2020: [217/20](#) U.S. Navy COVID-19 Standardized Operational Guidance Version 2.1 (Cancelled Sep. 30, 2020 per NAVADMIN 266/20)
- July 13, 2020: [197/20: Second Extension of Global Authorized Departure for Individuals at Higher Risk from COVID-19](#)
- July 9, 2020: [195/20: Casualty and Mortuary Affairs Processes in Response to COVID-19 Update Two](#)
- July 8, 2020: [194/20: Face Coverings in Uniform](#)
- July 7, 2020: [193/20: Physical Readines Program Policy Update for Physical Fitness Assessment Cycle Two 2020 Due to COVID19 Mitigation](#)
- July 2, 2020: [189/20: Navy Mitigation Measures In Response to Coronavirus Outbreak Update 6](#)
- June 30, 2020: [185/20: CNO Message to the Fleet on Sustaining Readiness](#)
- June 25, 2020: [178/20: COVID-19 Testing](#)
- June 17, 2020: [173/20: U.S. Navy COVID-19 Standardized Operational Guidance Version 2.0](#) (Cancelled Aug. 4, 2020 per NAVADMIN 217/20)
- June 12, 2020: [169/20: Permanent Change of Station Post Stop Movement Priority Plan](#)
- June 12, 2020: [168/20: Navy Mitigation measures In Response to Coronavirus Outbreak Update 5](#) (Cancelled July 2, 2020 per NAVADMIN 189/20)
- June 10, 2020: [164/20 Extension of Termination of Global Authorized Departure for Individuals at Hight Risk from COVID-10](#)
- June 4, 2020: [163/20: Modification-2 to the Notice of Convening FY-21 Active-Duty Officer Continuation Selection Boards and Announcement of Continuation Policy](#)
- May 29, 2020: [160/20:](#) Guidance on Conducting Ceremonies for Retirement or Transfer to the Fleet Reserve Delayed Due to the Coronavirus Pandemic
- May 29, 2020: [159/20:](#) Termination of Departure Authority for Individuals at Higher Risk From COVID-19
- May 26, 2020: [155/20: U.S. Navy COVID-19 Standardized Operational Guidance](#) (Cancelled June 17, 2020 per NAVADMIN 173/20)
- May 20, 2020: [148/20: Updated Policy for the Use of Embeded Computer Capabilities and Peripherals to Support Two-Way Collaboration](#)
- May 20, 2020: [147/20: Guidance to Commanders on Adjusting Health Protection Conditions and Base Services](#)
- May 19, 2020: [145/20: Advancement Eligibility Related to Changes to the Navy-Wide Advancement Exam and Physical Fitness Assessment Schedules Due to COVID-19 Mitigation](#)
- May 15, 2020: [144/20: Recommencement of Selection Boards and Announcement of Revised Schedule](#)
- May 6, 2020: [CNO Message to the Fleet](#)
- May 4, 2020: [132/20 Manning Initiatives Announced to Mitigate Fleet Gaps](#)
- May 1, 2020: [129/20 Guidance on Evaluation of Deployability, Temporary Limited Duty, and Referral to the Disability Evaluation System (DES) during the Coronavirus (covid-19) Pandemic](#)
- May 1, 2020: [128/20 Naval History and Heritage Ideas and Online Resources to Support Fleet Learning and at Home Education during the Pandemic](#)
- April 30, 2020: [126/20 Protection of Service Members and Families Executing Inbound/Outbound Household Goods Moves During Covid-19 Stop Movement](#)

Skip to main content (Press Enter).

Pls.' Opp. to Assertion of Mootness App. 0056

- April 27, 2020: [121/20: Supplemental Number Two for E4 Though E7 February 2020 (Cycle 106) Selective Reserve and March 2020 (Cycle 247) E4 Though E6 Active Duty, Full Time Support and Canvasser Recruiter Navy Wide Advancement Examination NAVADMIN 108/20)]

  

- April 15, 2020: [109/20](https://) – COVID-19 Update Guidance to Support Fleet Operations
- April 10, 2020: [105/20: Expanded Opportunity For Retention On Active-Duty In A Retired Status For Active-Duty Officers With Pending Statutory Retirements]
- April 8, 2020: [104/20: CNO Message to the Fleet]
- April 7, 2020: [101/20: Exception to Policy for Small Arms Training and Qualification Criteria and Navy Security Forces Annual Sustainment Training Requirements]
- April 7, 2020: [102/20: Casualty and Mortuary Affairs Processes in Response to COVID-19]
- April 5, 2020: [100/20: Navy Guidance on the Use of Face Coverings]
- April 3, 2020: [99/20: Mobilization Processing of Navy Reserve Personnel in Support of COVID-19 Response Operations]
- April 3, 2020: [98/20: Procedures for Navy Entities to Contribute Additively Manufactured Parts or Services in Response to COVID-19]
- April 2, 2020: [97/20: Common Access Card Issuance Policy Update for COVID-19]
- March 27, 2020: [93/20: Commercial Virtual Remote (CVR) Collaboration Environment]
- March 27, 2020: [92/20: Urinalysis Policy Update] (Cancelled May 21, 2021 per NAVADMIN 100/21)
- March 26, 2020: [89/20: Voluntary Extensions for Active Component Navy Members with Approved Separation or Retirement Dates]
- March 25, 2020: [88/20: Requirements for Authorized and Ordered Departures]
- March 23, 2020: [83/20: Restriction of Movement Guidance]
- March 23, 2020: [82/20: Navy Transition Assistance Program Policy Update for COVID-19]
- March 21, 2020: [80/20: Navy Mitigation Measures in Response to Coronavirus Outbreak: Update 3]
- March 19, 2020: [75/20: Maintaining and Protecting the Navy Accessions Supply Chain]
- March 19, 2020: [74/20: Mitigation Measures in Response to Coronvavirus Outbreak (Update 2)]
- March 18, 2020: [73/20: Temporary Relaxation of Hair Grooming Standards in Response to Coronavirus Outbreak]
- March 18, 2020: [72/20: Navywide Advancement Examinations]
- March 18, 2020: [71/20: Physical Readiness Policy Update]
- March 17, 2020: [69/20: Enlisted Advancement Exams Postponed]
- March 17, 2020: [68/20: Effective use of Remote Work Options]
- March 14, 2020: [65/20: Overseas Travel]
- March 12, 2020: [64/20: Navy Mitigation Measures in Response to Coronavirus Outbreak]

Back to links

## ALNAVs

- Aug. 30, 2021: [062/21 2021-2022 Department of the Navy Mandatory COVID-19 Vaccination Policy]
- Apr. 30, 2021: [032/21 Update to Department of the Navy Health Protection Condition Policies]
- June 12, 2020: [67/20: Cancellation of ALNAV 044/20 and 49/20 Per SECDEF Memo transitions to a conditions based movement order]
- May 21, 2020 – [59/20: 101 Days of Summer Safety]
- May 4, 2020 – [52/20: Public Service 2020]
- April 22, 2020 – [49/20: Modifications to ALNAV 044/20: Reissuance of Department of the Navy Travel Restrictions in Response to Coronavirus Disease 2019]
- April 21, 2020 – [44/20: Reissuance of Department of the Navy Travel Restrictions in Response to Coronavirus Disease 2019]

- April 3, 2020 – [SECNAV Vector 18: Serving Our Country](#) (also posted on [ALNAV site](#))

- March 20, 2020 – [26/20: (SECNAV Vectors Blog. Vector 16: Agility in Time of Crisis](#) (As posted [to ALNAV site)](#)

  

- March 12, 2020 – [25/20: Force Protection Guidance for the Department of the Navy](#)

Back to links

## ALNAVRESFOR

- June, 22, 2020 – 13: [Reserve Force Conditions-Based Approach to Personnel Movement](#)
- May 21, 2020 – 12: [CNRF-Navy Reserve Force Policy for COVID-19 Update 2](#)
- April 16, 2020 – 11: [CNRF-Navy Reserve Force Policy for COVID-19](#)
- April 16, 2020 – 10: [CNRF-Message to the Force from VADM McCollum](#)
- March 20, 2020 – 09: [Navy Reserve Enhanced Telecommuting Procedures](#)
- March 17, 2020 – 08: [Reserve Mitigation Measures in Response to Coronavirus](#)

Back to links

## MyNavyHR Videos

- Feb. 10, 2021: [News You Can Use - Face Mask Update](#)
- May 29, 2020 – [Boards Resume](#)
- May 29, 2020 – [Retirements During COVID-19](#)
- May 29, 2020 – [Medical and Dental Elective Procedures](#)
- May 4, 2020 – [Retired/Separated Sailors' Return to Active Duty Options](#)
- May 4, 2020 – [Personnel Mitigation Measures](#)
- May 4, 2020 – [MyNavy Family App Update](#)
- May 4, 2020 – [Selective Reenlistment Bonus Update](#)
- April 29, 2020 – [Coronavirus (COVID-19) Tutor.com](#)
- April 22, 2020 – [Leave Accumulation Update](#)
- April 22, 2020 – [Sea Duty Incentive Pay](#)
- April 22, 2020 – [Stop Movement](#)
- April 22, 2020 – [CAC and USID Cards Update](#)
- April 14, 2020 – [Naval Academy Update](#)
- April 14, 2020 – [Contacting Navy College Education Counselors](#)
- April 9, 2020 – [Reducing Team Stress](#)
- April 9, 2020 – [Retire to Retain Policy](#)
- April 8, 2020 – [Face Coverings Update](#)

Skip to main content (Press Enter).

- April 8, 2020 – Basic Allowance for Subsistence
- ~~April 8, 2020 –~~ ~~BAS Office Update~~

- ~~March 23, 2020~~  ~~NAVADMIN 86/20~~

                                              

- March 20, 2020 – Board Suspension
- March 20, 2020 – Relaxed Grooming Standards
- March 19, 2020- Advancement Exams Postponement Clarification
- March 19, 2020 – Restriction of Movement Update
- March 19, 2020 – PFA Suspension Update
- March 18, 2020 – Advancement Exams Postponed
- March 18, 2020 – Details on Upcoming Advancement Exams
- March 18, 2020 – Orders, Coronavirus Warning Signs
- March 17, 2020 – Coronavirus Testing
- March 17, 2020 – Leave and Liberty, Travel Reimbursements
- March 16, 2020 – Freeze on PCS Moves
- March 16, 2020 – HHG Reimbursements for Canceled Moves, PCS Orders to Alert-Level 2 Countries
- March 16, 2020 – Nonessential OCONUS Travel

Back to links

## Navy.mil Releases

- Nov. 15, 2021: Navy Updates Guidance for COVID-19 Vaccine Refusal
- Oct. 20, 2021: Navy Identifies Sailor Who Died of COVID-Related Complications
- Oct. 6, 2021: Navy Identifies NAWDC Sailor Who Died of COVID-Related Complications
- Sept. 20, 2021: Navy Identifies Sailor Who Died of COVID-Related Complications
- Sept. 20, 2021: NEPLO Surges Medical Teams Back Into COVID Hotspot
- Sept. 1, 2021: Navy Supports Mandatory COVID-19 Vaccination for all Active Duty and Reserve Sailors
- Aug. 18, 2021: Navy Identifies Sailor Who Died of COVID-19 Related Complications
- Aug. 17, 2021: Navy Identifies Reserve Sailor Who Died of COVID-19 Related Complications
- July 28, 2021: Navy Identifies Reserve Sailor Who Died of COVID-19 Related Complications
- July 28, 2021: Navy Identifies Naval Medical Center Camp Lejeune Sailor Who Died of COVID-19 Related Complications
- May 26, 2021: Navy Administers One Million Vaccines since the Beginning of the COVID-19 Pandemic
- May 26, 2021: Navy Advancement Results for E-4 through E-6 Delayed Due to COVID-19
- May 24, 2021: U.S. Navy Issues COVID-19 Standing Guidance
- May 22, 2021: Navy Resumes Regular Urinalysis Operations
- May 7, 2021: U.S. Naval Hospital Naples Makes History with Unit Bravo Strike
- May 4, 2021: Theodore Roosevelt Carrier Strike Group Gets Vaccinated
- May 4, 2021: Expeditionary Strike Group 7 Sailors Stay COVID-Free While at Sea
- May 3, 2021: U.S. Navy Issues Updated Guidance to Commanders On Adjusting Health Protection Conditions and Base Services During COVID-19 Pandemic
- Apr. 30, 2021: Virginia Beach Sailor Dies of COVID-Related Complications
- Apr. 29, 2021: Iwo Jima ARG and 24th MEU Reach Milestone, 60 days COVID-Free

Skip to main content (Press Enter).

Pls.' Opp. to Assertion of Mootness App. 0059

- Apr. 20, 2021: [From COVID Testing to MHS GENESIS support, Lab Techs Do It All](#)
- Apr. 19, 2021: COVID-19 Vaccines Distributed Behead Washington, New York
- Apr. 15, 2021: Candid Comments Shared on Choosing COVID-19 Vaccine

  

- Mar. 16, 2021: [From Sea to Shining Sea: Combating the Pandemic One Mile at a Time](#)
- Mar. 12, 2021: [U.S. Navy Accelerates Progress in Providing Vaccinations for Sailors](#)
- Mar. 11, 2021: [USS Dwight D. Eisenhower Receives Second COVID-19 Vaccination Shot](#)
- Mar. 11, 2021: [Naval Medical Research Center continues Research in Fight Against COVID-19](#)
- Mar. 10, 2021: [Suicide and COVID-19: How Navy Region Southeast is fighting back](#)
- Mar. 09, 2021: [Nursing the COVID Vaccine Forward](#)
- Mar. 09, 2021: [Porter Receives First Dose of COVID-19 Vaccine](#)
- Mar. 05, 2021: [USS Lake Champlain Sailors Receive COVID-19 Vaccine](#)
- Mar. 01, 2021: [Fleet Readiness Center Southeast supports COVID-19 containment efforts through 3D printing](#)
- Feb. 26, 2021: [U.S. 5th Fleet Responds to COVID-19 Aboard USS San Diego and USS Philippine Sea](#)
- Feb. 24, 2021: [Navy Identifies Assault Craft Unit 4 Sailor Who Died of COVID-Related Complications](#)
- Feb. 15, 2021: [Sailors Embarked on a U.S. Pacific Fleet Ship Test Positive for COVID-19](#)
- Feb 13, 2021: [Navy Identifies USS Wasp Sailor Who Died of COVID-Related Complications](#)
- Feb. 5, 2021: [Navy Identifies USS Tennessee Sailor Who Died of Coronavirus-related Complications](#)
- Feb. 5, 2021: [Navy Identifies Recruit Training Command Sailor Who Died from COVID-19](#)
- Feb. 4, 2021: [USS Ronald Reagan Begins Second Round of COVID-19 Vaccinations](#)
- Feb. 4, 2021: [Sailor Assigned to Kings Bay Unit Dies of COVID-Related Complications](#)
- Feb. 4, 2021: [TRF Kings Bay Provides Superior Support to Submarine Force](#)
- Jan. 28, 2021: [Navy Shifts 2021 Fitness Cycle to July](#)
- Jan. 28, 2021: [Navy Medical Personnel to Join in Texas COVID-19 Response](#)
- Jan. 28, 2021: [Initiation Innovation: Navigating Chief Season in the Midst of COVID](#)
- Jan. 26, 2021: [Navy, DoD Respond to COVID-19 in Navajo Nation](#)
- Jan. 23, 2021: [Fleet Forces Establishes Vaccination Cell to Expedite Delivery to Fleet](#)
- Jan. 22, 2021: [NSA Souda Bay Receives COVID Vaccine](#)
- Jan. 22, 2021: [Frontline Workers at Naval Station Rota, Spain Begin Receiving COVID-19 Vaccine](#)
- Jan. 13, 2021: [USS Ronald Reagan Begins COVID-19 Vaccinations](#)
- Jan. 12, 2021: [Navy Expeditionary Combat Command Leadership Receives COVID-19 Vaccine](#)
- Jan. 12, 2021: [Navy Exchange Great Lakes Buoys A-School Students Placed on Restriction of Movement After Holiday Break](#)
- Jan. 9, 2021: [NAS Sigonella Receives First Shipment of COVID-19 Vaccine](#)
- Jan. 7, 2021: [Service Members Transferring Overseas Must Test Negative for COVID-19 Before Flying](#)
- Jan. 6, 2021: [CDC Explains Benefits of COVID-19 Vaccine](#)
- Jan. 5, 2021: [U.S. 7th Fleet Sailors Receive COVID Vaccine](#)
- Jan. 5, 2021: [Additional Naval Military Treatment Facilities Receiving COVID-19 Vaccine](#)
- Jan. 4, 2021: [Commander of Military Sealift Command Receives COVID-19 Vaccine](#)
- Dec. 22, 2020: [Navy Announces Expanded Operational Stress Control Program: Here Are the Details](#)
- Dec. 21, 2020: [Southwest Regional Maintenance Center Hosts Blood Drives Benefitting Service Members](#)
- Dec. 17, 2020: [FLU SEASON 2020: Protect Yourself Against Two Viruses](#)
- Dec. 16, 2020: [U.S. Navy Issues Vaccine Guidance to Combat COVID-19](#)
- Dec. 15, 2020: [NMCSD Receives First Shipment of COVID-19 Vaccines](#)
- Dec. 15, 2020: [Naval Medical Forces Atlantic Hospitals to Be Among First to Receive COVID-19 Vaccine](#)
- Dec. 14, 2020: [COVID-19 Vaccine Headed to Naval Medical Center San Diego, Naval Hospital Camp Pendleton](#)
- Nov. 12, 2020: [Navy Publishes Scientific Paper on USS Theodore Roosevelt COVID-19 Outbreak](#)
- Nov. 12, 2020: [Navy/Marine Corps COVID-19 Study Findings Published in New England Journal of Medicine](#)
- Nov. 6, 2020: [Navy: ROM Is Official Duty Status](#)
- Nov. 4, 2020: U.S. Navy Updates Guidance to Combat COVID-19

Skip to main content (Press Enter).

- Oct. 28, 2020: Navy Junior ROTC Units Contend With New Normal in New School Year; Naval Science Instructors Meet New
- Oct. 22, 2020: Navy Researchers Evaluate UV Light Sources to Combat COVID-19

  

- Oct 16, 2020: Clothing, Textile Research Facility Pivots 3D Knitting Research to Face Covering Development
- Sept. 30, 2020: U.S. Navy Issues Standardized Operational Guidance 3.0
- Sept. 3, 2020: NAVCENT Medical Personnel Embed with Bahrain Ministry of Health to Manage Pandemic Response
- Sept. 3, 2020: Yokosuka Fleet Logistics Center Supports Incoming Personnel During Pandemic
- Aug. 19, 2020: Naval Safety Training Keeps Momentum with Virtual Learning
- Aug. 12, 2020: Recruit Training Command and Partners Work Together to Transform Drill Halls Into Barracks
- Aug. 10, 2020: USS Germantown's COVID-19 Rapid Response Team: Fighting Pandemic From The Deckplate
- Aug. 4, 2020: Lebanese Armed Forces, U.S. Navy Conduct Resolute Union Virtually Amid COVID-19 Pandemic
- Aug. 4, 2020: Staying the Course during COVID-19: Losing Weight and Feeling Great!
- July 31, 2020: Naval Laboratory Researcher's Invention Allows to Study Nanoparticle Gases
- July 31, 2020: MARMC SST Advances OSD Grasp of COVID Risk
- July 29, 2020: NHC Annapolis' Operational Approach to COVID-19 Prevention puts U.S. Naval Academy on Track for Fall 2020 Semester
- July 24, 2020: Navy Care Virtual Visits: Real-Time Access to Care, From Anywhere
- July 23, 2020: NMCB-3 Completes Turnover, Assumes Execution of Indo-Pacific Region NCF Operations
- July 23, 2020: Nimitz Receives COVID-19 Convalescent Plasma Administration Certification
- July 23, 2020: 4th Fleet Commander Hosts Maritime Staff Talks with Armada de Chile
- July 22, 2020: Sailors Needed to Move; NPC Innovated to put Them in Motion
- July 22, 2020: NAVWAR Trident Warrior Team Assesses New Tracking Technology for COVID-19 Mitigation
- July 21, 2020: Sailors Support COVID Response in Texas
- July 17, 2020: Change of Command in the Era of a Global Pandemic: Commander, Maritime Prepositioning Ships Squadron Two Changes the Helm
- July 15, 2020: Adaptability and Resilience: EMF-M's Historic Stateside Deployment Supporting COVID-19
- July 14, 2020: A SPRINT to Guam: Psychological First Aid in the COVID-19 Pandemic
- July 14, 2020: Navy Childcare Center Supports Sailors Through COVID-19
- June 25, 2020: Navy Establishes COVID-19 Surveillance Testing Program
- June 10, 2020: Navy Mobilizing Reservists Under SurgeMain Program to Support Ship Maintenance
- June 10, 2020: Addressing Mental Health Key to NDW Fleet and Family Support Center During Pandemic
- June 10, 2020: USS Kidd Commanding Officer Sends Thank You Letter to San Diego
- June 9, 2020: Findings From USS Theodore Roosevelt Public Health Investigation Support Force Health Protection
- June 9, 2020: U.S. Navy Navigates to 'New Normal'
- June 9, 2020: High School on U.S. Navy Base in Japan Holds Socially Distanced Graduation Ceremony
- June 9, 2020: Navy Emergency Liaisons Deploy in Record Numbers for Pandemic
- June 8, 2020: Mission Essential Training Continues During COVID-19 at Great Lakes Schools
- June 5, 2020: Center for Seabees Learning Sites Adjust Courses in Response to COVID-19
- June 5, 2020: Safety, Standards Uncompromised as Naval Special Warfare Center Restarts Paused Training Phases
- June 4, 2020: I Am Navy Medicine: Hospital Corpsman 3rd Class Marc Gasbarri
- June 4, 2020: Navy Pharmacy Adjusts Procedures in Response to COVID-19
- May 29, 2020: Navy Approves Interim Retirement Ceremony Rules
- May 29, 2020: Base Port Operations: 'Commitment and Ability to Protect America has Not Changed'
- May 27, 2020: Mental Health During the Pandemic: Understanding How Your Mind Responds to Disasters
- May 27, 2020: Navy Issues COVID-19 Standardized Operational Guidance
- May 27, 2020: Naval District Washington Recovery Working Group Plans for Post COVID-19 'New Normal'
- May 27, 2020: Virtual Fleet Week NY Concludes; City Thanks Servicemembers for Help in COVID-19 Fight
- May 26, 2020: Officer Training Command Uses Remote Learning to Train Leaders During Pandemic

Skip to main content (Press Enter).

- May 22, 2020: [Navy Releases Commander Guidance on Adjusting Health Protection Conditions (HPCON)](#)
- May 21, 2020: [Navy Reserve Extends Roll Restrictions to 30, Provides Additional Guidance for COVID-19](#)
- May 21, 2020: [Supply Corps Reservists Apply Data, Logistics Expertise to COVID-19 Pandemic](#)

  

- May 19, 2020: [Naval District Washington Personnel Adapt to Teleworking During COVID-19 Pandemic](#)
- May 17, 2020: [NEPLOs Coordinate Cross-Country Move of Navy Medical Personnel in COVID-19 Fight](#)
- May 15, 2020: [USNS Mercy Departs Los Angeles; Military Relief Efforts Continue](#)
- May 14, 2020: [Navy Exchange Service Command Provides Over Half Million Cloth Face Masks](#)
- May 14, 2020: [Senior Enlisted Academy Achieves Mission Success through Virtual Training during COVID-19](#)
- May 14, 2020: [Individual Ready Reserve Sailors Serve at Navy Medical Center Portsmouth](#)
- May 14, 2020: [NAVWAR Launches Data Fusion Tool, Maintains Fleet Readiness in Wake of Worldwide Pandemic](#)
- May 13, 2020: [Blue Angels to Salute Tennessee and Arkansas COVID-19 Responders](#)
- May 13, 2020: [U.S. Navy Ceremonial Guard Marches Forward During COVID-19 Pandemic](#)
- May 13, 2020: [The NEX Has You "Covered"](#)
- May 12, 2020: [Naval War College Faculty Steps Up to Assist U.S. Northern Command Planning Effort During COVID-19](#)
- May 12, 2020: [Crew Endurance Team Emphasizes Role of Sleep in Immunity](#)
- May 12, 2020: [Puget Sound Teams Fast-Track Biocontainment Prototype for Covid-19 Testing](#)
- May 11, 2020: [Blue Angels to Salute Michigan, Illinois, Indiana COVID-19 Responders](#)
- May 8, 2020: [U.S. Pacific Fleet Reaffirms Confidence in USS Theodore Roosevelt](#)
- May 8, 2020: [Fleet Activities Yokosuka Rolls Out Family Partner Program](#)
- May 8, 2020: [NEX, Navy Lodges Install Sneeze Shields to Help Stop Spread of COVID-19](#)
- May 7, 2020: [Southwest Regional Maintenance Center Prints Face Shields for Medical Personnel](#)
- May 7, 2020: [National Capital Region Military Treatment Facilities Continue Providing Quality Care During COVID-19 Pandemic](#)
- May 6, 2020: [Blue Angels to Salute Florida COVID-19 Responders](#)
- May 6, 2020: [Navy Exchange Service Command Associates Screened for COVID-19 Symptoms](#)
- May 4, 2020: [Naval Special Warfare Center Resumes Portions of Paused SEAL and SWCC Training](#)
- May 4, 2020: [NAVSUP Leading Way in 100% Safety Checks for HHG Moves](#)
- May 4, 2020: [Manning Initiatives Announced to Mitigate Fleet Gaps](#)
- May 4, 2020: [Blue Angels to Salute Texas, Louisiana COVID-19 Responders](#)
- May 4, 2020: [NMCP Staff Members Build a Ventilator In Wake of COVID-19](#)
- May 4, 2020: [HSC-26 Maintains Mission Readiness during COVID-19 Pandemic](#)
- May 2, 2020: [USS Constitution Hosting Daily Virtual Tours on Facebook Live](#)
- May 2, 2020: [NEX San Diego, Sustainable Support System Supplying Ships and Sailors](#)
- May 1, 2020: [Fleet Activities Yokosuka Call Center Serves Thousands](#)
- April 30, 2020: [NEXConnect Keeps Internet 'Light' On for Navy Community](#)
- April 30, 2020: [Undersea Warfare Center Partners With University of Alaska for COVID-19 Preparation](#)
- April 30, 2020: [Blue Angels, Thunderbirds to Salute Maryland, Washington D.C., Virginia, Georgia COVID-19 Responders](#)
- April 29, 2020: [Human Resources Comprehensive FAQ](#)
- April 29, 2020: [Truman Sailors Join Forces to Protect Against COVID-19](#)
- April 29, 2020: [Online Tutoring Now Available for Military and Civilian Families](#)
- April 29, 2020: [Barracks at Naval Base Guam Ordnance Annex Refurbished for Warfighter Support](#)
- April 29, 2020: [Naval Sea Systems Command Continues Fleet Support Despite COVID-19 Restrictions](#)
- April 29, 2020: [Navy MWR Digital Library Always Open](#)
- April 28, 2020: [Navy Provides Medical Care to Sailors of USS Kidd, Disinfects Ship](#)
- April 28, 2020: [Information Warfare Command Virginia Beach Employs Virtual Training to Help Keep Sailors, America Safe](#)
- April 28, 2020: [Sailors on Isolated Facility Use Radio to Keep Shipmates Informed, Connected](#)
- April 27, 2020: [USS Nimitz Departs for Training](#)
- April 27, 2020: [Navy Cancels Active/FTS E4 Exam, Sets Schedule for Finishing Advancement Cycles](#)
- April 27, 2020: [Florida Team Trains Culinary Specialists Virtually During Pandemic](#)

Skip to main content (Press Enter).

- April 26, 2020: Thunderbirds, Blue Angels to Salute New York, New Jersey, Pennsylvania COVID-19 Responders

~~April 24, 2020: American Strong: Blue Angels, Thunderbirds to Conduct Multi-City Flyovers~~

~~April 24, 2020: USS Kidd Evacuates Sailor, Embarks COVID-19 Medical Response Team~~

  

- April 23, 2020: Fleet Readiness Center East Manufacturing Face Shields to Support Local Health Care Workers
- April 22, 2020: Sea Duty Incentive Pay Expands During Time of COVID-19 Crisis
- April 22, 2020: NEX Customers Can Support NMCRS During COVID-19 Crisis
- April 22, 2020: Combating Coronavirus: Navy Provides Protective Gear to First Responders
- April 22, 2020: Navy Reserve Unit Shows Agility in Crisis With First Virtual Drill
- April 22, 2020: Navy Civil Servants' Support to COVID-19 Response Earns Meritorious Civilian Service Awards
- April 21, 2020: Navy Extends Travel and PCS Restrictions, Authorizes Leave Accrual
- April 21, 2020: Navy Updates ID Card Guidance
- April 20, 2020: Staff Work to Continue Strong Support for Navy Wounded Warriors' Pay, Benefits Needs
- April 20, 2020: Military Resale Unites to Support Servicemembers During COVID-19 Pandemic
- April 20, 2020: Surface Warfare Center Designs Portable Oxygen Manifolds for Camp Pendleton COVID-19 Response
- April 20, 2020: Overseas Navy Personnel Fight COVID-19 One Stitch at a Time
- April 20, 2020: USS George Washington Preventive Maintenance Team Makes Masks to Combat COVID-19
- April 20, 2020: Bahrain Fleet Mail Center Steps Up to Support 6th Fleet With Mail Operations
- April 17, 2020: Update to Restriction of Movement Guidance
- April 17, 2020: Navy Conducting Public Health Outbreak Investigation on USS Theodore Roosevelt
- April 17, 2020: NAVFAC Southwest Battles COVID-19 with $2.6 Million for Disinfecting Services
- April 17, 2020: Navy Reserve Extends Drill Postponement Until May 31, Consolidates COVID-19 Guidance
- April 17, 2020: Navy Hospital's Car-Based Triage Assists Emergency Dept in Wake of COVID-19
- April 17, 2020: Air Warfare Center Works to Keep Americans Safe In, Out of the Fleet
- April 17, 2020: Reserve Component Command Fort Worth Mobilizes Second Wave of Reservists to Assist in Global COVID-19 Combat Support
- April 17, 2020: Undersea Warfare Center Launches 'Operation Sewcial Distancing' to Craft Face Masks
- April 17, 2020: Don't Let COVID-19 Keep You From the Emergency Department
- April 16, 2020: Navy Identifies USS Theodore Roosevelt Sailor Who Died of COVID-19
- April 16, 2020: Surface Warfare Center Designs Face Shields for Staff at State Prison
- April 16, 2020: Norfolk Team Tackles Unique COVID-19 Contracting Challenges
- April 16, 2020: USS Theodore Roosevelt's Clean Fight
- April 16, 2020: Supervisor of Shipbuilding, Conversion, Repairs Turns to Fusion for Face Masks
- April 15, 2020: Engineering/Expeditionary Warfare Center 3-D Prints Masks to Aid Pandemic Response
- April 15, 2020: NAVFAC Partners with USACE for FEMA "Whole-of-Nation" Effort Combating COVID-19
- April 15, 2020: Navy MWR at Home Helps Sailors, Families 'Stay Active, Stay Informed, Stay Connected'
- April 15, 2020: Navy Reserve App to Deliver Real-Time Access to Business Processes
- April 14, 2020: Fleet and Family Services Still Open for Business Over Phone, Web
- April 14, 2020: Navy Museums Donate PPE to Local Clinics
- April 14, 2020: Chaplains Prove Essential to COVID-19 Response
- April 14, 2020: Navy Exchange Service Command Hosts Virtual "We Stand Together" Concert Series
- April 14, 2020: Humanitarian Response Program Offers Expertise For COVID-19 Response
- April 13, 2020: Emergency Physician of 44 Years Postpones Retirement to Fight COVID-19
- April 13, 2020: Navy Authorizes Retiring Officers to Stay Until December
- April 13, 2020: Leadership Tips in Challenging Times
- April 13, 2020: NEX Creates New Program to Bring the Store to a Sailor's Door
- April 13, 2020: Navy Sailor Assigned to USS Theodore Roosevelt Dies of COVID-Related Complications
- April 10, 2020: Naval Academy Cancels All Public Commissioning Week 2020 Events; USNA and NROTC Ceremonies Go Virtual

~~April 10, 2020: 3rd Marine Logistics Group Supports USS Theodore Roosevelt~~

Skip to main content (Press Enter).

Pls.' Opp. to Assertion of Mootness App. 0063

- April 10, 2020: Commander, Fleet Activities Yokosuka Hosts a 'Camp In' to Support Physical Distancing

- April 10, 2020: 3rd Marine Logistics Group Supports USS Theodore Roosevelt

  

- April 8, 2020: Meal Allowance Rules Modified for Sailors Restricted to Government Quarters
- April 8, 2020: NCIS: Sailors, Marines, Civilians Beware of Card-Cracking Scams
- April 7, 2020: NAVWAR Enterprise Delivers Innovative Solutions for Increased Readiness in Support of COVID-19 Relief Efforts
- April 7, 2020: Navy Lodge Program Supports Those on Restriction of Movement Status Due to COVID-19
- April 7, 2020: Navy Mandates Face Covering: What You Need to Know
- April 6, 2020: NAVCO Launching SHIP2SHORE Virtual Outreach Program
- April 6, 2020: Navy Exchange Service Command Donates 240 N-95 Masks to Naval Air Station Pensacola Fire Department
- April 6, 2020: Info Warfare Training Detachment Entertains Base-Restricted Sailors While Social Distancing
- April 5, 2020: 7th Fleet Commander Arrives in Guam During COVID-19 Recovery
- April 4, 2020: Rapid Mobilization Process Established for Reservists Supporting COVID-19 Response
- April 3, 2020: Navy Deploys Expeditionary Medical Facility Personnel to Support Federal COVID-19 Response
- April 3, 2020: Navy College Program Continues During COVID-19 Pandemic
- April 3, 2020: NAVSUP FLC Norfolk Helps Comfort Get Underway for New York
- April 3, 2020: Team at Naval Personnel Command Works 24/7 to Help Sailors, Families With PCS Questions
- April 3, 2020: Navy Initiates Temporary Changes for ID Card Offices
- April 2, 2020: Navy, Marine Corps Partner With Industry, FEMA to 3-D Print Face Shields
- April 2, 2020: Hospital Ships Arrive Safely With Help From Meterologists, Oceanographers
- April 2, 2020: Navy COVID-19 Efforts Link to Joint Acquisition Task Force
- April 2, 2020: Before COVID-19, U.S. Naval War College War Game Examined Epidemic Response
- April 1, 2020: Comfort Treats First Patients in New York
- April 1, 2020: U.S. Navy Support Facility Diego Garcia Ramps Up Social Distancing
- April 1, 2020: Undersea Warfare Center Builds Face Shields for Local Medical Community
- April 1, 2020: DC-Area Fleet/Family Support Center Offers Webinars to Help Navigate COVID-19
- March 31, 2020: 24/7 Chaplain Hotline for Reserve Sailors Starts April 1
- March 30, 2020: Comfort Arrives in New York
- March 29, 2020: Comfort Underway to Support City of New York
- March 27, 2020: Navy Exchange Service Command Closes Tailor/Embroidery, Laundry, Dry Cleaning Shops Due To COVID-19
- March 27, 2020: USNS Mercy Arrives in Los Angeles
- March 27, 2020: Amid COVID-19 Restrictions SkillBridge Internships Continue
- March 27, 2020: St Louis Native Supports Nation's COVID-19 Response Efforts Aboard USNS Mercy
- March 27, 2020: Navy Strengthens Supply Chain During COVID-19 Pandemic
- March 26, 2020: Navy Authorizes Enlistment Extensions, Re-Entry Opportunities
- March 26, 2020: Navy Base in Japan Works to Keep COVID-19 at Bay
- March 25, 2020: U.S. Navy Reports Updated Positive COVID-19 Cases
- March 25, 2020: Navy Consolidates COVID-19 Prevention Policies in NAVADMIN 080/20
- March 25, 2020: Naval Postgraduate School Continues Prep for Spring Classes Online
- March 24, 2020: Navy Reserve Arrives to Support USNS Mercy
- March 24, 2020: Containing COVID-19: Why the Boss Sent Me Home
- March 24, 2020: TAP Available Online for Transitioning Sailors
- March 23, 2020: USNS Mercy Departs San Diego
- March 23, 2020: U.S. Naval War College Turns to Virtual Town Hall, All-Hands Call in Response to COVID-19
- March 22, 2020: Navy Exchange Service Command Closes Barber and Beauty Shops in Response to COVID-19
- March 22, 2020: Navy Preventive Medicine Teams Embark Ships in 7th Fleet
- March 21, 2020: Naval War College Moves Lectures, Seminars Online, Postpones Events to Fight COVID-19
- March 20, 2020: Navy Exchange Suspends All In-Store Vendor and Sales Events

Skip to main content (Press Enter).

- March 20, 2020: [Navy Increasing Health Protection Measures on Installations to Fight COVID-19](#)

- March 19, 2020: Navy Postpones Selection Boards

  

- March 18, 2020: [Navy Cancels Spring 2020 Fitness Cycle, Delays Advancement Exam](#)
- March 18, 2020: [Navy School Closed After Third COVID-19 Case](#)
- March 17, 2020: [Updated Training Track Guidance Issued](#)
- March 16, 2020: [Navy Museums Temporarily Close](#)
- March 15, 2020: [COVID-19: Important Information for U.S. Navy Reservists](#)
- March 15, 2020: [Navy Sets Coronavirus Transfer and Travel Rules: What You Need to Know (March 15, 2020)](#)

## Navy.mil Strategic Library

- July 31, 2020: [Department of the Navy Return to the Workplace](#)

## Navy Times

- July 31, 2020: ['A small number' of carrier George HW Bush sailors test positive for COVID-19](#)

Back to links

## Supporting Video

- Jan. 11, 2021: [Coronavirus Vaccines on USS San Antonio](#)
- Dec. 16, 2020: [Lieutenant Emily Micciolo talks about receiving COVID-19 vaccine](#)
- Dec. 16, 2020: [Captain Shelley Perkins talks about the first round of COVID-19 vaccination at Naval Hospital Camp Pendleton](#)
- Dec. 16, 2020: [U.S. Navy Lieutenant Commander Devon Czarzasty talks about the COVID-19 Vaccination](#)
- Dec. 16, 2020: [NMCSD's Coronavirus Vaccine MAO](#)
- Dec. 15, 2020: [NMCSD COVID-19 Vaccine Interview](#)
- Dec. 15, 2020: [NMCSD COVID-19 Vaccine Transfer to NHCP](#)
- Dec. 15, 2020: [COVID-19 vaccine arrives at Naval Hospital Camp Pendleton](#)
- Dec. 15, 2020: [NMCSD Distributes COVID-19 Vaccine](#)
- Dec. 15, 2020: [Naval Medical Center San Diego COVID-19 Vaccine Teleconference](#)
- Dec. 15, 2020: [COVID-19 Vaccine Arrives at Naval Hospital Pensacola](#)
- June 3, 2020: [Basic Information on COVID19 Contact Tracing Process in the U.S. Navy](#)
- April 25, 2020: [America Strong](#)
- April 3, 2020: [Secretary Modly appearance on Hugh Hewitt Show to discuss Navy response to COVID-19](#)
- March 24, 2020 (Facebook Live Press Conference): [Secretary of the Navy, Chief of Naval Operations, Navy Surgeon General, Master Chief Petty Officer of the Navy](#)
- March 24, 2020: [Acting Secretary of the Navy Thomas B. Modly – Message to the Fleet](#)
- March 23, 2020: [USNS Mercy (T-AH 19) Deploys in COVID-19 Response Support](#)
- March 23, 2020 (Facebook Video): [Press Availability on USNS Mercy Deployment](#)
- March 21, 2020: [Chief of Naval Personnel Virtual Town Hall](#)
- March 19, 2020: [CNO's Message to the Fleet on Coronavirus](#)
- March 18, 2020: [Coronavirus Terms to Know](#)
- March, 14, 2020: [Message From Chief of Naval Operations ADM Mike Gilday and Master Chief Petty Officer of the Navy Russell Smith](#)

Skip to main content (Press Enter).

- Feb. 26, 2020: Navy Surgeon General's Message

    

## DoD, Navy Leadership Statements

- Oct.4, 2021: Mandatory Coronavirus Disease 2019 Vaccination of DoD Civilian Employees
- Aug. 24, 2021: Mandatory Coronavirus Disease 2019 Vaccination of Department of Defense Service Members
- Dec. 15, 2020: CNO Gilday Issues a Message to the Fleet on the COVID Vaccine
- April 14, 2020: U.S. Naval Forces Europe-Africa and U.S. 6th Fleet Resiliency Letter
- April 11, 2020: Chief of Navy Reserve Releases Message to the Force
- March 31, 2020: Vice Chief of Naval Operations Message to Navy Leadership
- March 30, 2020: COVID-19 Navy Update: CNO and MCPON Message to the Fleet
- March 27, 2020: Memo from Secretary of Defense to all DoD Personnel
- March 26, 2020: Chief of Naval Operations Statement on USS Theodore Roosevelt
- March 25, 2020 (DoD Statement): Overseas Stop Movement Order in Response to COVID-19
- March 18, 2020: Hospital Ships, Other DOD Assets Prepare for Coronavirus Response
- March 14, 2020: Statement by the Department of Defense on COVID-19 Response Measures on the Pentagon Reservation
- March 13, 2020: Department of Defense Statement on Enhanced Protection Measures at Pentagon

Back to links

## TRANSCOM Release

- March 17, 2020: Most Defense Personal Property Pick-ups and Pack-outs Paused; Deliveries Continue

Back to links

## More Resources

- 30 Days to Slow the Spread (President's Coronavirus Guidelines for America – PDF)
- MWR At Home Website
- White House/CDC/FEMA COVID-19 Page
- Navy Remote Work Information & Guidance (CAC Required) Published by the DON Deputy Chief Information Officer for the Navy
- Military Health System Nurse Advice Line
- MyNavy Career Center
- Navy Chaplain Care
- Psychological Health Resource Center
- Navy Marine Corps Public Health Center

Skip to main content (Press Enter)   ...onavirus Update Site

- Centers for Disease Control and Prevention COVID-19 Website
- Navy-Marine Corps Relief Society: Coronavirus Response (video)

Skip to main content (Press Enter).

















  

Google Translation Disclaimer

LEGAL & ADMINISTRATIVE LINKS

      



**U.S. Navy Office of Information**

Chief of Information
Attn: US Navy
1200 Navy Pentagon
Washington DC 20350-1200

# Tab 8

Case 4:21-cv-01236-O    Document 225    Filed 02/13/23    Page 75 of 162    PageID 7576

```
UNCLASSIFIED

ROUTINE

R 111536Z APR 22 MID200001660830U

FM CNO WASHINGTON DC

TO NAVADMIN

INFO SECNAV WASHINGTON DC
CNO WASHINGTON DC

BT
UNCLAS
NAVADMIN 093/22

MSGID/NAVADMIN/CNO WASHINGTON DC/CNO/APR//

SUBJ/U.S. NAVY COVID-19 STANDARDIZED OPERATIONAL GUIDANCE 6.0(CORRECTED
COPY)//

REF/A/MSG/CNO/152351ZJAN22//
REF/B/MSG/CNO/292271ZJUL21//
REF/C/MSG/CNO/301952ZAPR21//
REF/D/DOC/USD(PR)/04APR2022//
REF/E/ASN(MRA)/03MAR2022//
REF/F/MSG/CNO/221712ZDEC21//
REF/G/MSG/CNO/241805ZNOV21//
REF/H/DOC/NMCPHC/27DEC2021//
REF/I/DOC/NMCPHC/14MAY2021//
REF/J/DOC/NMCPHC/19MAR2021//
REF/K/MSG/CNO/041827ZAUG21//
REF/L/MSG/CNO/231718ZAUG21//

NARR/REF A IS NAVADMIN 007/22, U.S. NAVY COVID-19 STANDARDIZED OPERATIONAL
GUIDANCE 5.0.
REF B IS NAVADMIN 161/21, UPDATED MASK GUIDANCE FOR ALL DOD INSTALLATIONS AND
OTHER FACILITIES.
REF C IS NAVADMIN 086/21, UPDATED GUIDANCE TO COMMANDERS ON ADJUSTING HEALTH
PROTECTION CONDITIONS AND BASE SERVICES DURING
COVID-19 PANDEMIC (CORRECTED COPY).
REF D IS USD P&R CONSOLIDATED DEPARTMENT OF DEFENSE CORONAVIRUS DISEASE 2019
FORCE HEALTH PROTECTION GUIDANCE AVAILABLE AT
https://www.defense.gov/Explore/Spotlight/Coronavirus/Latest-DOD-Guidance/.
REF E IS ASN M&RA MEMORANDUM ON DEPARTMENT OF THE NAVY GUIDANCE ON COVID-19
COMMUNITY LEVELS AND WORKPLACE SAFETY PROTOCOLS.
REF F IS NAVADMIN 289/21, GUIDANCE ENCOURAGING COVID-19 VACCINE BOOSTER.
REF G IS NAVADMIN 268/21, REQUIRED COVID-19 TESTING FOR UNVACCINATED SERVICE
MEMBERS.
REF H IS NAVY AND MARINE CORPS PUBLIC HEALTH CENTER COVID-19 OMICRON VARIANT
AND BOOSTER EFFECTIVENESS.
REF I IS NAVY AND MARINE CORPS PUBLIC HEALTH CENTER U.S. NAVY FORCE HEALTH
PROTECTION WITH CONSIDERATIONS FOR VACCINE EFFICACY.
REF J IS NAVY AND MARINE CORPS PUBLIC HEALTH CENTER DOCUMENT ASSESSING REAL
COVID-19 RISK.
REF K IS NAVADMIN 165/21, SOVEREIGN IMMUNITY POLICY.
REF L IS NAVADMIN 180/21, UPDATE TO COVID-19 REPORTING REQUIREMENTS.

POC/OPNAV/CAPT SHARIF CALFEE, (703) 571-2822//EMAIL:
SHARIF.H.CALFEE.MIL(AT)US.NAVY.MIL

RMKS/ 1.  Purpose.  This NAVADMIN provides updated COVID-19 Standing
Operational Guidance (SOG 6.0), replaces reference (A) and cancels references
```

(B) and (E).

Case 4:21-cv-01236-O   Document 225   Filed 02/13/23   Page 76 of 162   PageID 7577

2.  SUMMARY:  SOG 6.0 should be read in its entirety.  Notable updates
include guidance for unvaccinated personnel, actions taken for COVID-19
infected personnel and close contacts, and guidance for mask wearing
underway.  All units shall refer to references
(D) and (E) for Health Protection Condition and masking guidance not
contained in this NAVADMIN.  Personnel safety of our sailors and civilians
remains our driving focus.  Vaccinations, vaccine boosters, command
engagement, and personal accountability continue to form the foundation of
our success.  Every member of every command must take personal ownership and
responsibility of the promulgated measures required to keep COVID-19 in
check.

3.  Applicability.  This guidance applies to all service members (active duty
and ready reserve) assigned to, or supporting, operational units as defined
in paragraph 5.e below.  Additionally, paragraph 7 (COVID-19 Testing) applies
to all commands and paragraph 8 (Operating in a COVID-19
Environment) applies to all personnel onboard operational platforms.  Non-
operational forces, civilian employees and contractor personnel should follow
the latest Department of Defense (DOD) Force Health Protection, Centers for
Disease Control and Prevention (CDC), and state/local area guidance.
Additionally, higher echelon Commanders guidance may apply.

4.  Evolving Guidance.  The CDC is the authority for COVID-19 measures on
behalf of the general public.  The Navy Surgeon General remains as the
authority for Navy COVID-19 measures and advises the CNO on how best to apply
CDC guidance across the spectrum of unique Navy operating environments, and
may include additional measures not required by the general public.
Accordingly, and except as noted below in this NAVADMIN, evolving CDC
guidance related to virus behavior shall first be evaluated by the Navy
Surgeon General prior to Fleet implementation.
Questions regarding applicable COVID-19 measures may be directed to the point
of contact (POC) listed above.

5.  Definitions.  All CDC definitions regarding COVID-19 apply and are kept
current on the CDC website (https://www.cdc.gov).
The following additional Navy definitions are provided:

5.a.  Fully Vaccinated:  Term for an individual who has completed a primary
COVID-19 vaccine series as defined in reference (F).  Term applies two weeks
after the final dose is received.  During the time period from initial dose
until two weeks after the final dose, an individual is considered partially
vaccinated.

5.b.  Up-to-Date (UTD) COVID-19 Vaccination:  Term for an individual who has
received all CDC recommended COVID-19 vaccines, including booster dose(s)
when eligible.  UTD
COVID-19 Vaccine and booster guidance is subject to change and is available
on the CDC website.

5.c.  High-Risk Personnel:  Those individuals designated by a medical
provider who meet CDC criteria for increased risk of severe illness.
Qualifying conditions are included on the CDC website.

5.d.  Commander:  For the purposes of this NAVADMIN, the term Commander
includes Commanding Officers, Officers-in-Charge, Masters, and Aircraft
Commanders.

5.e.  Operational and Non-Operational Forces:  For the purposes of this
NAVADMIN, operational forces and non-operational forces are defined by the
applicable NCC.  For operational forces, this might include deployed forces,
forces in sustainment, or other operational elements that the NCC determines
to fall within the intent and context of this NAVADMIN.

Pls.' Opp. to Assertion of Mootness App. 0072

5.f.  Restriction of Movement (ROM): DoD term for limiting personal
interaction to reduce risk to a broader population.
Personnel executing directed ROM remain in a duty status and will not be
charged leave.  ROM-sequester, when directed, is the Navy term for preemptive
ROM in order to reduce risk of infection in advance of movement.

5.g.  Health Protection Measures (HPM): Comprehensive term for mitigation
measures that reduce the spread of COVID-19.
This includes physical distancing, wearing of masks, and enhanced
environmental cleaning and disinfection.  Recommended HPMs are included on
the CDC website.

5.h. Viral Test:  For the purposes of this NAVADMIN, unless specifically
stated otherwise, viral test may refer to either a test that measures the
antigens (antigen test) or a test that measures viral RNA (Polymerase Chain
Reaction (PCR) test).

5.i.  Close Contact:  A person who was less than 6 feet away from an infected
person (laboratory-confirmed or a clinical
diagnosis) for a cumulative total of 15 minutes or more over a 24-hour period
(for example, three individual 5-minute exposures for a total of 15 minutes).

6.  COVID-19 Infected Personnel and Close Contacts.

6.a.  Actions for Personnel Suspected of Being Infected.

6.a.1.  Symptomatic.  Test immediately those individuals exhibiting COVID-19
symptoms.  If symptomatic and positive, isolate the individual per paragraph
6.a.3 and identify close contacts per reference (D).

6.a.2.  Close Contacts.  Asymptomatic close contacts who have not received a
vaccine booster should be tested 5 days after exposure, if testing is
available (see paragraph 6).
If COVID-19 positive, refer to paragraph 6.a.3.  If the asymptomatic close
contact has received a vaccine booster, testing is not required.  Close
contacts who do not test positive for COVID-19 may remain on duty but must
wear a mask for 10 days.  If symptoms develop, test per paragraph

6.a.1.

6.a.3.  Isolation.  Isolate individuals who test positive for 5 days or until
symptoms are clearing, whichever is longer, including 24 hours with no fever
and without fever-reducing medication (day 0 is date of positive test or
symptom onset, whichever occurred first).  Isolation may be conducted either
ashore or afloat.  Once released, individuals will wear a mask for an
additional 5 days (minimum 10 days total).  No exit testing is required and,
absent symptoms, prior positives should not be PCR-tested again for 90 days
(per paragraph 7.c).

6.b.  Actions for Unvaccinated Personnel.

6.b.1.  To maintain Fleet readiness, all personnel assigned to operational
Navy units shall be fully vaccinated.  Unvaccinated personnel shall not
execute orders to operational Navy units.
Unvaccinated personnel shall not embark underway Navy vessels or aircraft;
commanders of operational units shall temporarily reassign unvaccinated
personnel from their commands with the concurrence of the first flag officer
in the chain of command.
Exceptions, if any, will be managed case-by-case by the applicable NCC and
reported to the POC of this instruction.

6.b.2.  Refer to medical providers unvaccinated individuals exhibiting COVID-
19 symptoms for follow-on care.  Identify close contacts per reference (D).
Similarly, refer unvaccinated close contacts to medical providers.  Treat
vaccinated close contacts per paragraphs 6.a.2 above.

Pls.' Opp. to Assertion of Mootness App. 0073

7.  COVID-19 Testing.

7.a.  Test Procurement.  To ensure uninterrupted operations, and as feasible, commands will coordinate with their supporting supply activities to obtain testing supplies 60 days in advance of need.  This should include additional tests required for U.S. testing of personnel during any anticipated port calls.

7.b.  Testing of Unvaccinated Personnel.  Unvaccinated personnel shall follow the testing requirements of reference (G), as amended in reference (D) and below in paragraph 7.c.

7.c.  Testing of Individuals Previously Infected with COVID-19.
Individuals previously infected with COVID-19 may be asymptomatic and continue to test positive by PCR test for up to 90 days from date of initial diagnosis due to the presence of persistent non-infectious viral fragments. Therefore, prior COVID-19 positives are exempt from testing protocols for 90 days from the earlier of symptom onset or first positive test (90-day rule). Individuals who exhibit new or persistent symptoms during that three-month period should be evaluated by a medical provider.

7.d.  Surveillance / Ship-Wide Testing.  Surveillance or ship-wide testing is not required or recommended and has previously identified large numbers of asymptomatic persistent positives.

7.e.  Testing Priority.  Personnel exhibiting COVID-19 like symptoms are the highest priority for testing.  If testing asymptomatic close contacts per paragraph 6.a.2 or 8.g.2 will stress testing supplies, or if operations preclude testing
(e.g., small, remote teams or depleted  testing supplies),
Commanders are authorized to forego testing asymptomatic close contacts. This prioritization is consistent with CDC guidance (https://www.cdc.gov/coronavirus/2019-ncov/php/ contact-tracing/contact-tracing-plan/prioritization.html).

8.  Operating in a COVID-19 Environment.

8.a.  Up-to-date (UTD) COVID-19 Vaccination.  Commanders should encourage UTD COVID-19 Vaccination of personnel at least 30-days prior to DEPORD movements or inter-fleet transfers.

8.b.  Medical Screening.  Medical screening will include newly reporting personnel and a command-wide monthly data review and assessment, as directed by the NCC.  An additional pre- deployment screening will be completed 7 days prior to deployment.
Medical screening shall be conducted by medical providers and reported to the unit Commander to assist in assessing risk and mitigations.  Screening will include, at a minimum, vaccination and vaccine booster status, review and assessment of COVID-19 exposure history (those under the 90-day rule), and underlying risk factors.

8.c.  Military Sealift Command (MSC).  MSC shall medically screen Civil Service Mariners (CIVMARs) and contract personnel for deployment on MSC vessels in accordance with existing MSC Quality Management System processes and procedures.  Unvaccinated CIVMARs and contract personnel should not be assigned to operational units. Exceptions and associated mitigations will be approved by Commander, MSC.

8.d.  Fully vaccinated High-Risk Personnel.  The decision to operate and deploy with fully vaccinated high-risk personnel rests with the Commander, as advised by medical providers, who must report intentions to their immediate superior in command.  High-risk personnel shall be PCR viral tested within 3 days prior to embarking.

Pls.' Opp. to Assertion of Mootness App. 0074

Case 4:21-cv-01236-O   Document 225   Filed 02/13/23   Page 79 of 162   PageID 7580

8.e.   Predeployment ROM-sequester.  Fully vaccinated personnel should not normally be required to ROM-sequester ahead of planned operations.  ROM-sequester may be directed by the applicable NCC based upon Geographic Combatant Commander guidance and applicable host nation requirements.

8.f.   Underway HPM.  As a result of demonstrated vaccine effectiveness, a 100% fully vaccinated operational force and a healthy demographic, serious illness or death resulting from COVID-19 for fully vaccinated individuals is statistically very unlikely, and modeling contained in references (H), (I), and (J) indicates this will continue in the context of current variants.  UTD COVID-19 Vaccination reduces the risk even further.  However, the increasing contagious nature of evolving variants can result in unmanageable numbers of even mild symptomatic positives and may impose general health and operational unit risk, i.e. risk to force or risk to mission, regardless of symptom severity.  The following HPM, at a minimum, are required:

8.f.1.   Medical screening as outlined above in paragraph 8.b.

8.f.2.   Masks.  Following all inport periods, if less than 75% of the crew is UTD COVID-19 Vaccination Commanders should consult with medical professionals and consider mask wear for the first 10-days at sea.  Similarly, Commanders should consider mask wear in response to the onset of onboard COVID-19.

8.f.3.   Educate and reinforce the importance of self-monitoring for symptoms and prompt reporting.

8.f.4.   Educate and reinforce the importance of frequent handwashing and social distancing, when possible.

8.f.5.   Aggressively isolate COVID-19 positive individuals per paragraph 6 above.

8.f.6.   Ensure adequate ventilation in spaces routinely manned.

8.f.7.   Educate and reinforce focused cleaning efforts on high-touch surfaces, at least daily or more frequently, depending upon usage (e.g., tables, hatch latches, ladderwells, phones, watch console keyboards and buttons, toilets, faucets, sinks, etc.).  Although remote, there is evidence of surface spread of COVID-19 and other viruses with similar symptoms.

8.g.   Considerations for Adding or Relaxing HPM.  NCCs and Commanders should consider for any unit the operational impact resulting from the number of sailors in isolation, either ashore or afloat, regardless of percentage of immunized personnel, UTD COVID-19 Vaccinations, or severity of symptoms.  Commanders may elevate or relax HPM at any time, and retain the latitude to temporarily apply alternate HPM in lieu of isolation to support safe operations.  An example might be a rapid spread that compels a Commander to employ asymptomatic or mildly symptomatic positives to manage watch-bill impact while recovering others in isolation, applying additional alternate measures as needed to minimize spread.  The following should be considered before adjusting HPM:

8.g.1.   Overall number of individuals in isolation and trend.  The general rule of thumb for a COVID-19 outbreak trending in a favorable direction is that the number of those exiting isolation matches (flattening curve) or exceeds (lowering curve) those entering isolation, combined with the assessment that the total number of symptomatic individuals is manageable and improving, and watch-bill (operational) impact is manageable and improving.

8.g.2.   If less than 75% of the total eligible crew is UTD COVID-19 Vaccinations, implement the requirements of 8.f.2. and consider a 5 day viral test for all close contacts per paragraph 6.a.2., regardless of vaccination status.

8.g.3.   Proximity of a units access to shore and afloat Medical Treatment

Facilities (MTF) within a MEDRGN, and relevant timeline, balanced with
paragraph 7.e HPM and onboard trend.  Rule of thumb is within 1-week of an
MTF for 100 percent fully vaccinated crew with manageable case load, moving
to a more restrictive 72 hours or less if a growing or concerning caseload,
and moving to a less restrictive beyond 1-week, if small or no caseload.

8.h.  Port Visits.  Liberty is an important mission and should be pursued
within the context of this NAVADMIN.
Geographic NCCs (GNCC) will set conditions for foreign port off-base liberty
in coordination with country teams and local authorities, taking into account
host country requirements, vaccination and booster status, sovereign immunity
per paragraph 9 below, COVID-19 prevalence and mission requirements.

8.i.  Aircraft Operations.  On a case-by-case basis, aircrews and aircraft
maintainers may be exempt from this guidance in order to meet emergent
operational or NATOPS currency requirements.  Exemptions and mitigation plans
must be approved by the Squadron Commander.  For aviation units embarked on
surface ships, mitigation plans will be coordinated with the ships health
protection plan and approved by the ships Commanding Officer.

8.j.  Post-Deployment.  Personnel returning to homeports from deployment
shall follow CDC and U.S. Department of State travel and testing
requirements.  If return travel includes foreign countries, personnel shall
follow the travel and testing requirements for those individual nations,
subject to sovereign immunity concerns (see below).
Updated travel information is on the following website:
https://travel.state.gov.

9.  Sovereign Immunity.

9.a.  It is U.S. Government policy to protect the sovereign immunity of
warships, naval auxiliaries, and aircraft, including protecting crew
information to the maximum extent possible.  Within the context of COVID-19,
host nations may request or require crew or ship information that exceeds
that authorized by U.S. policy or international law.  NCCs will ensure
appropriate training and guidance on protecting U.S.
sovereign immunity and on the protection of health information as part of
OPSEC/personal security.

9.b.  GNCCs should endeavor to determine in advance those host nations that
may challenge U.S. sovereign immunity and, as able, avoid them.  See
reference (K) for additional guidance.  In all cases, GNCCs shall authorize
the minimum information necessary in order to meet operational requirements.
The Navy Declaration of Health (NAVMED 6210/3) is the only authorized form
for providing health information to foreign officials.  If required by the
host nation, and with GNCC concurrence, Commanders, at their discretion, may
include on the NAVMED 6210/3 that their unit is 100% vaccinated, those
disembarking have tested negative within the required timeframe, and/or that
those disembarking have received a vaccine booster.

9.c.  Exceptions to Policy (ETP).  On a case-by-case basis, and to support
operations, OPNAV N3N5 may grant an ETP to mitigate the operational impact of
host nation COVID-19 requirements.  Any action that may constitute or require
a waiver of sovereign immunity must be coordinated by the applicable GNCC
with OPNAV N3N5 for ETP approval no later than 5 days ahead of need.  To
avoid precedence beyond COVID-19, any ETP will be messaged to the host nation
as explicitly linked to the pandemic.  Requests shall include justification
for port selection; host nation mitigation and testing requirements;
alternate port options; impact to mission if the request is denied; medical,
legal, collection and privacy risk; and feedback from country team
coordination.
Notifications and requests may be sent via record message traffic, email to
the POC provided above, or both.

9.d.  Guidance for Commanders.  Per the direction of their GNCCs, Commanders

Pls.' Opp. to Assertion of Mootness App. 0076

Case 4:21-cv-01236-O   Document 225   Filed 02/13/23   Page 81 of 162   PageID 7582

shall comply with domestic and foreign quarantine regulations upon port entry and document compliance on NAVMED 6210/3.  Absent GNCC approval in advance, Commanders will not submit to host nation COVID-19 testing nor provide individual or collective medical data, copies of health records, nor any supplementary or locally-demanded health forms, and shall not grant access to ship or crew health records or allow the same to be searched or inspected by host nations.  If compelling circumstances require a Commander to acquiesce to additional host nation requirements without obtaining an ETP or GNCC concurrence (e.g., personnel emergency, weather avoidance), report the event and circumstances as soon as practicable to OPNAV N3N5 via the chain of command.


10.  Reporting Procedures.  Reporting procedures are amended as follows and will be incorporated in the next revision of reference (L).  OPREP-3 Navy Blue messages for COVID-19 cases that do not result in death, request for assistance, or operational impact may instead be reported via SharePoint.  If unable to report via SharePoint, a single daily OPREP-3 Navy Unit SITREP summarizing all COVID-19 cases onboard is required.  SharePoint information is used to produce daily reports to Senior Navy Leadership.


11.  Released by VADM W. R. Merz, Deputy Chief of Naval Operations for Operations, Plans, and Strategy, OPNAV N3/N5.//

BT
#0001
NNNN
UNCLASSIFIED//

# Tab 9

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| **U.S. NAVY SEALs 1-3;** on behalf of themselves and all others similarly situated; **U.S. NAVY EXPLOSIVE ORDNANCE DISPOSAL TECHNICIAN 1**, on behalf of himself and all others similarly situated; U.S. **NAVY SEALS 4-26**; **U.S. NAVY SPECIAL WARFARE COMBATANT CRAFT CREWMEN 1-5**; and **U.S. NAVY DIVERS 1-3**, <br><br> Plaintiffs, <br><br> v. <br><br> **LLOYD J. AUSTIN, III**, in his official capacity as United States Secretary of Defense; **UNITED STATES DEPARTMENT OF DEFENSE**; **CARLOS DEL TORO**, in his official capacity as United States Secretary of the Navy, <br><br> Defendants. | Case No. 4:21-cv-01236-O |

## DECLARATION OF U.S. NAVY SEAL 3

Pursuant to 28 U.S.C. § 1746, I, U.S. Navy SEAL 3, under penalty of perjury declare as follows:

1. I am over the age of eighteen and am competent to make this declaration.

2. I serve as a Class Representative in this class action litigation.

3. I submitted several declarations in this matter that outline my religious objections to the COVID-19 vaccine and the adverse actions the Navy has taken against me. Since January 3, 2022, I have been protected from separation because of the preliminary injunction.

4.   Even though the COVID-19 mandate has now been repealed, consequences of the mandate still exist and personally impact my career in the Navy.

5.   I am currently serving in a non-operational billet. I came to this position shortly after I was removed from a lead position as a SEAL instructor because my command presumed that I was going to be kicked out of the Navy, even with a pending religious accommodation.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on February 11, 2023.

/s/ U.S. Navy SEAL 3

U.S. Navy SEAL 3

# Tab 10

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| **U.S. NAVY SEALs 1-3;** on behalf of themselves and all others similarly situated; **U.S. NAVY EXPLOSIVE ORDNANCE DISPOSAL TECHNICIAN 1**, on behalf of himself and all others similarly situated; U.S. **NAVY SEALS 4-26**; **U.S. NAVY SPECIAL WARFARE COMBATANT CRAFT CREWMEN 1-5**; and **U.S. NAVY DIVERS 1-3**, <br><br> Plaintiffs, <br><br> v. <br><br> **LLOYD J. AUSTIN, III**, in his official capacity as United States Secretary of Defense; **UNITED STATES DEPARTMENT OF DEFENSE**; **CARLOS DEL TORO**, in his official capacity as United States Secretary of the Navy, <br><br> Defendants. | Case No. 4:21-cv-01236-O |

**DECLARATION OF U.S. NAVY SEAL 7**

Pursuant to 28 U.S.C. § 1746, I, U.S. Navy SEAL 7, under penalty of perjury declare as follows:

1.  I am over the age of eighteen and am competent to make this declaration.

2.  I am one of the original Plaintiffs in this litigation.

3.  I submitted several declarations in this matter that outline my religious objections to the COVID-19 vaccine and the adverse actions the Navy has taken against me. From January 3, 2022, until my End of Active Obligated Service, I was protected from separation because of the preliminary injunction.

1

4.   I separated from the Navy in November of 2022. In doing so, I did not knowingly withdraw my religious accommodation request. During the separation process, my religious accommodation request was never mentioned.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on February 12, 2023.

*/s/ U.S. Navy SEAL 7*
U.S. Navy SEAL 7

# Tab 11

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | |
|---|---|
| **U.S. NAVY SEALs 1-3;** on behalf of themselves and all others similarly situated; **U.S. NAVY EXPLOSIVE ORDNANCE DISPOSAL TECHNICIAN 1**, on behalf of himself and all others similarly situated; U.S. **NAVY SEALS 4-26**; **U.S. NAVY SPECIAL WARFARE COMBATANT CRAFT CREWMEN 1-5**; and **U.S. NAVY DIVERS 1-3**,<br><br>                    Plaintiffs,<br><br>       v.<br><br>**LLOYD J. AUSTIN, III**, in his official capacity as United States Secretary of Defense; **UNITED STATES DEPARTMENT OF DEFENSE**; **CARLOS DEL TORO**, in his official capacity as United States Secretary of the Navy,<br><br>                    Defendants. | Case No. 4:21-cv-01236-O |

## DECLARATION OF U.S. NAVY SEAL 9

Pursuant to 28 U.S.C. § 1746, I, U.S. Navy SEAL 9, under penalty of perjury declare as follows:

1.  I am over the age of eighteen and am competent to make this declaration.

2.  I am one of the original Plaintiffs in this litigation.

3.  I submitted several declarations in this matter that outline my religious objections to the COVID-19 vaccine and the adverse actions the Navy has taken against me. Since January 3, 2022, I have been protected from separation because of the preliminary injunction.

1

4.   Even though the COVID-19 mandate has now been repealed, consequences of the mandate still exist and personally impact my career in the Navy.

5.   I am currently non-operational. I rank as an E-8 and serve at an advanced training command. After my last deployment, I screened for the milestone position of Troop Chief. However, I was not picked up by any SEAL teams and instead went to the advanced training command I am now serving at.

6.   I previously aspired to fill the Troop Chief role so I could promote and continue progressing in my career, but now, my progression has stalled so long as I am unvaccinated. Without being a Troop Chief, I cannot promote to an E-9.

7.   Retiring as an E-8, instead of an E-9, reduces my military retirement and bonuses.

8.   I am an experienced SEAL of almost 20 years and will soon be faced with a decision regarding reenlistment. One of the factors I am considering for reenlistment is whether I will be able to continue serving my country in meaningful ways while remaining unvaccinated.

2

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on February 12, 2023.

/s/ U.S. Navy SEAL 9
U.S. Navy SEAL 9

# Tab 12

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

**U.S. NAVY SEALs 1-3;** on behalf of themselves and all others similarly situated; **U.S. NAVY EXPLOSIVE ORDNANCE DISPOSAL TECHNICIAN 1**, on behalf of himself and all others similarly situated; U.S. **NAVY SEALS 4-26**; **U.S. NAVY SPECIAL WARFARE COMBATANT CRAFT CREWMEN 1-5**; and **U.S. NAVY DIVERS 1-3**,

                 Plaintiffs,

   v.

**LLOYD J. AUSTIN, III**, in his official capacity as United States Secretary of Defense; **UNITED STATES DEPARTMENT OF DEFENSE**; **CARLOS DEL TORO**, in his official capacity as United States Secretary of the Navy,

                 Defendants.

Case No. 4:21-cv-01236-O

---

## DECLARATION OF U.S. NAVY SEAL 13

Pursuant to 28 U.S.C. § 1746, I, U.S. Navy SEAL 13, under penalty of perjury declare as follows:

1. I am over the age of eighteen and am competent to make this declaration.

2. I am one of the original Plaintiffs in this litigation.

3. I submitted several declarations in this matter that outline my religious objections to the COVID-19 vaccine and the adverse actions the Navy has taken against me. Since January 3, 2022, I have been protected from separation because of the preliminary injunction.

1

4.   Even though the COVID-19 mandate has now been repealed, consequences of the mandate still exist and personally impact my career in the Navy.

5.   I am currently a member of a non-operational command. So long as I remain here, I am unable to fulfill the milestone of deployed Leading Petty Officer to advance in rank. Because I cannot deploy as an unvaccinated SEAL, I will not be able to complete this milestone or promote. My career progression has ended, as there is no way for me to advance to the next rank as an unvaccinated SEAL if I cannot deploy.

6.   I was removed from my position as a Leading Petty Officer when I filed my religious accommodation request.

7.   I have served for eighteen years. Not being allowed to promote again before retirement will have a significant impact on what I can receive in retirement.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on February 10, 2023.

<div align="right">

/s/ U.S. Navy SEAL 13
U.S. Navy SEAL 13

</div>

3

# Tab 13

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

|  |  |
|---|---|
| **U.S. NAVY SEALs 1-3;** on behalf of themselves and all others similarly situated; **U.S. NAVY EXPLOSIVE ORDNANCE DISPOSAL TECHNICIAN 1**, on behalf of himself and all others similarly situated; U.S. **NAVY SEALS 4-26**; **U.S. NAVY SPECIAL WARFARE COMBATANT CRAFT CREWMEN 1-5**; and **U.S. NAVY DIVERS 1-3**,<br><br>                       Plaintiffs,<br><br>    v.<br><br>**LLOYD J. AUSTIN, III**, in his official capacity as United States Secretary of Defense; **UNITED STATES DEPARTMENT OF DEFENSE**; **CARLOS DEL TORO**, in his official capacity as United States Secretary of the Navy,<br><br>                       Defendants. | Case No. 4:21-cv-01236-O |

### DECLARATION OF U.S. NAVY SEAL 15

Pursuant to 28 U.S.C. § 1746, I, U.S. Navy SEAL 15, under penalty of perjury declare as follows:

1. I am over the age of eighteen and am competent to make this declaration.

2. I am one of the original Plaintiffs in this litigation.

3. I submitted several declarations in this matter that outline my religious objections to the COVID-19 vaccine and the adverse actions the Navy has taken against me. Since January 3, 2022, I have been protected from separation because of the preliminary injunction.

4. Even though the COVID-19 mandate has now been repealed, consequences of the mandate still exist and personally impact my career in the Navy.

Pls.' Opp. to Assertion of Mootness App. 0095

5.   I am currently in a training detachment working as an instructor in a non-operational command.

6.   Before the mandate, I intended to screen for a SEAL delivery vehicle (SDV) command. I was very excited about serving in this position, and it would have been an important role for my career. I am now unsure if I could ever serve in this position if I remain unvaccinated.

7.   If I was not able to serve in a SDV command, the other option would be attaching to a SEAL team and doing a deployment as an Assistant Lead Petty Officer (ALPO). Serving as an ALPO is required to become a platoon's Lead Petty Officer (LPO). The LPO role is a milestone for enlisted SEALs as an E-6. As long as I am non-operational, I cannot serve in either the ALPO or LPO position.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on February 11, 2023.

/s/ U.S. Navy SEAL 15
U.S. Navy SEAL 15

3

# Tab 14

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| **U.S. NAVY SEALs 1-3;** on behalf of themselves and all others similarly situated; **U.S. NAVY EXPLOSIVE ORDNANCE DISPOSAL TECHNICIAN 1**, on behalf of himself and all others similarly situated; U.S. **NAVY SEALS 4-26**; **U.S. NAVY SPECIAL WARFARE COMBATANT CRAFT CREWMEN 1-5**; and **U.S. NAVY DIVERS 1-3**,<br><br>                    Plaintiffs,<br><br>          v.<br><br>**LLOYD J. AUSTIN, III**, in his official capacity as United States Secretary of Defense; **UNITED STATES DEPARTMENT OF DEFENSE**; **CARLOS DEL TORO**, in his official capacity as United States Secretary of the Navy,<br><br>                    Defendants. | Case No. 4:21-cv-01236-O |

<u>**DECLARATION OF U.S. NAVY SEAL 19**</u>

Pursuant to 28 U.S.C. § 1746, I, U.S. Navy SEAL 19, under penalty of perjury declare as follows:

1. I am over the age of eighteen and am competent to make this declaration.

2. I am one of the original Plaintiffs in this litigation.

3. I submitted several declarations in this matter that outline my religious objections to the COVID-19 vaccine and the adverse actions the Navy has taken against me. From January 3, 2022, until my End of Active Obligated Service, I was protected from separation because of the preliminary injunction.

1

4.   I separated from the Navy in January of 2023. In doing so, I did not knowingly withdraw my religious accommodation request. During the separation process, my religious accommodation request was never mentioned.

2

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on February 13, 2023.

/s/ U.S. Navy SEAL 19
U.S. Navy SEAL 19

# Tab 15

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **U.S. NAVY SEALs 1-3;** on behalf of themselves and all others similarly situated; **U.S. NAVY EXPLOSIVE ORDNANCE DISPOSAL TECHNICIAN 1**, on behalf of himself and all others similarly situated; U.S. **NAVY SEALS 4-26**; **U.S. NAVY SPECIAL WARFARE COMBATANT CRAFT CREWMEN 1-5**; and **U.S. NAVY DIVERS 1-3**,<br><br>            Plaintiffs,<br><br>     v.<br><br>**LLOYD J. AUSTIN, III**, in his official capacity as United States Secretary of Defense; **UNITED STATES DEPARTMENT OF DEFENSE**; **CARLOS DEL TORO**, in his official capacity as United States Secretary of the Navy,<br><br>            Defendants. | Case No. 4:21-cv-01236-O |

## DECLARATION OF U.S. NAVY SEAL 22

Pursuant to 28 U.S.C. §1746, I, U.S. Navy SEAL 22, declare under penalty of perjury as follows:

1.        I am over the age of eighteen and competent to make this declaration.

2.        I am one of the original Plaintiffs in this litigation.

3.        I submitted several declarations in this matter that outline my religious objections to the COVID-19 vaccine and the adverse actions the Navy has taken against me. Since January 3, 2022, I have been protected from separation because of the preliminary injunction.

1

4.      Even though the COVID-19 mandate has now been repealed, consequences of the mandate still exist and personally impact my career in the Navy.

5.      Since September 2019, I have ranked as an E-7. In November 2021, I was officially serving in a milestone position as Platoon Chief of SEAL Team 7. A milestone position is a leadership position that must be successfully completed before promoting to the next rank. To be eligible for a milestone, one must screen positive through interviews with Team Master Chiefs, have a good reputation, and successfully complete prior leadership positions. This position was incredibly meaningful to me, as I just deployed with these same men and began my career as a Navy SEAL in the same Platoon and Team I was now leading. Serving as one of the Platoon Chiefs of SEAL Team 7 was an honor.

6.      To promote from an E-7 to an E-8, I must fulfill a series of requirements, including service in a milestone position. Until the imposition of the COVID-19 requirements I was on track to fulfill those requirements and complete my milestone, therefore becoming eligible to promote to an E-8.

7.      When I submitted my Religious Accommodation Request (RAR) in October of 2021, I was removed from that SEAL team and milestone position and sent back to a training command. I was told by my Command Master Chief in December that regardless of whether my religious accommodation request was granted, I could not serve on a SEAL team.

8.      Transferring out of that position and back to a training command ended my potential to promote from an E-7 to an E-8. If I remain non-operational because I am unvaccinated, I will be unable to ever attain this promotion.

9.      Prior to the COVID-19 vaccine mandate, I consistently received excellent evaluations and awards, including Sailor of the Year for SEAL Team Seven. Therefore, I was

being solicited by a Chief Warrant Officer 4 (W-4) to transition from being an enlisted member of the Navy to an officer for a warrant package through the Warrant Officer Program. I was eligible for this program as an E-7 with fourteen years of dedicated, exemplary service to the Navy and excellent physical qualifications.

10.     In support of my warrant package, I received recommendations from Officers, Warrant Officers, and my Commanding Officer. I received this recommendation because I demonstrated outstanding performance as a SEAL, excellent leadership abilities, and the capacity to serve as an Officer of the United States Navy. True and correct copies of my recommendations are attached to this declaration as Exhibit A. After this recommendation, my warrant package was sent to a selection board at Naval Personnel Command.

11.     Among those of us seeking warrant packages before the selection board, I screened second in the group for a position, meaning it was incredibly likely that I would be selected. Ultimately, I did not receive a warrant package, even though people that screened below me did. I was told by a CWO3 that my name was removed from consideration because they assumed that I was soon going to be separated from the military because of my RAR. I then received a phone call from a CWO4 explaining how I had frustrated a lot of people that supported my package and that my Commander would not be recommending me any longer. I reached out to the selection board for further clarification about why I was not selected for appointment as a Warrant Officer, but I did not receive a response.

12.     There is a prime time for an enlisted sailor to seek appointment as a Warrant Officer, of which I was in. Once an enlisted sailor is appointed as a Warrant Officer, promotion and rank are based on time alone and not on merit or performance. Had I been selected to be a

Warrant Officer, I would likely have retired as a W-4, which would have provided me and my family with substantially higher retirement pay than my current position as an enlisted member.

13.     Because I am unvaccinated and non-operational, it would be a near impossibility for me to pursue the Warrant Officer program again or even to promote from an E-7 to an E-8. Since submitting my RAR, I lost time necessary for promotion eligibility, regressed in my skills as a SEAL, and have experienced personal hostility within my command that would make it impossible to prepare another warrant package. Within my community, my reputation is so negatively tarnished for being unvaccinated that I feel as if I have transitioned from an exemplary SEAL to a problem that my leadership and command have no desire to deal with. Therefore, I don't believe I will be able to promote again in my career. There is nothing that I have the power to do that can remedy this loss. Further, there is nothing in my personnel file that the Navy can simply remove to remedy this loss of opportunity.

14.     The stigma surrounding my unvaccinated status extends beyond my command and my ability to promote. In March of 2022, I was in need of medical treatment and contacted my hospital corpsman (HMC) to schedule an appointment. A HMC serves as a first step in the process for seeking any sort of medical treatment and is able to approve certain treatments based on his or her initial assessment. I was told by my HMC that he would not approve my requested appointment because I was not vaccinated. I offered to test in advance of any medical appointments, yet my treatment was still not approved. Eventually, I went around the HMC to seek medical care. Although I eventually received the requested appointment, I have lost trust in my ability to receive fair medical treatment because of the stigma surrounding my vaccination status.

15.     I am in the process of officially transferring from Temporary Assigned Duty orders at Training Detachment-One (Tradet-1) to Naval Special Warfare Group-One (NSWG-1). NSWG-

Pls.' Opp. to Assertion of Mootness App. 0106

1 is historically where the Navy sends SEALs with family, character, or performance issues and otherwise is seen as an assignment for those that cause trouble for other commands. I am one of three unvaccinated NSW personnel transferring from Tradet-1 to NSWG-1. Currently, our role in NSWG-1 is complete random tasks assigned to us within the command. I am currently working for a Trident cell that, during the week of February 6, 2023, traveled to a cold weather training trip to Montana that I was not allowed to attend. Instead, I remained at my command and was tasked to move from our old building to a new one a few miles away.

16. I am specifically concerned about my inability to train as a SEAL during the mandate. Because of the highly-specialized nature of Navy SEAL skills, it is nearly impossible to lose two or more years of training opportunities and still maintain the skill level required of a Navy SEAL. Not training prevents me from keeping my skills sharp and at the level my rank and job duties would require.

17. Before the COVID-19 vaccine mandate, my skills were the sharpest they had ever been, and I was teaching skydiving to west coast SEAL Teams and joining other blocks of tactical training. Because I lost so much training time, I do not feel confident that my skills would be sharp enough to lead a SEAL platoon right now, even if I were operational. In a position where I would need to gain the trust and confidence of the men I would lead, I would need to be the tactical subject matter expert. This is the main responsibility of a Platoon Chief. I would need to be refreshed on my skills and new weapon systems before leading junior members of a platoon that are current and up to date. A leader cannot be the weakest link in a platoon. Loss of leadership and skills are quick ways to be fired from a position. These issues and concerns have not changed since the Secretary of Defense rescinded the COVID-19 vaccination mandate on January 10, 2023.

18.     I have numerous NSW qualifications which are considered "critical qualifications," including Master Training Specialist, NSW Sniper, NSW Explosive Breacher, NSW Dive Supervisor, Air Ops Trainer Examiner, Military Freefall Jumpmaster, among others. Each SEAL team and SEAL platoon needs to have a certain number of members with these qualifications to be considered fully mission capable. If I remain non-operational because I am not vaccinated, I am jeopardizing the ability of my team to complete missions.

19.     Because I remain unvaccinated, the leadership surrounding me is looking for me to mess up or make a mistake so I can be reprimanded. The repeal of the mandate does not change that.

20.     My current status is uncertain to both my command and me. Despite the new Force Health Protection Guidance regarding travel, my command still believes that I cannot travel. When I asked my Senior Chief about travel, he sent me to a website that was last updated on November 30, 2022, and stated that this was the policies that Navy was working off of.

21.     One of my most recent tasks assigned is moving laptops from one building to another – a job that my command publicly demeaned. I have also been told that I will be heavy task saturated and closely watched. I believe these tasks will be equally menial to those such as moving buildings and transporting laptops.

22.     While I was once a committed naval service member with excellent evaluations, several service awards, and a progressing career, that has been lost because of the mandate. This has caused me and my family many sleepless nights, anxiety, and loss of purpose. My career is suffering and will continue to suffer if my leadership continues to make operational, assignment, and deployment decisions while considering my unvaccinated status. These are the decisions that have already damaged my career, and I expect they will continue based on the Secretary's January

Pls.' Opp. to Assertion of Mootness App. 0108

10, 2023, memo rescinding the mandate but allowing vaccination status to continue to be considered.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on February 12, 2023.

*/s/ U.S. Navy SEAL 22*
U.S. NAVY SEAL 22

8

# Exhibit A

**DEPARTMENT OF THE NAVY**
NAVAL SPECIAL WARFARE GROUP ONE
3632 GUADALCANAL ROAD
SAN DIEGO CA 92155-5583

1420
Ser 00/452
22 Sep 21

FIRST ENDORSEMENT on SOC(SEAL) ██SEAL 22██ ltr of 24 Aug 21

From:   Commander, Naval Special Warfare Group ONE
To:       Commander, Navy Personnel Command (PERS-803)

 Subj:   APPLICATION FOR CONSIDERATION BY THE FY-23 ACTIVE LIMITED DUTY
            OFFICER/CHIEF WARRANT OFFICER IN-SERVICE PROCUREMENT
            SELECTION BOARD

Ref:      (a) CNO WASHINGTON DC 032039Z JUN 21 (NAVADMIN 116/21)
            (b) OPNAVINST 1420.1 (Series)
            (c) OPNAVINST 6110.1 (Series)

1.  Forwarded.  SOC ██SEAL 22██ meets all requirements outlined in references (a) through (c), and is worldwide assignable.

2.  I have verified that SOC ██SEAL 22██ meets Personnel Security Information/Clearance Requirements.

    a.  Type of investigation:  T3R

    b.  Date of Investigation:  15 May 2019

3.  Commanding Officer's Recommendation:

    a.  SOC ██SEAL 22██ 's performance, leadership, and technical expertise, exemplify the traits desired in a SEAL Chief Warrant Officer.  He is intelligent, motivated, and demonstrates the highest degree of professionalism.  As a member at my Training Detachment his subject matter expertise and dedication as a SEAL instructor has made a positive and lasting impact in my command's operational readiness.  The U.S. Navy needs qualified leaders in influential and demanding assignments, and I am sure that SOC ██SEAL 22██ 's experience and drive will make him an asset to any Wardroom in the future.  SOC ██SEAL 22██ has my endorsement for the Chief Warrant Officer Program.

4.  I certify that the applicant has been provided copies of all enclosures to this application as well as a copy of this endorsement.  My command point of contact for this matter is CWO5 Troy Wilson ██████@socom.mil.

D. A. ABERNATHY

Copy to:
SOC ██SEAL 22██

Pls.' Opp. to Assertion of Mootness App. 0112

## INTERVIEWER'S APPRAISAL SHEET

**NAVCRUIT 1131/5 (Rev 3-2021)**     **Supporting Directive: COMNAVCRUITCOMINST 1131.2**

(See information on reverse before completing)     **TYPE OR PRINT LEGIBLY**

| Name: SEAL 22 | Program for Which Applying: 7151, Chief Warrant Officer | Date: 01 SEP 2021 |
|---|---|---|

### PERSONAL QUALITIES

DESCRIPTIVE: Observe the applicant and write 6 adjectives or phrases that you believe to be most descriptive of the applicant:

| 1. Impressive | 2. Relaxed | 3. Clear |
|---|---|---|
| 4. Confident | 5. Articulate | 6. Combat Proven |

INTERVIEWED VIA: Telephone ☐   In-Person ☒   Other Type of Electronic Media ☐   List Type _____

EVALUATIVE: Consider the applicant as a potential Naval Officer and evaluate them on the following:

| | *OUTSTANDING | EXCELLENT | GOOD | ADEQUATE | *UNSATISFACTORY |
|---|---|---|---|---|---|
| APPEARANCE AND POISE | ✕ | | | | |

| | *OUTSTANDING | EXCELLENT | GOOD | ADEQUATE | *UNSATISFACTORY |
|---|---|---|---|---|---|
| ORAL COMMUNICATION AND EXPRESSION OF IDEAS | ✕ | | | | |

| | *OUTSTANDING | EXCELLENT | GOOD | ADEQUATE | *UNSATISFACTORY |
|---|---|---|---|---|---|
| LEADERSHIP POTENTIAL | ✕ | | | | |

| | PARTICULARLY LIKE TO HAVE | | PREFER TO MOST | | | BE PLEASED TO HAVE | | | BE SATISFIED WITH | | PREFER NOT TO HAVE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| YOUR WILLINGNESS TO HAVE INDIVIDUAL SERVE UNDER YOUR COMMAND WHEN COMMISSIONED | *10 ✕ | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0* |

**COMMENTS:** A summary statement evaluating the applicant is required. All extreme ratings marked by an asterisk (*) should be further commented upon.

**\*\*THE NUMBER TWO CWO CANDIDATE THAT I HAVE INTERVIEWED THIS YEAR!\*\***

SOC SEAL 22 is an ideal candidate for the NSW CWO program. During his interview he showed confidence and enthusiasm for the CWO program and the challenges of being a NSW CWO. He was very articulate in expressing his knowledge of the NSW CWO community and the commissioning program. He demonstrates all the leadership traits of a veteran SEAL within NSW. I have personally served with him at SEAL Team SEVEN and have observed him in both a training environment and combat deployment. At all times he represented the U.S. and NSW with the highest possible standards.

### MOTIVATION

| | VERY HIGHLY MOTIVATED FOR PROGRAM | DEFINITELY MOTIVATED FOR PROGRAM | MOTIVATED FOR NAVY - PROGRAM NOT IMPORTANT | MOTIVATED FOR COMMISSION - PROGRAM AND SERVICE NOT IMPORTANT | UNABLE TO DETERMINE |
|---|---|---|---|---|---|
| PROGRAM MOTIVATION (Indicate the applicant's motivation for the program for which applying) | ✕ | | | | |

### POTENTIAL

| | OUTSTANDING (1) | EXCELLENT (2) | GOOD (3) | AVERAGE (4) | LESS THAN AVERAGE (5) |
|---|---|---|---|---|---|
| TECHNICAL KNOWLEDGE (For LDO/CWO Applicants Only) Refer to Discrete Requirements | ✕ | | | | |
| POTENTIAL AS A CAREER NAVAL OFFICER | ✕ | | | | |

**COMMENTS:** Supplement or qualify the motivation rating and potential as a career Naval Officer, as appropriate.

SOC SEAL 22 is truly motivated for the NSW CWO program. He is very motivated to serve in a greater leadership capacity.
SOC SEAL 22 is a dedicated Navy professional with unbounded motivation to lead troops and further the successes of his Naval special warfare community.
SOC SEAL 22 will immediately increase the effectiveness of any wardroom, I would be honored to serve with this individual at any command when he receives his commission.

**\*\*\*I found my replacement, Press 100 NOW!!\*\*\***

| SIGNATURE OF INTERVIEWER | TYPE OR PRINT NAME OF INTERVIEWER Ramon Betancourt | GRADE, DESIGNATOR (IF ANY) BRANCH OF SERVICE CWO4/7151/USN |
|---|---|---|

Reset Form   Print Form

CUI
When Filled In

## INTERVIEWER'S APPRAISAL SHEET

| NAVCRUIT 1131/5 (Rev 3-2021) | Supporting Directive: COMNAVCRUITCOMINST 1131.2 |
|---|---|

(See Information on reverse before completing)   TYPE OR PRINT LEGIBLY

| Name: SEAL 22 | Program for Which Applying: CWO / Special Warfare Technician (715X) | Date: Sep 2, 2021 |
|---|---|---|

### PERSONAL QUALITIES

DESCRIPTIVE: Observe the applicant and write 6 adjectives or phrases that you believe to be most descriptive of the applicant:

| 1. SPEAKS CLEARLY | 2. CONFIDENT | 3. IMPRESSIVE |
|---|---|---|
| 4. WELL-DRESSED | 5. POISED | 6. ARTICULATE |

INTERVIEWED VIA:   Telephone [ ]   In-Person [X]   Other Type of Electronic Media [ ]   List Type _____

EVALUATIVE: Consider the applicant as a potential Naval Officer and evaluate them on the following:

| | *OUTSTANDING | EXCELLENT | GOOD | ADEQUATE | *UNSATISFACTORY |
|---|---|---|---|---|---|
| APPEARANCE AND POISE | | X | | | |
| ORAL COMMUNICATION AND EXPRESSION OF IDEAS | X | | | | |
| LEADERSHIP POTENTIAL | | X | | | |

| | PARTICULARLY LIKE TO HAVE | | PREFER TO MOST | | | BE PLEASED TO HAVE | | | BE SATISFIED WITH | | PREFER NOT TO HAVE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| YOUR WILLINGNESS TO HAVE INDIVIDUAL SERVE UNDER YOUR COMMAND WHEN COMMISSIONED | *10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0* |
| | | | X | | | | | | | | |

COMMENTS: A summary statement evaluating the applicant is required. All extreme ratings marked by an asterisk (*) should be further commented upon.

SOC SEAL 22 possesses the leadership qualities and the technical expertise that the Navy and NSW community desires within their Chief Warrant Officer ranks. His writing ability and communication skills paired with his appearance and poise in uniform make this candidate stand out. His leadership and performance as an enlisted sailor are trademarks and qualities that NSW CWO's must possess. I have no doubt that SOC SEAL 22 will be an outstanding SEAL CWO in the future if selected.

### MOTIVATION

| | VERY HIGHLY MOTIVATED FOR PROGRAM | DEFINITELY MOTIVATED FOR PROGRAM | MOTIVATED FOR NAVY - PROGRAM NOT IMPORTANT | MOTIVATED FOR COMMISSION - PROGRAM AND SERVICE NOT IMPORTANT | UNABLE TO DETERMINE |
|---|---|---|---|---|---|
| PROGRAM MOTIVATION (Indicate the applicant's motivation for the program for which applying) | X | | | | |

### POTENTIAL

| | OUTSTANDING (1) | EXCELLENT (2) | GOOD (3) | AVERAGE (4) | LESS THAN AVERAGE (5) |
|---|---|---|---|---|---|
| TECHNICAL KNOWLEDGE (For LDO/CWO Applicants Only) Refer to Discrete Requirements | | X | | | |
| POTENTIAL AS A CAREER NAVAL OFFICER | | X | | | |

COMMENTS: Supplement or qualify the motivation rating and potential as a career Naval Officer, as appropriate.

SOC SEAL 22 motivation and commitment for the CWO program were clearly articulated throughout the interview. He has a dynamic understanding of the challenges that the Navy and NSW face in the future. His experience, leadership and performance to date make him an excellent CWO candidate that the Navy and NSW should consider.

| SIGNATURE OF INTERVIEWER WILSON.TROY.EDWARD.116 8859089  Digitally signed by WILSON.TROY.EDWARD.1168859089 Date: 2021.09.15 14:09:16 -07'00' | TYPE OR PRINT NAME OF INTERVIEWER Troy E. Wilson | GRADE, DESIGNATOR (IF ANY) BRANCH OF SERVICE CWO5, 7151, USN |
|---|---|---|

When Filled In

## INFORMATION FOR COMPLETING INTERVIEWER'S APPRAISAL SHEET

1. The purpose of the interview is to evaluate accurately and impartially the characteristics of the candidate to determine potential as a commissioned officer and motivation toward service in the Navy.

2. The interview should take a minimum of 15 minutes. A period of 15-30 minutes is usually adequate, although more time may be necessary on occasion.

3. Discussion topics should draw out the applicant. Suggested topics include: Navy programs, service life, school experiences, personal interests, goals in life, current events, sports, family attitude toward application, and any others suggested by a review of the application file.

4. Marking is difficult. Your judgments form an important part of each applicant's file, and usually represent the only personal contact with the applicant reported by an official of the Navy. Be fair and impartial, neither too easy nor too hard on the applicant. Mark only on what you have observed personally, not on the opinions or comments of others.

5. No marks should be put on this form until the interview has been completed.

6. If it appears that the space for comments will not be sufficient, phrases may be used rather than complete sentences.

7. Professional interviews are coordinated with the Region Chaplain Field Recruiter and the respective NAVTALACOGRU. *N312* will monitor compliance with the following, before application kits are forwarded to the Chaplain Appointment and Retention Eligibility (CARE) Advisory Group. Cooperation will minimize unnecessary delays in processing applications.

8. General guidance for ALL NAVCRUIT 1131/5, Chaplain Corps (CHC) Professional Interview Appraisals:

    a. Should be conducted in-person or using VTC, Facetime, Skype, or similar type technology.

    b. May only be conducted by an active duty CHC officer in the following rank:

        (1) CAPT or CAPT(s)
        (2) CDR (milestone screened only)

    c. Comment Section Guidance for NAVCRUIT 1131/5: The interviewer will need to address the following areas in the narrative section (additional pages are accepted; typed preferred, legible for fax/photo copies)

        (1) How has the applicant's previous experience prepared him or her for Navy Chaplaincy?
        (2) Describe the applicant's understanding of institutional ministry?
        (3) Comment on the applicant's willingness to facilitate ministry to faith groups other than his or her own?
        (4) Describe the applicant's disposition toward working with chaplains of faith groups, gender, race other than his or her own?
        (5) Elaborate on applicant's perception of commission oath and obligations (i.e. extended separations, overseas assignments, shipboard and Fleet Marine Force tours, etc.)
        (6) Give applicant's response to the fact that some chaplains may only serve three years (Career Status Board) on active duty and may then be release to the inactive reserves. Would the applicant still request appointment in the Navy?
        (7) Any summary remarks regarding the interviewer's recommendations are also welcome.

Note: Chaplain Candidate Program Officer (CCPO/1945) applicants may not be well informed regarding the finer nuances of these questions CCPO Orientation addresses these matters, it is not too soon to bring these matters to their attention. CCPO applicant responses will be reviewed in this context, and are not expected to be at the same level as 4100 (active) or 4105 (reserve) applicants.

9. In-person interviews before a CARE Advisory Group is required for all 4100 and 4105 applicants, in addition to the NAVCRUIT 1131/5.

10. Below is a checklist of characteristics which interviewing officers can observe and adjectives that can be used to describe these characteristics in applicants. This list is meant only to assist the interviewer in preparing the interview and in making a written evaluation afterward. It is not intended to be all-inclusive.

Characteristic/Descriptive-Example Adjectives:

BEARING: Good posture, Slouch, Forceful, Apathetic, Casual, Formal

GROOMING: Careless, Neat, Clean, Unclean, Well-Dressed, Inappropriately dressed

COMPOSURE: Poised, Awkward, Relaxed, Nervous, Confident, Insecure

ATTITUDE: Sincere, Flippant, Enthusiastic, Indifferent, Contentious, Pleasant, Forthright, Secretive, Arrogant, Modest

ORAL EXPRESSION: Articulate, Inarticulate, Responsive, Unresponsive, Taciturn, Loquacious

VOICE QUALITY: Strident, Soft, Spoken, Speaks clearly, Inaudible

GENERAL IMPRESSION: Impressive, Unimpressive, Dull, Interesting, Mature, Immature

Pls.' Opp. to Assertion of Mootness App. 0115

cur

When Filled In

## INTERVIEWER'S APPRAISAL SHEET

| NAVCRUIT 1131/5 (Rev 3-2021) | Supporting Directive: COMNAVCRUITCOMINST 1131.2 |
|---|---|

(See information on reverse before completing)   **TYPE OR PRINT LEGIBLY**

| Name: SOC SEAL 22 | Program for Which Applying: Warrant Officer | Date: Sep 10, 2021 |
|---|---|---|

### PERSONAL QUALITIES

DESCRIPTIVE: Observe the applicant and write 6 adjectives or phrases that you believe to be most descriptive of the applicant:

| 1. Forceful | 2. Confident | 3. Enthusiastic |
|---|---|---|
| 4. Speaks clearly | 5. Impressive | 6. Forthright |

INTERVIEWED VIA:   Telephone ☐   In-Person ☒   Other Type of Electronic Media ☐   List Type ___

EVALUATIVE: Consider the applicant as a potential Naval Officer and evaluate them on the following:

| | *OUTSTANDING | EXCELLENT | GOOD | ADEQUATE | *UNSATISFACTORY |
|---|---|---|---|---|---|
| APPEARANCE AND POISE | ✗ | | | | |

| | *OUTSTANDING | EXCELLENT | GOOD | ADEQUATE | *UNSATISFACTORY |
|---|---|---|---|---|---|
| ORAL COMMUNICATION AND EXPRESSION OF IDEAS | | ✗ | | | |

| | *OUTSTANDING | EXCELLENT | GOOD | ADEQUATE | *UNSATISFACTORY |
|---|---|---|---|---|---|
| LEADERSHIP POTENTIAL | | ✗ | | | |

| | PARTICULARLY LIKE TO HAVE | | PREFER TO MOST | | | BE PLEASED TO HAVE | | | BE SATISFIED WITH | | PREFER NOT TO HAVE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| YOUR WILLINGNESS TO HAVE INDIVIDUAL SERVE UNDER YOUR COMMAND WHEN COMMISSIONED | *10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0* |
| | | ✗ | | | | | | | | | |

COMMENTS:  A summary statement evaluating the applicant is required. All extreme ratings marked by an asterisk (*) should be further commented upon.

SOC SEAL 22 is an accomplished SEAL SOC.

### MOTIVATION

| | VERY HIGHLY MOTIVATED FOR PROGRAM | DEFINITELY MOTIVATED FOR PROGRAM | MOTIVATED FOR NAVY - PROGRAM NOT IMPORTANT | MOTIVATED FOR COMMISSION - PROGRAM AND SERVICE NOT IMPORTANT | UNABLE TO DETERMINE |
|---|---|---|---|---|---|
| PROGRAM MOTIVATION (indicate the applicant's motivation for the program for which applying) | ✗ | | | | |

### POTENTIAL

| | OUTSTANDING (1) | EXCELLENT (2) | GOOD (3) | AVERAGE (4) | LESS THAN AVERAGE (5) |
|---|---|---|---|---|---|
| TECHNICAL KNOWLEDGE (For LDO/CWO Applicants Only) Refer to Discrete Requirements | ✗ | | | | |
| POTENTIAL AS A CAREER NAVAL OFFICER | | ✗ | | | |

COMMENTS.  Supplement or qualify the motivation rating and potential as a career Naval Officer, as appropriate.

SOC SEAL 22 has demonstrated high performance in NSW.

| SIGNATURE OF INTERVIEWER | TYPE OR PRINT NAME OF INTERVIEWER | GRADE, DESIGNATOR (IF ANY) BRANCH OF SERVICE |
|---|---|---|
| RATCLIFFE.ALEXANDER.ED WIN.1171627148  Digitally signed by RATCLIFFE.ALEXANDER.EDWIN.1171627148 Date: 2021.09.20 18:26:18 -07'00' | Ratcliffe, Alexander | CDR, SEAL, USN |

Pls.' Opp. to Assertion of Mootness App. 0116

cut
When Filled In

## INFORMATION FOR COMPLETING INTERVIEWER'S APPRAISAL SHEET

1. The purpose of the interview is to evaluate accurately and impartially the characteristics of the candidate to determine potential as a commissioned officer and motivation toward service in the Navy.

2. The interview should take a minimum of 15 minutes. A period of 15-30 minutes is usually adequate, although more time may be necessary on occasion.

3. Discussion topics should draw out the applicant. Suggested topics include: Navy programs, service life, school experiences, personal interests, goals in life, current events, sports, family attitude toward application, and any others suggested by a review of the application file.

4. Marking is difficult. Your judgments form an important part of each applicant's file, and usually represent the only personal contact with the applicant reported by an official of the Navy. Be fair and impartial, neither too easy nor too hard on the applicant. Mark only on what you have observed personally, not on the opinions or comments of others.

5. No marks should be put on this form until the interview has been completed.

6. If it appears that the space for comments will not be sufficient, phrases may be used rather than complete sentences.

7. Professional interviews are coordinated with the Region Chaplain Field Recruiter and the respective NAVTALACQGRU. _N312_ will monitor compliance with the following, before application kits are forwarded to the Chaplain Appointment and Retention Eligibility (CARE) Advisory Group. Cooperation will minimize unnecessary delays in processing applications.

8. General guidance for ALL NAVCRUIT 1131/5, Chaplain Corps (CHC) Professional Interview Appraisals:

   a. Should be conducted in-person or using VTC, Facetime, Skype, or similar type technology.

   b. May only be conducted by an active duty CHC officer in the following rank:

      (1) CAPT or CAPT(s)
      (2) CDR (milestone screened only)

   c. Comment Section Guidance for NAVCRUIT 1131/5:  The interviewer will need to address the following areas in the narrative section (additional pages are accepted; typed preferred, legible for fax/photo copies)

      (1) How has the applicant's previous experience prepared him or her for Navy Chaplaincy?
      (2) Describe the applicant's understanding of institutional ministry?
      (3) Comment on the applicant's willingness to facilitate ministry to faith groups other than his or her own?
      (4) Describe the applicant's disposition toward working with chaplains of faith groups, gender, race other than his or her own?
      (5) Elaborate on applicant's perception of commission oath and obligations (i.e. extended separations, overseas assignments, shipboard and Fleet Marine Force tours, etc.)
      (6) Give applicant's response to the fact that some chaplains may only serve three years (Career Status Board) on active duty and may then be release to the inactive reserves.  Would the applicant still request appointment in the Navy?
      (7) Any summary remarks regarding the interviewer's recommendations are also welcome.

Note: Chaplain Candidate Program Officer (CCPO/1945) applicants may not be well informed regarding the finer nuances of these questions CCPO Orientation addresses these matters, it is not too soon to bring these matters to their attention. CCPO applicant responses will be reviewed in this context, and are not expected to be at the same level as 4100 (active) or 4105 (reserve) applicants.

9. In-person interviews before a CARE Advisory Group is required for all 4100 and 4105 applicants, in addition to the NAVCRUIT 1131/5.

10. Below is a checklist of characteristics which interviewing officers can observe and adjectives that can be used to describe these characteristics in applicants.  This list is meant only to assist the interviewer in preparing the interview and in making a written evaluation afterward.  It is not intended to be all-inclusive.

Characteristic/Descriptive-Example Adjectives:

BEARING:  Good posture, Stouch, Forceful, Apathetic, Casual, Formal

GROOMING:  Careless, Neat, Clean, Unclean, Well-Dressed, Inappropriately dressed

COMPOSURE:  Poised, Awkward, Relaxed, Nervous, Confident, Insecure

ATTITUDE:  Sincere, Flippant, Enthusiastic, Indifferent, Contentious, Pleasant, Forthright, Secretive, Arrogant, Modest

ORAL EXPRESSION:  Articulate, Inarticulate, Responsive, Unresponsive, Taciturn, Loquacious

VOICE QUALITY:  Strident, Soft, Spoken, Speaks clearly, Inaudible

GENERAL IMPRESSION:  Impressive, Unimpressive, Dull, Interesting, Mature, Immature

Pls.' Opp. to Assertion of Mootness App. 0117

# Tab 16

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| **U.S. NAVY SEALs 1-3;** on behalf of themselves and all others similarly situated; **U.S. NAVY EXPLOSIVE ORDNANCE DISPOSAL TECHNICIAN 1**, on behalf of himself and all others similarly situated; U.S. **NAVY SEALS 4-26**; **U.S. NAVY SPECIAL WARFARE COMBATANT CRAFT CREWMEN 1-5**; and **U.S. NAVY DIVERS 1-3**,<br><br>                    Plaintiffs,<br>        v.<br><br>**LLOYD J. AUSTIN, III**, in his official capacity as United States Secretary of Defense; **UNITED STATES DEPARTMENT OF DEFENSE**; **CARLOS DEL TORO**, in his official capacity as United States Secretary of the Navy,<br><br>                    Defendants. | Case No. 4:21-cv-01236-O |

## DECLARATION OF U.S. NAVY SEAL 26

Pursuant to 28 U.S.C. § 1746, I, U.S. Navy SEAL 26, under penalty of perjury declare as follows:

1.  I am over the age of eighteen and am competent to make this declaration.

2.  I am one of the original Plaintiffs in this litigation.

3.  I submitted several declarations in this matter that outline my religious objections to the COVID-19 vaccine and the adverse actions the Navy has taken against me. Since January 3, 2022, I have been protected from separation because of the preliminary injunction.

1

4.   I am currently attached to a training command, that is by definition non-operational, meaning I likely will not deploy or attach to a deployable SEAL team in this billet.

5.   Because I am non-operational, I am unable to complete a Leading Petty Officer (LPO) position, which is a milestone position that must be completed if I want to promote from an E-6 to an E-7.

6.   When I access NSIPS, the Navy Standard Integrated Personnel System, there is no information about my religious accommodation request (RA). I did not take any action to withdraw my request. I was not contacted by anyone in the Navy about this change, nor did anyone request approval to remove my RA from my account. A true and correct copy of my NSIPS religious accommodation window in attached as Exhibit A.

2

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on February 12, 2023.

*/s/ U.S. Navy SEAL 26*
U.S. Navy SEAL 26

# Exhibit A



FOUO - Privacy Sensitive:                    Last login: 02-08-2023 10:13   Home   Add to Favorites   **Sign Out**

## Religious Accommodations

Name: SEAL 26              Rank/Rate: SO1        Current DSC: 100

| Religious Accommodation | Find | View All | First ◄ 1 of 1 ► Last |
|---|---|---|

**Member Info**

UIC:

Pay Grade:

Requested Date:

Request Category:

Sub Category:

Request Comments:

**Approval Authority Info**

UIC:

Date Determination:

Approved/Denied:

Approved/Denied Comments:



**Go to:**   ESR Home

ESR Personal Information Home

Return to Search | Notify |

Pls.' Opp. to Assertion of Mootness App. 0123

# Tab 17

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

|  |  |
|---|---|
| **U.S. NAVY SEALs 1-3;** on behalf of themselves and all others similarly situated; **U.S. NAVY EXPLOSIVE ORDNANCE DISPOSAL TECHNICIAN 1**, on behalf of himself and all others similarly situated; U.S. **NAVY SEALS 4-26**; **U.S. NAVY SPECIAL WARFARE COMBATANT CRAFT CREWMEN 1-5**; and **U.S. NAVY DIVERS 1-3**, <br><br> Plaintiffs, <br><br>  v. <br><br> **LLOYD J. AUSTIN, III**, in his official capacity as United States Secretary of Defense; **UNITED STATES DEPARTMENT OF DEFENSE**; **CARLOS DEL TORO**, in his official capacity as United States Secretary of the Navy, <br><br> Defendants. | Case No. 4:21-cv-01236-O |

## DECLARATION OF U.S. NAVY SPECIAL WARFARE COMBATANT CRAFT CREWMAN 1

Pursuant to 28 U.S.C. § 1746, I, U.S. Navy Special Warfare Combatant Craft Crewman (SWCC) 1, under penalty of perjury declare as follows:

1.  I am over the age of eighteen and am competent to make this declaration.

2.  I am one of the original Plaintiffs in this litigation.

3.  I submitted several declarations in this matter that outline my religious objections to the COVID-19 vaccine and the adverse actions the Navy has taken against me. Since January 3, 2022, I have been protected from separation because of the preliminary injunction.

Pls.' Opp. to Assertion of Mootness App. 0125

4.   Even though the COVID-19 mandate has now been repealed, consequences of the mandate still exist and personally impact my career in the Navy.

5.   I am currently non-operational. When I contacted the SWCC detailer regarding potential reenlistment, I was told that so long as I am non-vaccinated, I will be non-operational. The detailer is NSW specific, but he works for a Navy-wide command. A true and correct copy of this email is included as Exhibit A.

6.   I want to reenlist and continue serving my country but having to serve in a non-operational capacity will be detrimental to my career in a way that I am powerless to remedy myself.

7.   If I reenlist and am placed at an operational command while I am non-operational, I will be limited to strictly administrative tasks, which will lead to a loss of special duty pay. Retention at my current command, where I serve as an instructor, also limits my opportunities for advancement. Both options equally stall my career and advancement in the military, which exerts a coercive pressure on me to take the vaccine.

8.   I know that I am non-operational because during my five-year physical in May 2022, I was marked as "Not Physically Qualified" for SO/NSW/MFF/JUMP because I am unvaccinated. To my knowledge, this has not been amended since the repeal of the mandate or change to the MANMED. As long as I stay in my capacity as an instructor, I am non-operational. Further, multiple members of my chain of command have reiterated to me that unvaccinated service members are non-operational.

9.   I am approaching the eleven-year mark as an E-6, which means that it is time for me to assume the role of Lead Petty Officer (LPO). In a non-operational status, I am unlikely to be able to complete this milestone at an operational Special Boat Team. The LPO milestone is also a key

Pls.' Opp. to Assertion of Mootness App. 0126

element necessary to advance to E-7 under normal circumstances. To promote any further to an E-8, I must fulfill a role as a post-deployed Team Chief as an E-7.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on February 11, 2023.

/s/ U.S. Navy SWCC 1
U.S. Navy SWCC 1

Pls.' Opp. to Assertion of Mootness App. 0128

# Exhibit A



RE: PRD Rotation Options

Casebolt, Justin M SCPO USN (USA) <

To   SWCC 1

Cc   @navy.mil

Signed By   @navy.mil

**SWCC 1**

Your PRD has been adjusted to reflect the 12mo extension. Currently, non-vaccinated personnel are not being detailed to operational commands. I don't know what that will look like in a year. As it stands right now, your options are CONUS based instructor billets (BTC, TRADET, SCIATTS, Det Stennis, etc.). As policies change (if they change), we can readdress your options. Until then, you are quite limited. I am good with your current extension at Det Stennis to fill the need there and wait for policy updates. Upton your new PRD, we will have to look at other options. Let me know if you have any further questions.

Respectfully,

S8CS Justin Casebolt
SWCC Detailer PERS 401
Office:
Cell:
Email:                @us.navy.mil

Tell us what you think! This short, 3-minute survey would help us improve our performance.
https://surveys.max.gov/index.php/454228
FOR OFFICIAL USE ONLY – PRIVACY SENSITIVE . Any misuse or unauthorized disclosure may result in both civil and criminal penalties".

**From: SWCC 1**
Sent: Friday, February 10, 2023 12:32 PM
To:              @navy.mil
Cc: Beebe, Justin W SCPO USN (USA) <              @socom.mil>
Subject: PRD Rotation Options

# Tab 18

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

|  |  |
|---|---|
| **U.S. NAVY SEALs 1-3;** on behalf of themselves and all others similarly situated; **U.S. NAVY EXPLOSIVE ORDNANCE DISPOSAL TECHNICIAN 1**, on behalf of himself and all others similarly situated; U.S. **NAVY SEALS 4-26**; **U.S. NAVY SPECIAL WARFARE COMBATANT CRAFT CREWMEN 1-5**; and **U.S. NAVY DIVERS 1-3**, <br><br><div align=center>Plaintiffs,</div><br>v.<br><br>**LLOYD J. AUSTIN, III**, in his official capacity as United States Secretary of Defense; **UNITED STATES DEPARTMENT OF DEFENSE**; **CARLOS DEL TORO**, in his official capacity as United States Secretary of the Navy,<br><br><div align=center>Defendants.</div> | <br><br><br><br><br><br>Case No. 4:21-cv-01236-O |

## DECLARATION OF U.S. NAVY SPECIAL WARFARE COMBATANT CRAFT CREWMAN 5

Pursuant to 28 U.S.C. § 1746, I, U.S. Navy Special Warfare Combatant Craft Crewman (SWCC) 5, under penalty of perjury declare as follows:

1. I am over the age of eighteen and am competent to make this declaration.

2. I am one of the original Plaintiffs in this litigation.

3. I submitted several declarations in this matter that outline my religious objections to the COVID-19 vaccine and the adverse actions the Navy has taken against me. Since January 3, 2022, I have been protected from separation because of the preliminary injunction.

4.   Even though the COVID-19 mandate has now been repealed, consequences of the mandate still exist and personally impact my career in the Navy.

5.   I serve with SWCC 1. Our SWCC detailer, who authorizes orders for SWCCs to attach and detach from units, has stated that he is unable to provide me and the other unvaccinated members with orders to operational units. My billet is a training command, so I am classified as non-operational.

6.   My career is at a standstill, and I have no ability to correct it myself. My leadership has told me that I can only be transferred to another non-operational unit, which halts my ability to continue to promote through the Navy. I am now significantly behind my peers within my group of enlistment.

7.   Typically, SWCCs and other service members alternate between "sea duty" at deployable commands and "shore duty" at training commands. My command has told me that I can possibly extend my "shore duty" again, despite it already being extended once before, instead of switching to "sea duty." This is not a normal career progression. I have also been told that I could transfer from my current training command to another training command. Going from "shore duty" to "shore duty" is normally disapproved, since it's acknowledged by leadership as career stunting. It is now becoming my reality, and my only alternative. To continue progressing in my career and in my skill, I need to work "sea duty."

8.   The longer I continue to serve in the capacity I am in now, the more that I fear I am growing detached from evolving tactics, techniques, procedures, and technologies in operational billets. This detachment makes my experience as a SWCC outdated and decreases my relevancy among my operational peers.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on February 11, 2023.

<div style="text-align: right">

*/s/ U.S. Navy SWCC 5*
U.S. Navy SWCC 5

</div>

# Tab 19

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

|  |  |
|---|---|
| **U.S. NAVY SEALs 1-3;** on behalf of themselves and all others similarly situated; **U.S. NAVY EXPLOSIVE ORDNANCE DISPOSAL TECHNICIAN 1**, on behalf of himself and all others similarly situated; U.S. **NAVY SEALS 4-26**; **U.S. NAVY SPECIAL WARFARE COMBATANT CRAFT CREWMEN 1-5**; and **U.S. NAVY DIVERS 1-3**,<br><br>                    Plaintiffs,<br><br>     v.<br><br>**LLOYD J. AUSTIN, III**, in his official capacity as United States Secretary of Defense; **UNITED STATES DEPARTMENT OF DEFENSE**; **CARLOS DEL TORO**, in his official capacity as United States Secretary of the Navy,<br><br>                    Defendants. | Case No. 4:21-cv-01236-O |

## DECLARATION OF U.S. NAVY EXPLOSIVE ORDNANCE DISPOSAL TECHNICIAN 1

Pursuant to 28 U.S.C. § 1746, I, U.S. Navy Explosive Ordnance Disposal Technician

(EOD) 1, under penalty of perjury declare as follows:

1. I am over the age of eighteen and am competent to make this declaration.

2. I serve as a Class Representative in this class action litigation.

3. I submitted several declarations in this matter that outline my religious objections to the

COVID-19 vaccine and the adverse actions the Navy has taken against me. Since January 3, 2022,

I have been protected from separation because of the preliminary injunction.

1

4.   Even though the COVID-19 mandate has now been repealed, consequences of the mandate still exist and personally impact my career in the Navy.

5.   I am currently stationed in a Leading Chief Petty Officer (LCPO) billet at a non-operational command. My executive officer made a comment that I am not deployable if I am unvaccinated.

6.   I am a Senior Chief Petty Officer (E-8). Without deploying, I will be unable to hit the career milestone of Platoon Senior Enlisted Advisor, which would make me less competitive than my peers for promotion to Master Chief Petty Officer (E-9).

2

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on February 11, 2023.

_/s/ U.S. Navy EOD 1_
U.S. Navy EOD 1

# Tab 20

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| **U.S. NAVY SEALs 1-3;** on behalf of themselves and all others similarly situated; **U.S. NAVY EXPLOSIVE ORDNANCE DISPOSAL TECHNICIAN 1**, on behalf of himself and all others similarly situated; U.S. **NAVY SEALS 4-26**; **U.S. NAVY SPECIAL WARFARE COMBATANT CRAFT CREWMEN 1-5**; and **U.S. NAVY DIVERS 1-3**, | |
| Plaintiffs, | Case No. 4:21-cv-01236-O |
| v. | |
| **LLOYD J. AUSTIN, III**, in his official capacity as United States Secretary of Defense; **UNITED STATES DEPARTMENT OF DEFENSE**; **CARLOS DEL TORO**, in his official capacity as United States Secretary of the Navy, | |
| Defendants. | |

## DECLARATION OF U.S. NAVY SEAL 5

Pursuant to 28 U.S.C. § 1746, I, U.S. Navy SEAL 5, under penalty of perjury declare as follows:

1. I am over the age of eighteen and am competent to make this declaration.

2. I am one of the original Plaintiffs in this litigation.

3. I submitted several declarations in this matter that outline my religious objections to the COVID-19 vaccine and the adverse actions the Navy has taken against me. Since January 3, 2022, I have been protected from separation because of the preliminary injunction.

Pls.' Opp. to Assertion of Mootness App. 0140

4.   Even though the COVID-19 mandate has now been repealed, consequences of the mandate still exist and personally impact my career in the Navy.

5.   I am currently a First-Class Petty Officer serving in an advanced training command. Because I am serving "shore duty" in a school house command, I am considered non-operational.

6.   Being non-operational means that I will not be able to meet certain criteria for advancement nor will I be able to gain the experience necessary through deployment to carry out the proper duties of a SEAL. Both the lack of experience and the lack of advancement have stalled my career. I have no assurance that I will be acceptable to a deployable command again without taking the vaccine.

7.   I feel like my career as a SEAL is being cut short and that the Navy would rather have me out of the service than remain as an unvaccinated SEAL.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on February 13, 2023.

_/s/ U.S. Navy SEAL 5_____
U.S. Navy SEAL 5

Pls.' Opp. to Assertion of Mootness App. 0142

# Tab 21

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

|  |  |
|---|---|
| **U.S. NAVY SEALs 1-3**; on behalf of themselves and all others similarly situated; **U.S. NAVY EXPLOSIVE ORDNANCE DISPOSAL TECHNICIAN 1**, on behalf of himself and all others similarly situated; **U.S. NAVY SEALS 4-26**; **U.S. NAVY SPECIAL WARFARE COMBATANT CRAFT CREWMEN 1-5**; and **U.S. NAVY DIVERS 1-3**, <br><br>                    Plaintiffs, <br><br>        v. <br><br> **LLOYD J. AUSTIN, III**, in his official capacity as United States Secretary of Defense; **UNITED STATES DEPARTMENT OF DEFENSE**; **CARLOS DEL TORO**, in his official capacity as United States Secretary of the Navy, <br><br>                    Defendants. | Case No. 4:21-cv-01236-O |

**DECLARATION OF LEVI BEAIRD, LIEUTENANT COMMANDER (SEL), USN**

Pursuant to 28 U.S.C. §1746, I, Levi Beaird, declare under penalty of perjury as follows:

1.        I am over the age of eighteen and competent to make this declaration.

2.        I am a Lieutenant Commander (select) in the United States Navy presently assigned to Surface Warfare Schools Command, a non-operational command, performing the duties of Engineering Instructor.

3.        I first joined the Navy in April of 2009 as a pilot select. During Officer Candidate School ("OCS"), I fractured my right tibia and was medically separated in September of 2009.

4.        On or about January 2013, I was again selected for Navy OCS and commissioned in October of 2013.

1

5.     After commissioning, I began as a Surface Warfare Officer ("SWO") working on the *USS Roosevelt,* a guided missile destroyer. Onboard, I was the Electrical Officer and collaterally the Religious Lay Leader. This was my first deployment, which lasted nine months. As the Religious Lay Leader, I was leading five services per week in the absence of chaplains.

6.     During my second tour from February 2016 to February 2018, I served as Navigator, Administrative Officer, Electrical Officer, and Training Officer onboard the *USS Devastator*, a mine sweeper out of Manama, Bahrain. I also served as the command's Religious Lay Leader; however, due to being mostly pier-side, our Sailors had access to base chaplains on a continual basis.

7.     In 2017, I committed to serving in the Navy until on or about 2026. As part of that commitment, I screened for Department Head on my first look and was accepted, which is very difficult to accomplish because it is a highly competitive process. I also applied for a Talent Management Selection Board and was selected to attend the Naval Postgraduate School.

8.     As part of accepting my offer to attend Naval Postgraduate School, I obligated myself to fulfill the role of a Department Head at sea for three years after graduation from Department Head school and accepted a retention bonus of $105,000, that would be dispersed incrementally, to do so. The NAVADMIN that applies to my Department Head Retention Bonus is from 2016 and is entirely unrelated to any COVID-19 vaccination guidance.

9.     The retention bonus I was awarded has been paid in installments since 2017. To date, I have received six of eight total installments. The last installment I received was in November of 2021. I expected to receive a $15,000 payment in November of 2022; however, it was withheld for reasons explained below. No one in my chain of command has discussed with me the fact that my bonus payments stopped. The total amount I have received so far is $75,000.

2

10.     From March 2018 until 2019, I attended the Naval Postgraduate School, Monterey where I received a degree in National Security Studies writing a thesis paper comparing contemporary Russian and Soviet Naval strategy and completed my Joint Professional Military Education at the Navy War College. During my time in postgraduate school, I was the President of the Surface Navy Association, Monterey Bay. In the Surface Warfare community, that's a non-governmental entity that meets for fellowship with a mission of promoting coordination and communication between military professionals with a specific interest in Naval Surface Warfare.

11.     After postgraduate school, in October 2019, I was assigned to Commander Amphibious Squadron Eight out of Norfolk, Virginia as the Future Operations Officer. During my deployment with that command from December 2019 through June of 2020, I was primarily responsible for mission and exercise planning.

12.     From the time COVID-19 began in March 2020 through May 2020, I was still deployed and located in Bahrain, functioning as a naval liaison officer between Task Force 51.5 and Commander Amphibious Squadron Eight, and moved over 400 personnel to and from ships back to the United States across multiple theaters of operations. My additional duties included delivering meals to personnel who were quarantining coming to and from the United States to our ships and from our ships to the United States, getting care for injured and mentally ill Sailors and Marines, and finding ways to get service members home to their dying loved ones when commercial air routes were non-existent.

13.     In May through June of 2020, I traveled to Greece from Bahrain to intercept 21 passengers coming from the United States who needed quarantining before they were taken to their respective ships.

Pls.' Opp. to Assertion of Mootness App. 0146

14.     I also moved approximately 200 Marines from their ships and quarantined them on base in Greece before sending them to the United States.

15.     Although I was constantly exposed, I did not catch COVID-19 until July 2022 and had a very mild case, with symptoms lasting only three days. I have not had COVID-19 since.

16.     After my deployment, in June 2020 until August of 2021, the same month the Department of Defense COVID-19 vaccination mandate went into effect, I returned to Norfolk, Virginia and assumed duties as the Staff Administrative Officer, Senior Watch Officer, and Anti-Terrorism Officer. The Senior Watch Officer position is a highly regarded position that is normally reserved for a higher-ranking officer, specifically a post-Department Head O-4, Lieutenant Commander, at the Staff level, but was given to me in my current position as an O-3, Lieutenant.

17.     In August of 2021, as part of my commitment to serve in the Navy until 2026, I was transitioned to Department Head School in Newport, Rhode Island where I began my studies in October of that year. I graduated in April of 2022. However, because my Religious Accommodation Request ("RAR") to not receive the COVID-19 vaccines was denied, my orders to be Chief Engineer, which is a Department Head position, onboard LCS 11 were canceled, **Exhibit A**, and I have since been stashed at the Surface Warfare School Command's engineering department (N74) as an instructor without a definitive set of orders or an end date in sight.

18.     My orders for sea duty onboard LCS 11 were set to begin in December 2022. When I am on sea duty, I receive special duty pay. But since I am presently stashed at a "shore command," I am not receiving special duty pay.

19.     During my time at Department Head School, in November 2021, I submitted my RAR.

Pls.' Opp. to Assertion of Mootness App. 0147

20.    My RAR was denied in December of 2021, and I submitted my appeal that same month.

21.    I received the final denial of my RAR in February of 2022.

22.    After receiving my final denial, later in February 2022, I received a Page 13 counseling, a Report of Misconduct, and was given a Notice to Show Cause.

23.    After receiving those documents, on March 4, 2022, I attempted to leave my responsive statement package to my Notice to Show Cause with the Director of the Department Head School, as required. The Director was expecting me to hand deliver papers that morning, so, I knocked on the Director's door to his office, said, "Sir . . . hello," and received no response. Then another officer walked into the Director's office and he and the Director had a conversation. I waited outside the Director's office for him and the officer to complete their conversation. When the Director finally walked out, he looked at me and then continued walking past me without saying a word. This is typical of the treatment I have received from senior leadership throughout the course of this litigation.

24.    The Notice to Show Cause initiated my Board of Inquiry, which is the Navy's process for discharging Sailors. I had the option to be administratively separated in exchange for an Honorable discharge (for Commission of a Serious Offense) but declined.

25.    Thankfully, the Board of Inquiry process was suspended as a result of this Court's issuance of the class-wide preliminary injunction on March 29, 2022. It is only because of this Court's intervention that I have been able to maintain my career in the Navy. However, the injunctive relief does not cure the fact that I could be forced to pay the Navy the bonus monies I already received along with the costs of my post-graduate and Naval War College education.

Pls.' Opp. to Assertion of Mootness App. 0148

26.     Because I am not vaccinated, I have not been able to become a Department Head, as originally expected when I signed my commitment in 2017, which triggers the Recoupment and Repayment Policy referenced at paragraph 9 of NAVADMIN 206/16.

27.     Pursuant to paragraph 5.j. of NAVADMIN 206/16, "Officers who fail to complete DH [(Department Head)] and/or fail to report to their first DH tour will have all payments received recouped as unearned."

28.     Subsequent guidance in NAVADMIN 102/22, which has not been canceled or suspended, states that because I am unvaccinated, my bonus installment payments would end and "become unearned." This guidance was implemented after class-wide injunctive relief was granted on March 29, 2022.

29.     The relevant sections of NAVADMIN 102/22 that apply to me are as follows: "RMKS/1. Purpose. To provide additional guidance regarding the actions directed in references (a) through (h) for Navy service members who requested religious accommodation from the COVID-19 vaccination requirement. These service members were certified by the U.S. District Court order in reference (i) as members of a class action in the case of U.S. Navy SEALS 1-26, et al., versus Secretary of Defense Lloyd J. Austin, III, et al.  This message supersedes and replaces guidance previously provided in reference (j)."

30.     "2. Policy. To ensure compliance with the court order in reference (i), this NAVADMIN continues to suspend separation processing and certain adverse administrative consequences of COVID-19 vaccine refusal for Navy service members who submitted requests for religious accommodation from the COVID-19 vaccine requirement. In line with a recent decision of the U.S. Supreme Court, the Navy may continue to consider the unvaccinated status of Navy service members when making deployment, assignment, and other operational decisions."

Pls.' Opp. to Assertion of Mootness App. 0149

31.     "3. Applicability. This NAVADMIN applies only to Navy service members who have submitted requests for religious accommodation from the COVID-19 vaccine requirement in line with references (k) and (l)."

32.     "4.b.3. Bonus, Special Pays, and Incentive Pays. Bonuses, special pays and incentive pays are considered unearned for personnel who have been removed from assignment based on deployment and other operational decisions. Reference (c) [NAVADMIN 256/21, which has not been canceled] provides guidance on required actions for members with unearned bonuses, special pays and incentives."

33.     NAVADMIN 256/21 states at paragraph "8. [that] Bonuses, Special Pays and Incentive Pays. Navy service members refusing the vaccine may not enter into any new agreements for bonuses, special pays, or incentive pays and any unearned portion of current bonuses, special pays and incentive pays will be recouped in accordance with references (r) through (u). Examples include, but are not limited to, the following: career retention bonuses, enlistment bonuses and incentive pays (such as flight pay). Bonuses, special pays and incentive pays become unearned when a Navy service member refusing the vaccine is no longer performing duties for which they are receiving such a bonus, special pay, or incentive pay (i.e. removed from assignment)."

34.     NAVADMIN 256/21 further states at paragraph "9.a. [that] Institutional Education. Navy service members refusing the vaccine who incurred a service obligation for an education benefit (e.g. USNA, ROTC, Naval Postgraduate School, Health Professional Scholarship Program or in-residence Professional Military Education), will have any unearned portion of that education benefit recouped if separated before completing the service obligation. Navy service members refusing the vaccine (as defined in para. 3) currently enrolled in such an education program will be dis-enrolled from their program as soon as feasible and held at their institution or command

Pls.' Opp. to Assertion of Mootness App. 0150

pending administrative separation. Note: Current USNA and ROTC Midshipmen will be adjudicated by governing instructions as discussed in para. 3.a."

35.     Because vaccination status is still being considered, current Navy policies indicate that I will be required to reimburse the cost of the education received, plus my retention bonus, which amounts to $75,000 and whatever the Navy determines I owe for studies at Naval Postgraduate School and the Naval War College for Joint Professional Military Education.

36.     I have ranked ahead of my peers since I commissioned in 2013 until submission of my RAR.

37.     While I was selected in May of 2022 for Lieutenant Commander, O-4, my understanding is that my promotion will be withheld. I have reason to believe that it will be withheld because I have firsthand knowledge of another Lieutenant, selected for Lieutenant Commander, whose promotion is still being withheld as a result of submitting a RAR, despite the mandate being rescinded. Further, I have not received any additional information or guidance from my command or my detailer to suggest otherwise. My command had no idea that I was even selected for Lieutenant Commander and did not celebrate that achievement with me, which is the normal course of action when officers are selected to promote to the next grade.

38.     Until the implementation of the August 24, 2021, vaccine mandate, throughout my career, I have been very well-respected and held in high regard among my peers and those in leadership positions.

39.     The fact that I will be required to repay my bonus and cost of my postgraduate education is discriminatory, will be damaging to my career and personally financially crippling, and has caused me significant and officially documented anxiety and depression with PTSD-like

symptoms. The cost of repayment will completely wipe out all of my investment accounts and savings, which could further hamper my ability to provide for my wife and four children.

40.     As indicated in Secretary of the Navy Carlos Del Toro's speech on December 6, 2022 to the Navy League, the Navy will not allow me and others who are unvaccinated for COVID-19 to return to full operational duty, despite the 2023 National Defense Authorization Act rescinding the COVID-19 vaccination mandate. (https://news.usni.org/2022/12/07/pentagon-unclear-how-military-would-handle-end-of-mandatory-covid-19-vaccines).   I   have   done everything in my own power to complete the necessary schools and prepare myself for the job that the Navy will not let me do, which is Department Head.

41.     The fact that I cannot become a Department Head is discriminatory and is having a detrimental impact on my entire career, my family's financial security, and our mental wellbeing. If my career continues down this path, I may be forced out of the military and may not promote. I have spent the entirety of my career, up to this point, preparing to become a Department Head. As Navigator, I was a non-billeted Department Head, i.e., a Department Head in practice but not official title. I had all the rights and duties onboard the ship, which my second tour Division Officer counterparts did not. As the Future Operations Officer (N5) and Administrative Officer (N1) at Commander Amphibious Squadron Eight, I was treated as and functioned as a staff Department Head, but like being a Navigator, I was not a billeted Department Head. I had the same duties and responsibilities as my billeted staff Department Head counterparts; however, my time in those positions did not count for me like it did for them.

42.     What brings me sufficient anxiety and depression is that I know that if I am unable to ever fulfill the role of Department Head, I will not be able to achieve my next career milestones or take command of a warship, and I will have a heavy financial burden to pay back to the Navy,

Pls.' Opp. to Assertion of Mootness App. 0152

plus interest and as to the untaxed amount. When I received my bonuses, I paid taxes on those bonuses. When the Navy claws back those bonuses, my understanding is that they will do so based on the original amount – meaning I will be out even more than what I was paid. I will essentially pay taxes on those sums of money, twice.

43.     Like my career initially ended in 2009 due to an injury, I'm afraid that my career has essentially ended again. It is my understanding that if I cannot promote by 2025, I may be faced with meeting a career continuation board. My understanding is that this board convenes to decide whether or not I can stay in the Navy and may eventually lead to my early separation from the Navy because I have not been performing the job that I was trained to do. Because I have 10 more years before retirement, this means that I could lose out on all of my retirement benefits, which includes retirement pay, medical benefits for me and my family, loss of my GI bill education benefits if I receive a general discharge. A general discharge characterization could also have negative collateral impacts beyond the military context.

44.     Further, the treatment I have sustained as an unvaccinated member of the Navy has given me enough anxiety and depression that it is now documented in my record, with PTSD-like symptoms. I have been consistently sought after to update Page 13s, be counseled on my RAR, RAR appeal, Report of Misconduct, Notice to Show Cause, and Board of Inquiry. The manner in which I was discriminated against led to my peers constantly questioning what was going on, why I was being targeted, etc.

45.     Due to the small size of my family's base housing, which was supposed to be temporary, half of our belongings are required to be kept in Non-Temporary Storage ("NTS"). For context, my wife and I are currently living in a 1,400 square foot home with four boys. Our NTS has almost converted to be entirely our expense (not the Navy's) on two occasions because the

Navy will not issue me necessary orders because I am unvaccinated. I have asked my detailer, who is my correspondent with personnel command and is the person who assists with managing my career, a number of times about this and every time he claims it is impossible for me to be issued orders. This has placed further stress on me and my family.

46.     Finally, throughout this entire ordeal, neither the Commanding Officer nor Executive Officer of Surface Warfare Schools Command have personally sat down with me to discuss my RAR, my RAR denials, or my RAR appeal. With the exception of signing Page 13s given to me by an O-5 Commander, as a result of the RAR denials, all conversations were delegated to an O-4, Lieutenant Commander, who has no real positional significance in my command. My upper-level leadership continuously demonstrates that I mean nothing to them as a person or a SWO, despite the fact that I have continued to successfully perform my duties, albeit with a tremendously heavy and anxious heart, but while also receiving high remarks from students, peers, and my immediate leadership.

47.     At one point during the mandate, I was required to wear stickers on my badge that signified that I was unvaccinated and that I was allowed to enter the building.

48.     Although the Secretary of Defense rescinded the COVID-19 vaccination mandate on January 10, 2023, nothing about my above-referenced circumstances has changed. In light of the fact that the Navy will continue to consider my vaccination status for deployment, assignment, and operational decisions, I think that, without court intervention, all of the negative consequences for being unvaccinated, as listed above, will persist.

Pls.' Opp. to Assertion of Mootness App. 0154

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on February 13, 2023.

/s/ *Levi Beaird*
LEVI BEAIRD

Pls.' Opp. to Assertion of Mootness App. 0155

# Exhibit A

(1) - ORDXXXXX5139.0122.pdf - processed

ROUTINE                        ZYUW RUCLFVA0000 2770207

R 180207Z  MAR  22

FM COMNAVPERSCOM MILLINGTON TN//PERS4128 //

TO      SWOSCOLCOM NEWPORT RI//JJJ//

        USS SIOUX CITY GOLD//JJJ//

        CENNAVAVNTECHTRAU JACKSONVILLE FL//JJJ//

        SURFCOMSYSTRNCMD DET SOUTHEAST MAYPORT FL//JJJ//

        COMLCSRON TWO MAYPORT FL//JJJ//

        PERSUPP DET NAVSTA NORFOLK VA//JJJ//

        PERSUPP DET MAYPORT FL//JJJ//

        COMLCSRON ONE//JJJ//

        COMSURFACEDIV TWO ONE//JJJ//


UNCLAS //N01321//

MSGID/GENADMIN/CHNAVPERS//

SUBJ/BUPERS ORDER//

RMKS/

   BUPERS ORDER: 0122 (01)    XXX-XX-███████    (PERS-4128)

        OFFICIAL CANCELLATION OF ORDERS FOR

        LT LEVI WAYNE BEAIRD,  USN

- ORDERS AND ANY MODIFICATIONS(S) THERE TO CANCELLED.

CONTINUE PRESENT DUTY.

                              (SIGNED)

                              A. HOLSEY

                              REAR ADMIRAL, U.S. NAVY

                              COMMANDER NAVY PERSONNEL COMMAND

PERS413E PERS413  PERS412

NNNN