IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| U.S. NAVY SEALs 1–26, et al., § | |
| § | |
| **Plaintiffs,** § | |
| § | |
| v. § | Civil Action No. 4:21-cv-01236-O |
| § | |
| LLOYD J. AUSTIN, III, et al., § | |
| § | |
| **Defendants.** § | |

## ORDER

On February 6, 2023, Defendants filed their Assertion of Mootness (ECF No. 221). Plaintiffs filed their Response (ECF No. 224) on February 13, 2023, and Defendants filed their Reply (ECF No. 226) on February 21, 2023. In their Reply, Defendants argue that the Navy's newly updated standard operating guidance, issued on February 15, 2023, further reinforces their position that all of Plaintiffs' claims are moot. Since filing their Reply, Defendants have filed a Notice of Additional Guidance Regarding Recission of DOD Covid-19 Vaccination Requirement (ECF No. 230) on February 28, 2023. Plaintiffs' sur-reply, set to be filed on or before March 8, 2023, **SHALL** address this latest development in addition to all other relevant issues.

**SO ORDERED** on this **1st day** of **March, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE