IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **NAVY SEALs 1-3,** *et al.*,<br><br>                Plaintiffs,<br><br>v.<br><br>**LLOYD J. AUSTIN, III** in his official capacity as United States Secretary of Defense, *et al.*,<br><br>                Defendants. | Case No. 4:21-cv-01236-O |

## DEFENDANTS' NOTICE OF ADDITIONAL GUIDANCE REGARDING RESCISSION OF DOD COVID-19 VACCINATION REQUIREMENT

Defendants file this notice to inform the Court that on March 7, 2023, the Navy issued NAVADMIN 065/23, taking additional actions to implement the rescission of the DoD COVID-19 vaccination requirement. *See* Ex. 1. Defendants provided a copy of this document to Plaintiffs' counsel at about 10 a.m. (Eastern) today March 7, 2023.

Dated: March 7, 2023

                Respectfully submitted,

                BRIAN M. BOYNTON
                Principal Deputy Assistant Attorney General
                Civil Division

                ALEXANDER K. HAAS
                Director, Federal Programs Branch

                ANTHONY J. COPPOLINO
                Deputy Branch Director
                Federal Programs Branch

                */s/ Amy E. Powell*
                ANDREW E. CARMICHAEL (VA Bar. No. 76578)
                AMY E. POWELL
                Senior Trial Counsel
                STUART J. ROBINSON
                Senior Counsel
                ZACHARY A. AVALLONE
                COURTNEY D. ENLOW
                LIAM C. HOLLAND

CASSANDRA M. SNYDER
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (919) 856-4013
Fax: (202) 616-8470
Email: amy.powell@usdoj.gov

*Counsel for Defendants*