# Exhibit 1

```
CLASSIFICATION: UNCLASSIFIED//
ROUTINE
R 061627Z MAR 23 MID200080785328U
FM CNO WASHINGTON DC
TO NAVADMIN
INFO CNO WASHINGTON DC
BT
UNCLAS

NAVADMIN 065/23

MSGID/GENADMIN/CNO WASHINGTON DC/N1/MAR//

SUBJ/FOLLOW ON COVID-19 VACCINE RESCISSION ACTIONS//

REF/A/DOC/NDAA-FY23/HR 7900//
REF/B/DOC/SECDEF/10JAN23//
REF/C/MSG/SECNAV/201839ZJAN23//
REF/D/MSG/CNO/112139ZJAN23//
REF/E/MSG/CNO/152142ZFEB23//
REF/F/DOC/DEPSECDEF/24FEB23//
REF/G/DOC/SECNAV/24FEB23//

NARR/REF A IS THE NATIONAL DEFENSE AUTHORIZATION ACT FOR FISCAL YEAR 2023.
REF B IS SECDEF MEMO, TITLED RESCISSION OF COVID-19 VACCINATION REQUIREMENT
FOR MEMBERS OF THE ARMED FORCES.
REF C IS ALNAV 009/23, RESCISSION OF COVID-19 VACCINATION REQUIREMENT FOR
MEMBERS OF THE ARMED FORCES.
REF D IS NAVADMIN 005/23, REMOVAL OF COVID-19 VACCINATION MANDATE.
REF E IS NAVADMIN 038/23, U.S. NAVY COVID-19 STANDARDIZED OPERATIONAL
GUIDANCE 8.0.
REF F IS DEPSECDEF MEMO, GUIDANCE FOR IMPLEMENTING RESCISSION OF 24 AUGUST
2021 AND 30 NOVEMBER 2021 CORONAVIRUS DISEASE 2019 VACCINATION REQUIREMENTS
FOR MEMBERS OF THE ARMED FORCES.
REF G IS SECNAV MEMO, DEPARTMENT OF THE NAVY ACTIONS TO IMPLEMENT CORONAVIRUS
19 VACCINE RESCISSION.//

RMKS/1.  References (a) through (g) rescinded the Navy's COVID-19
vaccine mandate.  COVID-19 vaccination is no longer required for
Navy Service members, and refusing the COVID-19 vaccine is no longer
a basis for separation from the Navy.

2.  Reference (d) ended administrative separations based solely on
COVID-19 vaccine refusal.  Separation processing may continue in
cases where there are other reasons for separation.

3.  In line with reference (e), COVID-19 vaccination status shall
not be a consideration in assessing individual Service member
suitability for deployment or other operational assignments.  Navy
Service members who are unvaccinated against COVID-19 and are
approaching, in, or past their assignment window should contact
their detailer if not already being processed for their next
assignment.

4.  Reference (b) directed the military services to cease processing
requests and appeals seeking religious accommodation from the COVID-
19 vaccine.  Such requests and appeals by Navy Service
```

members are now closed and are considered returned without action. Navy Service members who submitted requests or appeals seeking relief from other mandatory vaccinations along with a COVID-19 vaccine request that have not yet been adjudicated will be contacted individually in line with reference (g).

5.  In line with reference (g), the records of currently serving Navy Service members who requested religious accommodation from COVID-19 vaccination are being centrally reviewed to identify and remove any adverse information related to vaccine refusal, should it exist.  Other current and former Navy service members may petition the Board for Corrections of Naval Records regarding COVID-19 vaccination related matters.

6.  In line with reference (g), selection board precepts will include language that precludes consideration of adverse information regarding COVID-19 vaccine refusal in the case of Service members who submitted religious accommodation requests.

7.  Released by Vice Admiral Richard J. Cheeseman, Jr., N1.//

BT
#0001
NNNN
CLASSIFICATION: UNCLASSIFIED//