# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| U.S. NAVY SEALs 1–26, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:21-cv-01236-O |
| § | |
| LLOYD J. AUSTIN, III, et al., § | |
| § | |
| Defendants. § | |

## ORDER

Upon consideration of the parties' Joint Motion to Temporarily Stay Proceedings, or in the Alternative, for a 30-day Extension of Deadlines (ECF No. 232), filed March 6, 2023, it is, therefore,

**ORDERED** that:

- The Joint Motion is **GRANTED**;

- All remaining deadlines (other than the mediation deadline) set forth in the Amended Scheduling Order, ECF No. 220 are stayed pending resolution of the mootness briefing separately ordered.

**SO ORDERED** on this **7th day** of **March, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE