UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**FILED**
**March 23, 2023**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

**MINUTE ORDER - Mediation**

**JUDGE :** Jeffrey L. Cureton
**LAW CLERK:** Kristi N. Verna
**COURT REPORTER:** None

**CASE NO.:** 4:21-cv-1236-O
**CASE STYLE:** U.S. Navy SEALs 1-26, et al. v. Lloyd J. Austin, III, et al.
**DATE HELD:** March 23, 2023
**TOTAL TIME IN MEDIATION:** 9:30 am to 11:30 p.m. (2 hours)
**TOTAL TIME IN COURT:** None

**APPEARANCES:**

PLAINTIFFS: U.S. Navy SEAL 2 (Class Representative)
EOD 1 (Class Representative)

COUNSEL FOR PLAINTIFF: Heather Gebelin Hacker, Andrew B. Stephens, Michael D. Berry, Danielle A. Runyan, Holly M. Randall

COUNSEL FOR DEFENDANTS: Andrew E. Carmichael, Liam C. Holland, Commander Eric Osterhues

**PROCEEDINGS CONDUCTED:** Mediation conducted with the parties. Case did not settle. Parties are continuing to work towards settlement and will exchange various proposals.