# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **U.S. NAVY SEALs 1-3**; on behalf of themselves and all others similarly situated; **U.S. NAVY EXPLOSIVE ORDNANCE DISPOSAL TECHNICIAN 1**, on behalf of himself and all others similarly situated; **U.S. NAVY SEALS 4-26**; **U.S. NAVY SPECIAL WARFARE COMBATANT CRAFT CREWMEN 1-5**; and **U.S. NAVY DIVERS 1-3**, <br><br>    Plaintiffs, <br><br>  v. <br><br>**LLOYD J. AUSTIN, III**, in his official capacity as United States Secretary of Defense; **UNITED STATES DEPARTMENT OF DEFENSE**; **CARLOS DEL TORO**, in his official capacity as United States Secretary of the Navy, <br><br>    Defendants. | Case No. 4:21-cv-01236-O |

## PLAINTIFFS' POSITION RE: TIMING OF SUPPLEMENTAL BRIEFING

On Monday, July 10, 2023, the Court ordered the parties to submit their position on the timing of supplemental briefing in this case after the Fifth Circuit's opinion issued on Thursday, July 6, 2023. Dkt. 245. Specifically, the Court requested the parties' position on "whether that supplemental briefing should be filed presently, or whether there is some reason to wait for the mandate to issue first." Dkt. 245.

Plaintiffs agree that supplemental briefing regarding the Fifth Circuit's opinion is warranted. But at this time, Plaintiffs respectfully request that the supplemental briefing take place after issuance of the mandate, which is set for August 28, 2023. Undersigned counsel for Plaintiffs is currently out of state on vacation with her family and has not yet been able to discuss the next steps in the case with co-counsel and the Plaintiffs. Undersigned counsel would therefore appreciate the additional time to confer with both clients and co-counsel to determine whether further proceedings in the Fifth Circuit are warranted and to allow for the drafting of the supplemental briefing.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court wait until after issuance of the Fifth Circuit's mandate to require supplemental briefing.

1

Respectfully submitted this 11th day of July, 2023.

<div style="display: flex;">

KELLY J. SHACKELFORD
  Texas Bar No. 18070950
JEFFREY C. MATEER
  Texas Bar No. 13185320
HIRAM S. SASSER, III
  Texas Bar No. 24039157
DAVID J. HACKER
  Texas Bar No. 24103323
MICHAEL D. BERRY
  Texas Bar No. 24085835
JUSTIN BUTTERFIELD
  TEXAS BAR NO. 24062642
DANIELLE A. RUNYAN*
  New Jersey Bar No. 027232004
Holly M. Randall
  Texas Bar No. 24128002
FIRST LIBERTY INSTITUTE
2001 W. Plano Pkwy., Ste. 1600
Plano, Texas 75075
Tel: (972) 941-4444
jmateer@firstliberty.org
hsasser@firstliberty.org
dhacker@firstliberty.org
mberry@firstliberty.org
jbutterfield@firstliberty.org
drunyan@firstliberty.org
hrandall@firstliberty.org

*Admitted pro hac vice

</div>

/s/ Heather Gebelin Hacker
HEATHER GEBELIN HACKER
  Texas Bar No. 24103325
ANDREW B. STEPHENS
  Texas Bar No. 24079396
HACKER STEPHENS LLP
108 Wild Basin Road South, Suite 250
Austin, Texas 78746
Tel.: (512) 399-3022
heather@hackerstephens.com
andrew@hackerstephens.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 11, 2023, I electronically filed the foregoing document through the Court's ECF system and will serve a copy on each of the Defendants according to the Federal Rules of Civil Procedure.

                          /s/ Heather Gebelin Hacker
                          HEATHER GEBELIN HACKER