IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **NAVY SEALs 1-3,** et al., <br><br> Plaintiffs, <br><br> v. <br><br> **LLOYD J. AUSTIN, III** in his official capacity as United States Secretary of Defense, et al., <br><br> Defendants. | Case No. 4:21-cv-01236-O |

## DEFENDANTS' RESPONSE TO THE JULY 10, 2023 ORDER

Defendants respectfully submit this response to the Court's July 10, 2023 Order, directing the parties to "submit their respective positions on the timing of supplemental briefing." *See* ECF No. 245. Defendants take no position and have no objection to Plaintiffs' proposed approach of waiting for issuance of the mandate to proceed with supplemental briefing. Defendants' counsel are available to confer with Plaintiffs to discuss a briefing schedule at that time. If briefing proceeds now, Defendants request three weeks to file supplemental briefs regarding the impact of the Fifth Circuit decision in light of counsel's schedule and the press of other business.

Dated: July 11, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principle Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

JOSHUA E. GARDNER
Special Counsel

*/s/ Amy Powell*
ANDREW E. CARMICHAEL (VA Bar. No. 76578)
AMY E. POWELL
Senior Trial Counsel

1

STUART J. ROBINSON
Senior Counsel
ZACHARY A. AVALLONE
COURTNEY D. ENLOW
LIAM C. HOLLAND
CASSANDRA M. SNYDER
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 514-3346
Fax: (202) 616-8470
Email: Andrew.e.carmichael@usdoj.gov

*Counsel for Defendants*