**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| U.S. NAVY SEALs 1–26, *et al.*, § <br> §<br> Plaintiffs, § <br> §<br> v. § <br> §<br> LLOYD J. AUSTIN, III, *et al.*, § <br> §<br> Defendants. § | Civil Action No. 4:21-cv-01236-O |

## ORDER

Before the Court is Defendants' Unopposed Motion for Extension of Time (ECF No. 263), filed February 23, 2024. The Court finds good cause to **GRANT** the requested extension of the joint report deadline. Accordingly, the Court **ORDERS** the parties to submit the joint report, as described in the February 14, 2024 Order (ECF No. 262), by no later than **March 8, 2024**.

**SO ORDERED** this **23rd day** of **February, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE