IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| NAVY SEALS 1-3, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 4:21-cv-01236-O |
| | ) |
| Lloyd J. Austin III, in his official capacity as United States Secretary of Defense, et al., | ) |
| | ) |
| Defendants. | ) |

### JOINT REPORT

On February 14, 2024, the Court issued an order requiring the parties to submit a joint report with their proposal for how this case should proceed to final resolution on an expedited basis. ECF No. 262 at 18. The Court provided that the joint report should (1) indicate whether any amendment of the active pleadings is warranted given the robust procedural developments in this case and (2) provide new suggested dates for all deadlines stayed by the Court's March 7, 2023 Order, ECF No. 234. The parties respectfully provide their positions on those issues below.

**I.     Amendment of Pleadings.**

The parties agree that the Court's order of February 14, 2024, determined that the active complaint encompasses the remaining issues in the case as identified by the Court, and Defendants are now on notice of issues identified in the Court's order. Accordingly, Plaintiffs do not intend to seek leave to file a second amended complaint.

**II.    Proposal for Proceeding to Final Resolution on an Expedited Basis.**

The parties are engaged in ongoing settlement discussions regarding the amicable resolution of this case without the need for further litigation, which may provide for the most

1

expeditious manner to resolve this case. In addition to the parties' independent and ongoing efforts to reach settlement, Magistrate Judge Cureton has reserved April 3, 2024, for a mediation session to facilitate resolution of this case. Judge Cureton's chambers has informed the parties that he will issue an order formally scheduling this mediation after this Court issues a scheduling order. To focus the parties' immediate resources on reaching settlement, the parties propose proceeding in the following manner.

First, the parties propose that proceedings remain stayed until the proposed April 10, 2024 deadline for the parties to serve Amended Initial Disclosures and Expert Disclosures to facilitate the parties' settlement discussions.

Second, the parties propose that the Court vacate all prior deadlines and enter an Amended Scheduling Order with the following deadlines:

| | |
|---|---|
| Mediation | **April 3, 2024** |
| Stay of Proceedings Lifted | **April 10, 2024** |
| Amended Rule 26(a)(1) Initial Disclosures and Rule 26(a)(2) Expert Disclosures | **April 10, 2024** |
| Rebuttal Expert Disclosures | **April 24, 2024** |
| Completion of Discovery | **June 17, 2024** |
| Dispositive Motions | **June 26, 2024** |
| Pretrial Disclosures and Objections | **August 7, 2024. Objections due 14 days thereafter.** |
| Pretrial Materials (pretrial order etc.) | **August 21, 2024** |
| Exchange of Exhibits | **August 28, 2024** |
| Trial Date | **September 11, 2024** |

Dated: March 8, 2024   Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

2

<table>
<tr><td></td><td>JOSHUA E. GARDNER<br>Special Counsel<br><br>/s/ Liam C. Holland<br>ANDREW E. CARMICHAEL<br>AMY POWELL<br>Senior Trial Counsel<br>LIAM C. HOLLAND<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, D.C. 20005<br>Tel: (202) 514-4964<br>Email: liam.c.holland@usdoj.gov<br><br>*Counsel for Defendant*</td></tr>
<tr><td>KELLY J. SHACKELFORD<br>  Texas Bar No. 18070950<br>JEFFREY C. MATEER<br>  Texas Bar No. 13185320<br>HIRAM S. SASSER, III<br>  Texas Bar No. 24039157<br>DAVID J. HACKER<br>  Texas Bar No. 24103323<br>JUSTIN BUTTERFIELD<br>  Texas Bar No. 24062642<br>Danielle A. Runyan *<br>  New Jersey Bar No. 027232004<br>Holly M. Randall *<br>  Oklahoma Bar No. 34763<br>FIRST LIBERTY INSTITUTE<br>2001 W. Plano Pkwy., Ste. 1600<br>Plano, Texas 75075<br>Tel: (972) 941-4444<br>jmateer@firstliberty.org<br>hsasser@firstliberty.org<br>dhacker@firstliberty.org<br>jbutterfield@firstliberty.org<br>drunyan@firstliberty.org<br>hrandall@firstliberty.org</td><td>/s/ Andrew B. Stephens<br>HEATHER GEBELIN HACKER<br>  Texas Bar No. 24103325<br>ANDREW B. STEPHENS<br>  Texas Bar No. 24079396<br>HACKER STEPHENS LLP<br>108 Wild Basin Road South, Suite 250<br>Austin, Texas 78746<br>Tel.: (512) 399-3022<br>heather@hackerstephens.com<br>andrew@hackerstephens.com<br><br>*Counsel for Plaintiffs*</td></tr>
</table>

3