# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| U.S. NAVY SEALs 1–26, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:21-cv-01236-O |
| § | |
| LLOYD J. AUSTIN, III, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is the parties' Joint Report (ECF No. 265), filed March 8, 2024. In the report, the parties explain that they are engaged in settlement discussions and intend to mediate with Magistrate Judge Cureton on April 3, 2024. To allow sufficient time for these settlement efforts, the parties propose staying all deadlines until April 10, 2024 and suggest that the Court enter new deadlines after this date. Finding good cause, the Court **ORDERS** the parties to mediate with Magistrate Judge Cureton by **April 3, 2024** and **STAYS** all proceedings in this matter until **April 10, 2024**. Within seven days of the mediation session, the parties **SHALL** jointly prepare and file a written mediation report signed by counsel for each party that informs the Court whether this case has been settled by agreement of the parties. Should the parties not resolve this matter during mediation, the Court further **ORDERS** that each side furnish to the opposing party amended Rule 26(a)(1) Initial Disclosures and Rule 26(a)(2) Expert Disclosures by **April 10, 2024**. All other deadlines in the proposed Scheduling Order (ECF No. 265) will be considered and entered upon receipt of the parties' mediation report.

**SO ORDERED** this **11th day** of **March, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE