UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

MINUTE ORDER - Mediation *JC*

**JUDGE:** Jeffrey L. Cureton
**LAW CLERK:** Kristi N. Verna
**COURT REPORTER:** None

---

**CASE NO.:** 4:21-cv-1236-O
**CASE STYLE:** U.S. Navy SEALs 1-26, et al. v. Lloyd J. Austin, III, et al.
**DATE HELD:** April 3, 2024
**TOTAL TIME IN MEDIATION:** 9:30 am to 2:45 p.m. (5 hours, 15 minutes)
**TOTAL TIME IN COURT:** None

---

**APPEARANCES:**

**COUNSEL FOR PLAINTIFF:** Heather Gebelin Hacker, Andrew B. Stephens, Jeffrey C. Mateer, Danielle A. Runyan, Holly M. Randall

**COUNSEL FOR DEFENDANTS:** Andrew E. Carmichael, Liam C. Holland, Lieutenant Colonel Mary C. Anderlonis

**PROCEEDINGS CONDUCTED:** Mediation conducted with the parties. Case did not settle, but parties are continuing to work towards settlement. Court will hold a zoom meeting with counsel for Plaintiffs and Defendants tomorrow at 2:30 p.m. (CST) to continue settlement discussions.