UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

MINUTE ORDER – Telephone Conference

| | |
|---|---|
| **JUDGE:** | Jeffrey L. Cureton *JC* |
| **LAW CLERK:** | Kristi N. Verna |
| **COURT REPORTER:** | None |

| | |
|---|---|
| **CASE NO.:** | 4:21-cv-1236-O |
| **CASE STYLE:** | U.S. Navy SEALs 1-26, et al. v. Lloyd J. Austin, III, et al. |
| **DATE HELD:** | April 4, 2024 |
| **TOTAL TIME:** | 2:30 p.m. to 3:00 p.m. (30 minutes) |

**APPEARANCES (via telephone):**

| | |
|---|---|
| COUNSEL FOR PLAINTIFF: | Heather Gebelin Hacker, Andrew B. Stephens, Jeffrey C. Mateer, Danielle A. Runyan, Holly M. Randall, David Hacker |
| COUNSEL FOR DEFENDANTS: | Andrew E. Carmichael, Liam C. Holland, Lieutenant Colonel Mary C. Anderlonis |
| PROCEEDINGS CONDUCTED: | Telephone conference held as a follow up from the mediation that took place 4/3/2024. Case did not settle, but parties are continuing to work towards settlement. |