IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

|  |  |  |
|---|---|---|
| NAVY SEALS 1-3, et al. | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 4:21-cv-01236-O |
| Lloyd J. Austin III, in his official capacity as United States Secretary of Defense, et al., | ) ) ) ) ) | |
| Defendants. | ) ) | |

## JOINT REPORT

On March 11, 2024, the Court issued an order requiring the parties to submit a joint mediation report that informs the Court whether this case has been settled by agreement of the parties. ECF No. 268. The parties attended mediation with Magistrate Judge Cureton on April 3, 2024 and have had additional conversations both with Judge Cureton and amongst themselves since then. The case has not settled but the parties are continuing the conversation. Thus, the parties respectfully request one further two-week stay to facilitate continuing negotiations.

Dated: April 10, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

JOSHUA E. GARDNER
Special Counsel

/s/ Andrew E. Carmichael
ANDREW E. CARMICHAEL
AMY POWELL
Senior Trial Counsel
LIAM C. HOLLAND

1

Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 514-4964
Email: liam.c.holland@usdoj.gov

*Counsel for Defendant*

KELLY J. SHACKELFORD
  Texas Bar No. 18070950
JEFFREY C. MATEER
  Texas Bar No. 13185320
HIRAM S. SASSER, III
  Texas Bar No. 24039157
DAVID J. HACKER
  Texas Bar No. 24103323
Danielle A. Runyan
 Texas Bar No: 24134548
Holly M. Randall
  Texas Bar No. 24128002
FIRST LIBERTY INSTITUTE
2001 W. Plano Pkwy., Ste. 1600
Plano, Texas 75075
Tel: (972) 941-4444
jmateer@firstliberty.org
hsasser@firstliberty.org
dhacker@firstliberty.org
drunyan@firstliberty.org
hrandall@firstliberty.org

/s/ Heather Gebelin Hacker
HEATHER GEBELIN HACKER
  Texas Bar No. 24103325
ANDREW B. STEPHENS
  Texas Bar No. 24079396
HACKER STEPHENS LLP
108 Wild Basin Road South, Suite 250
Austin, Texas 78746
Tel.: (512) 399-3022
heather@hackerstephens.com
andrew@hackerstephens.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I certify that on April 10, 2024, this document was served through the Court's CM/ECF Document Filing System upon all counsel of record.

                                                         /s/ Heather Gebelin Hacker
                                                         HEATHER GEBELIN HACKER