UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| U.S. NAVY SEALs 1–26, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:21-cv-01236-O |
| § | |
| LLOYD J. AUSTIN, III, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is the parties' Joint Report (ECF No. 272), filed April 10, 2024. In the report, the parties explain that they remain engaged in settlement discussions following the in-person mediation that took place on April 3, 2024. To allow for continued settlement negotiations, the parties propose staying this matter for an additional two weeks. Finding good cause, the Court **ORDERS** that these proceedings remain stayed until **April 24, 2024**. By this date, the parties **SHALL** either file the appropriate settlement papers or a joint status report. Should the parties fail to resolve this matter, each side **SHALL** furnish to the opposing party amended Rule 26(a)(1) Initial Disclosures and Rule 26(a)(2) Expert Disclosures by **April 24, 2024**. All other deadlines in the proposed Scheduling Order (ECF No. 265) will be considered, if necessary, upon receipt of the parties' filing on April 24, 2024.

**SO ORDERED** this **11th day** of **April, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE