IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| NAVY SEALS 1-3, et al. | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Civil Action No. 4:21-cv-01236-O |
| LLOYD J. AUSTIN III, in his official capacity as United States Secretary of Defense, et al., | ) ) ) ) ) |
| Defendants. | ) ) ) |

**JOINT REPORT**

On March 11, 2024, the Court issued an order requiring the parties to submit a joint mediation report that informs the Court whether this case has been settled by agreement of the parties. ECF No. 268. The parties attended mediation with Magistrate Judge Cureton on April 3, 2024 and have had additional conversations both with Judge Cureton and amongst themselves since then. On April 10, 2024, the Court granted a two-week stay to permit the parties to continue these discussions. ECF No. 273. The case has not yet settled but the parties have made significant progress over the last two weeks. Thus, the parties respectfully request a one-week stay to facilitate continuing negotiations.

1

| | |
|---|---|
| Dated: April 24, 2024 | Respectfully submitted,<br><br>BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br>Civil Division<br><br>JOSHUA E. GARDNER<br>Special Counsel<br><br>/s/ Andrew E. Carmichael<br>ANDREW E. CARMICHAEL<br>AMY POWELL<br>Senior Trial Counsel<br>LIAM C. HOLLAND<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, D.C. 20005<br>Tel: (202) 514-4964<br>Email: liam.c.holland@usdoj.gov<br><br>*Counsel for Defendant* |
| KELLY J. SHACKELFORD<br>  Texas Bar No. 18070950<br>JEFFREY C. MATEER<br>  Texas Bar No. 13185320<br>HIRAM S. SASSER, III<br>  Texas Bar No. 24039157<br>DAVID J. HACKER<br>  Texas Bar No. 24103323<br>Danielle A. Runyan<br> Texas Bar No: 24134548<br>Holly M. Randall<br>  Texas Bar No. 24128002<br>FIRST LIBERTY INSTITUTE<br>2001 W. Plano Pkwy., Ste. 1600<br>Plano, Texas 75075<br>Tel: (972) 941-4444<br>jmateer@firstliberty.org<br>hsasser@firstliberty.org<br>dhacker@firstliberty.org<br>drunyan@firstliberty.org<br>hrandall@firstliberty.org | /s/ Heather Gebelin Hacker<br>HEATHER GEBELIN HACKER<br>  Texas Bar No. 24103325<br>ANDREW B. STEPHENS<br>  Texas Bar No. 24079396<br>HACKER STEPHENS LLP<br>108 Wild Basin Road South, Suite 250<br>Austin, Texas 78746<br>Tel.: (512) 399-3022<br>heather@hackerstephens.com<br>andrew@hackerstephens.com<br><br>*Counsel for Plaintiffs* |

2

## CERTIFICATE OF SERVICE

    I certify that on April 24, 2024, this document was served through the Court's CM/ECF Document Filing System upon all counsel of record.

                                                        /s/ Heather Gebelin Hacker  
                                                        HEATHER GEBELIN HACKER