UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| U.S. NAVY SEALs 1–26, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-01236-O |
| | § | |
| LLOYD J. AUSTIN, III, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the parties' Joint Report (ECF No. 274), filed April 24, 2024. In the report, the parties explain that they remain engaged in settlement discussions following the in-person mediation that took place on April 3, 2024. ECF No. 272 at 1. To allow for continued negotiations, the parties propose staying this matter for one additional week. *Id.* Finding good cause, the Court **ORDERS** that these proceedings remain stayed until **May 1, 2024**. By this date, the parties **SHALL** file the appropriate settlement papers. Should the parties fail to resolve this matter by this date, each side **SHALL** furnish to the opposing party amended Rule 26(a)(1) Initial Disclosures and Rule 26(a)(2) Expert Disclosures by **May 2, 2024**. At that point, the Court will also proceed with resetting the schedule in this case pursuant to its obligation to ensure cases move at a diligent page toward final resolution. *See* FED. R. CIV. P. 1 (identifying the duty to "secure the just, *speedy*, and inexpensive determination of every action and proceeding" (emphasis added)).

**SO ORDERED** this **25th day** of **April, 2024**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE