IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| NAVY SEALS 1-3, et al. </br></br>  Plaintiffs, </br></br> v. </br></br> LLOYD J. AUSTIN III, in his official capacity as United States Secretary of Defense, et al., </br></br>  Defendants. | Civil Action No. 4:21-cv-01236-O |

**JOINT REPORT**

On March 11, 2024, the Court issued an order requiring the parties to submit a joint mediation report that informs the Court whether this case has been settled by agreement of the parties. ECF No. 268. The parties attended mediation with Magistrate Judge Cureton on April 3, 2024 and have had additional conversations both with Judge Cureton and amongst themselves since then. On April 10, 2024, the Court granted a two-week stay to permit the parties to continue these discussions. ECF No. 273. On April 25, 2024, the Court granted a further one-week stay to permit the parties to continue negotiations. ECF No. 275.

The parties have now reached an agreement in principle on terms that will be memorialized in a Proposed Settlement Agreement which, subject to formal final approval by the Department of Justice, will be filed for the Court's review and preliminary approval. Counsel are currently working on drafting the Proposed Settlement Agreement, the content of class notices, and a motion for preliminary approval of the Class Settlement. Thus, the parties respectfully request that the Court vacate the discovery deadlines and extend the stay for 30 days to allow for these tasks to be completed and for the required government approval of the Proposed Settlement Agreement

1

(which Defendants' counsel estimates will take two weeks). The parties propose that by the end of the 30-day stay, they will either file the appropriate motion and proposed agreement, or the parties will file another joint status report informing the Court of the status of these tasks and including an explanation for any delay.

Dated: May 1, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

JOSHUA E. GARDNER
Special Counsel

/s/ Andrew E. Carmichael
ANDREW E. CARMICHAEL
AMY POWELL
Senior Trial Counsel
LIAM C. HOLLAND
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 514-4964
Email: liam.c.holland@usdoj.gov

*Counsel for Defendant*

KELLY J. SHACKELFORD
 Texas Bar No. 18070950
JEFFREY C. MATEER
 Texas Bar No. 13185320
HIRAM S. SASSER, III
 Texas Bar No. 24039157
DAVID J. HACKER
 Texas Bar No. 24103323
Danielle A. Runyan
 Texas Bar No: 24134548
Holly M. Randall
 Texas Bar No. 24128002
FIRST LIBERTY INSTITUTE

/s/ Heather Gebelin Hacker
HEATHER GEBELIN HACKER
 Texas Bar No. 24103325
ANDREW B. STEPHENS
 Texas Bar No. 24079396
HACKER STEPHENS LLP
108 Wild Basin Road South, Suite 250
Austin, Texas 78746
Tel.: (512) 399-3022
heather@hackerstephens.com
andrew@hackerstephens.com

*Counsel for Plaintiffs*

2001 W. Plano Pkwy., Ste. 1600
Plano, Texas 75075
Tel: (972) 941-4444
jmateer@firstliberty.org
hsasser@firstliberty.org
dhacker@firstliberty.org
drunyan@firstliberty.org
hrandall@firstliberty.org

## CERTIFICATE OF SERVICE

I certify that on May 1, 2024, this document was served through the Court's CM/ECF Document Filing System upon all counsel of record.

/s/ Heather Gebelin Hacker
HEATHER GEBELIN HACKER