UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| U.S. NAVY SEALs 1–26, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:21-cv-01236-O |
| LLOYD J. AUSTIN, III, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

Before the Court is the parties' Joint Report (ECF No. 276), filed on May 1, 2024. The Joint Report informs the Court that a resolution was reached and 30 days are required to finalize the settlement agreement. Accordingly, the parties are **ORDERED** to file the appropriate settlement papers by **no later than May 31, 2024**. Any existing deadlines are hereby **STAYED** pending the filing of appropriate settlement papers by the parties. If the parties do not file the appropriate settlement papers by the assigned date, or if further proceedings become necessary, the parties should immediately file a Joint Status Report with the Court.

**SO ORDERED** on this **3rd day** of **May, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE