# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **U.S. NAVY SEALs 1-3**; on behalf of themselves and all others similarly situated; **U.S. NAVY EXPLOSIVE ORDNANCE DISPOSAL TECHNICIAN 1**, on behalf of himself and all others similarly situated; **U.S. NAVY SEALS 4-26**; **U.S. NAVY SPECIAL WARFARE COMBATANT CRAFT CREWMEN 1-5**; and **U.S. NAVY DIVERS 1-3**, <br><br>          Plaintiffs, <br><br>   v. <br><br>**LLOYD J. AUSTIN, III**, in his official capacity as United States Secretary of Defense; **UNITED STATES DEPARTMENT OF DEFENSE**; **CARLOS DEL TORO**, in his official capacity as United States Secretary of the Navy, <br><br>          Defendants. | Case No. 4:21-cv-01236-O |

## NOTICE OF COMPLIANCE

Defendants respectfully provide notice that they have complied with the Court's direction, in its order preliminarily approving the parties' settlement agreement, by sending the Notice of Proposed Class Action Settlement and Hearing to Approve Proposed Settlement together with a copy of the Settlement Agreement and appropriate Attachments, to each class member, by the means previously agreed upon by the parties, on or before June 17, 2024. *See* Order of Preliminary Approval of Settlement, ECF No. 280. A declaration from Defendants' counsel attesting to such service is attached to the appendix supporting this notice. *See* Declaration of Andrew E. Carmichael (App001-003); *see also* Declaration of Captain Gareth J. Healy (App004-007).

1

Dated: June 25, 2024                    Respectfully submitted,

                                        BRIAN M. BOYNTON
                                        Principal Deputy Assistant Attorney General

                                        ALEXANDER K. HAAS
                                        Director, Federal Programs Branch

                                        LAUREN A. WETZLER
                                        Deputy Director
                                        Federal Programs Branch

                                        */s/ Andrew E. Carmichael*
                                        ANDREW E. CARMICHAEL
                                        AMY E. POWELL
                                        Senior Trial Counsel
                                        LIAM HOLLAND
                                        Trial Attorney
                                        United States Department of Justice
                                        Civil Division, Federal Programs Branch
                                        1100 L Street, N.W.
                                        Washington, DC 20005
                                        Tel: (202)-514-3346
                                        Email: andrew.e.carmichael@usdoj.gov

                                        *Counsel for Defendants*