206 Edgewood Dr
Richland, WA 99352

July 9, 2024

Clerk's Office
United States District Court for the Northern District of Texas
Fort Worth Division
501 West 10th Street, Room 310
Fort Worth, Texas 76102-3673
ATTN: U.S. Navy SEALs 1-26 v. Biden, Case No: 4:21-cv-01236, Objections to Proposed Class
Settlement

Dear U.S. District Court Clerk:

As a member of this class, I am writing in opposition to the proposed settlement agreement. While the
proposed settlement seeks to address some of the administrative harms suffered by class members, it falls
far short of making members whole. Of more lasting significance, it fails to uphold the legal, ethical, and
professional standards of military leadership and does not deter future violations of the Religious
Freedom Restoration Act and the First Amendment of the U.S. Constitution.

Under these medical mandates, members who expressed sincere, faith-based objections were subjected to
segregation, discrimination, and harassment by their leaders and peers. They were denied professional
opportunities and career progression that cannot be remediated by simple administrative corrections.
Furthermore, untold numbers of service members were dissuaded from exercising their lawful rights by
threats of these retaliations. Many of our comrades were thereby coerced into actions they believed to be
wrong and/or dangerous, suffering moral and sometimes physical injury from the mandated procedures.

As a leader in our armed forces, I have been trained to accept responsibility for wrong actions, seek
mitigations and preventions for such actions, and teach those that I lead to do the same. This proposed
settlement avoids responsibility for wrongdoing, does not correct underlying issues, and fails to establish
legal precedents and policy standards for future military and government leadership. For my part, I cannot
accept the proposed settlement as an adequate response to the magnitude of wrongs that it should address.
As leaders entrusted with supporting and defending the Constitution, we must do better.

I do not intend to appear at the Fairness Hearing for this settlement agreement. If there are further
questions, I can be reached at aaron.d.pickett3.mil@us.navy.mil.

Very respectfully yours,

AARON D. PICKETT
Commander, U.S. Navy Reserve

*PRESS FIRMLY TO SEAL*        *PRESS FIRMLY TO SEAL*        **CPU**



U.S. POSTAGE IMI
$9.85
PRFL    RDC 03
Orig: 99352
Dest: 78102
07/09/24
2000052644    02  BW

# PRIORITY
## ★ MAIL ★

 **DATE OF DELIVERY SPECIFIED**

 **USPS TRACKING™ INCLUDED**

 **INSURANCE INCLUDED**

 **PICKUP AVAILABLE**

* Domestic only

FROM:
 Aaron D. Pickett
206 Edgewood Dr.
Richland, WA  99352




RECEIVED
JUL 1 5 2024
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

TO: Clerk's Office
US District Court for the N District of TX
Fort Worth Division
501 West 10th St, Room 310
Fort Worth, TX 76102-3673

ATTN: US Navy SEALs 1-26 v Biden, Case No 4:21-cv-01236
Objections to Proposed Class Settlement

EXPECTED DELIVERY DAY: 07/11/24

## USPS TRACKING® #



9505 5265 0416 4191 0333 80

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

 **UNITED STATES POSTAL SERVICE®**