# OBJECTION TO SETTLEMENT AGREEMENT AND RELEASE OF ALL CLAIMS In U.S. Navy. SEALS 1-26 v. Biden, 4:22-cv-01236-O (N.D. Tex.)

**To: United States District Court for the Northern District of Texas**
**From: Blake Martin, SOC USN**

As a class member, I object to the fairness, reasonableness, and adequacy of this Settlement Agreement for the following reasons:

The repair of harms is not adequate because it only forces the Navy to correct limited administrative records which fails to restore the harms that fall outside this limited definition or the harms done to those class members no longer in the service.

The settlement does not adequately compensate class attorneys, who were forced to litigate with an incredibly limited budget against the significant resources of the federal government who weaponized citizens' (including class members') tax dollars against them.

The Settlement does not compensate class members in any way whatsoever, despite many class members enduring significant financial, mental health, and medical expenses as a result of defendants actions.

Finally, the Settlement does not deter the Navy from engaging in similar unlawful practices in the future because 1) the remedial actions the Navy is directed to take are completely symbolic and 2) the Settlement Agreement does not hold accountable those Navy leaders who are most responsible for violating the Religious Freedom Restoration Act and the First Amendment of the Constitution.

The defendants actions in violating the rights of class members had an individualized impact and therefore must be remedied by individualized relief and compensation. I do not consent to this settlement and will object unless the following six conditions are added to the Settlement Agreement.

1) Full backpay must be provided automatically (i.e. without their having to request it), for all class members who were involuntarily separated from the Navy for refusing the COVID-19 shots after filing a religious accommodation.

2) All service members who were involuntarily separated, left the Navy voluntarily, or retired before statutory retirement age, after filing a religious accommodation, must be automatically (i.e. without their having to request it), offered full reinstatement to their previous ranks and positions with both the pay and seniority they would otherwise have been entitled to had they remained in the Navy.

JUL 11, 2024
76102   $30.45
RDC 07   S2324K504580-3

PRIORITY MAIL EXPRESS
FLAT RATE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL



ATTN: U.S. Navy SEALs 1-26 v. Biden, Case No. 4:21-cv-01236, Objections to Proposed Class Settlement




# PRIORITY MAIL EXPRESS

**RECEIVED**
JUL 15 2024
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



PS10001000006

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE (    )
Blake Martin
81 Wagon Wheel Rd
Whitefish, MT
59937

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required
☐ 10:30 AM Delivery Required

TO: (PLEASE PRINT)   PHONE (    )

Clerk's Office
United States District Court for the Northern District of Texas
Fort Worth Division
501 West 10th Street, Room 310
Fort Worth, Texas 76102-3673

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance Included.

PEEL FROM THIS CORNER

EP13F
OD: 12



EJ 433 442 165 US

PAYMENT BY ACCOUNT (if applicable)
USPS® Corporate Acct. No.   Federal Agency Acct. No. or Postal Service Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☑ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO
PO ZIP Code: 59937
Scheduled Delivery Date: 7/12/24
Postage: $30.45

Date Accepted: 7/11/24
Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM ☐ 12:00 PM
Insurance Fee   COD Fee

Time Accepted: 1:10 PM
10:30 AM Delivery Fee   Return Receipt Fee   Live Animal Transportation Fee

Special Handling/Fragile   Sunday/Holiday Premium Fee   Total Postage & Fees: 30.45

Flat Rate   Acceptance Employee Initials: MF

**Money Back Guarantee** to U.S., select APO/FPO/DPO, and select International destinations. See DMM and IMM at pe.usps.com for complete details.
**Money Back Guarantee** for U.S. destinations only.
× For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.