**OBJECTION TO SETTLEMENT AGREEMENT AND RELEASE OF ALL CLAIMS In
U.S. Navy SEALs 1-26 v. Biden, 4:22-cv-01236-O (N.D. Tex.)**

**To: United States District Court for the Northern District of Texas
From: Danielle N. Kins**

Encl:  (1) Letter of Objection, Robert A. Green Jr., 01 July 2024



I, Danielle N. Kins, one of the People as seen in the U.S. and all 50 American state constitutions, republic in form, *Sui Juris*, serve this objection to the Court, that it may also serve as notice to all parties involved.

In addition to being a member of We The People, and by virtue of having filed a religious accommodation to the Navy mandate of the COVID-19 injection while holding the office of Lietuentant Commander, USN, I am a member of the Navy class as described in *U.S. Navy SEALs v. Biden*, 4:22-cv- 01236-O (N.D. Tex).

As a class member, I object to the fairness, reasonableness, and adequacy of this settlement agreement for the same reasons outlined in Encl (1). CDR Robert A. Green Jr. is a fellow leader and patriot with whom I share the same views and beliefs.

CDR Green, myself, and many other officers and enlisted, from all branches of the Department of Defense, utilized every legal means available to inform our senior leadership of the Constitutional and legal violations of the mandates they were imposing. Rather than heed our warnings, they took punitive measures against us and removed us from positions of leadership or billeted expertiese. This prevented us from protecting our subordinates' Constitutional and legal rights, and permanently damaged our careers. Due to career milestones being affected, the harm committed upon us, including moral injury, are profound. In my specific case, I was prevented from travel to perform my duties, and ultimately promotion, retention, and retirement.

The harm committed upon the over 8,000 service members who were involuntarily separated from the military, in violation of their Constitutional rights and multiple laws, is almost incomprehensible. Several became homeless, many marriages were destroyed, some died due to being denied urgent medical care, and some committed suicide. These are patriots of the highest moral character, the best our country has to offer, who signed a blank check to the American citizens with the oath that they would support and defend the Constitution. Every effort must be made to make these heroes whole again. This proposed settlement agreement is woefully inadequate and will not achieve the desired end result.

The defendents in this case, and numerous other senior leaders, committed their violations knowingly and without remorse, destroying the trust of their subordinates. The senior military leadership failed to uphold their Oaths of Office. There is only one course that can correct the impending implosion of the military and our national security. All senior leadership involved in the egregious actions, who willfully violated their oaths by

their actions, must be held accountable in every facet. They have been given every opportunity to hold themselves accountable; however, they refuse. The levers that motivate them to change course are money and power. Those levers must be pulled with a heavy hand to change the course of our military before it is too late. As of two weeks ago, The Navy is under manned by over 20,000 enlisted sailors of all ranks and ratings to fill positions on ships in the fleet alone, which is likely to continue to increase. Until the senior leaders are held fully accountable in every facet, trust cannot be rebuilt inside the Department of Defense, continuing the recruitment and retention crisis which will lead to a significant decline of our national security.

God is the ultimate judge and jury. He is watching everything we do and say, even our thoughts. We can each do His will and correct the injustices to the best of our abilities or refuse and wait for His righteous judgement upon this nation.

**Fairness Hearing**

I will not be able to appear at the Fairness Hearing. Please consider this objection in its entirety, highlighting Encl (1), in making a ruling both on this settlement and on the need to continue this case that has become so critical to Military Jurisprudence related to the First Amendment of the U.S. Constitution.

_____   Date: 13 July 2024
Danielle N. Kins