UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Navy SEALs 1-26, et al  §
*Plaintiff*  §
§
§
v.  § Case No. 4:21-cv-1236-O
§
§
Joseph Biden  §
*Defendant*  §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Dale Saran, Esq LLC , with offices at

19744 W 116th Ter
(Street Address)

Olathe                          KS                  66061
(City)                          (State)             (Zip Code)

(508) 415-8411
(Telephone No.)                 (Fax No.)

**II.** Applicant will sign all filings with the name  Dale Saran .

**III.** Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

See Appendix A, List of Objectors, to Objection filed by counsel in response to ECF 280, Judge O'Connor's Order and Notice.

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____Massachusetts_____, where Applicant regularly practices law.

Bar license number: 654781     Admission date: Dec. 18, 2002

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Maine | October 6, 1999 | Inactive |
| Rhode Island | June 18, 2003 | Inactive |
| Arizona | June 18, 2021 | Active |
| Court of Federal Claims | May 15, 2009 | Active |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:   Case No. And Style:

 N/A    N/A

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

 Defending the Republic, Travis Miller [TX Bar No. 24072952] , who has offices at

 2911 Turtle Creek Blvd., Suite 300
(Street Address)

 Dallas    TX    75219
(City)   (State)   (Zip Code)

 (214) 707-1775
(Telephone No.)   (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   17th   day of  July , 2024 .

 Dale Saran
Printed Name of Applicant

*/s/ Dale Saran*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.