15JUL2024



Clerk's Office
United States District Court for the Northern District of Texas
Fort Worth Division
501 West 10th Street, Room 310
Fort Worth, Texas 76102-3673
ATTN: U.S. Navy SEALs 1-26 v. Biden, Case No. 4:21-cv-01236-O (N.D. Tex.), Objections to Proposed Class Settlement

To Whom It Concerns:

I recently received a package in the mail from First Liberty Institute regarding a settlement for U.S. Navy SEALs 1-26 v. Biden, Case No. 4:21-cv-01236-O (N.D. Tex.). Regarding this matter, I wish to respectfully decline the Proposed Class Settlement offered on behalf of the United Sates Government. Below is an account of my individual experience during my time on active duty while vaccination was mandated, outlining my reasoning for declination of the Proposed Class Settlement:

-In OCT2021 the COVID vaccine was made mandatory for service members. I refused it.

-I had a BUD/S package I had been working on for the last 8 years, I wanted to salvage it, so I requested a religious exemption, they refused it.

-I filed an appeal, they denied it.

-I completed a separation package and, shortly thereafter, my daughter started self-mutilating so I took leave to attend to my family.

-By the time I returned the SEALs had filed their injunction against the Navy so all COVID related separations were halted. I also would be informed by my COC that I had new orders to remain on LIMDU in Bremerton, Washington until all of this was sorted out by the powers that be.

-The DIVO of personnel told me those orders were invalid and not to worry about them that everyone with an exemption received them. However, they were never canceled or executed so I remained attached to CVN-71.

-Eventually the Navy offered sailors with pending exemptions to rescind and be ADMIN separated which I declined for quite some time.

-In JUL2022 during this standby period my wife threatened to divorce me if I didn't give this up so I rescinded the exemption request and took some leave to go home and work things out with her and attend my daughter's birthday.

-While I awaited my separation letter I watched as other people who had situations identical to mine were expeditiously separated from the Navy one by one, until eventually I was the only one left in my weekly testing group of unvaccinated sailors that hadn't been separated.

-I inquired to everyone from my COC, to legal, to command career, to personnel, and my detailer for months on end ad nauseum asking why I wasn't being separated and whether or not the orders or something else was causing the delay and I was told time and time again not to worry about it that everyone was tracking and that these things just take time.

-I was eventually told that my initial separation package was never submitted (the folder "got lost") so I submitted a second package but by the time that got processed the mandate had been pulled, further complicating matters, so I was left with no other option but continue to wait for a definitive answer regarding my situation.

-While in Bremerton I was privileged to attend a meet and greet with the new MCPON and got the unique opportunity to ask him face to face about this situation. My wife even went so far as

to contact two separate congressmen for some kind of answer as to what would be the outcome and we still got no legitimate response. Just the same old same old about the mandates being pulled and that separation on those grounds was no longer a thing, and it was complicated.

-Things continued on in this fashion for months with everyone I spoke to telling me either not to worry about it or that they would get back to me. However, nothing ever came of it.

-On 09MAR2023 right before we were scheduled to leave Bremerton my Chief and LPO informed me that I had to go to legal immediately to sign paperwork because I was on an admin tickler to be separated that day. But when I got there, legal refused saying they weren't doing that anymore. I told them that if I had a separation letter? I wanted to go home. I went back work after this meeting, and continued to wait.

-I returned to San Diego with the ship and continued to ask all the right questions to all the right people and eventually the story changed and the orders were now the problem according to everyone that had once denied they were.

-By now so much time had passed that if I wanted to execute them, I would have to fill out a 1306, cancel them, have them reissued, and tack several months onto my EAOS in order to satisfy an accounting modification to fund the transfer.

-I refused and contacted my detailer who told me yes, they should've been executed without exception because those were my orders. And that me formally requesting with a 1306 was the only way to follow through, even if I wanted to stay at the command which was even more out of the question. I never signed the 1306 canceling the orders.

-Shortly after this I was taken out of Crash and Salvage where I had worked for 4 years and sent to Fly 2. No concrete reason was ever provided as to why this was done.

-In MAY2023 I scheduled a meeting with my CMC to try and reach a resolution. My DLCPO for air department as well as the DLCPO of personnel were also in attendance at this meeting and all of the above was reiterated once again and once again I was met with more of the same.

-The CMC took a folder from me that he said he didn't need copies of and said he would get back to me and once his staff had made a determination and again, I was left waiting with no reply.

-I contacted my detailer again and he told me that I should sign just 1306 canceling the orders and I disagreed stating that this wasn't a problem that I created and that after all this I had precious little desire to stay under the chain of command at CVN-71 nor in the Navy for that matter.

-In JUN2023 a folder appeared on my rack from my divisional career counselor that turned out to be the wet copies of my initial separation package that "got lost".

-At this time, I was told that if I refused to sign the 1306 canceling the orders to Bremerton the command would be unable to separate me at my standing EAOS because I didn't have proper orders to the command and I still refused stating that this was ridiculous, why I was inquiring so hard about all this in the first place to avoid a situation like the one I'm in now, and that I wouldn't just alleviate them of their accountability like that.

-I once again went down to personnel to inquire about how we were going to resolve this situation to find out that the Bremerton orders had been canceled (without a 1306).

-I requested to be put on beach detail was denied and taken along on deployment.

-I had at this point for the third time prepared my capstone package, and all other necessary components for separation at my EAOS of 20MAY2024.

-While working on my separation evaluation with my LPO we needed to verify some dates. Dates that were easily accessed by looking to the terminal leave folder.

-However, when we opened the folder all of the paperwork was gone and only the checkoff list remained (with all the boxes checked off).

-I decided at this point to hand-walk the remaining portions of the paperwork necessary to generate my DD214 and official date of separation and these efforts were met with more side eyes and animosity.

-Furthermore, other people within my division had their paperwork expedited even obtaining waivers for aspects that were mandatory (i.e., TAPS courses) to my understanding as they were explained to me.

-I submitted a statement with my separation evaluation and that was also met with no small amount of frustration.

-I was scheduled to be flown off the ship 06APR2023, my DLCPO canceled that citing "there was not enough room on the COD".

-I was flown off the very next day, 07APR2023, and arrived at Naval Base San Diego TPU on 09APR2023 via Okinawa.

-I flew home 01MAY2024 for terminal leave and still have not received a copy of my official DD14.  Currently the VA is helping me obtain that paperwork.

I tried to be as concise as possible however my story is a very complicated one with a lot of caveats unique to my own personal experiences.  I have collected literally every scrap of paper and every email for the last three years.  All of the information above can be verified and further explained if necessary.

In closing, I would like once again to respectfully decline the Proposed Class Settlement offered on behalf of the United Sates Government regarding U.S. Navy SEALs 1-26 v. Biden, Case No.

4:21-cv-01236-O (N.D. Tex.). This period in history has done immeasurable amounts of damage to innumerable amounts of people. My story is just one of many, and from where I sit the only way to ensure that something like this never happens again is to continue to fight the good the fight, proceed with the lawsuit, and refuse to let accountability be anything less than a universally applicable precept.

V/R,

*[signature] J.V. Dekan III, 15 JUL 2024*

ABH3(AW/SW) Jozef V. Dekan III




224

RECEIVED
JUL 17 2024

**FROM:** ABH3(AW/SW) JOZEF V. DEXAN II
8 PHYLLIS DRIVE
ELLENVILLE, NY 12428

CLERK US DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**TO:** CLERK'S OFFICE
UNITED STATES DISTRICT COURT (N.D. TEX)
FORT WORTH DIVISION
501 WEST 10TH STREET, ROOM 310
FORT WORTH, TEXAS * ATTN: CASE NO.
4:21-CV-01236-O*
PHONE: (817) 850-6600

ZIP+4: 76102-3673

PME KINGSTON, NY 12401
JUL 15, 2024
$30.45

EK 979182390 US

PO ZIP Code: 12401
Scheduled Delivery Date: 7-16
Postage: $30.45
Date Accepted: 7-15
Time Accepted: 2:04 PM
Scheduled Delivery Time: 3:00 PM
10:30 AM Delivery Fee: 6pm
Total Postage & Fees: $30.45