IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| U.S. NAVY SEALs 1–26, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:21-cv-01236-O |
| § | |
| LLOYD J. AUSTIN, III, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER APPROVING SETTLEMENT AGREEMENT

On July 24, 2024, the Court held a Rule 23(e) hearing to determine the fairness, reasonableness, and adequacy of the Settlement Agreement (ECF No. 279). *See* Minute Entry, ECF No. 319. The Court preliminary approved the Settlement Agreement and ordered the parties to provide notice of the proposed terms and conditions to the class members. *See* June 5, 2024 Order, ECF No. 280. During the hearing, the Court heard oral argument from both parties, as well as from interested class members objecting to the Settlement Agreement. The Court previously reviewed the terms and conditions of the Settlement Agreement and written objections submitted by class members. Class members were given due and sufficient notice. *See* Notice of Compliance, ECF No. 282. Based on the findings made on the record and the pleadings submitted by the parties, the Court determines the Settlement Agreement to be fair, reasonable, and adequate and in the best interest of the class members. Therefore, the Court **APPROVES** the Settlement Agreement. Separate final judgment shall issue.

**SO ORDERED** on this **24th** day of **July**, **2024**.

_Reed O'Connor_
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**