IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| U.S. NAVY SEALs 1–26, *et al.*, | § |
| Plaintiffs, | § § § |
| v. | §  Civil Action No. 4:21-cv-01236-O |
| LLOYD J. AUSTIN, III, *et al.*, | § § § |
| Defendants. | § |

# FINAL JUDGMENT

This Judgment is issued pursuant to Federal Rule of Civil Procedure 58(a).

This action came on for consideration by the Court, and the issues having been resolved pursuant to a negotiated settlement,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. Pursuant to the Court's July 24, 2024 Order Approving Settlement Agreement (ECF No. 320), this Judgment fully and finally resolves all claims and causes of action asserted in the above-entitled and numbered cause.

2. All claims asserted by Plaintiffs against Defendants in this matter are **DISMISSED** in accordance with the terms and conditions of the Settlement Agreement (ECF No. 279).

**SO ORDERED** on this **25th day** of **July, 2024**.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**