

July 17, 2024

Joycelyn Annette Adam
8872 San Gabriel Rd.
Atascadero, CA. 93422

Settlement refusal regarding U.S. Navy SEALs 1-26 v. Biden, Case 4:21-cv-01236-0 (N.D. Tex.)

In response to NOTICE OF PROPOSED CLASS ACTION SETTLEMENT AND HEARING TO
APPROVE PROPOSED SETTLEMENT

I refuse the settlement presented. Protections must be put in place to uphold the religious,
freedom of speech and bodily rights of our military personnel INDEFINITELY. Temporary training
and website proclamations will not protect future active duty men and women from unjust
mandates and scrutiny. The current avenues of assistance such as the Command Inspector
General and Equal Opportunity programs are formatted to protect the US Navy  and not the
individual in need.

Religious beliefs are not preferences, they are unwavering, strongholds that can not be
abandoned without deep turmoil of self and soul. Imagine being told to abandon what you
believe is true and being coerced into doing something you truly do not want to do. Mandatory
vaccination of an experimental vaccine can NEVER happen again. Religious accommodation
should be treated with the utmost sensitivity, consideration and respect for the individual military
members' welfare.

The government has power to name ANYTHING they want as a lawful order. And that gives
them the power to strip away rights of its active duty military. Protections must be put in place to
uphold the religious, freedom of speech and bodily rights of our military personnel
INDEFINITELY.

I remember the turmoil and mental strain I felt when refusing the COVID vaccine during my
active duty service. Doing everything I could to keep my military career on track without
abandoning my Christian beliefs. I experienced advancement restrictions, ineligibility for Tuitions
assistance, weekly COVID swabs when I was asymptomatic, extended FPCON Charlie status
and required to attend briefs to sway or intimidate me to get the vaccine. I submitted a religious
exception request, an appeal to rejected religious exception request, wrote memorandums in
response to administrative councilings, contacted equal opportunity officer and Command
Inspector General with no avail.Standing up against the Navy and fighting for your religious
beliefs is scary and takes a mental toll. At the end of my 9 years of service, I left disappointed
and betrayed by an institution that I served devotedly. I wish it could have ended differently.

Joycelyn Adam

UPS GROUND
TRACKING # 1Z H4G 169 03 8462 2414

SHIP US NAVY SEALS 1-26 v BIDEN
TO: CLERK OFFICE FOR THE NORTHERN DIST
STE 310
501 W 10TH ST
FORT WORTH TX 76102-3641

TX 761 9-05

JOCELYN ADAM
(905) 879-0229
0072 SAN CARSIL RD
HAGERSVILLE ON N0A1E2

1 LBS        1 OF 1
SHP WT: 1 LBS
DATE: 22 JUL 2024

REF #1: X

BILLING: P/P

X-RAY

RECEIVED
JUL 29 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS



The UPS Store